

## HORNBECK OFFSHORE SERVICES, LLC
*Service with Energy*

ATP Oil & Gas Corporation
Attention: Accounts Payable
4600 Post Oak Place
Suite 200
Houston Texas 77027

| | |
|---|---|
| Invoice Number: | 007433-M |
| Purchase Order: | 10851 MC941 |
| AFE Number: | |
| Invoice Date: | 08/27/2012 |
| Job Number: | TC0839-01 |
| Payment Terms: | NET 60 |
| Vendor/Contract Number: | |

Miscellaneous Items:

| Item Description | Vessel | Quantity | Rate | Markup | Total |
|---|---|---|---|---|---|
| MID-GULF SHIPPING INV# INV1165-10593-625 DATED 05/15/2012 | HOS ACHIEVER | 1.000 | 4,207.58 Flat Fee | | 4,207.58 |
| | | | Miscellaneous Total: | | 4,207.58 USD |

TO INVOICE YOUR ACCOUNT FOR AGENCY FEES PER ARTICLE 9 OF THE MASTER TIME CHARTER AGREEMENT DATED 05/01/2007.

PLEASE SEE ATTACHED FOR DETAILS.

Payment by Wire transfer to: CAPITAL ONE, N.A. - ABA No. 065-000-090
For the Account of HORNBECK OFFSHORE SERVICES, LLC - Acct 812519034-SWIFT HIBKUS44
REMITTANCE ADDRESS: P.O. Box 54863 - New Orleans, LA 70154-4863
E-mail remittance to: ar@hornbeckoffshore.com

103 Northpark Blvd., Suite 300
Covington, Louisiana 70433

Phone: (985) 727-2000
Fax:    (985) 727-3606

**EXHIBIT**

"C"



**HORNBECK OFFSHORE SERVICES, LLC**
*Service with Energy*

ATP Oil & Gas Corporation
Attention: Accounts Payable
4600 Post Oak Place
Suite 200
Houston Texas 77027

| | |
|---|---|
| Invoice Number: | 007433-M |
| Purchase Order: | 10851 MC941 |
| AFE Number: | |
| Invoice Date: | |
| Job Number: | TC0839-01 |
| Payment Terms: | NET 60 |
| Vendor/Contract Number: | |

Miscellaneous Item

| Item Description | Vessel | Quantity | Rate | Markup | Total |
|---|---|---|---|---|---|
| MID-GULF SHIPPING INV# INV1165-10593-625 DATED 05/15/2012 | HOS ACHIEVER | 1.000 | 4,207.58 Flat Fee | | 4,207.58 |

Miscellaneous Total: 4,207.58 USD

TO INVOICE YOUR ACCOUNT FOR AGENCY FEES PER ARTICLE OF THE MASTER TIME CHARTER AGREEMENT DATED 05/01/2007.

PLEASE SEE ATTACHED FOR DETAILS.

Payment by Wire transfer to: CAPITAL ONE, N.A. - ABA No. 065-000-090
For the Account of HORNBECK OFFSHORE SERVICES, LLC - Acct 812519034-SWIFT HIBKUS44
REMITTANCE ADDRESS: P.O. Box 54863 - New Orleans, LA 70154-4863
E-mail remittance to: ar@hornbeckoffshore.com

103 Northpark Blvd., Suite 300
Covington, Louisiana 70433

Phone: (985) 727-2000
Fax:    (985) 727-3606

*1407 ATP*
*TC0839 01*

*Agency fee ...*
*...*
*...*

Mid-Gulf Shipping Co., Inc.
4760 Pontchartrain Drive
Slidell, Louisiana 70458


MID-GULF SHIPPING

Tel: (504) 835-1212
Fax: (504) 835-1233
www.midship.net

Bill To: Hornbeck Offshore Operators LLC

**Invoice: INV1165-10593-625**

| Date: 5/15/2012 | File: |
| PO#: 4293065 | |

Project: 1165: HOS ACHIEVER V.02.12 ARR: 04/26/2011 @ 0700hrs / D     Arrived:

Vessel: 10593: HOS ACHIEVER V.02.12 ETA 4/27/2012     Departed:

| Ln# | Ref # | Description | Cost | Total |
|---|---|---|---|---|
| | | **ENOA/D Filing Services** | | |
| 1 | 103962 | eNOA/eNOD filings V.02.12 | 925.00 | 925.00 |
| | | ENOA/D Filing Services Total | 925.00 | 925.00 |
| | | **Port Expenses** | | |
| 2 | 104151 | HOS Achiever CBP Entry Fee. | 984.16 | 1082.58 |
| | | Port Expenses Total | 984.16 | 1082.58 |
| | | **Vessel Agency Services** | | |
| 3 | 103398 | Agency Fee / Agency services. | 2200.00 | 2200.00 |
| | | Vessel Agency Services Total | 2200.00 | 2200.00 |
| | | Invoice INV1165-10593-625 Total | 4109.16 | 4207.58 |

Bank Wire Information
Whitney National Bank
Wilshire Branch
Metarie, Louisana
Acct No: 712182942
Aba No: 065000171
Credit Mid-Gulf Shipping Co., Inc.
Please reference invoice number with payments.

Page: 1 of 1                    May 15, 2012



**Mid-Gulf Shipping Co., Inc.**
**Item Support**

www.midship.net

4760 Pontchartrain Drive
Slidell, Louisiana 70458
Tel: (504) 835-1212
Fax: (504) 835-1233

Hornbeck Offshore Operators LLC

Project: **1165: HOS ACHIEVER V.02.12 ARR: 04/26/2011 @ 0700hrs / DEP: ??**
Folder: **10593: HOS ACHIEVER V.02.12 ETA 4/27/2012**
Reference #: **103862: eNOA/eNOD filings V.02.12**

| Ln# | Date | Description | Qty | Rate | Charge |
|---|---|---|---|---|---|
| **Agency Fees** | | | | | |
| 1 | 04/24/2012 | eNOA filed for vessel arrival. | 1 | 300.00 | 300.00 |
| 2 | 04/30/2012 | eNOD filed for vessel departure. | 1 | 300.00 | 300.00 |
| 3 | 04/30/2012 | Revised eNOD filing adding addtional passengers outbound. | 1 | 65.00 | 65.00 |
| 4 | 04/30/2012 | Revised eNOD filing adding (1) additional passenger outbound and revising departure time for 1600hrs/2nd. | 1 | 65.00 | 65.00 |
| 5 | 05/01/2012 | Revised eNOD filing removed (1) passenger outbound. | 1 | 65.00 | 65.00 |
| 6 | 05/02/2012 | Revised eNOD filing removing Robert Toups from the crew list. Revised departure time for 0600hrs/3rd. | 1 | 65.00 | 65.00 |
| 7 | 05/03/2012 | Revised eNOD per Captain Paul for 2200hrs/3rd. | 1 | 65.00 | 65.00 |
| | | **Agency FeesTotal:** | **7** | | **925.00** |
| | | | **7** | | **925.00** |



**United States Coast Guard (USCG) &
Customs and Border Protection (CBP)
Electronic Notice of Arrival/Departure (eNOAD)**

HOS Achiever

### Vessel Details

| Call Sign | ID Number | ID Type |
|---|---|---|
| YJVG4 | 9414153 | IMO Number |

| Classification | Type | Sub-Type |
|---|---|---|
| Offshore | Commercial Dive Support Vessel | |

| Owner | Operator | COFR Operator |
|---|---|---|
| Hornbeck Offshore Services | Hornbeck Offshore Services | |

| Flag | Class Society | Charterer |
|---|---|---|
| VANUATU - VU | American Bureau of Shipping | Hornbeck Offshore Services |

| Vessel or Facility | Operational Condition of Equipment | OCE Description |
|---|---|---|
| Vessel | Operational | |

### Document of Compliance Certificate

| Agency | Issued Date | Expiration Date |
|---|---|---|
| American Bureau of Shipping | 8/7/2007 12:00:00 AM | 11/14/2014 12:00:00 AM |

### Safety Management Certificate

| Agency | Issued Date | Expiration Date |
|---|---|---|
| American Bureau of Shipping | 2/3/2009 12:00:00 AM | 1/21/2014 12:00:00 AM |

### Reporting Party

| Name | Organization | |
|---|---|---|
| MidGulf Shipping | Ship Agency | |

| Fax | Phone | Email |
|---|---|---|
| 5048351233 | 5042345891 | hos@midship.net |

| Latitude | Longitude | Location Description |
|---|---|---|
| | | Gulf Of Mexico |

### ISSC

| Issued On | ISSC Type | VSP Implementation | RSO / Flag Administration |
|---|---|---|---|
| 2/20/2009 12:00:00 AM | Final ISSC | | AMERICAN BUREAU OF SHIPPING |

| CSO Name | CSO Phone | CSO Fax | CSO Email |
|---|---|---|---|
| Shane Self | 1 (985) 590-7783 | | shane.self@hornbeckoffshore.com |

| Non-Tank Vessel Response Plan | Non-Tank Vessel Response Plan Number | GVSSA Onboard |
|---|---|---|
| No | | No |

### Cargo Manifest

| CDC On Board?  False | General Cargo Description | **IN BALLAST** NO CARGO ONBOARD |
|---|---|---|

*** No CDC data available ***

| Arrival/Departure Information | | |
|---|---|---|
| Notice/Transaction Type | Voyage Type | Voyage Number |
| Departure / Update | US to Foreign | 02.12 |
| Port City | Port State | Port Name |
| Morgan City | Louisiana | Fourchon |
| Port Place | Port Anchorage | Port Facility |
| COTP Name | Arrival Date | Departure Date |
| | | 04/11/2012 11:00 |
| OPD Map Area | | Closed Loop Voyage |
| | | No |
| Operations Start Date | Operations Stop Date | |
| Block Number | Lease Number | |
| Contact Name | Contact Company | Contact Email |
| Craig St.Pierre | MidGulf Shipping | hos@midship.net |
| Contact Phone | Contact Fax | |
| 5046351212 | 5046351233 | |
| Last Port Country | Last Port State | Last Port Name |
| Last Port Place | Last Port Arrival Date | Last Port Departure Date |
| Next Port Country | Next Port State | Next Port Name |
| INSTALLATIONS IN INTERNATIONAL WATERS | | |
| Next Port Place | Next Port Arrival Date | |
| High Seas Gulf of Mexico | 04/12/2012 08:00 | |

| Previous Ports | | | | |
|---|---|---|---|---|
| Arrival Date | Departure Date | Country | Port | Place |
| 11/21/2011 | 11/24/2011 | MEXICO | TUXPAN | Fiscal Wharf #2 |
| 9/24/2008 | 9/28/2008 | NETHERLANDS | IJMUIDEN | HAVINGHAVEN SOUTH |

## Crew Manifest (Total = 20)

| Crew Member Name / Gender | Nationality | Residence | ID Number / DOB | ID Type / Embark-Disc | ID Country / Embark Date | ID Expires / Debark Docs | Crew Type / Debark Date |
|---|---|---|---|---|---|---|---|
| #1 Ioannidopoulos, Spyridon / Male | UNITED STATES | UNITED STATES | 216825737 / 10/19/1972 | Passport Number / Hos Dock | UNITED STATES | 4/11/2012 | Third Mate |
| #2 Evangelisti, Laurel / Male | UNITED STATES | UNITED STATES | 430738358 / 2/24/1958 | Passport Number / Hos Dock | UNITED STATES | 4/11/2012 | Engineering Crew |
| #3 Gutierrez, Carlos / Male | UNITED STATES | UNITED STATES | 463389703 / 8/13/1979 | Passport Number / Ciudad Del Carmen | UNITED STATES | 3/28/2012 | Chief Mate |
| #4 Karl, Erick / Male | UNITED STATES | UNITED STATES | 214912830 / 10/14/1968 | Passport Number / Hos Dock | UNITED STATES | 4/11/2012 | First Assistant Engineer |
| #5 Kennedy, Brian / Male | UNITED STATES | UNITED STATES | 485229181 / 2/5/1983 | Passport Number / Ciudad Del Carmen | UNITED STATES | 3/28/2012 | Third Mate |
| #6 Kmler, Timothy / Male | UNITED STATES | UNITED STATES | 444026857 / 3/17/1679 | Passport Number / Ciudad Del Carmen | UNITED STATES | 3/28/2012 | Electrician |
| #7 Kostka, Robert / Male | UNITED STATES | UNITED STATES | 212407242 / 4/2/1961 | Passport Number / Ciudad Del Carmen | UNITED STATES | 3/28/2012 | Third Mate |
| #8 Lauren, Carmelo / Male | UNITED STATES | UNITED STATES | 429270331 / 5/12/1969 | Passport Number / Ciudad Del Carmen | UNITED STATES | 3/28/2012 | Third Assistant Engineer |
| #9 Lobaton, Daniel / Male | UNITED STATES | UNITED STATES | 416607464 / 6/3/1974 | Passport Number / Ciudad Del Carmen | UNITED STATES | 3/28/2012 | Able Seaman |
| #10 Lopez, Jose / Male | UNITED STATES | UNITED STATES | 423545065 / 6/28/1994 | Passport Number / Ciudad Del Carmen | UNITED STATES | 3/14/2012 | Able Seaman |
| #11 McDuffie, Shadonia / Male | UNITED STATES | UNITED STATES | 452193413 / 3/31/1983 | Passport Number / Ciudad Del Carmen | UNITED STATES | 3/28/2012 | Third Assistant Engineer |
| #12 Reyes, Samuel / Male | UNITED STATES | UNITED STATES | 402274389 / 11/21/1975 | Passport Number / Ciudad Del Carmen | UNITED STATES | 3/28/2012 | Bosun |
| #13 Rivera, Kosh / Male | UNITED STATES | UNITED STATES | 214180546 / 12/23/1974 | Passport Number / Hos Dock | UNITED STATES | 4/11/2012 | Second Mate |
| #14 Roach, Michael / Male | UNITED STATES | UNITED STATES | 444581827 / 9/26/1969 | Passport Number / Ciudad Del Carmen | UNITED STATES | 3/28/2012 | QMED |
| #15 Robbins, David / Male | UNITED STATES | UNITED STATES | 401887907 / 4/19/1972 | Passport Number / Hos Dock | UNITED STATES | 4/11/2012 | Able Seaman |
| #16 Steson, Michael / Male | UNITED STATES | UNITED STATES | 478546081 / 7/11/1980 | Passport Number / Ciudad Del Carmen | UNITED STATES | 3/28/2012 | Chief Engineer |
| #17 Susaln, Rafael / Male | UNITED STATES | UNITED STATES | 491365087 / 9/10/1972 | Passport Number / Ciudad Del Carmen | UNITED STATES | 3/28/2012 | Mate/First-Class Pilot |
| #18 Toupe, Robert / Male | UNITED STATES | UNITED STATES | 430787127 / 9/29/1983 | Passport Number / Ciudad Del Carmen | UNITED STATES | 3/29/2012 | QMED |
| #19 Tracy, John / Male | UNITED STATES | UNITED STATES | 484759238 / 3/17/1970 | Passport Number / Ciudad Del Carmen | UNITED STATES | 3/28/2012 | Electrician |
| #20 Walewich, Jon / Male | UNITED STATES | UNITED STATES | 134454171 / 7/21/1967 | Passport Number / Ciudad Del Carmen | UNITED STATES | 3/28/2012 | Captain |

Passenger (Non-Crew) Manifest ( Total = 10 )

| Passenger Name & Address | | | ID Number | ID Type | ID Country | ID Expires | Record Locator |
|---|---|---|---|---|---|---|---|
| Gender | Nationality | Residence | DOB | Embark Desc | Embark Date | Debark Desc | Debark Date |
| #1 Bryan, Daryl | | | BA371707 | Passport Number | CANADA | | |
| Male | CANADA | CANADA | 8/27/1971 | Hos Dock | 4/11/2012 | | |
| #2 Carson, Jason | | | C825492792830 | Govt Issued Picture ID(US) | UNITED STATES | | |
| Male | UNITED STATES | UNITED STATES | 8/3/1979 | Hos Dock | 4/11/2012 | | |
| #3 Landry, Justin | | | 001110579 | Govt Issued Picture ID(US) | UNITED STATES | | |
| Male | UNITED STATES | UNITED STATES | 7/30/1983 | Hos Dock | 4/11/2012 | | |
| #4 Leonard, Karlo | | | EB1211554 | Passport Number | PHILIPPINES | | |
| Male | PHILIPPINES | PHILIPPINES | 1/20/1979 | Hos Dock | 4/11/2012 | | |
| #5 Leonardo, Bill Ryan | | | EB122647 | Passport Number | UNITED STATES | | |
| Male | PHILIPPINES | PHILIPPINES | 8/24/1975 | Hos Dock | 4/11/2012 | | |
| #6 McGee, Gordon | | | 10263284 | Passport Number | UNITED STATES | | |
| Male | UNITED STATES | UNITED STATES | 6/12/1957 | Hos Dock | 4/11/2012 | | |
| #7 Miller, Daisy | | | 400345440 | Passport Number | UNITED STATES | | |
| Male | UNITED STATES | UNITED STATES | 4/25/1970 | Chukal Del Carmen | 3/28/2012 | | |
| #8 Rivera, Jose | | | XX0922679 | Passport Number | PHILIPPINES | | |
| Male | PHILIPPINES | PHILIPPINES | 1/29/1979 | Hos Dock | 4/11/2012 | | |
| #9 Troutman, Jason | | | 151103719 | Passport Number | UNITED STATES | | |
| Male | UNITED STATES | UNITED STATES | 12/12/1984 | Hos Dock | 4/11/2012 | | |
| #10 Wilkerson, Michael | | | 821052621 | Passport Number | UNITED STATES | | |
| Male | UNITED STATES | UNITED STATES | 3/24/1971 | Hos Dock | 4/11/2012 | | |

57094270

| 1. NAME OF PAYER/IMPORTER | | | | I 104151 | |
|---|---|---|---|---|---|
| MID-GULF SHIPPING CO., INC. | | | | 101112 - 10593 - 1165 | |

CBP officer must record above serial number on all checks and money orders accepted in payment. (19 CFR 24.1 (b))

2. ADDRESS 1201 Pontchartrain Drive
Slidell, Louisiana 70458
(504) 835-1212

DEPARTMENT OF HOMELAND SECURITY
U.S. Customs and Border Protection

**COLLECTION RECEIPT**

**OR**

**INFORMAL ENTRY**

| 3. TELEPHONE NO. | 4. DATE |
|---|---|
| (   )      . | 4·26·12 |

19 CFR 4.33, 10.7.1, 123.4, 141.64, 143.23-143.29, 145.12, 145.27

**RECEIPT**

| 5. U.S. ACCT. CLASS CODE | 6. USER CHARGE CODE | 7. REMARKS/CASE NO./VIOLATION | 8. AMOUNT | |
|---|---|---|---|---|
| 451 | % | User Fee | 437 | 00 |
| 481 | | APHIS | 496 | 00 |
| 30 | 00 | Tonnage Tax 2558 @ .02 mt | 51 | 56 |
| | | | | |
| | | Vessel M/V HOS Achiever | | |
| | | Check # 11874 | | |

9. TOTAL COLLECTION:   CBP officer must write CBP 368 serial no. on all checks and money orders accepted in payment. (19 CFR 24.1 (b))

**INFORMAL ENTRY**

| 10. DESCRIPTION OF MERCHANDISE AND/OR H.T.S.U.S. NO.; G.O. NO.; VIOLATION | 11. VALUE | 12. RATE | 13. DUTY |
|---|---|---|---|
| | | | |

| 14. I.T./B.L./A.W.B. NO. | 15. I.T. ORIGIN PORT | 20. DUTY: |
|---|---|---|
| 16. COUNTRY OF EXPORT | 17. IMPORTATION DATE | 21. I.R. TAX: |
| 18. IMPORTING CARRIER | | 22 MERCHANDISE PROCESSING FEE: |

I declare that the information above set forth is accurate to the best of my knowledge and belief and that I have not received and do not know of any other invoice than that attached.

| 19. IMPORTER/OR AGENT SIGNATURE: | 23. OTHER: |
|---|---|
| | 24. TOTAL COLLECTION: CBP officer must write serial no. on all checks and money orders. (19 CFR 24.1 (b)) |

| 25. CBP OFFICER SIGNATURE: | 26. TOTAL CASH: | IMPORTER/PAYER MAY PROTEST/PETITION DUTIES/ PENALTIES COLLECTED TO THE APPROPRIATE PORT DIRECTOR IN ACCORDANCE WITH CBP REGULATIONS. |
|---|---|---|

PART 1 (WHITE) COLLECTION COPY
PART 2 (PINK) PAYER COPY
PART 3 (YELLOW) RECORD COPY

CBP Form 368 (01/09)



# United States Coast Guard (USCG) &
# Customs and Border Protection (CBP)
# Electronic Notice of Arrival/Departure (eNOAD)

## HOS Achiever

### Vessel Details

| Call Sign | ID Number | ID Type |
|---|---|---|
| YJVG4 | 9414163 | IMO Number |

| Classification | Type | Sub-Type |
|---|---|---|
| Offshore | Commercial Dive Support Vessel | |

| Owner | Operator | COFR Operator |
|---|---|---|
| Hornbeck Offshore Services | Hornbeck Offshore Services | |

| Flag | Class Society | Charterer |
|---|---|---|
| VANUATU - VU | American Bureau of Shipping | Hornbeck Offshore Services |

| Vessel or Facility | Operational Condition of Equipment | OCE Description |
|---|---|---|
| Vessel | Operational | |

### Document of Compliance Certificate

| Agency | Issued Date | Expiration Date |
|---|---|---|
| American Bureau of Shipping | 8/7/2007 12:00:00 AM | 11/14/2014 12:00:00 AM |

### Safety Management Certificate

| Agency | Issued Date | Expiration Date |
|---|---|---|
| American Bureau of Shipping | 2/3/2009 12:00:00 AM | 1/21/2014 12:00:00 AM |

### Reporting Party

| Name | Organization | |
|---|---|---|
| MidGulf Shipping | Ship Agency | |

| Fax | Phone | Email |
|---|---|---|
| 5048351233 | 5042345891 | hos@midship.net |

| Latitude | Longitude | Location Description |
|---|---|---|
| | | Gulf Of Mexico |

### ISSC

| Issued On | ISSC Type | VSP Implementation | RSO / Flag Administration |
|---|---|---|---|
| 2/20/2009 12:00:00 AM | Final ISSC | | AMERICAN BUREAU OF SHIPPING |

| CSO Name | CSO Phone | CSO Fax | CSO Email |
|---|---|---|---|
| Shane Self | 1 (985) 690-7783 | | shane.self@hornbeckoffshore.com |

| Non-Tank Vessel Response Plan | Non-Tank Vessel Response Plan Number | GVSSA Onboard |
|---|---|---|
| No | | No |

### Cargo Manifest

| CDC On Board? | False | General Cargo Description | **IN BALLAST** NO CARGO ON BOARD |
|---|---|---|---|

*** No CDC data available ***

## Arrival/Departure Information

| | | |
|---|---|---|
| **Notice/Transaction Type**<br>Arrival / Update | **Voyage Type**<br>Foreign to US | **Voyage Number**<br>02.12 |
| **Port City**<br>Morgan City | **Port State**<br>Louisiana | **Port Name**<br>Fourchon |
| **Port Place** | **Port Anchorage**<br>HOS Dock Port Fourchon | **Port Facility**<br>HOS Dock |
| **COTP Name** | **Arrival Date**<br>04/26/2012 08:00 | **Departure Date**<br>04/30/2012 10:00 |
| **OPD Map Area** | | **Closed Loop Voyage**<br>No |
| **Operations Start Date** | **Operations Stop Date** | |
| **Block Number** | **Lease Number** | |
| **Contact Name**<br>Craig St.Pierre | **Contact Company**<br>MidGulf Shipping | **Contact Email**<br>hos@midship.net |
| **Contact Phone**<br>5048351212 | **Contact Fax**<br>5048351233 | |
| **Last Port Country**<br>INSTALLATIONS IN INTERNATIONAL WATERS | **Last Port State** | **Last Port Name**<br>STAGE PLATFORM |
| **Last Port Place**<br>Gulf of Mexico | **Last Port Arrival Date**<br>04/12/2012 00:00 | **Last Port Departure Date**<br>04/25/2012 00:00 |
| **Next Port Country** | **Next Port State** | **Next Port Name** |
| **Next Port Place** | **Next Port Arrival Date** | |

## Previous Ports

| Arrival Date | Departure Date | Country | Port | Place |
|---|---|---|---|---|
| 11/21/2011 | 11/24/2011 | MEXICO | TUXPAN | Fiscal Wharf #2 |
| 9/24/2008 | 9/28/2008 | NETHERLANDS | IJMUIDEN | HAVINGHAVEN SOUTH |

## Crew Manifest [ Total # 21 ]

| Crew Member Name / Gender | Nationality | Residence | ID Number / DOB | ID Type / Embark Desc | ID Country / Embark Date | ID Expiron / Debark Desc | Crew Type / Debark Date |
|---|---|---|---|---|---|---|---|
| #1 Almeyda, Kenneth / Male | UNITED STATES | UNITED STATES | 483545765 / 3/28/1963 | Passport Number | UNITED STATES / 4/21/2012 | | Third Mate |
| #2 Asimakopoulos, Stamatios / Male | UNITED STATES | UNITED STATES | 218826737 / 10/19/1972 | Passport Number / Hos Dock | UNITED STATES / 4/11/2012 | | Third Mate |
| #3 Brijbukhi, Laurel / Male | UNITED STATES | UNITED STATES | 420792355 / 2/26/1958 | Passport Number / Hos Dock | UNITED STATES / 4/11/2012 | | Engineering Crew |
| #4 Gutierrez, Carlos / Male | UNITED STATES | UNITED STATES | 485885770 / 8/13/1975 | Passport Number / Ciudad Del Carmen | UNITED STATES / 3/28/2012 | | Chief Mate |
| #5 Karl, Erick / Male | UNITED STATES | UNITED STATES | 214512830 / 10/14/1948 | Passport Number / Hos Dock | UNITED STATES / 4/11/2012 | | First Assistant Engineer |
| #6 Kennedy, Brian / Male | UNITED STATES | UNITED STATES | 483225581 / 2/5/1943 | Passport Number / Ciudad Del Carmen | UNITED STATES / 3/28/2012 | | Third Mate |
| #7 Kosior, Timothy / Male | UNITED STATES | UNITED STATES | 444028867 / 3/17/1970 | Passport Number / Ciudad Del Carmen | UNITED STATES / 3/14/2012 | | Electrician |
| #8 Kushta, Robert / Male | UNITED STATES | UNITED STATES | 212407242 / 4/5/1961 | Passport Number / Ciudad Del Carmen | UNITED STATES / 3/28/2012 | | Third Mate |
| #9 Laszio, Cornells / Male | UNITED STATES | UNITED STATES | 429270031 / 2/19/1959 | Passport Number / Ciudad Del Carmen | UNITED STATES / 3/25/2012 | | Third Assistant Engineer |
| #10 Loggins, Dennis / Male | UNITED STATES | UNITED STATES | 048507484 / 8/3/1974 | Passport Number / Ciudad Del Carmen | UNITED STATES / 3/28/2012 | | Able Seaman |
| #11 Lopez, Jose / Male | UNITED STATES | UNITED STATES | 425545265 / 5/09/1954 | Passport Number / Ciudad Del Carmen | UNITED STATES / 3/14/2012 | | Able Seaman |
| #12 McDuffie, Chadwick / Male | UNITED STATES | UNITED STATES | 452102813 / 3/31/1983 | Passport Number / Ciudad Del Carmen | UNITED STATES / 3/28/2012 | | Third Assistant Engineer |
| #13 Reyes, Samuel / Male | UNITED STATES | UNITED STATES | 402274359 / 11/23/1925 | Passport Number / Ciudad Del Carmen | UNITED STATES / 3/28/2012 | | Bosun |
| #14 Rivera, Juan / Male | UNITED STATES | UNITED STATES | 214186046 / 12/23/1974 | Passport Number / Hos Dock | UNITED STATES / 4/11/2012 | | Second Mate |
| #15 Saeigh, Michael / Male | UNITED STATES | UNITED STATES | 484561627 / 9/29/1959 | Passport Number / Ciudad Del Carmen | UNITED STATES / 3/28/2012 | | QMED |
| #16 Roberts, David / Male | UNITED STATES | UNITED STATES | 401533997 / 4/19/1972 | Passport Number / Hos Dock | UNITED STATES / 4/11/2012 | | Able Seaman |
| #17 Schwarz, Michael / Male | UNITED STATES | UNITED STATES | 476545881 / 7/11/1958 | Passport Number / Ciudad Del Carmen | UNITED STATES / 3/28/2012 | | Chief Engineer |
| #18 Sucaiti, Ruthiel / Male | UNITED STATES | UNITED STATES | 401355057 / 5/19/1970 | Passport Number / Ciudad Del Carmen | UNITED STATES / 3/28/2012 | | Mate First Class Pilot |
| #19 Toupa, Robert / Male | UNITED STATES | UNITED STATES | 490757137 / 9/29/1953 | Passport Number / Ciudad Del Carmen | UNITED STATES / 2/29/2012 | | QMED |
| #20 Tracy, John / Male | UNITED STATES | UNITED STATES | 484759036 / 3/17/1970 | Passport Number / Ciudad Del Carmen | UNITED STATES / 3/28/2012 | | Electrician |
| #21 Weintrauth, Jon | | | 134464171 | Passport Number | UNITED STATES | | Captain |



Passenger (Non-Crew) Manifest [ Total = 13 ]

| Passenger Name & Address | | ID Number | ID Type | ID Country | ID Expires | Record Locator |
|---|---|---|---|---|---|---|
| Gender | Nationality Residence | DOB | Embark Desc | Embark Date | Debark Desc | Debark Date |
| P1 Baclu, Nixin | | 000231402 | Gov't Issued Picture ID(US) | UNITED STATES | | |
| Female | UNITED STATES UNITED STATES | 9/3/1988 | | 4/11/2012 | | |
| P2 Butler, Daryl | | 6A571707 | Passport Number | CANADA | | |
| Male | CANADA CANADA | 8/27/1973 | Has Dock | 4/11/2012 | | |
| P3 Cejoucl, Jolich | | CJ0245278/2930 | Gov't Issued Picture ID(US) | UNITED STATES | | |
| Male | UNITED STATES UNITED STATES | 9/3/1979 | Has Dock | 4/11/2012 | | |
| P4 Johnson, Daniel | | 28903406 | Gov't Issued Picture ID(US) | UNITED STATES | | |
| Male | UNITED STATES UNITED STATES | 5/15/1978 | | 4/11/2012 | | |
| P5 Uduorji Rufus | | 0011/1576 | Gov't Issued Picture ID(US) | UNITED STATES | | |
| Male | UNITED STATES UNITED STATES | 7/10/1983 | Has Dock | 4/11/2012 | | |
| P6 Latimero, Kerlo | | E91911534 | Passport Number | PHILIPPINES | | |
| Male | PHILIPPINES PHILIPPINES | 1/20/1973 | Has Dock | 4/11/2012 | | |
| P7 Loonsides, Elzablum | | 0113347 | Passport Number | UNITED STATES | | |
| Male | PHILIPPINES PHILIPPINES | 9/21/1973 | Has Dock | 4/11/2012 | | |
| P8 McGee, Gordon | | 10253294 | Passport Number | UNITED STATES | | |
| Male | UNITED STATES UNITED STATES | 0/12/1957 | Has Dock | 4/11/2012 | | |
| P9 Meier, David | | 403545440 | Passport Number | UNITED STATES | | |
| Male | UNITED STATES UNITED STATES | 4/20/1970 | Civlod Ovil German | 3/24/2012 | | |
| P10 McInenny, Rafael | | E93099660 | Passport Number | PHILIPPINES | | |
| Male | PHILIPPINES PHILIPPINES | 1/11/1981 | | 4/11/2012 | | |
| P11 Plowden, Roy, | | 00662884 | Gov't Issued Picture ID(US) | UNITED STATES | | |
| Male | UNITED STATES UNITED STATES | 12/18/1960 | | 4/11/2012 | | |
| P12 Rivera, Jose | | XX0922579 | Passport Number | PHILIPPINES | | |
| Male | PHILIPPINES PHILIPPINES | 1/20/1979 | Has Dock | 4/11/2012 | | |
| P13 Tolumbes, Jason | | 181027187 | Passport Number | UNITED STATES | | |
| Male | UNITED STATES UNITED STATES | 12/12/1984 | Has Dock | 4/11/2012 | | |



**Mid-Gulf Shipping Co., Inc.**
Item Support

www.midship.net

4760 Pontchartrain Drive
Slidell, Louisiana 70458
Tel: (504) 835-1212
Fax: (504) 835-1233

Hornbeck Offshore Operators LLC

Project: 1165: HOS ACHIEVER V.02.12 ARR: 04/26/2011 @ 0700hrs / DEP: ??
Folder: 10593: HOS ACHIEVER V.02.12 ETA 4/27/2012
Reference #: 103395: Agency Fee / Agency services.

| Ln# | Date | Description | Qty | Rate | Charge |
|------|------|-------------|-----|------|--------|
| Agency Fees | | | | | |
| 1 | 04/11/2012 | Agency Fee V.02.12 | 1 | 2200.00 | 2200.00 |
| | | Agency FeesTotal: | 1 | | 2200.00 |
| | | | 1 | | 2200.00 |

Page: 1                    5/15/2012 2:37:31 PM



## HORNBECK OFFSHORE SERVICES, LLC
*Service with Energy*

ATP Oil & Gas Corporation
Attention: Accounts Payable
4600 Post Oak Place
Suite 200
Houston Texas 77027

| | |
|---|---|
| Invoice Number: | 007385-M |
| Purchase Order: | |
| AFE Number: | 10851 MC941 |
| Invoice Date: | 08/27/2012 |
| Job Number: | TC0839-01 |
| Payment Terms: | NET 60 |
| Vendor/Contract Number: | |

Miscellaneous Items:

| Item Description | Vessel | Quantity | Rate | Markup | Total |
|---|---|---|---|---|---|
| MID-GULF SHIPPING INV# INV1166-10628-579 DATED 05/01/2012 | HOS ACHIEVER | 1.000 | 1,040.00 Flat Fee | | 1,040.00 |
| | | | Miscellaneous Total: | | 1,040.00 USD |

TO INVOICE YOUR ACCOUNT FOR AGENCY FEES PER ARTICLE 9 OF THE MASTER TIME CHARTER AGREEMENT DATED 05/01/2007.

PLEASE SEE ATTACHED FOR DETAILS.

Payment by Wire transfer to: CAPITAL ONE, N.A. - ABA No. 065-000-090
For the Account of HORNBECK OFFSHORE SERVICES, LLC - Acct 812519034-SWIFT HIBKUS44
REMITTANCE ADDRESS: P.O. Box 54863 - New Orleans, LA 70154-4863
E-mail remittance to: ar@hornbeckoffshore.com

103 Northpark Blvd., Suite 300
Covington, Louisiana 70433

Phone: (985) 727-2000
Fax:    (985) 727-3606



## HORNBECK OFFSHORE SERVICES, LLC
*Service with Energy*

ATP Oil & Gas Corporation
Attention: Accounts Payable
4600 Post Oak Place
Suite 200
Houston Texas 77027

| | |
|---|---|
| Invoice Number: | 007385-M |
| Purchase Order: | |
| AFE Number: | 10851 MC941 |
| Invoice Date: | |
| Job Number: | TC0839-01 |
| Payment Terms: | NET 60 |
| Vendor/Contract Number: | |

**Miscellaneous Items**

| Item Description | Vessel | Quantity | Rate | Markup | Total |
|---|---|---|---|---|---|
| MID-GULF SHIPPING INV# INV1166-10628-579 DATED 05/01/2012 | HOS ACHIEVER | 1.000 | 1,040.00 Flat Fee | | 1,040.00 |

Miscellaneous Total: 1,040.00 USD

TO INVOICE YOUR ACCOUNT FOR AGENCY FEES PER ARTICLE OF THE MASTER TIME CHARTER AGREEMENT DATED 05/01/2007.

PLEASE SEE ATTACHED FOR DETAILS.

KD 8/24/12

Payment by Wire transfer to: CAPITAL ONE, N.A. - ABA No. 065-000-090
For the Account of HORNBECK OFFSHORE SERVICES, LLC - Acct 812519034-SWIFT HIBKUS44
REMITTANCE ADDRESS: P.O. Box 54863 - New Orleans, LA 70154-4863
E-mail remittance to:  ar@hornbeckoffshore.com

103 Northpark Blvd., Suite 300
Covington, Louisiana 70433

Phone: (985) 727-2000
Fax    (985) 727-3606

*[handwritten: 1401 AM]*
*[handwritten: TC 0839-01]*

Mid-Gulf Shipping Co., Inc.
4760 Pontchartrain Drive
Slidell, Louisiana 70458



Tel: (504) 835-1212
Fax: (504) 835-1233
www.mldship.net

Hornbeck Offshore Operators LLC

### Invoice: INV1166-10628-579

Date: 5/1/2012
Purchase Order #: 4203094

Project: HOS Achiever GOM 2012

Folder: HOS Achiever - Medivac 4-18/12

| Ln# | Ref # | Description | Cost | Markup | Total |
|---|---|---|---|---|---|
| **ENOA/D Filing Services** | | | | | |
| 1 | 103851 | File APIS for Medivac Helicopter Flight | 90.00 | 0.00 | 90.00 |
| | | ENOA/D Filing Services Total | 90.00 | 0.00 | 90.00 |
| **Logistics Services** | | | | | |
| 2 | 103848 | Notify Customs of Medivac Flight and obtain needed information to enter/clear Helo Tail# N883AL | 400.00 | 0.00 | 400.00 |
| 3 | 103850 | Agency fee, Helicopter Enter/Clear Tail#N883AL | 550.00 | 0.00 | 550.00 |
| | | Logistics Services Total | 950.00 | 0.00 | 950.00 |
| | | Invoice INV1166-10628-579 Total | 1040.00 | 0.00 | 1040.00 |

Bank Wire Information
Whitney National Bank
Wilshire Branch
Metairie, Louisana
Acct No: 712182942
 Aba No: 065000171
Credit Mid-Gulf Shipping Co., Inc.
Please reference invoice number with payments.



**Mid-Gulf Shipping Co., Inc.**
Item Support

www.midship.net

4760 Pontchartrain Drive
Slidell, Louisiana 70458
Tel: (504) 835-1212
Fax: (504) 835-1233

Hornbeck Offshore Operators LLC

Project: 1166: HOS Achiever GOM 2012
Folder: 10628: HOS Achiever - Medivac 4-18/12
Reference #: 103851: File APIS for Medivac Helicopter Flight

| Ln# | Date | Description | Qty | Rate | Charge |
|-----|------|-------------|-----|------|--------|
| Agency Fee - Helicopter | | | | | |
| 1 | 04/19/2012 | File APIS for Medivac Helicopter Flight | 1 | 75.00 | 75.00 |
| 2 | 04/19/2012 | Per Passenger Charge | 3 | 5.00 | 15.00 |
| | | Agency Fee - HelicopterTotal: | 4 | | 90.00 |
| | | | 4 | | 90.00 |

Page: 1                    5/1/2012 5:31:00 PM

 **Mid-Gulf Shipping Co., Inc.**
Item Support

4760 Pontchartrain Drive
Slidell, Louisiana 70458
Tel: (504) 835-1212
Fax: (504 835-1233

www.midship.net

Hombeck Offshore Operators LLC

Project:   1166: HOS Achiever GOM 2012
Folder:   10628: HOS Achiever - Medivac 4-18/12
Reference #:   103848: Notify Customs of Medivac Flight and obtain needed Information to
enter/clear Helo Tail# N883AL

| Ln# | Date | Description | Qty | Rate | Charge |
|---|---|---|---|---|---|
| **LC Overtime** | | | | | |
| 1 | 04/18/2012 | File 3171 Bond with Customs for Medivac Flight | 1.00 | 60.00 | 60.00 |
| | | LC OvertimeTotal: | 1.00 | | 60.00 |
| **LC Standard** | | | | | |
| 2 | 04/19/2012 | Obtain needed Information for Helo Enter/Clear, Arrange for APIS electronic filings, confirm with Customs all received. | 2.00 | 50.00 | 100.00 |
| | | LC StandardTotal: | 2.00 | | 100.00 |
| **PC Overtime** | | | | | |
| 3 | 04/18/2012 | Receive notification of Medivac from Master, Notify Customs, contact Helo companies to get flight info, arrange for 3171 bond filing with Customs | 3.00 | 80.00 | 240.00 |
| | | PC OvertimeTotal: | 3.00 | | 240.00 |
| | | | 6.00 | | 400.00 |

I 1103850 -10628 -1166

1st out Medivac X

DEPARTMENT OF HOMELAND SECURITY
U.S. Customs and Border Protection
G E N E R A L   D E C L A R A T I O N
(Outward/inward)
AGRICULTURE, CUSTOMS, IMMIGRATION, AND PUBLIC HEALTH
19 CFR 122.43,122.52,122.54,122.73,122.144

OMB No. 1651-0002
Expires 08/31/2012
See back of form for Paper-
work Reduction Act Notice.

Owner or Operator __Bristow__

Marks of Nationality and Registration __N883AL__   Flight No. __149-0__   Date __4-19-12__

Departure from __Galiano, CA__ (Place)   Arrival at __Hos Acheius__ (Place)

FLIGHT ROUTING
("Place" Column always to list origin, every en-route stop and destination)

| PLACE | TOTAL NUMBER OF CREW | NUMBER OF PASSENGERS ON THIS STAGE 1) |
|---|---|---|
| John Yates | DOB 1-13-59  Lic 879157 | Departure Place: Embarking __Galiano, La__  Through on same flight Ø |
| Nathan Stowell | DOB 6-16-72  Lic 2834333 | Arrival Place: Disembarking __Hos Acheius__  Through on same flight Ø |
| | | NUMBER OF SED's AND AWB's. |
| | | SED's _____   AWB's _____ |

Declaration of Health
Persons on board known to be suffering from illness other than airsickness or the effects of accidents, as well as those cases of illness disembarked during the flight:

Any other condition on board which may lead to the spread of disease:

Details of each disinsecting or sanitary treatment (place, date, time, method) during the flight. If no disinsecting has been carried out during the flight give details of most recent disinsecting:

For official use only

Signed, if required _____
Crew Member Concerned

I declare that all statements and particulars contained in this General Declaration, and in any supplementary forms required to be presented with this General Declaration are complete, exact and true to the best of my knowledge and that all through passengers will continue/have continued on the flight.

SIGNATURE Authorized Agent or Pilot-in-Command

__USF Service LLC__
__B Agent__

1) Not to be completed when passenger manifests are presented.

CBP Form 7507 (08/09)

U.S. DEPARTMENT OF HOMELAND SECURITY
Bureau of Customs and Border Protection

APPLICATION-PERMIT-SPECIAL LICENSE
UNLADING-LADING-OVERTIME SERVICES



*Appendix I*

# HOS MARINER
## 220 Offshore Supply Vessel



## DIMENSIONS AND REGULATORY INFORMATION

| | | | |
|---|---|---|---|
| **Length:** | 220 ft 0 in (67.1 m) | **Beam:** 46 ft 0 in (14.0 m) | **Draft Max:** 13 ft 8 in (4.17 m) |
| **Gross:** | 1,255 GT | **Net:** 376 NT | **Draft Min:** 9 ft 0 in (2.74 m) |
| **IMO:** | 8964422 | **O.N.:** 1083977 | |
| **Certifications:** | Oceans, SIP, USCG Subchapter I, USCG Subchapter L | | **Flag:** U.S. |
| **Classifications:** | American Bureau of Shipping, Loadline | | |

## PERFORMANCE

| | | |
|---|---|---|
| **Max Speed:** | 12.0 kts | 215 gal/hr (814 l/hr) |
| **Cruise Speed:** | 10.0 kts | 120 gal/hr (454 l/hr) |

## PROPULSION, MACHINERY AND STEERING

| | | | |
|---|---|---|---|
| **Main Engines:** | 2 x EMD 12-645-E2 | **Total Horsepower:** | 3,900 hp |
| **Propellers:** | FPP, 4-Blade | **Propeller Diameter:** | 96in (2,438mm) |
| **Primary Generators:** | 2 x Cummins NT855 | **Total Rating:** | 250 kW |
| **Bow Thruster:** | 1 x SMI FPP Tunnel | **Total Horsepower:** | 755 hp |
| **Stern Thruster:** | 1 x SMI FPP Tunnel | **Total Horsepower:** | 525 hp |
| **Rudder:** | Independent Steering, Spade Type | **Power Generation:** | 480V/60 Hz/3-Phase |

## CAPACITIES AND DELIVERY RATES

| | | | |
|---|---|---|---|
| **Deadweight:** | 1,630 LT (1,656 MT) | **Deck Area:** | 138ft x 38ft (5,244ft²) |
| | | | 42m x 12m (487m²) |
| **Deck Cargo:** | 1,030 LT (1,046 MT) | **Deck Load Rating:** | 540 lbs/ft² (3 MT/m²) |
| **Dry Bulk:** | 8,135 ft³ (230 m³) | **System Pressure:** | 80 psi (5.5 bar) |
| **Brine:** | 3,050 bbl (485 m³) | **Discharge Rate:** | 1,200 GPM (273 m³/hr) |
| **Liquid Mud:** | 3,050 bbl (485 m³) | **Discharge Rate:** | 1,200 GPM (273 m³/hr) |
| **Potable Water:** | 27,850 gal (105 m³) | | |
| **Rig Fuel:** | 112,970 gal (428 m³) | **Discharge Rate:** | 380 GPM (86 m³/hr) |
| **Rig Water:** | 100,250 gal (379 m³) | **Discharge Rate:** | 400 GPM (91 m³/hr) |
| **Cooler Area:** | 450 ft³ (13 m³) | **Freezer Area:** | 375 ft³ (11 m³) |
| **Off Ship Firefighting Monitors:** | 1 | | |
| **Total Flow Rate:** | 2,400 gal/min (546 m³/hr) | | |

## ELECTRONICS

Auto Pilot, Beier IVCS 2000, C-Nav, CCTV Cameras, Depth Sounder, DGPS, EPIRB, Fanbeam, GMDSS "A3", Gyro Compass, Joyslick Control, Loudhailer, Mag Compass, MAMS/VMS, Navtex, Radar (S-band), SARTs, VHF Radio, VHF Radio (Handheld), Windbird, X-band Radar

## ACCOMMODATIONS

10 air conditioned/heated staterooms certified for 22 person berthing.

103 Northpark Blvd. Suite 300
Covington, Louisiana 70433
Rev. 6

**HORNBECK OFFSHORE**
**Service with Energy**
http://www.hornbeckoffshore.com

Phone: (985)727-2000
Fax: (985)727-3606
Date: 07/09/2009



## HORNBECK OFFSHORE SERVICES, LLC
*Service with Energy*

ATP Oil & Gas Corporation
Attention: Accounts Payable
4600 Post Oak Place
Suite 200
Houston Texas 77027

| | |
|---|---|
| Invoice Number: | 006535-M |
| Purchase Order: | |
| AFE Number: | |
| Invoice Date: | 02/22/2012 |
| Job Number: | TC0796-01 |
| Payment Terms: | NET 60 |
| Vendor/Contract Number: | |

**Miscellaneous Items:**

| Item Description | Vessel | Quantity | Rate | Markup | Total |
|---|---|---|---|---|---|
| BLUDWORTH MARINE INVOICE# 213853, DTAED 01/06/12 | Energy 13502 | 1.000 | 5,253.47 Flat Fee | | 5,253.47 |
| CHANNEL SAFETY AND MARINE INVOICE# 90849, DATED 12/02/11 | Energy 13502 | 1.000 | 1,587.58 Flat Fee | | 1,587.58 |
| ROADRUNNER LOGISTICS INVOICE# 118986, DATED 12/01/11 | Energy 13502 | 1.000 | 875.00 Flat Fee | | 875.00 |
| HOUSTON PILOTS INVOICE# 403241, DATED 12/08/11 | Energy 13502 | 1.000 | 2,046.83 Flat Fee | | 2,046.83 |
| HOUSTON PILOTS INVOICE# 403242, DATED 12/08/11 | Energy 13502 | 1.000 | 2,657.05 Flat Fee | | 2,657.05 |
| PORT OF HOUSTON AUTHORITY INVOICE# N214885, DATED 12/06/11 | Energy 13502 | 1.000 | 5,119.95 Flat Fee | | 5,119.95 |
| CROSBY TUGS INVOICE# 0012174-IN, DATED 12/20/11 | Energy 13502 | 1.000 | 36,562.50 Flat Fee | 10.00 % | 40,218.75 |

Miscellaneous Total:      57,758.63 USD

O INVOICE YOUR ACCOUNT FOR MISCELLANOUS ITEMS FOR WELL TEST PREP, WELL TEST DEMOBE, HOTSHOT, PILOTAGE, SSIST TUG AND DOCKAGE.

LEASE SEE THE ATTACHED FOR DETAILS.

Payment by Wire transfer to: CAPITAL ONE, N.A. - ABA No. 065-000-090
For the Account of HORNBECK OFFSHORE SERVICES, LLC - Acct 812519034-SWIFT HIBKUS44
REMITTANCE ADDRESS: P.O. Box 54863 - New Orleans, LA 70154-4863
E-mail remittance to: ar@hornbeckoffshore.com

3 Northpark Blvd., Suite 300
Irvington, Louisiana 70433

Phone: (985) 727-2000
Fax:    (985) 727-3606



## HORNBECK OFFSHORE SERVICES, LLC
*Service with Energy*

ATP Oil & Gas Corporation
Attention: Accounts Payable
4600 Post Oak Place
Suite 200
Houston Texas 77027

| | |
|---|---|
| Invoice Number: | 006536-M |
| Purchase Order: | |
| AFE Number: | |
| Invoice Date: | 02/22/2012 |
| Job Number: | TC0796-01 |
| Payment Terms: | NET 60 |
| Vendor/Contract Number: | |

Miscellaneous Items:

| Item Description | Vessel | Quantity | Rate | Markup | Total |
|---|---|---|---|---|---|
| HOS PORT INVOICE# 72919, DATED 12/20/11 | Energy 13502 | 1.000 | 200.00 Flat Fee | | 200.00 |
| HOS PORT INVOICE# 72963, DATED 12/21/11 | Energy 13502 | 1.000 | 520.00 Flat Fee | | 520.00 |
| HOS PORT INVOICE# 72988, DATED 12/21/11 | Energy 13502 | 1.000 | 360.00 Flat Fee | | 360.00 |
| HOS PORT INVOICE# 72919, DATED 12/20/11 | Energy 13502 | 1.000 | 200.00 Flat Fee | | 200.00 |
| HOS PORT INVOICE# 72963, DATED 12/21/11 | Energy 13502 | 1.000 | 520.00 Flat Fee | | 520.00 |
| HOS PORT INVOICE# 72988, DATED 12/21/11 | Energy 13502 | 1.000 | 360.00 Flat Fee | | 360.00 |

Miscellaneous Total: 2,160.00 USD

TO INVOICE YOUR ACCOUNT FOR PORT CHARGES AND TRASH DISPOSAL

PLEASE SEE THE ATTACHED FOR DETAILS.

Payment by Wire transfer to: CAPITAL ONE, N.A. - ABA No. 065-000-090
For the Account of HORNBECK OFFSHORE SERVICES, LLC - Acct 812519034-SWIFT HIBKUS44
REMITTANCE ADDRESS: P.O. Box 54863 - New Orleans, LA 70154-4863
E-mail remittance to: ar@hornbeckoffshore.com

103 Northpark Blvd., Suite 300
Covington, Louisiana 70433

Phone: (985) 727-2000
Fax:    (985) 727-3606