

## HORNBECK OFFSHORE SERVICES, LLC
*Service with Energy*

ATP Oil & Gas Corporation
Attention: Accounts Payable
4600 Post Oak Place
Suite 200
Houston Texas 77027

| | |
|---|---|
| Invoice Number: | 006870-M |
| Purchase Order: | |
| AFE Number: | |
| Invoice Date: | 05/11/2012 |
| Job Number: | TC0796-01 |
| Payment Terms: | NET 60 |
| Vendor/Contract Number: | |

**Miscellaneous Items:**

| Item Description | Vessel | Quantity | Rate | Markup | Total |
|---|---|---|---|---|---|
| SGS INVOICE# 12803036, DATED 12/27/11 | Energy 13502 | 1.000 | 2,160.00 Flat Fee | | 2,160.00 |

Miscellaneous Total: 2,160.00 USD

TO INVOICE YOUR ACCOUNT FOR CLEANLINESS INSPECTION.

PLEASE SEE THE ATTACHED FOR DETAILS.

Payment by Wire transfer to: CAPITAL ONE, N.A. - ABA No. 065-000-090
For the Account of HORNBECK OFFSHORE SERVICES, LLC - Acct 812519034-SWIFT HIBKUS44
REMITTANCE ADDRESS: P.O. Box 54863 - New Orleans, LA 70154-4863
E-mail remittance to: ar@hornbeckoffshore.com

103 Northpark Blvd., Suite 300
Covington, Louisiana 70433

Phone: (985) 727-2000
Fax:    (985) 727-3606



## HORNBECK OFFSHORE SERVICES, LLC
*Service with Energy*

ITP Oil & Gas Corporation  
Attention: Accounts Payable  
1600 Post Oak Place  
Suite 200  
Houston Texas 77027

| | |
|---|---|
| Invoice Number: | 006584-M |
| Purchase Order: | |
| AFE Number: | |
| Invoice Date: | 02/27/2012 |
| Job Number: | TC0766-02 |
| Payment Terms: | NET 30 |
| Vendor/Contract Number: | |

Miscellaneous Items:

| Item Description | Vessel | Quantity | Rate | Markup | Total |
|---|---|---|---|---|---|
| MID-GULF SHIPPING INVOICE# HAC1220111NO, DATED 12/20/11 | HOS ACHIEVER | 1.000 | 2,812.57 Flat Fee | | 2,812.57 |

Miscellaneous Total: 2,812.57 USD

TO INVOICE YOUR ACCOUNT FOR AGENCY FEES PER ARTICLE 9 OF THE MASTER TIME CHARTER AGREEMENT DATED 5/04/07.

PLEASE SEE THE ATTACHED FOR DETAILS.

Payment by Wire transfer to: CAPITAL ONE, N.A. - ABA No. 065-000-090  
For the Account of HORNBECK OFFSHORE SERVICES, LLC - Acct 812519034-SWIFT HIBKUS44  
REMITTANCE ADDRESS: P.O. Box 54863 - New Orleans, LA 70154-4863  
E-mail remittance to: ar@hornbeckoffshore.com

3 Northpark Blvd., Suite 300  
Covington, Louisiana 70433

Phone: (985) 727-2000  
Fax:   (985) 727-3606



## HORNBECK OFFSHORE SERVICES, LLC
*Service with Energy*

? Oil & Gas Corporation
ention: Accounts Payable
)0 Post Oak Place
te 200
jston Texas 77027

Invoice Number: 006934-TC
Purchase Order:
AFE Number:

Invoice Date: 05/23/2012
Job Number: TC0839-02
Payment Terms: NET 30
Vendor/Contract Number:

arter Period:

| Vessel | Start Date | End Date | Total Days | Rate | Total |
|---|---|---|---|---|---|
| HOS INNOVATOR | 04/26/2012 12:00 | 05/01/2012 00:00 | 4.500 | 40,000.00 Per Day | 180,000.00 |
| | | | | Charter Total: | 180,000.00 |

scellaneous Items:

| em Description | Vessel | Quantity | Rate | Markup | Total |
|---|---|---|---|---|---|
| ALLEY STAFF | HOS INNOVATOR | 4.500 | 1,750.00 Per Day | | 7,875.00 |
| IGGERS | HOS INNOVATOR | 4.500 | 1,250.00 Per Day | | 5,625.00 |
| ABORS MEALS/BERTHING | HOS INNOVATOR | 24.000 | 125.00 Per Day | | 3,000.00 |
| TS MEALS/BERTHING | HOS INNOVATOR | 18.000 | 125.00 Per Day | | 2,250.00 |
| DDEXO MEALS/BERTHING | HOS INNOVATOR | 15.000 | 125.00 Per Day | | 1,875.00 |
| | | | Miscellaneous Total: | | 20,625.00 |
| | | | Invoice Total: | | 200,625.00 USD |

Payment by Wire transfer to: CAPITAL ONE, N.A. - ABA No. 065-000-090
For the Account of HORNBECK OFFSHORE SERVICES, LLC - Acct 812519034-SWIFT HIBKUS44
REMITTANCE ADDRESS: P.O. Box 54863 - New Orleans, LA 70154-4863
E-mail remittance to: ar@hornbeckoffshore.com
Any questions regarding this invoice should be directed to (985) 727-2000.

orthpark Blvd., Suite 300
iton, Louisiana 70433

Phone: (985) 727-2000
Fax:   (985) 727-3606



# HORNBECK OFFSHORE SERVICES, LLC
*Service with Energy*

ATP Oil & Gas Corporation
Attention: Accounts Payable
600 Post Oak Place
Suite 200
Houston Texas 77027

| | |
|---|---|
| Invoice Number: | 006940-TC |
| Purchase Order: | |
| AFE Number: | 10851 MC941 |
| Invoice Date: | 05/15/2012 |
| Job Number: | TC0839-01 |
| Payment Terms: | NET 30 |
| Vendor/Contract Number: | |

Charter Period:

| Vessel | Start Date | End Date | Total Days | Rate | Total |
|---|---|---|---|---|---|
| HOS ACHIEVER | 04/11/2012 00:00 | 04/26/2012 12:00 | 15.500 | 60,000.00 Per Day | 930,000.00 |
| | | | | Charter Total: | 930,000.00 |

Miscellaneous Items:

| Item Description | Vessel | Quantity | Rate | Markup | Total |
|---|---|---|---|---|---|
| GALLEY STAFF | HOS ACHIEVER | 15.500 | 1,750.00 Per Day | | 27,125.00 |
| RIGGERS | HOS ACHIEVER | 15.500 | 1,250.00 Per Day | | 19,375.00 |
| ATP OIL & GAS CORP. MEALS/BERTHING | HOS ACHIEVER | 13.000 | 125.00 Per Day | | 1,625.00 |
| | | | Miscellaneous Total: | | 48,125.00 |
| | | | Invoice Total: | | 978,125.00 USD |

*MEALS/BERTHING BILLED IN ACCORDANCE WITH ITEM 1(C) OF EXHIBIT "A" DATED APRIL 9, 2012.**

```
Sent by HLMS\ODUPLESS
on 5/15/2012 11:20:02 AM
```

Payment by Wire transfer to: CAPITAL ONE, N.A. - ABA No. 065-000-090
For the Account of HORNBECK OFFSHORE SERVICES, LLC - Acct 812519034-SWIFT HIBKUS44
REMITTANCE ADDRESS: P.O. Box 54863 - New Orleans, LA 70154-4863
E-mail remittance to: ar@hornbeckoffshore.com
Any questions regarding this invoice should be directed to (985) 727-6927

3 Northpark Blvd., Suite 300
Covington, Louisiana 70433

Phone: (985) 727-2000
Fax:   (985) 727-3606



## HORNBECK OFFSHORE SERVICES, LLC
*Service with Energy*

ATP Oil & Gas Corporation
Attention: Accounts Payable
4600 Post Oak Place
Suite 200
Houston Texas 77027

Invoice Number: 006963-N
Purchase Order:
AFE Number:
Invoice Date: 06/29/201?
Job Number: TC0839-0?
Payment Terms: NET 6(
Vendor/Contract Number:

Miscellaneous Items:

| Item Description | Vessel | Quantity | Rate | Markup | Tot |
|---|---|---|---|---|---|
| MARINE FAB INVOICE# 22235, DATED 04/25/12 | HOS INNOVATOR | 1.000 | 1,395.00 Flat Fee | | 1,395.( |

Miscellaneous Total: 1,395.00 US

TO INVOICE YOUR ACCOUNT FOR WELDERS TO PLACE GENERATORS AND ELECTRICAL BOX ON VESSEL

PLEASE SEE THE ATTACHED FOR DETAILS.

Payment by Wire transfer to: CAPITAL ONE, N.A. - ABA No. 065-000-090
For the Account of HORNBECK OFFSHORE SERVICES, LLC - Acct 812519034-SWIFT HIBKUS44
REMITTANCE ADDRESS: P.O. Box 54863 - New Orleans, LA 70154-4863
E-mail remittance to: ar@hornbeckoffshore.com

103 Northpark Blvd., Suite 300
Covington, Louisiana 70433

Phone: (985) 727-2000
Fax: (985) 727-3606



## HORNBECK OFFSHORE SERVICES, LL
*Service with Energy*

ATP Oil & Gas Corporation
Attention: Accounts Payable
4600 Post Oak Place
Suite 200
Houston Texas 77027

Invoice Number: 007059-TC
Purchase Order:
AFE Number:

Invoice Date: 06/13/2012
Job Number: TC0839-03
Payment Terms: NET 60
Vendor/Contract Number:

Charter Period:

| Vessel | Start Date | End Date | Total Days | Rate | Total |
|---|---|---|---|---|---|
| HOS INNOVATOR | 05/01/2012 00:00 | 06/01/2012 00:00 | 31.000 | 40,000.00 Per Day | 1,240,000.00 |

Charter Total: 1,240,000.00

Miscellaneous Items:

| Item Description | Vessel | Quantity | Rate | Markup | Total |
|---|---|---|---|---|---|
| GALLEY STAFF | HOS INNOVATOR | 31.000 | 1,750.00 Per Day | | 54,250.00 |
| RIGGERS | HOS INNOVATOR | 31.000 | 1,250.00 Per Day | | 38,750.00 |
| CTS MEALS/BERTHING | HOS INNOVATOR | 18.000 | 125.00 Per Day | | 2,250.00 |
| GLY TECH MEALS/BERTHING | HOS INNOVATOR | 12.000 | 125.00 Per Day | | 1,500.00 |
| NABORS MEALS/BERTHING | HOS INNOVATOR | 221.000 | 125.00 Per Day | | 27,625.00 |
| PES MEALS/BERTHING | HOS INNOVATOR | 47.000 | 125.00 Per Day | | 5,875.00 |
| SODEXO MEALS/BERTHING | HOS INNOVATOR | 149.000 | 125.00 Per Day | | 18,625.00 |

Miscellaneous Total: 148,875.00

Invoice Total: 1,388,875.00 USD

Payment by Wire transfer to: CAPITAL ONE, N.A. - ABA No. 065-000-090
For the Account of HORNBECK OFFSHORE SERVICES, LLC - Acct 812519034-SWIFT HIBKUS44
REMITTANCE ADDRESS: P.O. Box 54863 - New Orleans, LA 70154-4863
E-mail remittance to: ar@hornbeckoffshore.com
Any questions regarding this invoice should be directed to (985) 727-2000.

Northpark Blvd., Suite 300
...gton, Louisiana 70433

Phone: (985) 727-2000
Fax:   (985) 727-3606



## HORNBECK OFFSHORE SERVICES, LLC
*Service with Energy*

ATP Oil & Gas Corporation
Attention: Accounts Payable
4600 Post Oak Place
Suite 200
Houston Texas 77027

Invoice Number: 007084-M
Purchase Order:
AFE Number:

Invoice Date: 06/15/2012
Job Number: TC0839-02
Payment Terms: NET 60
Vendor/Contract Number:

Miscellaneous Items:

| Item Description | Vessel | Quantity | Rate | Markup | Total |
|---|---|---|---|---|---|
| HOS PORT INV. 74637 DATED 5/1/12 | HOS INNOVATOR | 25,624.000 | 0.03 Per Gallon | | 768.72 |

Miscellaneous Total: 768.72 USD

TO INVOICE YOUR ACCOUNT FOR WATER PURCHASED IN ACCORDANCE WITH SECTION 3.5 OF MASTER TIME CHARTER AGREEMENT DATED 5/1/07.

Payment by Wire transfer to: CAPITAL ONE, N.A. - ABA No. 065-000-090
For the Account of HORNBECK OFFSHORE SERVICES, LLC - Acct 812519034-SWIFT HIBKUS44
REMITTANCE ADDRESS: P.O. Box 54863 - New Orleans, LA 70154-4863
E-mail remittance to: ar@hornbeckoffshore.com

03 Northpark Blvd., Suite 300
Covington, Louisiana 70433

Phone: (985) 727-2000
Fax:   (985) 727-3606



## HORNBECK OFFSHORE SERVICES, LLC
*Service with Energy*

ATP Oil & Gas Corporation  
Attention: Accounts Payable  
4600 Post Oak Place  
Suite 200  
Houston Texas 77027

Invoice Number: 007145-M  
Purchase Order:  
AFE Number:  
Invoice Date: 06/29/2012  
Job Number: TC0839-02  
Payment Terms: NET 60  
Vendor/Contract Number:

Miscellaneous Items:

| Item Description | Vessel | Quantity | Rate | Markup | Total |
|---|---|---|---|---|---|
| COMPLETE MARINE INVOICE# E120423-27, DATED 05/17/12 | HOS ACHIEVER | 1.000 | 983.04 Flat Fee | | 983.04 |

Miscellaneous Total: 983.04 USD

TO INVOICE YOUR ACCOUNT FOR WIRING FOR GENERATORS TO SWITCH BOXES.

PLEASE SEE THE ATTACHED FOR DETAILS.

Payment by Wire transfer to: CAPITAL ONE, N.A. - ABA No. 065-000-090  
For the Account of HORNBECK OFFSHORE SERVICES, LLC - Acct 812519034-SWIFT HIBKUS44  
REMITTANCE ADDRESS: P.O. Box 54863 - New Orleans, LA 70154-4863  
E-mail remittance to: ar@hornbeckoffshore.com

103 Northpark Blvd., Suite 300  
Covington, Louisiana 70433

Phone: (985) 727-2000  
Fax: (985) 727-3606



**HORNBECK OFFSHORE SERVICES, LLC**
*Service with Energy*

ATP Oil & Gas Corporation
Attention: Accounts Payable
4600 Post Oak Place
Suite 200
Houston Texas 77027

Invoice Number: 007203-TC
Purchase Order:
AFE Number:

Invoice Date: 07/17/2012
Job Number: TC0839-04
Payment Terms: NET 60
Vendor/Contract Number:

Charter Period:

| Vessel | Start Date | End Date | Total Days | Rate | Total |
|---|---|---|---|---|---|
| HOS INNOVATOR | 06/01/2012 00:00 | 07/01/2012 00:00 | 30.000 | 40,000.00 Per Day | 1,200,000.00 |

Charter Total: 1,200,000.00

Miscellaneous Items:

| Item Description | Vessel | Quantity | Rate | Markup | Total |
|---|---|---|---|---|---|
| GALLEY STAFF | HOS INNOVATOR | 30.000 | 1,750.00 Per Day | | 52,500.00 |
| RIGGERS | HOS INNOVATOR | 30.000 | 1,250.00 Per Day | | 37,500.00 |
| NABORS MEALS/BERTHING | HOS INNOVATOR | 167.000 | 125.00 Per Day | | 20,875.00 |
| SODEXO MEALS/BERTHING | HOS INNOVATOR | 38.000 | 125.00 Per Day | | 4,750.00 |
| MI SWACO MEALS/BERTHING | HOS INNOVATOR | 12.000 | 125.00 Per Day | | 1,500.00 |
| TSI MEALS/BERTHNG | HOS INNOVATOR | 8.000 | 125.00 Per Day | | 1,000.00 |
| SCHLUMBERGER MEALS/BERTHING | HOS INNOVATOR | 16.000 | 125.00 Per Day | | 2,000.00 |
| OES MEALS/BERTHING | HOS INNOVATOR | 15.000 | 125.00 Per Day | | 1,875.00 |
| SEDEAXO MEALS/BERTHING | HOS INNOVATOR | 84.000 | 125.00 Per Day | | 10,500.00 |

Miscellaneous Total: 132,500.00

Invoice Total: 1,332,500.00 USD

Payment by Wire transfer to: CAPITAL ONE, N.A. - ABA No. 065-000-090
For the Account of HORNBECK OFFSHORE SERVICES, LLC - Acct 812519034-SWIFT HIBKUS44
REMITTANCE ADDRESS: P.O. Box 54863 - New Orleans, LA 70154-4863
E-mail remittance to: ar@hornbeckoffshore.com
Any questions regarding this invoice should be directed to (985) 727-2000.

Northpark Blvd., Suite 300
Covington, Louisiana 70433

Phone: (985) 727-2000
Fax: (985) 727-3606



## HORNBECK OFFSHORE SERVICES, LLC
*Service with Energy*

ATP Oil & Gas Corporation
Attention: Accounts Payable
4600 Post Oak Place
Suite 200
Houston Texas 77027

Invoice Number: 007249-M
Purchase Order:
AFE Number:
Invoice Date: 07/30/2012
Job Number: TC0839-01
Payment Terms: NET 60
Vendor/Contract Number:

Miscellaneous Items:

| Item Description | Vessel | Quantity | Rate | Markup | Total |
|---|---|---|---|---|---|
| EPS CARGO HANDLERS INVOICE# 2068, DATED 04/24/12 | HOS ACHIEVER | 1.000 | 8,000.00 Flat Fee | | 8,000.00 |
| COASTAL ELECTRIC SUPPLY INVOICE# 15144800, DATED 05/04/12 | HOS ACHIEVER | 1.000 | 187.76 Flat Fee | | 187.76 |
| | | | Miscellaneous Total: | | 8,187.76 USD |

TO INVOICE YOUR ACCOUNT FOR CARGO HANDLING AND A TRANSFORMER.

PLEASE SEE THE ATTACHED FOR DETAILS.

Payment by Wire transfer to: CAPITAL ONE, N.A. - ABA No. 065-000-090
For the Account of HORNBECK OFFSHORE SERVICES, LLC - Acct 812519034-SWIFT HIBKUS44
REMITTANCE ADDRESS: P.O. Box 54863 - New Orleans, LA 70154-4863
E-mail remittance to: ar@hornbeckoffshore.com

103 Northpark Blvd., Suite 300
Covington, Louisiana 70433

Phone: (985) 727-2000
Fax:   (985) 727-3606



## HORNBECK OFFSHORE SERVICES, LLC
*Service with Energy*

:P Oil & Gas Corporation  
tention: Accounts Payable  
;00 Post Oak Place  
lite 200  
)uston Texas 77027

Invoice Number: 007368-TC  
Purchase Order:  
AFE Number:  

Invoice Date: 08/21/2012  
Job Number: TC0879-01  
Payment Terms: NET 60  
Vendor/Contract Number:

harter Period:

| Vessel | Start Date | End Date | Total Days | Rate | Total |
|---|---|---|---|---|---|
| HOS MARINER | 07/11/2012 03:00 | 08/01/2012 00:00 | 20.875 | 17,000.00 Per Day | 354,875.00 |

Charter Total: 354,875.00

iscellaneous Items:

| tem Description | Vessel | Quantity | Rate | Markup | Total |
|---|---|---|---|---|---|
| RIGGING SERVICES | HOS MARINER | 20.875 | 2,500.00 Per Day | | 52,187.50 |
| COOK | HOS MARINER | 20.875 | 500.00 Per Day | | 10,437.50 |

Miscellaneous Total: 62,625.00

Invoice Total: 417,500.00 USD

Payment by Wire transfer to: CAPITAL ONE, N.A. - ABA No. 065-000-090  
For the Account of HORNBECK OFFSHORE SERVICES, LLC - Acct 812519034-SWIFT HIBKUS44  
REMITTANCE ADDRESS: P.O. Box 54863 - New Orleans, LA 70154-4863  
E-mail remittance to: ar@hornbeckoffshore.com  
Any questions regarding this invoice should be directed to (985) 727-2000.

Northpark Blvd., Suite 300  
ington, Louisiana 70433

Phone: (985) 727-2000  
Fax: (985) 727-3606



## HORNBECK OFFSHORE SERVICES, LLC
*Service with Energy*

TP Oil & Gas Corporation  
ttention: Accounts Payable  
500 Post Oak Place  
uite 200  
ouston Texas 77027  

| | |
|---|---|
| Invoice Number: | 007370-TC |
| Purchase Order: | |
| AFE Number: | |
| Invoice Date: | 08/21/2012 |
| Job Number: | TC0839-05 |
| Payment Terms: | NET 60 |
| Vendor/Contract Number: | |

Charter Period:

| Vessel | Start Date | End Date | Total Days | Rate | Total |
|---|---|---|---|---|---|
| HOS INNOVATOR | 07/01/2012 00:00 | 07/13/2012 14:30 | 12.604 | 40,000.00 Per Day | 504,160.00 |
| | | | | Charter Total: | 504,160.00 |

Miscellaneous Items:

| Item Description | Vessel | Quantity | Rate | Markup | Total |
|---|---|---|---|---|---|
| GALLEY STAFF | HOS INNOVATOR | 12.604 | 1,750.00 Per Day | | 22,057.00 |
| RIGGERS | HOS INNOVATOR | 12.604 | 1,250.00 Per Day | | 15,755.00 |
| NABORS MEALS/BERTHING | HOS INNOVATOR | 80.000 | 125.00 Per Day | | 10,000.00 |
| SODEXO MEALS/BERTHING | HOS INNOVATOR | 47.000 | 125.00 Per Day | | 5,875.00 |
| SCHLUMBERGER MEALS/BERTHING | HOS INNOVATOR | 22.000 | 125.00 Per Day | | 2,750.00 |
| SIEMENS MEALS/BERTHING | HOS INNOVATOR | 6.000 | 125.00 Per Day | | 750.00 |
| FASTORQ MEALS/BERTHING | HOS INNOVATOR | 5.000 | 125.00 Per Day | | 625.00 |
| | | | Miscellaneous Total: | | 57,812.00 |
| | | | Invoice Total: | | 561,972.00 USD |

Payment by Wire transfer to: CAPITAL ONE, N.A. - ABA No. 065-000-090  
For the Account of HORNBECK OFFSHORE SERVICES, LLC - Acct 812519034-SWIFT HIBKUS44  
REMITTANCE ADDRESS: P.O. Box 54863 - New Orleans, LA 70154-4863  
E-mail remittance to: ar@hornbeckoffshore.com  
Any questions regarding this invoice should be directed to (985) 727-2000.

3 Northpark Blvd., Suite 300  
ivington, Louisiana 70433

Phone: (985) 727-2000  
Fax:   (985) 727-3606



## HORNBECK OFFSHORE SERVICES, LLC
*Service with Energy*

.TP Oil & Gas Corporation
.ttention: Accounts Payable
600 Post Oak Place
:uite 200
louston Texas 77027

Invoice Number: 007369-TC
Purchase Order:
AFE Number:
Invoice Date: 08/21/2012
Job Number: TC0879-02
Payment Terms: NET 60
Vendor/Contract Number:

Charter Period:

| Vessel | Start Date | End Date | Total Days | Rate | Total |
|---|---|---|---|---|---|
| HOS MARINER | 08/01/2012 00:00 | 08/01/2012 23:00 | 0.958 | 17,000.00 Per Day | 16,286.00 |
| | | | | Charter Total: | 16,286.00 |

Miscellaneous Items:

| Item Description | Vessel | Quantity | Rate | Markup | Total |
|---|---|---|---|---|---|
| RIGGING SERVICES | HOS MARINER | 0.958 | 2,500.00 Per Day | | 2,395.00 |
| COOK | HOS MARINER | 0.958 | 500.00 Per Day | | 479.00 |
| | | | Miscellaneous Total: | | 2,874.00 |
| | | | Invoice Total: | | 19,160.00 USD |

Payment by Wire transfer to: CAPITAL ONE, N.A. - ABA No. 065-000-090
For the Account of HORNBECK OFFSHORE SERVICES, LLC - Acct 812519034-SWIFT HIBKUS44
REMITTANCE ADDRESS: P.O. Box 54863 - New Orleans, LA 70154-4863
E-mail remittance to: ar@hornbeckoffshore.com
Any questions regarding this invoice should be directed to (985) 727-2000.

)3 Northpark Blvd., Suite 300
ovington, Louisiana 70433

Phone: (985) 727-2000
Fax: (985) 727-3606



## HORNBECK OFFSHORE SERVICES, LLC.
*Service with Energy*

ATP Oil & Gas Corporation
Attention: Accounts Payable
4600 Post Oak Place
Suite 200
Houston Texas 77027

Invoice Number: 007385-
Purchase Order:
AFE Number: 10851 MC94
Invoice Date: 08/27/201
Job Number: TC0839-0
Payment Terms: NET 6
Vendor/Contract Number:

Miscellaneous Items:

| Item Description | Vessel | Quantity | Rate | Markup | To |
|---|---|---|---|---|---|
| MID-GULF SHIPPING INV# INV1166-10628-579 DATED 05/01/2012 | HOS ACHIEVER | 1.000 | 1,040.00 Flat Fee | | 1,040. |

Miscellaneous Total: 1,040.00 U

TO INVOICE YOUR ACCOUNT FOR AGENCY FEES PER ARTICLE 9 OF THE MASTER TIME CHARTER AGREEMENT DATED 05/01/2007.

PLEASE SEE ATTACHED FOR DETAILS.

Payment by Wire transfer to: CAPITAL ONE, N.A. - ABA No. 065-000-090
For the Account of HORNBECK OFFSHORE SERVICES, LLC - Acct 812519034-SWIFT HIBKUS44
REMITTANCE ADDRESS: P.O. Box 54863 - New Orleans, LA 70154-4863
E-mail remittance to: ar@hornbeckoffshore.com

103 Northpark Blvd., Suite 300
Covington, Louisiana 70433

Phone: (985) 727-2000
Fax:   (985) 727-3606



## HORNBECK OFFSHORE SERVICES, LLC
*Service with Energy*

ATP Oil & Gas Corporation
Attention: Accounts Payable
4600 Post Oak Place
Suite 200
Houston Texas 77027

Invoice Number: 007433-M
Purchase Order: 10851 MC941
AFE Number:

Invoice Date: 08/27/2012
Job Number: TC0839-01
Payment Terms: NET 60
Vendor/Contract Number:

Miscellaneous Items:

| Item Description | Vessel | Quantity | Rate | Markup | Tot: |
|---|---|---|---|---|---|
| MID-GULF SHIPPING INV# INV1165-10593-625 DATED 05/15/2012 | HOS ACHIEVER | 1.000 | 4,207.58 Flat Fee | | 4,207.5 |

Miscellaneous Total:  4,207.58 US!

TO INVOICE YOUR ACCOUNT FOR AGENCY FEES PER ARTICLE 9 OF THE MASTER TIME CHARTER AGREEMENT DATED 05/01/2007.

PLEASE SEE ATTACHED FOR DETAILS.

Payment by Wire transfer to: CAPITAL ONE, N.A. - ABA No. 065-000-090
For the Account of HORNBECK OFFSHORE SERVICES, LLC - Acct 812519034-SWIFT HIBKUS44
REMITTANCE ADDRESS: P.O. Box 54863 - New Orleans, LA 70154-4863
E-mail remittance to: ar@hornbeckoffshore.com

103 Northpark Blvd., Suite 300
Covington, Louisiana 70433

Phone: (985) 727-2000
Fax:   (985) 727-3606