

## HORNBECK OFFSHORE SERVICES, LLC
*Service with Energy*

| | | |
|---|---|---|
| ATP Oil & Gas Corporation | Invoice Number: | 005118-M |
| Attention: Accounts Payable | Purchase Order: | |
| 4600 Post Oak Place | AFE Number: | |
| Suite 200 | | |
| Houston Texas 77027 | Invoice Date: | 02/22/2011 |
| | Job Number: | TC0634-02 |
| | Payment Terms: | NET 60 |
| | Vendor/Contract Number: | |

**Miscellaneous Items:**

| Item Description | Vessel | Quantity | Rate | Markup | Total |
|---|---|---|---|---|---|
| AFFILIATED MARINE SUPPLY INVOICE# AMS83829, DATED 10/29/10 | HOS SILVER ARROW | 1.000 | 5,023.08 Flat Fee | 15.00 % | 5,776.54 |
| DTS INVOICE# 36538, DTED 11/09/10 | HOS SILVER ARROW | 1.000 | 582.89 Flat Fee | 15.00 % | 670.32 |
| DTS INVOICE# 36539, DATED 11/09/10 | HOS SILVER ARROW | 1.000 | 505.00 Flat Fee | 15.00 % | 580.75 |
| | | | **Miscellaneous Total:** | | **7,027.62 USD** |

TO INVOICE YOUR ACCOUNT FOR CATERING AND SATELLITE SYSTEM RENTAL AND REMOVAL PER THE SHORT FORM TIME CHARTER AGREEMENT DATED 10/14/10.

PLEASE SEE THE ATTACHED FOR DETAILS.

Payment by Wire transfer to: CAPITAL ONE, N.A. - ABA No. 065-000-090
For the Account of HORNBECK OFFSHORE SERVICES, LLC - Acct 812519034-SWIFT HIBKUS44
REMITTANCE ADDRESS: P.O. Box 54863 - New Orleans, LA 70154-4863
E-mail remittance to: ar@hornbeckoffshore.com

**EXHIBIT** "F"

103 Northpark Blvd., Suite 300    Phone: (985) 727-2000
Covington, Louisiana 70433    Fax:   (985) 727-3606



## HORNBECK OFFSHORE SERVICES, LLC
*Service with Energy*

ATP Oil & Gas Corporation  
Attention: Accounts Payable  
4600 Post Oak Place  
Suite 200  
Houston Texas 77027  

Invoice Number: 005661-TC  
Purchase Order:  
AFE Number:  
Invoice Date: 07/26/2011  
Job Number: TC0723-01  
Payment Terms: NET 60  
Vendor/Contract Number:

**Charter Period:**

| Vessel | Start Date | End Date | Total Days | Rate | Total |
|---|---|---|---|---|---|
| HOS IRON HORSE | 07/04/2011 00:00 | 07/14/2011 18:00 | 10.750 | 85,000.00 Per Day | 913,750.00 |
| | | | | Charter Total: | 913,750.00 |
| | | | | Invoice Total: | 913,750.00 USD |

Payment by Wire transfer to: CAPITAL ONE, N.A. - ABA No. 065-000-090  
For the Account of HORNBECK OFFSHORE SERVICES, LLC - Acct 812519034-SWIFT HIBKUS44  
REMITTANCE ADDRESS: P.O. Box 54863 - New Orleans, LA 70154-4863  
E-mail remittance to: ar@hornbeckoffshore.com  
Any questions regarding this invoice should be directed to (985) 727-6927

103 Northpark Blvd., Suite 300  
Covington, Louisiana 70433  

Phone: (985) 727-2000  
Fax:    (985) 727-3606



# HORNBECK OFFSHORE SERVICES, LLC
*Service with Energy*

ATP Oil & Gas Corporation  
Attention: Accounts Payable  
4600 Post Oak Place  
Suite 200  
Houston Texas 77027  

**Invoice Number:** 005742-F  
**Purchase Order:**  
**AFE Number:**  
**Invoice Date:**  
**Job Number:** TC0702-04  
**Payment Terms:** NET 60  
**Vendor/Contract Number:**

**Vessel Name:** HOS BRIMSTONE

| | On Charter (GAL) | Off Charter (GAL) | Usage | Rate (GAL) | Subtotal | Markup | Total |
|---|---|---|---|---|---|---|---|
| Water: | 0 | 0 | 0 | 0.00 | 0.00 | | 0.00 |
| Fuel: | 49,838 | 49,770 | 68 | 3.39 | 230.52 | | 230.52 |
| Lube: | 1,975 | 1,975 | 0 | 0.00 | 0.00 | | 0.00 |
| | | | | **Invoice Total:** | | | **230.52 USD** |

TO RECONCILE FUEL AND LUBE FOR THE CHARTER HIRE PERIOD OF 05/18/11 12:00 TO 08/02/11 04:00

Payment by Wire transfer to: CAPITAL ONE, N.A. - ABA No. 065-000-090  
For the Account of HORNBECK OFFSHORE SERVICES, LLC - Acct 812519034-SWIFT HIBKUS44  
REMITTANCE ADDRESS: P.O. Box 54863 - New Orleans, LA 70154-4863  
E-mail remittance to: ar@hornbeckoffshore.com  
Any questions regarding this invoice should be directed to (985) 727-6927

103 Northpark Blvd., Suite 300  
Covington, Louisiana 70433  

Phone: (985) 727-2000  
Fax: (985) 727-3606



## HORNBECK OFFSHORE

### On/Off Charter Sheet

| Vessel Name: | HOS BRIMSTONE |
|---|---|

### Charter Information

| On/Off Charter @: 1200 | Hours (Confirm On/Off Hours w/Office) | Date: 5-18-11 |
|---|---|---|
| Charterer: ATP | | Charterer's Rep: |
| Location: PORT FOURCHON LA | | Charterer's Tel: |

#### Soundings (Note: Sound/List All Oil Tanks)

| Tank # | Feet-Inches | Gallons |
|---|---|---|
| 9 PORT | 0' 0" | 73 |
| 9 STARBOARD | 0' 0" | 73 |
| 11 PORT | 3' 4" | 10135 |
| 11 STARBOARD | 3' 4" | 10135 |
| 11 CENTER | 0' 6" | 3092 |
| 16 CENTER | 0' 6" | 2593 |
| | | |
| PORT DAYTANK | 16' 5" | 11896 |
| STARBOARD DAYTANK | 16' 8" | 11982 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Fuel Aboard:** | 49838 | |
| | | |
| Main Engine Oil: | 971 | |
| Gear Oil: | 539 | |
| Hydraulic Oil: | 465 | |
| Drill Water: | 4000 BBLS | |
| Potable Water: | 1000 BBLS | |
| | | |
| **Deck Inventory:** | | |
| **Cargo Hoses** | | |
| Oil Cargo (#/size) | | |
| Vapor Recovery (#/size) | | |
| Dry Bulk (#/size) | 2 - 4" x 50' | |
| Fuel (#/size) | 2 - 3" x 50' | |
| Liquid Mud (#/size) | 2 - 4" x 50' | |
| Water (#/size) | 2 - 4" x 50' | |
| Other (#/size) | | |
| **Cordage** | | |
| Tie-Up lines (#/size) | 12  2.5" x 75' | |
| Other | | |
| **Lashing Gear** | | |
| Binders | 18 | |
| Chain (size/length) | 13  3/8" x 25' | |
| Other | | |

**Remarks:**

| Master (Print Name): | JOHN KISER | Charterer Rep (Print Name): |
|---|---|---|
| Master (Sign Name): | [signature] | Charterer Rep (Sign Name): |
| Third Party if applicable (Sign Name): | | |
| Third Party if applicable (Sign Name): | | |

June 2003

Form HO-534
Revision 0



## HORNBECK OFFSHORE

### On/Off Charter Sheet

**Vessel Name:** HOS BRIMSTONE

### Charter Information

| On/Off Charter @: 0400 | Hours (Confirm On/Off Hours w/Office) | Date: 8-2-11 |
|---|---|---|
| Charterer: ATP | | Charterer's Rep: |
| Location: FOURCHON LA | | Charterer's Tel: 985-396-3090 |

**Soundings (Note: Sound/List All Oil Tanks)**

| Tank # | Feet-Inches | Gallons |
|---|---|---|
| 9 PORT | 2'9" | 9232 |
| 9 STBD | 2'6" | 8242 |
| 11 PORT | 10" | 1836 |
| 11 STBD | 5" | 715 |
| 11 CENTER | 5" | 2710 |
| 18 CENTER | 6" | 2593 |
| PORT DAY TANK | 17"5' | 12208 |
| STBD DAY TANK | 17"6' | 12210 |
| | | |
| **Total Fuel Aboard:** | | 49770 |
| | | |
| Main Engine Oil: | 131 6'8", 141 P 6", 150 9'1" | 808 + 96 = 904 |
| Gear Oil: | 145 6'8" | 318 |
| Hydraulic Oil: | 135 6'3" 313 EAC, 153 7'10" 441EA | 753 |
| Drill Water: | | 4000 |
| Potable Water: | | 1000 |

| Deck Inventory: | | |
|---|---|---|
| **Cargo Hoses** | | |
| Oil Cargo (#/size) | | |
| Vapor Recovery (#/size) | | |
| Dry Bulk (#/size) | 2 - 4"x 50' | |
| Fuel (#/size) | 2 - 3"x 50' | |
| Liquid Mud (#/size) | 2 - 4"x 50' | |
| Water (#/size) | 2 - 4"x 50' | |
| Other (#/size) | | |
| **Cordage** | | |
| Tie-Up lines (#/size) | 12  2.5"x 75' | |
| Other | | |
| **Lashing Gear** | | |
| Binders | 18 | |
| Chain (size/length) | 13  3/8"x 75 | |
| Other | | |

**Remarks:**

| Master (Print Name): | STANLEY A. DE SOUSA | Charterer Rep (Print Name): | DAVID DAIGLE |
|---|---|---|---|
| Master (Sign Name): | | Charterer Rep (Sign Name): | D Dob ATP |
| Third Party if applicable (Sign Name): | | | |
| Third Party if applicable (Sign Name): | | | |

June 2003

Form HO-534
Revision 0

Guidry, Susie

| | |
|---|---|
| From: | Cindy Fullilove [cindy@talensmarine.com] |
| Sent: | Monday, August 01, 2011 3:09 PM |
| To: | 'Dale Doucet' |
| Subject: | TALEN'S POSTINGS   Monday - August 1, 2011 1400 FWD   RE: DOCK & BARGE |

# TALEN

"A Quintana Energy Partners portfolio company"

"WE DELIVER quality goods and services to our customers in a timely, dependable and environmentally safe manner for over 40 years."

## 24/7 order & dispatch: (800)256-3835

TALEN'S POSTINGS   Monday - August 1, 2011 1400 FWD   RE: DOCK & BARGE

Military time & subject to change without notice) DOCK & BARGE POSTINGS

Talen reserves the right to recall, adjust bids due to errors or mkt changes, prior to actual delivery

| | Service area | Barge delv | Dockside |
|---|---|---|---|
| **Dock & Barge,** Diesel, off road red dye, no tax | LA-ICW 193 | 3.3900 | n/a |
| | LA-Lake Charles ICW 240 | 3.3900 | n/a |
| | LA-Ameila/Morgan City ICW 99 | 3.3900 | n/a |
| | LA-Fourchon | n/a | 3.3900 |
| | LA-Cameron | n/a | n/a |
| | LA-Freshwater City beacon 12 | n/a | 3.4300 |
| | LA-Houma ICW 53-54 | n/a | 3.3900 |
| | LA- Grande Isle / A-Port | n/a | 3.4100 |
| | TX-Port Arthur/Beaumont-ICW 289 | 3.4100 | 3.3600 |
| | TX-Galveston/Port Bolivar/Pelican Cut | 3.4100 | 3.3600 |
| | TX-HOUSTON | 3.3900 | n/a |

1

EXHIBIT "A"
TO MASTER TIME CHARTER AGREEMENT

Short Form Time Charter Agreement

THIS SHORT FORM TIME CHARTER AGREEMENT is made as of this 18th day of May, 2011 between Hornbeck Offshore Services ("OWNER"), the owner and/or operator of the Vessel described below ("Vessel"), and ATP OIL & GAS CORPORATION ("CHARTERER").

Pursuant to the terms of that certain Master Time Charter Agreement dated May 1, 2007, between OWNER and CHARTERER (the "Master Agreement"), the premises and covenants of which the Parties hereto are familiar with and incorporate herein by reference, OWNER agrees and does hereby time charter, and CHARTERER agrees to and does hereby hire, the Vessel subject to the following:

1. Description, Term, and Rates.

    A. Description of Vessel:
       Name: HOS BRIMSTONE
       Official No.: 1124426
       Stated Value of Vessel: $29,100,000.00

    B. Term:
       Date and Time of Delivery: May 18, 2011 @ noon – to be confirmed by on charter soundings
       Duration: Ninety (90) days firm

    C. Port or Place of Delivery: Fourchon, LA

    D. Port or Place of Redelivery: Fourchon, LA

    E. Charter Hire Rates and Fees:
       Daily Charter Rate: $17,000.00 per day inclusive of rigging services utilizing up to four (4) persons
       Meals/Berthing: $115.00 per person / per day for all persons in addition to crew

    F. Mobilization Fee: ----------------------

    G. Demobilization Fee: ----------------------

2. The Vessel shall be allowed up to 24 hours of downtime per month. Only that portion of the day for which the Vessel was actually serviceable to ATP shall be invoiced. Downtime shall not be chargeable to ATP. This downtime allotment may not be accumulated on a month to month basis. If there is any downtime in excess of 24 hours, then ATP shall have the option during vessel downtime to contract a replacement vessel with the assistance of OWNER.

3. Early termination rights are as provided in the Master Agreement.

V7FINAL
MTCA
HOSIATP

HOS Contract No.: 01-06-0014

4. For the purposes of this Charter, contractors of CHARTERER shall be deemed to be member of the CHARTERER GROUP for purposes of Article 10 Indemnities of the Master Agreement.

ACCEPTED AND AGREED TO THIS 18TH DAY OF May, 2011.

OWNER:
Hornbeck Offshore Services, LLC
By: _____

Name: Peter Fortier
Title: Vice President, HOS Sales

CHARTERER:
ATP Oil & Gas Corporation
By: _____

Name:
Title:

VTFINAL
MTCA
HOSIATP

HOS Contract No.: 01-06-0014



*Amendment 1*

**HORNBECK OFFSHORE SERVICES, LLC**
*Service with Energy*

May 19, 2011

ATP Oil and Gas Corporation

Attn: Beth Patterson
Beth.Patterson@atpog.com

Dear Beth,

This letter agreement sets forth the understanding between Hornbeck Offshore Services, LLC ("Owner") and ATP Oil & Gas Corporation ("Charterer") and modifies the "Exhibit A, Vessel Charter" by and between Owner and Charterer dated May 18, 2011 for the charter of the HOS BRIMSTONE (the "Vessel Charter"). All other terms and conditions of the Vessel Charter shall remain in effect, except as expressly modified in this letter.

ATP requests and Hornbeck agrees to reduce the term of the charter set forth in 1.B. from 90 days to 30 days firm. In consideration of the foregoing reduction of the term, ATP hereby agrees that should ATP require the services of a vessel beyond the 30 day period, ATP shall so notify Hornbeck and grant Hornbeck the right, at Hornbeck's sole option, to extend the term at a mutually agreeable rate. In the event the parties cannot agree on a rate, ATP shall, prior to chartering another vessel, provide Hornbeck the opportunity to match any charter term and rate that ATP intends to award to another vessel owner/operator.

Please indicate your acceptance to the foregoing terms and conditions by executing this letter below. By your execution, the parties expressly agree that this letter agreement fulfills all conditions precedent, to modify the term of Exhibit A set forth in Article 1 of the Master Time Charter Agreement, dated May 1, 2007.

OWNER:
Hornbeck Offshore Services, LLC
By: _____
Name: John Cook
Title: Senior Vice President

CHARTERER:
ATP Oil & Gas Corporation
By: _____
Name:
Title:

103 Northpark Boulevard, Suite 300
Covington, Louisiana 70433

Phone: (985) 727-2000
Fax: (985) 727-3606

TC 0702-02.

## AMENDMENT NO. 2
## TO EXHIBIT A

This Amendment No. 2, dated June 17, 2011 shall serve to amend the Exhibit A dated May 18, 2011, as amended May 19, 2011, between Hornbeck Offshore Services, LLC ("Owner") and ATP Oil & Gas Corporation ("Charterer") for the charter of the HOS Brimstone (the "Vessel Charter"), as follows:

Item 1.B. Term:
    Duration: The 30 day firm period is extended beginning June 17, 2011 @ noon for an additional 30 days.
    Options: Ten 1 day options

Item 1.E.
    Daily Charter Rate: The day rate shall be $20,000.00 per day inclusive of 4 riggers effective June 17, 2011 @ noon.

All other terms and conditions of the Vessel Charter remain in full force and effect except as specifically amended herein.

ATP Oil & Gas Corporation

Name:_____
Title:_____
Date:_____

Hornbeck Offshore Services, LLC

Name: Ben Todd
Title: VP of OPS, HOS
Date: June 17, 2011

## AMENDMENT NO. 3
## TO
## EXHIBIT A

This Amendment No. 3 dated June 17, 2011, serves to suspend the Exhibit A agreement dated May 18, 2011, as amended May 19, 2011, *and June 17, 2011* between Hornbeck Offshore Services, LLC ("Owner") and ATP Oil & Gas Corporation ("Charterer") for the charter of the M/V HOS BRIMSTONE (the "Vessel Charter").

Charterer and Owner mutually agree to suspend the charter of the HOS BRIMSTONE (the "Vessel") as set forth below:

1. **Suspension Period:**
   The Suspension Period shall commence at the date and time upon which the Vessel begins its charter to Marathon Oil Company which is estimated to be on or about the June 17, 2011, @ 1200 hrs and shall continue until such time that the Marathon Charter is concluded. The suspension period is estimated to be 5 days, but in no event shall the suspension period exceed 30 days or the term of the charter period between Owner and and Charterer, ~~days~~ unless otherwise agreed between the parties in writing.

2. Port of Delivery: Fourchon, Louisiana
3. Port of Re-delivery: Fourchon, Louisiana

4. **Special Provisions:**

   A) During the Suspension Period Owner will charter the Vessel to Marathon Oil Company and Charterer shall be relieved of its obligation to pay the daily hire rate.

   B) At the conclusion of the Suspension Period the Vessel shall be re-delivered to Charterer and recommence its charter under the Vessel Charter. The parties acknowledge that the Suspension Period shall run conterminously with the Charter Period between Owner and Charterer such that the Vessel Charter shall not be extended by way of ~~any~~ *the* Suspension ~~Agreement~~ *Period*.

   C) Charterer acknowledges that ~~some~~ the vessel's tanks are clean ~~and some contain cargo~~ as set forth below:

   a. Clean tanks

   1. All bulk tanks;
   2. #6 port and starboard liquid mud tanks;
   3. #8 port and starboard liquid mud tanks; and
   4. #12 port and starboard liquid mud tanks.

   (NOTE: ~~While currently clean, the #12 port and starboard tanks are in the same tank segregation as the #10 port and starboard tanks containing the cargo of calcium.~~)

   ~~b. Tanks containing cargo~~

   b. #10 port and starboard liquid mud tanks contain cargo residue.

~~5. K. #10 port and starboard liquid mud tanks contain approximately 2000bbls of calcium.~~ WD

D) CHARTERER SHALL REMAIN RESPONSIBLE FOR ANY TANK CLEANING AS SET FORTH IN THE VESSEL CHARTER.

~~D) CHARTERER AGREES TO RELEASE, INDEMNIFY, DEFEND, AND HOLD HARMLESS, OWNER FROM ANY AND ALL LOSS, AND DAMAGE, INCLUDING CONSEQUENTIAL LOSS, TO THE CARGO OF CALCIUM CARRIED IN THE #10 LIQUID AND TANKS IRRESPECTIVE OF THE CAUSE OF SUCH LOSS, INCLUDING BUT NOT LIMITED TO THE NEGLIGENCE OR FAULT OF OWNER, OR THE UNSEAWORTHINESS OF ANY VESSEL, OR THE COMINGLING OR MIXING OF ANY CARGOS, AND CHARTERER SHALL REMAIN RESPONSIBLE FOR ANY TANK CLEANING AS SET FORTH IN THE CHARTER.~~

E) Fuel and lube soundings will be taken by Owner at the commencement and ending of the Suspension Period (the "On and Off Charter Soundings"). Upon re-delivery of the vessel to Charterer, Owner shall reimburse Charterer via fuel credits for any usage of fuel and/or lube during the Suspension Period. Such usage volume shall be confirmed by the On and Off Charter Sounding reports.

All other terms and conditions of the Vessel Charter remain in full force and effect except as specifically amended herein.

HORNBECK OFFSHORE SERVICES LLC

Print Name: Ben Todd
Title: VP of OPS, WBSV [illegible]
Date: June 17, 2011

ATP OIL & GAS CORPORATION

Print Name: William F. [illegible]
Title: Drilling Mgr - ATS
Date: 6/17/11