

## HORNBECK OFFSHORE SERVICES, LLC

*Service with Energy*

ATP Oil & Gas Corporation
Attention: Accounts Payable
4600 Post Oak Place
Suite 200
Houston Texas 77027

| | |
|---|---|
| Invoice Number: | 006283-M |
| Purchase Order: | |
| AFE Number: | |
| Invoice Date: | 01/13/2012 |
| Job Number: | TC0723-01 |
| Payment Terms: | NET 60 |
| Vendor/Contract Number: | |

**Miscellaneous Items:**

| Item Description | Vessel | Quantity | Rate | Markup | Total |
|---|---|---|---|---|---|
| MAKO TECHNOLOGIES INVOICE# 11648, DATED 07/18/11 | HOS IRON HORSE | 1.000 | 19,196.05 Flat Fee | | 19,196.05 |
|     10.31 DAYS @ $1685.00 TRUCKING $1823.70 | | | | | |
| DTS INVOICE# 42792, DATED 07/13/11 | HOS IRON HORSE | 1.000 | 1,302.50 Flat Fee | | 1,302.50 |
| MID-GULF SHIPPING INVOICE# HIH0729111NO, DATED 07/29/11 | HOS IRON HORSE | 1.000 | 2,185.63 Flat Fee | | 2,185.63 |

| | | |
|---|---|---|
| | Miscellaneous Total: | 22,684.18 USD |

TO INVOICE YOUR ACCOUNT FOR ROV TOOLING RENTAL, AGENCY FEES AND REMOVAL OF COMMUNICATIONS EQUIPMENT.

MC-941 #4 BP-2

PLEASE SEE THE ATTACHED FOR DETAILS.

**EXHIBIT**

tabbies®

"G"

Payment by Wire transfer to: CAPITAL ONE, N.A. - ABA No. 065-000-090
For the Account of HORNBECK OFFSHORE SERVICES, LLC - Acct 812519034-SWIFT HIBKUS44
REMITTANCE ADDRESS: P.O. Box 54863 - New Orleans, LA 70154-4863
E-mail remittance to: ar@hornbeckoffshore.com



## HORNBECK OFFSHORE SERVICES, LLC
*Service with Energy*

ATP Oil & Gas Corporation
Attention: Accounts Payable
4600 Post Oak Place
Suite 200
Houston Texas 77027

| | |
|---|---|
| Invoice Number: | 006283-M |
| Purchase Order: | |
| AFE Number: | |
| Invoice Date: | |
| Job Number: | TC0723-01 |
| Payment Terms: | NET 60 |
| Vendor/Contract Number: | |

Miscellaneous Items:

| Item Description | Vessel | Quantity | Rate | Markup | Total |
|---|---|---|---|---|---|
| MAKO TECHNOLOGIES INVOICE# 11648, DATED 07/18/11 | HOS IRON HORSE | 1.000 | 19,196.05 Flat Fee | | 19,196.05 |
| 10 31 DAYS @ $1685.00 TRUCKING $1823.70 | | | | | |
| DTS INVOICE# 42792, DATED 07/13/11 | HOS IRON HORSE | 1.000 | 1,302.50 Flat Fee | | 1,302.50 |
| MID-GULF SHIPPING INVOICE# HH0729111NO, DATED 07/29/11 | HOS IRON HORSE | 1.000 | 2,185.63 Flat Fee | | 2,185.63 |

Miscellaneous Total: 22,684.18 USD

TO INVOICE YOUR ACCOUNT FOR ROV TOOLING RENTAL, AGENCY FEES AND REMOVAL OF COMMUNICATIONS EQUIPMENT

MC-941 #4 BP-2

PLEASE SEE THE ATTACHED FOR DETAILS.

ATP OIL & GAS CORP. - FIELD TICKET CODING
RIG/PROJECT: NABORS 202
WELL: M|C 941 #4 BP #2
LEASE: OCSG - 16661   AFE: 10584
ACCT CODE: 10 • 846 • 3110
AMOUNT: $ 22,684.18   DATE 1|13|12
SIGNATURE: David Daigle
PRINTED NAME: DAVID DAIGLE

Payment by Wire transfer to: CAPITAL ONE, N.A. - ABA No. 065-000-090
For the Account of HORNBECK OFFSHORE SERVICES, LLC - Acct 812519034-SWIFT HIBKUS44
REMITTANCE ADDRESS: P.O. Box 54863 - New Orleans, LA 70154-4863
E-mail remittance to: ar@hornbeckoffshore.com

103 Northpark Blvd., Suite 300
Covington, Louisiana 70433

Phone  (985) 727-2000
Fax    (985) 727-2006



# Mako Technologies, Inc.

# *Invoice*

**REMIT PAYMENTS TO:**
Mako Technologies, Inc.
P.O. Box 3186
Morgan City, LA  70381

*Mailing Address*
P.O. Box 3186
Morgan City, LA 70381

*Physical Address*
125 Mako Lane
Morgan City,
LA 70380

| Invoice No | Invoice Date |
|---|---|
| 11648 | 07/18/11 |

Phone: (985) 385-7817    Fax: (985) 385-0056    Email: sales@makotechnologies.com    Website: www.makotechnologies.com

| TO: | Cust No:  HORNBECK | Misc 1: | | Misc 5: | HOS Iron Horse |
|---|---|---|---|---|---|
| **Hornbeck Offshore** | | Misc 2: | | Misc 6: | |
| 103 Northpark Blvd. | | | | | |
| Suite 300 | | Misc 3: | | Misc 7: | Customer: ATP |
| Covington, LA  70433 | | Misc 4: | | Misc 8: | |

**Job No: 1107-5007**

| ORDERED BY | ORDERED BY PHONE | TERMS | PURCHASE ORDER NUMBER | BILLING PERIOD |
|---|---|---|---|---|
| JJm by Ben Todd | (985) 727-2000 | Net 30 | 2081612 | July |

| ITEM NO. | ITEM DESCRIPTION | START CHARGE DELIVERY DATE | END CHARGE RETURN DATE | Rent Days | QTY STAT | RATE | TOTAL |
|---|---|---|---|---|---|---|---|
| **IHPU10** | ISOLDATED HYD SUPPLY UNIT w/ 10 GAL FIRESTONE BLADDER AND HOSES. MDW | **07/03/11 0:01** | **07/15/11 23:59** | 13 | 1.00 | $400.00 | $5,200.00 |
| RC: 5115 | | Returned  07/03/11 0:01 | 07/15/11 23:59 | | | Day Rate | |
| **WHC01** | WELLHEAD CLEANING TOOL | **07/03/11 0:01** | **07/15/11 23:59** | 13 | 1.00 | $75.00 | $975.00 |
| RC: 5115 | | Returned  07/03/11 0:01 | 07/15/11 23:59 | | | Day Rate | |
| **AXVX02** | AXVX GASKET REMOVAL TOOL | **07/03/11 0:01** | **07/15/11 23:59** | 13 | 1.00 | $75.00 | $975.00 |
| RC: 5115 | | Returned  07/03/11 0:01 | 07/15/11 23:59 | | | Day Rate | |
| **HS 17H01** | HOT STAB, 17 H 10k psi (set) | **07/03/11 0:01** | **07/15/11 23:59** | 13 | 1.00 | $50.00 | $650.00 |
| RC: 5115 | | Returned  07/03/11 0:01 | 07/15/11 23:59 | | | Day Rate | |
| **gyrocompass** | GyroCompass (MP2-039) | **07/03/11 0:01** | **07/15/11 23:59** | 13 | 1.00 | $350.00 | $4,550.00 |
| RC: 5115 | | Returned  07/03/11 0:01 | 07/15/11 23:59 | | | Day Rate | |
| **BL8** | BLADDER Ten (10) GALLON | **07/03/11 0:01** | **07/15/11 23:59** | 13 | 2.00 | $67.50 | $1,755.00 |
| RC: 5115 | | Returned  07/03/11 0:01 | 07/15/11 23:59 | | | Day Rate | |
| **TT7** | PERRY HYD CLASS 1-4 TORQUE TOOL. COMPLETE WITH CALIBRATION STAND. | **07/03/11 0:01** | **07/15/11 23:59** | 13 | 1.00 | $600.00 | $7,800.00 |
| RC: 5115 | | Returned  07/03/11 0:01 | 07/15/11 23:59 | | | Day Rate | |
| **MISC** | Trucking | Sale Item  07/03/11 0:00 | | 0 | 1.00 | $261.85 | $261.85 |
| RC: 5115 | 3975 BL 367371 | | | | | Each | |
| **MISC** | Mob/Demob (IHPU) | Sale Item  07/03/11 0:00 | | 0 | 1.00 | $800.00 | $800.00 |
| RC: 5115 | | | | | | Each | |

*(handwritten notes)*

MC-941 #4 BP2 = 241.5 hrs
Round to 10.31 days

Tooling day rate = $1685
$1685.00 × 10.31 = $17,373.35

Trucking $ 1823.70

GC-300 #2  ST-1 = 64.5 hrs
2.69 days

$1685.00 × 2.69 = $4532.65

*'RC' = "Rental Contract"*

1 of 2



# Mako Technologies, Inc.

# *Invoice*

**REMIT PAYMENTS TO:**
Mako Technologies, Inc.
P.O. Box 3186
Morgan City, LA  70381

**Mailing Address**
P.O. Box 3186
Morgan City, LA 70381

**Physical Address**
125 Mako Lane
Morgan City,
LA 70380

| Invoice No | Invoice Date |
|---|---|
| 11648 | 07/18/11 |

Phone: (985) 385-7817    Fax: (985) 385-0056    Email: sales@makotechnologies.com    Website: www.makotechnologies.com

**TO:**   Cust No:  HORNBECK

**Hornbeck Offshore**
**103 Northpark Blvd.**
**Suite 300**
**Covington, LA  70433**

Misc 1:

Misc 2:

Misc 3:

Misc 4:

Misc 5:  HOS Iron Horse

Misc 6:

Misc 7:  Customer: ATP

Misc 8:

**Job No: 1107-5007**

| ORDERED BY | ORDERED BY PHONE | TERMS | PURCHASE ORDER NUMBER | BILLING PERIOD |
|---|---|---|---|---|
| JJm by Ben Todd | (985) 727-2000 | Net 30 | 2081612 | July |

| ITEM NO. | ITEM DESCRIPTION | START CHARGE DELIVERY DATE | END CHARGE RETURN DATE | Rent Days | QTY STAT | RATE | TOTAL |
|---|---|---|---|---|---|---|---|
| MISC *RC: 5115* | Trucking 3977 BL 367371 | *Sale Item* 07/04/11 0:00 | | 0 | 1.00 | $261.85 *Each* | $261.85 |
| MISC *RC: 5115* | Trucking Trucking to pick up tooling in Fourchon. | *Sale Item* 07/15/11 0:00 | | 0 | 1.00 | $500.00 *Each* | $500.00 |

**TERMS AND CONDITIONS:**
Rentor agrees to the 'Terms and Conditions' on the back of this invoice by accepting the rental and/or sales items listed above.
Effective Immediately:
We are not liable for Invoices that are short paid the wire fee. We will still show an outstanding balance on your account.

*'RC' = "Rental Contract"*

# Thank You

2 of 2

| | | |
|---|---|---|
| Sub-Total: | | $23,728.70 |
| 0.00% Parish Tax | None | $0.00 |
| 0.00% State Tax | None | $0.00 |
| **INVOICE TOTAL:** | | **$23,728.70** |

#1100    ATP
TCO723-01

MC-94174 BP-2



**MID-GULF SHIPPING**
Company, Inc.

4760 Pontchartrain Dr.
Slidell, LA 70458

**INVOICE #: HIH0729111NO**

Project Name: HOS Ironhorse
Invoice Date: July 29, 2011

| Description | Support Doc Ref | Authorized By | Received | Hours | Cost | Markup | Cost |
|---|---|---|---|---|---|---|---|
| **Port Charges** | | | | | | | |
| File # 7270  Client P.O. #: 1944854  P.O. Item #: | | | | | | | |
| HOS Iron Horse V.38.11 - 7/14/2011 @ 1800hrs (Arrival Only) | | | | | | | |
| 1  CBP user fee HOS Iron Horse V.38.11A | 78212 | | 7/15/2011 | 1.00 | 986.94 | 98.69 | 1,085.63 |
| | | | | | | | 1,085.63 |
| File # 7270  Client P.O. #: 1944854  P.O. Item #: | | | | | | | |
| HOS Iron Horse V.38.11 - 7/14/2011 @ 1800hrs (Arrival Only) | | | | | | | |
| 2  Agency Fee. | 78121 | | 7/14/2011 | 1.00 | 1,100.00 | | 1,100.00 |
| | | | | | | | 1,100.00 |
| **Invoice Total:** | | | | | | | **$2,185.63** |

Mid-Gulf Shipping Company, Inc. - Invoice #: HIH0729111NO                    Page 1 of 1

57008253

Ck#2249   I78212-7270.389
I#389-7270-78212

**1. NAME OF PAYER/IMPORTER**

MID-GULF SHIPPING CO., INC.

CBP officer must record above serial number on all checks and money orders accepted in payment. (19 CFR 24, 1 (b)

**2. ADDRESS** 1350 Robert Boulevard Drive
Slidell, Louisiana 70458
(504) 835-1212

DEPARTMENT OF HOMELAND SECURITY
U.S. Customs and Border Protection

**COLLECTION RECEIPT**

**OR**

**INFORMAL ENTRY**

19 CFR 4.23, 10.71, 123.4, 141.68, 143.23-143.26, 145.12, 146.27

| 3. TELEPHONE NO. | 4. DATE |
|---|---|
| (   ) | 7-15-11 |

## RECEIPT

| 5. ACCT. CLASS CODE | 6. USER CHARGE CODE | 7. REMARKS/CASE NO./VIOLATION | 8. AMOUNT |
|---|---|---|---|
| 1a1 | | Customs user fee | 437 00 |
| 481 | | Aphis | 496 00 |
| 30 | | Tonnage | 53 94 |
| | | | |
| | | Vum1v 1405 Dion House | |
| | | CV# 2249 | |
| | | | |
| | | | |

**9. TOTAL COLLECTION:** CBP officer must write CBP 368 serial no. on all checks and money orders accepted in payment. (19 CFR 24.1 (b))...........

## INFORMAL ENTRY

| 10. DESCRIPTION OF MERCHANDISE AND/OR H.T.S.U.S. NO.; G.O. NO.; VIOLATION | 11. VALUE | 12. RATE | 13. DUTY |
|---|---|---|---|
| | | | |
| | | | |

| 14. I.T./BL.AWB NO. | 15. I.T. ORIGIN PORT | 20. DUTY: | |
|---|---|---|---|
| 16. COUNTRY OF EXPORT | 17. IMPORTATION DATE | 21. I.R. TAX: | |
| 18. IMPORTING CARRIER | | 22 MERCHANDISE PROCESSING FEE: | |

I declare that the information above set forth is accurate to the best of my knowledge and belief and that I have not received and do not know of any other invoice than that attached.

**19. IMPORTER OR AGENT SIGNATURE**

**23. OTHER:**

**24. TOTAL COLLECTION:** CBP officer must write serial no. on all checks and money orders. (19 CFR 24.1 9b)

**25. CBP OFFICER SIGNATURE/BADGE NO.**

IMPORTER/PAYER MAY PROTEST/PETITION DUTIES/ PENALTIES COLLECTED TO THE APPROPRIATE PORT DIRECTOR IN ACCORDANCE WITH CBP REGULATIONS.

PART 1 (WHITE)-COLLECTION COPY
PART 2 (PINK)-PAYER COPY
PART 3 (YELLOW)-RECORD COPY

CBP Form 368 (01/09)



**MID-GULF SHIPPING**
Company, Inc.

4760 Pontchartrain Dr.
Slidell, LA 70458

**Invoice**

File #: 7270
Doc #: 78121

| Date | Invoice # |
|------|-----------|
| 07/14/2011 | 78121-7270-389 |

| Bill To: | Vessel Name: |
|----------|--------------|
| Hornbeck Offshore Operators LLC<br>103 Northpark Blvd<br>Covington,  LA 70433 | PROJECT:  HOS Ironhorse |

| Terms |
|-------|
| Due Upon Receipt |

| Description | Amount |
|-------------|--------|
| Vessel Agency Services<br>Agency Fee. | 1,100.00 |
| | |

| | Total | $1,100.00 |
|---|-------|-----------|

ALL CHARGES AND CONDITIONS SUBJECT TO CURRENT TARIFF.  ACCOUNTS
ARE DUE UPON RECEIPT. INVOICES NOT PAID WITHIN 30 DAYS OR NOT PAID
IN ACCORDANCE WITH CONTRACTUAL AGREEMENT ARE SUBJECT TO 1 1/2%
OR THE HIGHEST LEGAL INTEREST RATE ALLOWED PER MONTH. 25%
ATTORNEY FEE DUE ON BILLS IF PLACED WITH ATTORNEY FOR COLLECTION.

ATP     TCO723-0     # 1100



**P.O. Box 880**
**Breaux Bridge, LA 70517-0880**

| Date | Invoice # |
|---|---|
| 7/13/2011 | 42792 |

| Please remit to: |
|---|
| PO Box 3742 |
| Lafayette, LA 70502 |

| Finance Charges at a periodic rate of 1.5% will be applied to all past due balances. This equals an annual percentage rate of 18%. |
|---|

Hornbeck Offshore Services, LLC
Attn: Accounts Payable
103 Northpark Blvd, Ste 300
Covington, LA 70433

| | | P.O. Number | Terms |
|---|---|---|---|
| | | | Net 60 |

| Quantity | Description | Price Each | Amount |
|---|---|---|---|
| | M/V Iron Horse | | |
| | Labor and Mileage per Work Ticket 29295 | | |
| | | | |
| | 07/01/2011 | | |
| 7 | Land Travel | 90.00 | 630.00T |
| | James Stelly | | |
| 1 | Service Labor. | 90.00 | 90.00T |
| | James Stelly | | |
| 330 | Mileage: | 1.75 | 577.50 |
| | 185 miles at 1.75/mile | | |
| 1 | Administration Fee | 5.00 | 5.00 |

|  | Sales Tax (0.0%) | $0.00 |
|---|---|---|
|  | Total | $1,302.50 |
|  | Balance Due | $1,302.50 |

For Inquiries Call 337.769.9374 or 337.769.9356 Main: 337.332.4347 Fax: 337.332.1514 www.dtscom.com

# DTS
## DATA TECHNOLOGY SOLUTIONS
1300 N. Berard St. • Breaux Bridge, LA 70517
866-890-7661 • 337-332-6757 Fax

## WORK TICKET

COMP
29295

Job # 16925

Parts List Attached? ☐ yes ☐ no

Ticket _____ of _____

DATE: 7-1-11

| Customer: Hos | | | Contact Name: | |
|---|---|---|---|---|
| Client: | | | Contact Number: | |
| Rig / Platform: Hos Iron Horse | | | Rig Phone Number: | |
| Block #: | OCS-G: | | Well #: | AFE/PO #: |
| Job Scope: Pick up usat 30 | | | Est. Cost | |

Description of Work:
Drive to toucorn, pickup usat 30 drive to shop

| Name | Date | Land Travel | Marine/ Air Travel | Service Labor | Standby | Total | Mileage ☑Trailer |
|---|---|---|---|---|---|---|---|
| Blaine Duhon | 7-1 | 7 | | 1 | | 8 | 330 |
| | | | | | | | |
| | | | | | | | |

| Qty | Rental Material Description | | S/N | Price | Qty | Part # | Material Description | Price |
|---|---|---|---|---|---|---|---|---|
| | Idirect Modem | DTS - | | | | | NOC Fee ☐ | |
| | Usad. 30 | | USEAD-035 | | | | Milage | 825.00 |
| | | | | | | | | |

Print DEAN Lasseigne

Signature Dean Lasseig 7-1-V

White Copy - DTS     Yellow Copy - Customer

**Day, Karen**

| | |
|---|---|
| **From:** | ATP DRILLING SHOREBASE [atp@viscom.net] |
| **Sent:** | Tuesday, January 10, 2012 8:33 PM |
| **To:** | Day, Karen |
| **Cc:** | bdaugherty@atpog.com |
| **Subject:** | Re: HOS Iron Horse/ATP Draft Invoice #'s 006283-M, 006284-M |
| **Attachments:** | HOS IRON HORSE.xlsx |

Hi Karen,
Once again, Sorry it took me so long. We've been quite busy here at the base.
In regards to invoice 006284-M. This one is good to go, no stamp required but it needs to be forwarded to our production division. This charter was solely for an intervention job and not for drilling.
In regards to invoice 006283-M, please see attached spread sheet, where you will find that the Iron Horse charter was spilt between the GC-300 #2 ST-1 and MC-941 #4 BP-2. Please submit two invoices charging the appropriate location accordingly. If you have any questions please give me a call.
Thanks,

DAVID GUSSMAN
ATP OIL & GAS
DRILLING SHOREBASE
MARTIN NORTH TERMINAL
BUILDING #5
120 17TH ST.
GOLDEN MEADOW, LA 70357
PH# 985-396-3090

**From:** Day, Karen
**Sent:** Thursday, December 29, 2011 11:27 AM
**To:** atp@viscom.net
**Cc:** bdaugherty@atpog.com
**Subject:** HOS Iron Horse/ATP Draft Invoice #'s 006283-M, 006284-M


Attached please find draft invoice #'s 006283-M and 006284-M for charges associated with your charter of the HOS Iron Horse.  Please review, stamp and approve the attached and return to me via e-mail at your first opportunity.  Your help is greatly appreciated.

Regards,

*Karen Day*
**Rebill Administrator**
Hornbeck Offshore Services
**103 Northpark Blvd., Suite 300**
**Covington, LA  70433**

☎Phone:  985-727-6944
☎Fax:  985-727-3606
✉blocked::mailto:karen.day@hornbeckoffshore.com

"The information in this email is confidential and intended solely for the addressee.  Access to this email by anyone else is unauthorized.  Any copying or further distribution beyond the original recipient is not intended, and may be unlawful.  The opinions enclosed are those of the sender, and do not necessarily reflect those of Hornbeck Offshore."

64.5 hrs

**BOAT:** MDS IRON HORSE

**MONTH:** 6/20/2007

**DAY RATE:** TYPE DAY RATE HERE

**HR RATE:** TYPE HOURLY RATE HERE

### N-202 MC-941 #4 DP-2

| DAY | AFE # | START TIME | STOP TIME | HOURS | GAL FUEL USED |
|---|---|---|---|---|---|
| 1 | | | | 0.00 | |
| 2 | | | | 0.00 | |
| 3 | | | | 0.00 | |
| 4 | 10584 | | 0:00 | 23:59 | |
| 5 | 10584 | 0:01 | 4:00 | 3:59 | |
| 6 | 10584 | | | 23:59 | |
| 7 | 10584 | 20:31 | | 3:29 | |
| 8 | 10584 | | | 23:59 | |
| 9 | 10584 | 0:01 | 0:00 | 23:59 | |
| 10 | 10584 | 0:01 | 0:00 | 23:59 | |
| 11 | 10584 | 0:01 | 0:00 | 23:59 | |
| 12 | 10584 | 0:01 | 0:00 | 23:59 | |
| 13 | 10584 | 0:01 | 0:00 | 23:59 | |
| 14 | 10584 | 0:01 | 18:00 | 17:59 | |
| 15 | | | | 0.00 | |
| 16 | | | | 0.00 | |
| 17 | | | | 0.00 | |
| 18 | | | | 0.00 | |
| 19 | | | | 0.00 | |

### O.V. GC-300 #2 ST-1

| DAY | AFE # | START TIME | STOP TIME | HOURS | GAL FUEL USED |
|---|---|---|---|---|---|
| 1 | | | | 0.00 | |
| 2 | | | | 0.00 | |
| 3 | | | | 0.00 | |
| 4 | | | | 0.00 | |
| 5 | 10514 | 4:01 | 0:00 | 19:59 | |
| 6 | 10514 | 0:01 | 0:00 | 23:59 | |
| 7 | 10514 | 0:01 | 20:30 | 20:29 | |
| 8 | | | | 0.00 | |
| 9 | | | | 0.00 | |
| 10 | | | | 0.00 | |
| 11 | | | | 0.00 | |
| 12 | | | | 0.00 | |
| 13 | | | | 0.00 | |
| 14 | | | | 0.00 | |
| 15 | | | | 0.00 | |
| 16 | | | | 0.00 | |
| 17 | | | | 0.00 | |
| 18 | | | | 0.00 | |
| 19 | | | | 0.00 | |

## MONTHLY SUMMARY

| RIG (PROJECT): | HOURS | % OF TOTAL | FUEL / GAL | % OF TOTAL |
|---|---|---|---|---|
| N-202 MC-941 #1 BP-2 | 193.33 | 75.00% |  | #DIV/0! |
| OV GC-300 #2 ST-1 | 64.45 | 25.00% | - | #DIV/0! |

| TRANSFERS: | | | |
|---|---|---|---|
| DESCRIPTION | FROM | TO: | AMOUNT / GALLONS |

**TOTAL** 193.33

**TOTAL** 64.45

***"NOTE: START TIME AND STOP TIME MUST BE ENTERED WITH A COLON (:) INBETWEEN HOURS AND MINUTES"***



# HORNBECK OFFSHORE SERVICES, LLC
*Service with Energy*

ATP Oil & Gas Corporation
Attention: Accounts Payable
4600 Post Oak Place
Suite 200
Houston Texas 77027

| | |
|---|---|
| Invoice Number: | 006283-M |
| Purchase Order: | |
| AFE Number: | |
| Invoice Date: | |
| Job Number: | TC0723-01 |
| Payment Terms: | NET 60 |
| Vendor/Contract Number: | |

**Miscellaneous Items:**

| Item Description | Vessel | Quantity | Rate | Markup | Total |
|---|---|---|---|---|---|
| MAKO TECHNOLOGIES INVOICE# 11648, DATED 07/18/11<br>    10.31 DAYS @ $1685.00<br>    TRUCKING $1823.70 | HOS IRON HORSE | 1.000 | 19,196.05 Flat Fee | | 19,196.05 |
| DTS INVOICE# 42792, DATED 07/13/11 | HOS IRON HORSE | 1.000 | 1,302.50 Flat Fee | | 1,302.50 |
| MID-GULF SHIPPING INVOICE# HIH0729111NO, DATED 07/29/11 | HOS IRON HORSE | 1.000 | 2,185.63 Flat Fee | | 2,185.63 |

| | |
|---|---|
| Miscellaneous Total: | 22,684.18 USD |

TO INVOICE YOUR ACCOUNT FOR ROV TOOLING RENTAL, AGENCY FEES AND REMOVAL OF COMMUNICATIONS EQUIPMENT.

MC-941 #4 BP-2

PLEASE SEE THE ATTACHED FOR DETAILS.

*DRD 1/12/12*
*HT 1/17/12*

Payment by Wire transfer to: CAPITAL ONE, N.A. - ABA No. 065-000-090
For the Account of HORNBECK OFFSHORE SERVICES, LLC - Acct 812519034-SWIFT HIBKUS44
REMITTANCE ADDRESS: P.O. Box 54863 - New Orleans, LA 70154-4863
E-mail remittance to: ar@hornbeckoffshore.com



## HORNBECK OFFSHORE SERVICES, LLC
*Service with Energy*

ATP Oil & Gas Corporation
Attention: Accounts Payable
4600 Post Oak Place
Suite 200
Houston Texas 77027

| | |
|---|---|
| Invoice Number: | 005712-TC-A |
| Purchase Order: | |
| AFE Number: | |
| Invoice Date: | 08/16/2011 |
| Job Number: | TC0702-03 |
| Payment Terms: | NET 60 |
| Vendor/Contract Number: | |

**Charter Period:**

| Vessel | Start Date | End Date | Total Days | Rate | Total |
|---|---|---|---|---|---|
| HOS BRIMSTONE | 07/01/2011 00:00 | 08/01/2011 00:00 | 31.000 | 20,000.00 Per Day | 620,000.00 |
| | | | | Charter Total: | **620,000.00** |
| | | | | Invoice Total: | **256,680.00 USD** |

10584-N-202 MC941 #4 BP-2 ($620,000 X 41.4% = $256,680)

Payment by Wire transfer to: CAPITAL ONE, N.A. - ABA No. 065-000-090
For the Account of HORNBECK OFFSHORE SERVICES, LLC - Acct 812519034-SWIFT HIBKUS44
REMITTANCE ADDRESS: P.O. Box 54863 - New Orleans, LA 70154-4863
E-mail remittance to: ar@hornbeckoffshore.com
Any questions regarding this invoice should be directed to (985) 727-6927

103 Northpark Blvd., Suite 300
Covington, Louisiana 70433

Phone: (985) 727-2000
Fax:    (985) 727-3606



# HORNBECK OFFSHORE SERVICES, LLC
*Service with Energy*

| | | |
|---|---|---|
| ATP Oil & Gas Corporation | **Invoice Number:** | 005714-TC |
| Attention: Accounts Payable | **Purchase Order:** | |
| 4600 Post Oak Place | **AFE Number:** | |
| Suite 200 | **Invoice Date:** | |
| Houston Texas 77027 | **Job Number:** | TC0702-04 |
| | **Payment Terms:** | NET 60 |
| | **Vendor/Contract Number:** | |

**Charter Period:**

| Vessel | Start Date | End Date | Total Days | Rate | Total |
|---|---|---|---|---|---|
| HOS BRIMSTONE | 08/01/2011 00:00 | 08/02/2011 04:00 | 1.167 | 20,000.00 Per Day | 23,340.00 |
| | | | | **Charter Total:** | 23,340.00 |
| | | | | **Invoice Total:** | 23,340.00 USD |

Payment by Wire transfer to: CAPITAL ONE, N.A. - ABA No. 065-000-090
For the Account of HORNBECK OFFSHORE SERVICES, LLC - Acct 812519034-SWIFT HIBKUS44
REMITTANCE ADDRESS: P.O. Box 54863 - New Orleans, LA 70154-4863
E-mail remittance to: ar@hornbeckoffshore.com
Any questions regarding this invoice should be directed to (985) 727-6927

103 Northpark Blvd., Suite 300
Covington, Louisiana 70433

Phone: (985) 727-2000
Fax:    (985) 727-3606

### EXHIBIT "A"
### TO MASTER TIME CHARTER AGREEMENT

<u>Short Form Time Charter Agreement</u>

THIS SHORT FORM TIME CHARTER AGREEMENT is made as of this 18th day of May, 2011 between Hornbeck Offshore Services ("OWNER"), the owner and/or operator of the Vessel described below ("Vessel"), and ATP OIL & GAS CORPORATION ("CHARTERER").

Pursuant to the terms of that certain Master Time Charter Agreement dated <u>May 1, 2007,</u> between OWNER and CHARTERER (the "Master Agreement"), the premises and covenants of which the Parties hereto are familiar with and incorporate herein by reference, OWNER agrees and does hereby time charter, and CHARTERER agrees to and does hereby hire, the Vessel subject to the following:

1.    Description, Term, and Rates.

    A.    Description of Vessel:
        Name: **HOS BRIMSTONE**
        Official No.: **1124426**
        Stated Value of Vessel: $29,100,000.00

    B. Term:
        Date and Time of Delivery: **May 18, 2011 @ noon – to be confirmed by on charter soundings**
        Duration: **Ninety (90) days firm**

    C. Port or Place of Delivery: **Fourchon, LA**

    D. Port or Place of Redelivery: **Fourchon, LA**

    E. Charter Hire Rates and Fees:
        Daily Charter Rate: **$17,000.00 per day inclusive of rigging services utilizing up to four (4) persons**
        Meals/Berthing: **$115.00 per person / per day for all persons in addition to crew**

    F. Mobilization Fee: ----------------------

    G. Demobilization Fee: --------------------

2. The Vessel shall be allowed up to 24 hours of downtime per month. Only that portion of the day for which the Vessel was actually serviceable to ATP shall be invoiced. Downtime shall not be chargeable to ATP. This downtime allotment may not be accumulated on a month to month basis. If there is any downtime in excess of 24 hours, then ATP shall have the option during vessel downtime to contract a replacement vessel with the assistance of OWNER.

3. Early termination rights are as provided in the Master Agreement.

V7FINAL
MTCA
*HOSIATP*

HOS Contract No.: 01-06-0014

4.  For the purposes of this Charter, contractors of CHARTERER shall be deemed to be member of the CHARTERER GROUP for purposes of Article 10 Indemnities of the Master Agreement.

ACCEPTED AND AGREED TO THIS   18TH   DAY OF May, 2011.

OWNER:
Hornbeck Offshore Services, LLC

By: _____

Name:   Peter Fortier
Title:    Vice President, HOS Sales

CHARTERER:
ATP Oil & Gas Corporation

By: _____

Name:
Title:

VTFINAL
MTCA
HOSIATP

HOS Contract No.: 01-06-0014



*Amendment 1*

**HORNBECK OFFSHORE SERVICES, LLC**
*Service with Energy*

May 19, 2011

ATP Oil and Gas Corporation

Attn: Beth Patterson
Beth.Patterson@atpog.com

Dear Beth,

This letter agreement sets forth the understanding between Hornbeck Offshore Services, LLC ("Owner") and ATP Oil & Gas Corporation ("Charterer") and modifies the "Exhibit A, Vessel Charter" by and between Owner and Charterer dated May 18, 2011 for the charter of the HOS BRIMSTONE (the "Vessel Charter"). All other terms and conditions of the Vessel Charter shall remain in effect, except as expressly modified in this letter.

ATP requests and Hornbeck agrees to reduce the term of the charter set forth in 1.B. from 90 days to 30 days firm. In consideration of the foregoing reduction of the term, ATP hereby agrees that should ATP require the services of a vessel beyond the 30 day period, ATP shall so notify Hornbeck and grant Hornbeck the right, at Hornbeck's sole option, to extend the term at a mutually agreeable rate. In the event the parties cannot agree on a rate, ATP shall, prior to chartering another vessel, provide Hornbeck the opportunity to match any charter term and rate that ATP intends to award to another vessel owner/operator.

Please indicate your acceptance to the foregoing terms and conditions by executing this letter below. By your execution, the parties expressly agree that this letter agreement fulfills all conditions precedent, to modify the term of Exhibit A set forth in Article 1 of the Master Time Charter Agreement, dated May 1, 2007.

OWNER:
Hornbeck Offshore Services, LLC

By: _____

Name:   John Cook
Title:     Senior Vice President


CHARTERER:
ATP Oil & Gas Corporation

By: _____

Name:
Title:

103 Northpark Boulevard, Suite 300
Covington, Louisiana 70433

Phone:  (985) 727-2000
Fax:       (985) 727-3606

TC 0702-02

## AMENDMENT NO. 2
## TO EXHIBIT A

This Amendment No. 2, dated June 17, 2011 shall serve to amend the Exhibit A dated May 18, 2011, as amended May 19, 2011, between Hornbeck Offshore Services, LLC ("Owner") and ATP Oil & Gas Corporation ("Charterer") for the charter of the HOS Brimstone (the "Vessel Charter"), as follows:

Item 1.B. Term:
  Duration:  The 30 day firm period is extended beginning June 17, 2011 @ noon for an additional 30 days.
  Options: Ten 1 day options
Item 1.E.
  Daily Charter Rate:  The day rate shall be $20,000.00 per day inclusive of 4 riggers effective June 17, 2011 @ noon.

All other terms and conditions of the Vessel Charter remain in full force and effect except as specifically amended herein.

ATP Oil & Gas Corporation

Name: _____
Title: _____
Date: _____

Hornbeck Offshore Services, LLC

Name: _Ben Todd_____
Title: _VP of OPS, HOS_____
Date: _June 17, 2011_____

**AMENDMENT NO. 3**
**TO**
**EXHIBIT A**

This Amendment No. 3 dated June 17, 2011, serves to suspend the Exhibit A agreement dated May 18, 2011, as amended May 19, 2011, between Hornbeck Offshore Services, LLC ("Owner") and ATP Oil & Gas Corporation ("Charterer") for the charter of the M/V HOS BRIMSTONE (the "Vessel Charter").  **✱ and June 17, 2011**

Charterer and Owner mutually agree to suspend the charter of the HOS BRIMSTONE (the "Vessel") as set forth below:

1.  **Suspension Period:**
    The Suspension Period shall commence at the date and time upon which the Vessel begins its charter to Marathon Oil Company which is estimated to be on or about the June 17, 2011, @ 1200 hrs and shall continue until such time that the Marathon Charter is concluded. The suspension period is estimated to be 5 days, but in no event shall the suspension period exceed 30 days or the term of the charter period between Owner and and Charterer, ~~days~~ unless otherwise agreed between the parties in writing.

2.  **Port of Delivery:**  Fourchon, Louisiana
3.  **Port of Re-delivery:** Fourchon, Louisiana

4.  **Special Provisions:**

    A) During the Suspension Period Owner will charter the Vessel to Marathon Oil Company and Charterer shall be relieved of its obligation to pay the daily hire rate.

    B) At the conclusion of the Suspension Period the Vessel shall be re-delivered to Charterer and recommence its charter under the Vessel Charter.  The parties acknowledge that the Suspension Period shall run conterminously with the Charter Period between Owner and Charterer such that the Vessel Charter shall not be extended by way of ~~any~~ Suspension ~~Agreement~~ *the Period*

    C) Charterer acknowledges that ~~some~~ *the* vessel's tanks are clean ~~and some contain cargo~~ as set forth below:

        a.  Clean tanks

            1.  All bulk tanks;
            2.  #6 port and starboard liquid mud tanks;
            3.  #8 port and starboard liquid mud tanks; and
            4.  #12 port and starboard liquid mud tanks.

            ~~(NOTE: While currently clean, the #12 port and starboard tanks are in the same tank segregation as the #10 port and starboard tanks containing the cargo of calcium.)~~

        ~~b.  Tanks containing cargo~~

        b. #10 port and starboard liquid mud tanks contain cargo residue.

5. ~~X. #10 port and starboard liquid mud tanks contain approximately 2000bbls of calcium.~~

D) CHARTERER SHALL REMAIN RESPONSIBLE FOR ANY TANK CLEANING AS SET FORTH IN THE VESSEL CHARTER.

~~D) CHARTERER AGREES TO RELEASE, INDEMNIFY, DEFEND, AND HOLD HARMLESS, OWNER FROM ANY AND ALL LOSS, AND DAMAGE, INCLUDING CONSEQUENTIAL LOSS, TO THE CARGO OF CALCIUM CARRIED IN THE #10 LIQUID AND TANKS IRRESPECTIVE OF THE CAUSE OF SUCH LOSS, INCLUDING BUT NOT LIMITED TO THE NEGLIGENCE OR FAULT OF OWNER, OR THE UNSEAWORTHINESS OF ANY VESSEL, OR THE COMINGLING OR MIXING OF ANY CARGOS, AND CHARTERER SHALL REMAIN RESPONSIBLE FOR ANY TANK CLEANING AS SET FORTH IN THE CHARTER.~~

E) Fuel and lube soundings will be taken by Owner at the commencement and ending of the Suspension Period (the "On and Off Charter Soundings"). Upon re-delivery of the vessel to Charterer, Owner shall reimburse Charterer via fuel credits for any usage of fuel and/or lube during the Suspension Period. Such usage volume shall be confirmed by the On and Off Charter Sounding reports.

All other terms and conditions of the Vessel Charter remain in full force and effect except as specifically amended herein.

HORNBECK OFFSHORE SERVICES LLC

Print Name: Ben Todd
Title: VP of Ops, MBSU Program
Date: June 17, 2011

ATP OIL & GAS CORPORATION

Print Name: William T. Langster
Title: DELIVINE MGR - ATP
Date: 6/17/11

# Hornbeck Offshore Services, LLC

Charterer: ATP Oil & Gas Corporation

Daily Master's Log

Log Date: 08/01/2011

Vessel: HOS BRIMSTONE

## Activities

| Start | Departed | Docking Facility | Operation | Comments | AFENumber | Sounding |
|---|---|---|---|---|---|---|
| 00:00 | Fourchon | Newpark 2 | Working As Directed | Tank Cleaning | AFE 10514 | |
| 04:30 | Fourchon | Stone fuel | Loading | Pumping off ballast, loading water | AFE 10514 | |
| 19:00 | Fourchon | Stone fuel | Underway | shifting at stone #9 to #3 | AFE 10514 | |
| 20:10 | Fourchon | Stone fuel | Loading | resume discharge and loading water | AFE 10514 | |
| 22:00 | Fourchon | stone fuel | Working As Directed | Fuel sounding in prep for off charter | AFE 10514 | ⌀ |

## Fuel / Lube Oil

| Type | SOD | Rec'd | Used | Trans | Corr | EOD |
|---|---|---|---|---|---|---|
| Fuel | 49,210 | 0 | 567 | 0 | 1,127 | 49,770 |
| Gear Oil | 703 | 0 | 0 | 0 | -385 | 318 |
| Hydraulic Oil | 396 | 0 | 30 | 0 | 387 | 753 |
| Main Engine Oil | 790 | 0 | 18 | 0 | 36 | 808 |

## Tickets

| Product | Ticket Type | Ticket # | Amount |
|---|---|---|---|
| Fuel | Used | 72960 | 567.00 |
| Hydraulic Oil | Used | 72960 | 30.00 |
| Main Engine Oil | Used | 72960 | 18.00 |

## Areas of Operation

| Location |
|---|
| US Gulf of Mexico |

## Drills

| Type | Called | Secured |
|---|---|---|
| | | |

## 3-Mile Limit

| State | Inside |
|---|---|
| Louisiana | 24.00 |
| Non-State Waters | 0.00 |

## Weather

| Time | Weather | Visibility | Wave Height | Wind Speed /Dir | Current Speed /Dir | Location |
|---|---|---|---|---|---|---|
| 01:15 | Partly Cloudy | 8.00 Miles | 0.00 Feet | 7.00 E | 1.00 N | 29.07°N, 90.11°W |

Submitted On: 08/03/2011 12:57

Page 1 of 14

# Hornbeck Offshore Services, LLC

Daily Master's Log

Vessel:   HOS BRIMSTONE

**Charterer:** ATP Oil & Gas Corporation

Log Date: 08/01/2011

## Crew On Board

| Title | Name | Time On | Time Off | Comments |
|---|---|---|---|---|
| Master | Stanley DeSonia | 07/31/2011 21:00 | | |
| 2nd Captain | Doug Childs | 07/20/2011 10:15 | 08/03/2011 12:00 | |
| Mate | Charles Jackson | 07/15/2011 07:00 | | |
| Chief Engineer | Brian Hufstetler | 07/13/2011 08:00 | 08/02/2011 23:40 | |
| 2nd Engineer | Tyrone Gilrey | 07/13/2011 08:00 | 08/03/2011 12:00 | |
| 3rd Engineer | William Selden | 07/27/2011 10:00 | | |
| QMED/Oiler | Rodolfo Legaspi | 07/22/2011 05:00 | | |
| AB 1 | James Johner | 07/20/2011 10:15 | | |
| AB 2 | Vince McCoy | 07/06/2011 10:00 | 08/03/2011 12:00 | |
| AB 3 | David Estes | 07/21/2011 12:45 | | |

## Product Tanks

| Tank | Product | Volume |
|---|---|---|
| FODAY.P | Fuel | 12,238 |
| FODAY.S | Fuel | 12,210 |
| FUEL#11.C | Fuel | 2,710 |
| FUEL#11.P | Fuel | 1,830 |
| FUEL#11.S | Fuel | 715 |
| FUEL#16.C | Fuel | 2,593 |
| FUEL#9.P | Fuel | 9,232 |
| FUEL#9.S | Fuel | 8,242 |
| GEAR#14.S | Gear Oil | 318 |
| HO#15.S | Hydraulic Oil | 440 |
| LO#13.P | Main Engine Oil | 325 |
| LO#13.S | Gear Oil | 313 |
| LO#14.P | Main Engine Oil | 32 |
| LO#15.P | Main Engine Oil | 451 |

## Persons In Addition to Crew

| Name | Company | Time On | Time Off | Comments |
|---|---|---|---|---|
| | | | | |

## Captain's Remarks

## Captain's Signature

# Hornbeck Offshore Services, LLC

Daily Master's Log

Vessel:   HOS BRIMSTONE

Charterer: ATP Oil & Gas Corporation

Log Date: 08/02/2011

## Activities

| Start | Departed | Docking Facility | Operation | Comments | AFE Number | Sounding |
|---|---|---|---|---|---|---|
| Start | | | | | | |
| 00:00 | Fourchon | stone fuel | Working As Directed | Pumping off and loading ballast | AFE 10514 | |
| 03:00 | Fourchon | Stone Fuel | Loading | Loading Oil | AFE 10514 | |
| 04:00 | Fourchon | Stone Fuel | Off Charter | Off Charter | AFE 10514 | ◊ |

## Areas of Operation

| Location |
|---|
| US Gulf of Mexico |

## Fuel / Lube Oil

| Type | SOD | Rec'd | Used | Trans | Corr | EOD |
|---|---|---|---|---|---|---|
| Fuel | 49,770 | 0 | 0 | 0 | 0 | 49,770 |
| Gear Oil | 318 | 0 | 0 | 0 | 0 | 318 |
| Hydraulic Oil | 753 | 0 | 0 | 0 | 0 | 753 |
| Main Engine Oil | 808 | 97 | 0 | 0 | 0 | 905 |

## Tickets

| Product | Ticket Type | Ticket # | Amount |
|---|---|---|---|
| Main Engine Oil | Purchased | fo06580 | 97.00 |

## 3-Mile Limit

| State | Inside |
|---|---|
| Louisiana | 20.00 |
| Non-State Waters | 4.00 |

## Drills

| Type | Called | Secured |
|---|---|---|
| | | |

## Weather

| Time | Weather | Visibility | Wave Height | Wind Speed / Dir | Current Speed / Dir | Location |
|---|---|---|---|---|---|---|
| 06:22 | Clear | 8.00 Miles | 0.00 Feet | 12.00 E | 0.00 ENE | 29.07'N, 90.12'W |

## Product Tanks

| Tank | Product | Volume |
|---|---|---|
| FODAY.P | Fuel | 12,238 |
| FODAY.S | Fuel | 12,210 |
| FUEL#11.C | Fuel | 2,710 |
| FUEL#11.P | Fuel | 1,830 |
| FUEL#11.S | Fuel | 715 |
| FUEL#16.C | Fuel | 2,593 |
| FUEL#9.P | Fuel | 9,232 |
| FUEL#9.S | Fuel | 8,242 |
| GEAR#14.S | Gear Oil | 318 |
| HO#15.S | Hydraulic Oil | 440 |
| LO#13.P | Main Engine Oil | 325 |
| LO#13.S | Hydraulic Oil | 313 |
| LO#14.P | Main Engine Oil | 32 |
| LO#15.P | Main Engine Oil | 451 |

## Crew On Board

| Title | Name | Time On | Time Off | Comments |
|---|---|---|---|---|
| Master | Stanley DeSonia | 07/31/2011 21:00 | | |
| 2nd Captain | Doug Childs | 07/20/2011 10:15 | 09/03/2011 12:00 | |
| Mate | Charles Jackson | 07/15/2011 07:00 | | |
| Chief Engineer | Brian Hofstetter | 07/13/2011 08:00 | 08/02/2011 23:40 | |
| Chief Engineer | Robert McClean | 08/02/2011 00:42 | | |
| 2nd Engineer | Tyrone Gitrey | 07/13/2011 08:00 | 08/03/2011 12:00 | |
| 3rd Engineer | William Selden | 07/27/2011 10:00 | | |
| QMED/Oiler | Rodolfo Legaspi | 07/22/2011 05:00 | | |
| AB 1 | James Johner | 07/20/2011 10:15 | | |
| AB 2 | Vince McCoy | 07/09/2011 10:00 | 08/03/2011 12:00 | |
| AB 3 | David Estes | 07/21/2011 12:45 | | |

Submitted On: 08/03/2011 12:59