

# Hornbeck Offshore Services, LLC

Daily Master's Log

Vessel:   HOS BRIMSTONE

**Charterer: ATP Oil & Gas Corporation**

Log Date: 08/02/2011

| Persons In Addition to Crew | | | | |
|---|---|---|---|---|
| Name | Company | Time On | Time Off | Comments |
| | | | | |

| Captain's Remarks |
|---|
| Sounded all tank for off charter, and logged all difference. |

| Captain's Signature |
|---|
| |

Submitted On: 08/03/2011 12:59

Page 4 of 14

**Intertek**

GALLONS                    TENTHS

START OF DELIVERY                    END OF DELIVERY

GALLONS

TENTHS                    START OF DELIVERY

CASH ☐   CHARGE ☐   Date 7/31/11

Sold To: M/v Hos Brimstone

Address: Day tanks

TANK TRUCK SALESMAN:                    TIME            A.M. P.M.

YOUR SALE NUMBER        GALLON READING FINISH

|  |  | 4 | 5 | 4 | 3 | 2 | 4 | 5 |
|---|---|---|---|---|---|---|---|---|
| A | 0 6 5 | | 4 | 3 | 4 | 0 | 9 | 9 5 |
|  |  | 4 | 3 | 4 | 3 | | | |

PREVIOUS SALE NUMBER        READING START OF DELIVERY

Gallons Delivered → 2,250 gal

| PRODUCT | GALLONS | PRICE | AMOUNT |
|---|---|---|---|
| Hyd | 5 | | |

X Brian Heffernth

CUSTOMER SIGN HERE AFTER DELIVERY ONLY - X=only gallons delivered

**72959**

BOWSER - Insert Face Down Bottom First        MASTER - Insert Face Down Bottom First
BRODIE - Insert Face Up Bottom First        NEPTUNE - See Instruction Panel on Meter

**Intertek 800-366-6703**

---

**Intertek**

GALLONS                    TENTHS

START OF DELIVERY                    END OF DELIVERY

GALLONS                    START OF DELIVERY

TENTHS

CASH ☐   CHARGE ☐   Date 8-1-11

Sold To: M/v HOS Brim Stone

Address: Dry tanks

TANK TRUCK SALESMAN:                    TIME 1700        A.M. P.M.

YOUR SALE NUMBER        GALLON READING FINISH        TENTHS

| A | 0 6 5 | 4 | 5 | 4 | 3 | 8 | 1 | 2 |
|---|---|---|---|---|---|---|---|---|
| A | 0 6 5 | 4 | 5 | 4 | 3 | 2 | 4 | 5 |

PREVIOUS SALE NUMBER        READING START OF DELIVERY

Gallons Delivered → 567 gal

| PRODUCT | GALLONS | PRICE | AMOUNT |
|---|---|---|---|
| Lube | 18 | | |
| HYDR | 30 | | |

X
CUSTOMER SIGN HERE AFTER DELIVERY ONLY - X=only gallons delivered

**72960**

BOWSER - Insert Face Down Bottom First        MASTER - Insert Face Down Bottom First
BRODIE - Insert Face Up Bottom First        NEPTUNE - See Instruction Panel on Meter

**Intertek 800-366-6703**

FO 06580
FOURCHON

# C-PORT / STONE
## PORT FOURCHON, LA
(985) 396-2210

Acct. # 01-00 00500

SOLD TO ATP Oil & Gas Drilling

P.O. #/A.F.E. # AFe #10762

Ref. Ocean Victory inc 71#5 026-14016

M/V. HoS Brimstone      DATE 8-2      20

| H.M. | PRODUCT | UNIT | PRICE | AMOUNT |
|------|---------|------|-------|--------|
| X | DIESEL FUEL, T. NA1993, III DYED, NONTAXABLE USE ONLY, PENALTY OF TAXABLE USE WN4.F24   INVENTORY CODE 1 | | | |
| | WATER WN4.F04   INVENTORY CODE 401W | | | |
| | | | | |
| | | | | |
| | | | | TOTAL |
| | KIND | CODE | | |
| | | | | |
| | KIND | CODE | | |
| | F8 mopline 15-40 | 97 | | |
| | KIND | CODE | | |
| | bulk 46046R | | | |

If the amount due hereunder for the purchase is not paid when due, purchaser agrees to pay all costs incurred in connection with the amount including all reasonable attorney's fees expended and interest on the amount due at the rate of 18 percent per annum until paid.
The purchaser is presumed to have thoroughly read and met the services vessel pursuant to 46 U.S.C. 971 through 976 and the General Maritime Law. In all sales, and in addition to any other rights which it may have, C-Port / Stone holds the vessel responsible for satisfaction of the purchase price. Any notice to the contrary, in order to be effective, must be express, in writing, served upon and agreed to by John W. Stone, Jr. a minimum of 24 hours before the fuel, service or product is delivered to the vessel.
In all sales, the vessel is deemed for satisfaction of the purchase price, C-Port / Stone does not waive, but rather expressly reserves, all rights afforded pursuant to 46 U.S.C. 971 through 976 and the General Maritime Law. Any stamp, letter, telex, document or agreement, whether written or oral, which purports to be such a waiver, shall not be valid.

| LOCATION Port Fourchon, LA | METER NO. |
|---|---|
| | GALLON READING - FINISH |
| AA 7 7 0 | 0 2 5 6 2 0 7 |
| AA 7 4 5 | 0 2 5 6 1 1 0 |
| | GALLON READING - START |

Arrived _____   Departed _____

Date ____ R.H. ____
DRUMS                    Delivery Receipt Signature

                         Dispatcher/Counter Signature

JWS 29



## HORNBECK OFFSHORE SERVICES, LLC
*Service with Energy*

ATP Production
Attention: Richard Jacobs
4600 Post Oak Place
Suite 200
Houston Texas 77027

| | |
|---|---|
| Invoice Number: | 006284-M |
| Purchase Order: | |
| AFE Number: | |
| Invoice Date: | 01/11/2012 |
| Job Number: | TC0733-01 |
| Payment Terms: | NET 60 |
| Vendor/Contract Number: | |

**Miscellaneous Items:**

| Item Description | Vessel | Quantity | Rate | Markup | Total |
|---|---|---|---|---|---|
| MID-GULF SHIPPING INVOICE# HIH0729112NO, DATED 07/29/11 | HOS IRON HORSE | 1.000 | 1,122.00 Flat Fee | | 1,122.00 |
| MID-GULF SHIPPING INVOICE# HIH0729113NO, DATED 07/29/11 | HOS IRON HORSE | 1.000 | 2,185.63 Flat Fee | | 2,185.63 |
| FUGRO CHANCE INVOICE# 101100037, DATED 10/05/11 | HOS IRON HORSE | 1.000 | 10,330.43 Flat Fee | | 10,330.43 |

| | |
|---|---|
| Miscellaneous Total: | 13,638.06 USD |

TO INVOICE YOUR ACCOUNT FOR AGENCY FEES AND 2 SURVEY PERSONNEL AND EQUIPMENT.

PLEASE SEE THE ATTACHED FOR DETAILS.

*reported to send to Production per attached email*

**Payment by Wire transfer to: CAPITAL ONE, N.A. - ABA No. 065-000-090**
**For the Account of HORNBECK OFFSHORE SERVICES, LLC - Acct 812519034-SWIFT HIBKUS44**
**REMITTANCE ADDRESS: P.O. Box 54863 - New Orleans, LA 70154-4863**
**E-mail remittance to:  ar@hornbeckoffshore.com**

103 Northpark Blvd., Suite 300
Covington, Louisiana 70433

Phone: (985) 727-2000
Fax:    (985) 727-3606



## MID-GULF SHIPPING

Company, Inc.

4760 Pontchartrain Dr.
Slidell, LA 70458

**INVOICE #: HIH0729112NO**

Project Name: HOS Ironhorse
Invoice Date: July 29, 2011

**Port Charges**

| | Description | Support Doc Ref | Authorized By | Date Received | Hours | Cost | Markup | Cost |
|---|---|---|---|---|---|---|---|---|
| File # 7289   Client P.O. #: 1944928   P.O. Item #: | | | | | | | | |
| HOS Iron Horse V.38.11 - 7/24/2011 @ 0800hrs (Departure Only) | | | | | | | | |
| 1 | CBP user fee cert. docs. | 78528 | | 7/23/2011 | 1.00 | 20.00 | 2.00 | 22.00 |
| | | | | | | | | 22.00 |

| | Description | Support Doc Ref | Authorized By | Date Received | Hours | Cost | Markup | Cost |
|---|---|---|---|---|---|---|---|---|
| File # 7289   Client P.O. #: 1944928   P.O. Item #: | | | | | | | | |
| HOS Iron Horse V.38.11 - 7/24/2011 @ 0800hrs (Departure Only) | | | | | | | | |
| 2 | Agency Fee. | 78395 | | 7/24/2011 | 1.00 | 1,100.00 | | 1,100.00 |
| | | | | | | | | 1,100.00 |

**Invoice Total:** $1,122.00

56953198

I# 78526-7289-389
CK# 2250

**1. NAME OF PAYER/IMPORTER**

MID-GULF SHIPPING CO., INC.

**2. ADDRESS** 4700 Pontchartrain Drive
Slidell, Louisiana 70458
(504) 835-1212

CBP officer must record above serial number on all checks and money orders accepted in payment. (19 CFR 24.1 (b)

DEPARTMENT OF HOMELAND SECURITY
U.S. Customs and Border Protection

**COLLECTION RECEIPT**

**OR**

**INFORMAL ENTRY**

19 CFR 4.23, 10.71, 123.4, 141.68, 143.23-143.25, 145.12, 145.27

**3. TELEPHONE NO.**
(   )

**4. DATE**
7·23·11

| 5. ACCT. CLASS CODE | 6. USER CHARGE CODE | 7. REMARKS/CASE NO./VIOLATION | 8. AMOUNT | |
|---|---|---|---|---|
| 039 | | Certify Docs | 20 | 00 |
| | | USM? NOS Iron Horse | | |
| | | CK# 2250 | | |

**9. TOTAL COLLECTION:** CBP officer must write CBP 368 serial no. on all checks and money orders accepted in payment. (19 CFR 24.1 (b)........

**10. DESCRIPTION OF MERCHANDISE AND/OR H.T.S.U.S. NO.; G.O. NO.; VIOLATION**

**11. VALUE**  **12. RATE**  **13. DUTY**

| 14. I.T./BL.AWB NO. | 15. I.T. ORIGIN PORT | 20. DUTY: |
|---|---|---|
| 16. COUNTRY OF EXPORT | 17. IMPORTATION DATE | 21. I.R. TAX: |
| 18. IMPORTING CARRIER | | 22 MERCHANDISE PROCESSING FEE: |
| I declare that the information above set forth is accurate to the best of my knowledge and belief and that I have not received and do not know of any other invoice than that attached. | | 23. OTHER: |
| 19. IMPORTER OR AGENT SIGNATURE | | 24. TOTAL COLLECTION: CBP officer must write serial no. on all checks and money orders. (19 CFR 24.1 9b) |

**25. CBP OFFICER SIGNATURE/BADGE NO.**
Linda Goldman 11810

IMPORTER/PAYER MAY PROTEST/PETITION DUTIES/ PENALTIES COLLECTED TO THE APPROPRIATE PORT DIRECTOR IN ACCORDANCE WITH CBP REGULATIONS.

PART 1 (WHITE)-COLLECTION COPY
PART 2 (PINK)-PAYER COPY
PART 3 (YELLOW)-RECORD COPY

CBP Form 368 (01/09)



**MID-GULF SHIPPING**
Company, Inc.

4760 Pontchartrain Dr.
Slidell, LA 70458

**Invoice**

File #: 7289
Doc #: 78395

| Date | Invoice # |
|------|-----------|
| 07/24/2011 | 78395-7289-389 |

| Bill To: | Vessel Name: |
|----------|--------------|
| Hornbeck Offshore Operators LLC<br>103 Northpark Blvd<br>Covington, LA 70433 | PROJECT:  HOS Ironhorse |

| Terms |
|-------|
| Due Upon Receipt |

| Description | Amount |
|-------------|--------|
| Vessel Agency Services<br>Agency Fee. | 1,100.00 |
| **Total** | **$1,100.00** |

ALL CHARGES AND CONDITIONS SUBJECT TO CURRENT TARIFF.  ACCOUNTS
ARE DUE UPON RECEIPT. INVOICES NOT PAID WITHIN 30 DAYS OR NOT PAID
IN ACCORDANCE WITH CONTRACTUAL AGREEMENT ARE SUBJECT TO 1 1/2%
OR THE HIGHEST LEGAL INTEREST RATE ALLOWED PER MONTH. 25%
ATTORNEY FEE DUE ON BILLS IF PLACED WITH ATTORNEY FOR COLLECTION.



# MID-GULF SHIPPING
Company, Inc.

4760 Pontchartrain Dr.
Slidell, LA 70458

## INVOICE #: HIH0729113NO

Project Name: HOS Ironhorse
Invoice Date: July 29, 2011

| Item | Description | Support Doc Ref | Authorized By | Received | Hours | Cost | | Total |
|------|-------------|-----------------|---------------|----------|-------|------|---|-------|
| **Port Charges:** | | | | | | | | |
| File # 7307 | Client P.O. #: 1944949 | P.O. Item #: | | | | | | |
| HOS Iron Horse V.39.11 - 7/25/2011 @ 1000hrs (Arrival Only) | | | | | | | | |
| 1 | CBP user fee HOS Iron Horse V.39.11A | 78545 | | 7/25/2011 | 1.00 | 986.94 | 98.69 | 1,085.63 |
| | | | | | | | | 1,085.63 |
| File # 7307 | Client P.O. #: 1944949 | P.O. Item #: | | | | | | |
| HOS Iron Horse V.39.11 - 7/25/2011 @ 1000hrs (Arrival Only) | | | | | | | | |
| 2 | Agency fee. | 78520 | | 7/25/2011 | 1.00 | 1,100.00 | | 1,100.00 |
| | | | | | | | | 1,100.00 |
| **Invoice Total:** | | | | | | | | **$2,185.63** |

# DEPARTMENT OF HOMELAND SECURITY
## U.S. Customs and Border Protection
### COLLECTION RECEIPT
OR
### INFORMAL ENTRY

19 CFR 4.24, 10.71, 125.4, H1.86, 143.23-143.25, 145.12, 158.7

**57008350**

I.H 78545-7307-391
CH# 225 1-

1. NAME OF PAYER/IMPORTER

2. ADDRESS OF PAYER/IMPORTER
RELIABLE SHIPPING CO., INC.
4700 Pontchartrain Drive
Slidell, Louisiana 70458
(504) 835-1212

3. TELEPHONE NO.

4. DATE 7-25-11

CBP officer must insert serial number on all checks and money orders accepted in payment. (19 CFR 24.1 (B))

| 5. HTSUS CLASS CODE | 6. HTSUS CHARGE CODE | 7. REMARKS/USE NO./VIOLATION | 8. AMOUNT |
|---|---|---|---|
| 491 | | User Fee | 437.00 |
| 481 | | Harbor | 494.00 |
| 30 | | Tonnage Tax | 5.3 |
| | | Un Inv HDS Inv Place | 94 |
| | | Ck # 2251 | |

9. TOTAL COLLECTION:

## RECEIPT

## INFORMAL ENTRY

10. DESCRIPTION OF MERCHANDISE AND/OR HTSUS. NO./GO. NO./VIOLATION

| 11. VALUE | 12. RATE | 13. DUTY |
|---|---|---|
| | | |

14. I.T./B/L AWB NO.

15. I.T. ORIGIN PORT
Port of Morgan City, La.

16. COUNTRY OF EXPORT

17. IMPORTATION DATE 7-25-11

18. IMPORTING CARRIER

19. IMPORTER OR AGENT SIGNATURE

I declare that the information above set forth is accurate to the best of my knowledge and belief and that I have not received and do not know of any other invoice than that submitted.

Certified to be a true
copy of the original
District Director
of Customs

20. DUTY:

21. I.R. TAX:

22. MERCHANDISE PROCESSING FEE:

23. OTHER:

24. TOTAL COLLECTION: CBP officer must write serial no. of all checks and money orders. (19 CFR 24.1 (b))

25. CBP OFFICER SIGNATURE

CBP Form 368 (01/09)

PART I (WHITE) COLLECTION COPY
PART II (PINK) PAYER COPY
PART III (YELLOW) RECORD COPY

**MID-GULF SHIPPING**
Company, Inc.

4760 Pontchartrain Dr.
Slidell, LA 70458

**Invoice**

File #: 7307
Doc #: 78520

| Date | Invoice # |
|------|-----------|
| 07/25/2011 | 78520-7307-389 |

| Bill To: | Vessel Name: |
|----------|--------------|
| Hornbeck Offshore Operators LLC<br>103 Northpark Blvd<br>Covington,  LA 70433 | PROJECT:  HOS Ironhorse |

| Terms |
|-------|
| Due Upon Receipt |

| Description | Amount |
|-------------|--------|
| Vessel Agency Services<br>Agency fee. | 1,100.00 |

| | Total | $1,100.00 |

ALL CHARGES AND CONDITIONS SUBJECT TO CURRENT TARIFF.  ACCOUNTS
ARE DUE UPON RECEIPT. INVOICES NOT PAID WITHIN 30 DAYS OR NOT PAID
IN ACCORDANCE WITH CONTRACTUAL AGREEMENT ARE SUBJECT TO 1 1/2%
OR THE HIGHEST LEGAL INTEREST RATE ALLOWED PER MONTH. 25%
ATTORNEY FEE DUE ON BILLS IF PLACED WITH ATTORNEY FOR COLLECTION.

TC0933-01    ATP

**FUGRO**

# FUGRO CHANCE INC.

Hornbeck Offshore Services, LLC
Attn: Accounts Payable
103 Northpark Blvd, Suite 300
Covington, LA 70433

October 05, 2011
Project No: 404011.01388.00
Invoice No: 101100037

| Project | 404011.01388.00 | Hornbeck Offshore Services, LLC - HOS-ATP Intervention at (Mississippi Canyon 941) on Vessel: HOS Iron Horse |
|---------|-----------------|---|

Client PO Number: 2083604

**Professional Services from July 23, 2011 to July 25, 2011**

Phase     10     Fees
Fee

| Billing Phase | Fee | Percent Complete | Earned | |
|---------------|-----|------------------|--------|---|
| Project Management & Office Support | 135.00 | 400.00 | 540.00 | |
| Total Fee | 135.00 | | 540.00 | |
| Previous Fee Billing | | | 0.00 | |
| Current Fee Billing | | | 540.00 | |
| **Total Fee** | | | | **540.00** |
| | | Total this Phase | | **$540.00** |

Phase     20     Maps & Calculations
Fee

| Billing Phase | Fee | Percent Complete | Earned | |
|---------------|-----|------------------|--------|---|
| Calculations, Disks & Field Maps | 135.00 | 300.00 | 405.00 | |
| Total Fee | 135.00 | | 405.00 | |
| Previous Fee Billing | | | 0.00 | |
| Current Fee Billing | | | 405.00 | |
| **Total Fee** | | | | **405.00** |

Continued On Next Page

| WIRE INSTRUCTIONS | CHASE BANK | PO BOX 2558 | HOUSTON TX 77252 |
|---|---|---|---|
| | ROUTING # 111000614 | ACCT # 00100376927 | |

**ALL CHARGES ARE NET 30 DAYS**

PLEASE DIRECT ALL INQUIRIES TO:
P.O. BOX 52029 • LAFAYETTE, LA 70505-2029 • PHONE (337) 237-1300

PLEASE REMIT TO:
P.O. BOX 200724 • HOUSTON, TX 77216-0724

O u r   M i s s i o n :    T o   P r o v i d e   S u p e r i o r   S u r v e y i n g   S o l u t i o n s   S a f e l y .



# FUGRO CHANCE INC.

| Project | 404011.01388.00 | | Invoice | 101100037 |
|---|---|---|---|---|

| | | Total this Phase | $405.00 |
|---|---|---|---|

--------------------------------------------------------------------

**Phase**     LB     Labor
**Professional Personnel**

| | Hours | Rate | Amount | |
|---|---|---|---|---|
| Party Chief | 47.00 | 47.85 | 2,248.95 | |
| Acoustic Surveyor | 47.00 | 46.75 | 2,197.25 | |
| Totals | 94.00 | | 4,446.20 | |
| **Total Labor** | | | | 4,446.20 |
| | | Total this Phase | | $4,446.20 |

--------------------------------------------------------------------

**Phase**     OU     Operational Units
**Unit Billing**

| | | Amount | |
|---|---|---|---|
| MSV Positioning Equip w/DGPS Discnt | 47.0 Hours @ 35.07 | 1,648.29 | |
| Rotation Cost - 2 x Surveyors | 47.0 Hours @ 8.00 | 376.00 | |
| Seabird 19 - CTD Profiler | 47.0 Hours @ 8.40 | 394.80 | |
| Sonardyne MF MK4 Compatt -DW Directional | 47.0 Hours @ 9.40 | 441.80 | |
| Compatt Controller - PAN | 47.0 Hours @ 12.50 | 587.50 | |
| USBL Beacon - Deepwater | 282.0 Hours @ 4.62 | 1,302.84 | |
| Video Capture Suite GBL | 47.0 Hours @ 4.00 | 188.00 | |
| **Total Units** | | 4,939.23 | 4,939.23 |
| | Total this Phase | | $4,939.23 |
| | Total this Invoice | | $10,330.43 |

Authorized By:     _Jeannie Berube_     Date: 10/05/11

Jeannie Berube

Page 2

| WIRE INSTRUCTIONS | CHASE BANK | PO BOX 2558 | HOUSTON TX 77252 |
|---|---|---|---|
| | ROUTING # 111000614 | ACCT # 00100378927 | |

**ALL CHARGES ARE NET 30 DAYS**

PLEASE DIRECT ALL INQUIRIES TO:
P.O. BOX 52029 • LAFAYETTE, LA 70505-2029 • PHONE (337) 237-1300

PLEASE REMIT TO:
P.O. BOX 200724 • HOUSTON, TX 77216-0724

Our Mission: To Provide Superior Surveying Solutions Safely.

**CLIENT:** Hornbeck Offshore Services, LLC
**PROJECT:** ATP - SCM Change-Out
**PROJECT MANAGER:** Jeannie Barube
**DEPARTMENT:** Marine Construction
**VESSEL:** HOS Iron Horse
**JOB NUMBER:** 11-1388
**AREA/BLOCK:** MC 754_711_941
**CLIENT PO NUMBER:** 2083604

**INVOICE DESCRIPTION:** Surveying Services onboard the HOS Iron Horse during the SCM Change-Out
**FUGRO PROPOSAL #:** 11-10015.S07

| | Qty | | FEES | | Rate | Units | | Invoice Total |
|---|---|---|---|---|---|---|---|---|
| | | | | Days | $ 135.00 | 4.00 | $ | 540.00 |
| | Qty | | MAPS AND CALCS | | | Units | | |
| | | | | Days | $ 135.00 | 3.00 | $ | 405.00 |
| | Qty | | MOB AND DEMOB | | | Units | | |
| | 0 | | Mob & Demob Incremental Personnel (per man/per occurrence) | | $ 1,250.00 | 0.00 | $ | - |
| | Qty | Code | LABOR | | | Hours | | |
| | | | | | $ 47.85 | 47.00 | $ | 2,248.95 |
| | | | | | $ 46.75 | 47.00 | $ | 2,197.25 |
| | Qty | Code | LABOR | | | Hours | | |
| | | | | | $ 46.75 | 0.00 | $ | - |
| | Qty | Unit # | OPERATIONAL UNITS | | | Hours | | |
| | | | | | $ 35.07 | 47.00 | $ | 1,648.29 |
| | | | | | $ 4.62 | 282.00 | $ | 1,302.84 |
| | | | | | $ 9.40 | 47.00 | $ | 441.80 |
| | | | | | $ 12.50 | 47.00 | $ | 587.50 |
| | | | | | $ 8.40 | 47.00 | $ | 394.80 |
| | | | | | $ 4.00 | 47.00 | $ | 188.00 |
| | | | | | $ 2.10 | 0.00 | $ | - |
| | | | | | $ 8.00 | 47.00 | $ | 376.00 |
| | Qty | Unit # | THIRD PARTY CHARGES | | | | | |
| | | | 3rd Party Rebillables | | $ - | 1.15 | $ | |
| END | | | | | | | | |
| | | INVOICE TOTAL | | | 07/23/11 | 07/25/11 | $ | 10,330.43 |
| | | | | | 1 | 3 | | |

DAILY TOTAL
TOTAL TO DATE                                   $   10,330.43

| | | |
|---|---|---|
| TOTAL FEES PHASE | $ | 540.00 |
| TOTAL MAPS & CALCS PHASE | $ | 405.00 |
| TOTAL MOB & DEMOB PHASE | $ | - |
| TOTAL LABOR PHASE | $ | 4,446.20 |
| TOTAL OPERATIONAL UNITS PHASE | $ | 4,939.23 |
| TOTAL THIRD PARTY PHASE | $ | - |

TOTAL                                           $   10,330.43

**NOTES**
1
2
3
4
5



| | Day 1 Saturday 23-Jul-11 | | Day 2 Sunday 24-Jul-11 | | Day 3 Monday 25-Jul-11 |
|---|---|---|---|---|---|
| | 1.00 | | 2.00 | | 1.00 |
| $ | 135.00 | $ | 270.00 | $ | 135.00 |
| | 1.00 | | 1.00 | | 1.00 |
| $ | 135.00 | $ | 135.00 | $ | 135.00 |
| $ | - | | | | |
| $ | 478.50 | $ | 1,148.40 | $ | 622.05 |
| $ | 467.50 | $ | 1,122.00 | $ | 607.75 |
| $ | - | $ | - | $ | - |
| $ | 350.70 | $ | 841.68 | $ | 455.91 |
| $ | 277.20 | $ | 665.28 | $ | 360.36 |
| $ | 94.00 | $ | 225.60 | $ | 122.20 |
| $ | 125.00 | $ | 300.00 | $ | 162.50 |
| $ | 84.00 | $ | 201.60 | $ | 109.20 |
| $ | 40.00 | $ | 96.00 | $ | 52.00 |
| $ | - | $ | - | $ | - |
| $ | 80.00 | $ | 192.00 | $ | 104.00 |
| $ | - | | | | |
| $ | 2,266.90 | $ | 5,197.56 | $ | 2,865.97 |
| $ | 2,266.90 | $ | 7,464.46 | $ | 10,330.43 |

# MARINE CONSTRUCTION SURVEY – Daily Progress Report



Fugro Chance Inc.
6100 Hillcroft - Houston, Texas 77081
**Phone:** 713-346-3700 **Fax:** 713-346-3672 **E-Mail:** HouMcsPM@fugro.com
01 DPR 23-July-11 11-1388.doc

| CLIENT | Hornbeck Offshore Services, LLC | | DIVISION: | Marine Construction |
|---|---|---|---|---|
| JOB DESCRIPTION: | ATP - SCM Change-Out | | REPORT #: | 001 |
| PROPOSAL #: | 11-10015.S07 | | REPORT DATE: | 07-23-11 |
| CLIENT REF. #: | #2083604 | | MCS JOB #: | 11-1388 |
| VESSEL: | HOS Iron Horse | | PROJECT #: | 404011.01388.00 |
| VESSEL PHONE: | 203-575-5463 | | PROJECT MGR: | Jeannie Berube |
| VESSEL EMAIL: | IronhorseSurvey@fugro.com | | TELEPHONE: | 713-346-3765 |
| LOCATION: | MC 754/711/941 | | EMAIL: | JBerube@fugro.com |

| SAFETY | TODAY | TO DATE |
|---|---|---|
| Safety Meetings | 0 | 0 |
| JSEA's Reviewed / Complied | 6 | 6 |
| Incidents / Near Miss | 0 | 0 |
| HOC / Q-Form | 0 | 0 |
| Other Safety – Orientations & Drills | 1 | 1 |

| LB CODE | PERSONNEL | NAME | HRS | |
|---|---|---|---|---|
| 1130 | Party Chief | Ruth Martinez | 18 | |
| 1410 | Acoustic Surveyor | J.D Brassard | 18 | |

| UNIT ID | UNIT NAME | Invc'd | Supl'd | HRS | |
|---|---|---|---|---|---|
| 400108 | MSV Positioning Equip w/ DGPS Discount | 1 | 1 | 10 | |
| 400301 | USBL Beacon - Deepwater | 6 | 6 | 10 | |
| 400406 | Sonardyne MF MK4 Compatt – DW Dir. | 1 | 2 | 10 | |
| 400410 | Compatt Controller – PAN | 1 | 1 | 10 | |
| 400610 | Seabird 19 - CTD Profiler | 1 | 1 | 10 | |
| 400910 | Video Capture Suite GBL | 1 | 1 | 10 | |
| 403001 | Rotation Cost – 2x Surveyors | 1 | 1 | 10 | |

| Report: | |
|---|---|
| 0600 | Start of FC job 11-1388. Crew departs Houston Tech Shop for Fourchon. |
| 1400 | Crew arrives onboard the HOS Iron Horse at Hos dock. J.D Brassard attends vessel orientation. |
| 1415 | Start mobe. |
| 1630 | Mobe is complete. |
| 2145 | Vessel begins transit to MC754. |
| 2359 | Vessel continues transit to MC754. |
| | |
| | |
| | |
| | |
| | |

| Fugro Rep: Print Name **Ruth Martinez** | Fugro Rep: Signature |
|---|---|
| Client Rep: Print Name **Aubry Logan** | Client Rep: Signature |

# MARINE CONSTRUCTION SURVEY – Daily Progress Report



**Fugro Chance Inc.**
6100 Hillcroft - Houston, Texas 77081
Phone: 713-346-3700 Fax: 713-346-3672 E-Mail: HouMcsPM@fugro.com
02 DPR 24-July-11 11-1388.doc

| | | | |
|---|---|---|---|
| CLIENT | Hornbeck Offshore Services, LLC | DIVISION: | Marine Construction |
| JOB DESCRIPTION: | ATP - SCM Change-Out | REPORT #: | 002 |
| PROPOSAL #: | 11-10015.S07 | REPORT DATE: | 07-24-11 |
| CLIENT REF. #: | #2083604 | MCS JOB #: | 11-1388 |
| VESSEL: | HOS Iron Horse | PROJECT #: | 404011.01388.00 |
| VESSEL PHONE: | 203-575-5463 | PROJECT MGR: | Jeannie Berube |
| VESSEL EMAIL: | IronhorseSurvey@fugro.com | TELEPHONE: | 713-346-3765 |
| LOCATION: | MC 754/711/941 | EMAIL: | JBerube@fugro.com |

| SAFETY | TODAY | TO DATE |
|---|---|---|
| Safety Meetings | 0 | 0 |
| JSEA's Reviewed / Compiled | 0 | 6 |
| Incidents / Near Miss | 0 | 0 |
| HOC / Q-Form | 0 | 0 |
| Other Safety – Orientations & Drills | 0 | 1 |

| LB CODE | PERSONNEL | NAME | HRS |
|---|---|---|---|
| 1130 | Party Chief | Ruth Martinez | 24 |
| 1410 | Acoustic Surveyor | J.D Brassard | 24 |

| UNIT ID | UNIT NAME | Invc'd | Supl'd | HRS |
|---|---|---|---|---|
| 400108 | MSV Positioning Equip w/ DGPS Discount | 1 | 1 | 24 |
| 400301 | USBL Beacon - Deepwater | 6 | 6 | 24 |
| 400406 | Sonardyne MF MK4 Compatt – DW Dir. | 1 | 2 | 24 |
| 400410 | Compatt Controller – PAN | 1 | 1 | 24 |
| 400610 | Seabird 19 - CTD Profiler | 1 | 1 | 24 |
| 400910 | Video Capture Suite GBL | 1 | 1 | 24 |
| 403001 | Rotation Cost – 2x Surveyors | 1 | 1 | 24 |

Report:

| | |
|---|---|
| 0000 | Vessel continues transit to MC754. |
| 0652 | Vessel on location at MC 754, standing by on crew boat "Randy J" |
| 1051 | Randy J alongside for pod transfer. |
| 1058 | Transfer operations completed. |
| 1238 | XLX10 off deck for pod replacement operations. |
| 1400 | Pod landed. |
| 1451 | XLX10 standing by on tree panel waiting on Innovator. |
| 1800 | XLX10 continues standing by on tree panel waiting on Innovator. |
| 2215 | XLX10 making a final inspection. |
| 2230 | XLX10 released, recovering to TMS to transit to MC711. |
| 2250 | XLX10 at 500'. Vessel starts transit to MC711. |
| 2359 | Vessel continues transit to MC711. |

| Fugro Rep: Print Name | Fugro Rep: Signature |
|---|---|
| **Ruth Martinez** | |
| Client Rep: Print Name | Client Rep: Signature |
| **Aubry Logan** | |

Note: If this is a printed copy please check the master file to ensure that it is the latest version
02 DPR 24-July-11 11-1388.doc

# MARINE CONSTRUCTION SURVEY – Daily Progress Report



Fugro Chance Inc.
6100 Hillcroft - Houston, Texas 77081
Phone: 713-346-3700 Fax: 713-346-3872 E-Mail: HouMcsPM@fugro.com
03 DPR 25-July-11 11-1388.doc

| CLIENT | Hornbeck Offshore Services, LLC | DIVISION: | Marine Construction |
|---|---|---|---|
| JOB DESCRIPTION: | ATP - SCM Change-Out | REPORT #: | 003 |
| PROPOSAL #: | 11-10015.S07 | REPORT DATE: | 07-25-11 |
| CLIENT REF. #: | #2083604 | MCS JOB #: | 11-1388 |
| VESSEL: | HOS Iron Horse | PROJECT #: | 404011.01388.00 |
| VESSEL PHONE: | 203-575-5463 | PROJECT MGR: | Jeannie Berube |
| VESSEL EMAIL: | IronhorseSurvey@fugro.com | TELEPHONE: | 713-346-3765 |
| LOCATION: | MC 754/711/941 | EMAIL: | JBerube@fugro.com |

| SAFETY | TODAY | TO DATE |
|---|---|---|
| Safety Meetings | 0 | 0 |
| JSEA's Reviewed / Compiled | 6 | 12 |
| Incidents / Near Miss | 0 | 0 |
| HOC / Q-Form | 0 | 0 |
| Other Safety – Orientations & Drills | 0 | 1 |

| LB CODE | PERSONNEL | NAME | HRS |
|---|---|---|---|
| 1130 | Party Chief | Ruth Martinez | 20 |
| 1410 | Acoustic Surveyor | J.D Brassard | 20 |

| UNIT ID | UNIT NAME | Invc'd | Supl'd | HRS |
|---|---|---|---|---|
| 400108 | MSV Positioning Equip w/ DGPS Discount | 1 | 1 | 13 |
| 400301 | USBL Beacon - Deepwater | 6 | 6 | 13 |
| 400406 | Sonardyne MF MK4 Compatt – DW Dir. | 1 | 2 | 13 |
| 400410 | Compatt Controller – PAN | 1 | 1 | 13 |
| 400610 | Seabird 19 - CTD Profiler | 1 | 1 | 13 |
| 400910 | Video Capture Suite GBL | 1 | 1 | 13 |
| 403001 | Rotation Cost – 2x Surveyors | 1 | 1 | 13 |

Report:

| | |
|---|---|
| 0000 | Vessel continues transit to MC711. |
| 0103 | Vessel in position for inspection operations. |
| 0135 | ROV at UTA 2 for inspection. |
| 0200 | ROV UTA 2 inspection complete. |
| 0215 | ROV at manifold. |
| 0243 | ROV manifold inspection complete. |
| 0302 | ROV Out of water, Vessel transiting to HOS dock Fourchon, La. |
| 0600 | Vessel continues transit to HOD dock. |
| 1115 | Vessel Dockside at HOS dock. |
| 1300 | Crew departs vessel for Houston tech shop. (Approximate Time) |
| 2000 | Crew arrives at Houston tech shop. (Approximate Time).  End of Job 11-1388. |

| Fugro Rep: Print Name | Fugro Rep: Signature |
|---|---|
| **Ruth Martinez** | |
| Client Rep: Print Name | Client Rep: Signature |
| **Aubry Logan** | |

Note: If this is a printed copy please check the master file to ensure that it is the latest version
03 DPR 25-July-11 11-1388.doc

Page 1 of 1



## HORNBECK OFFSHORE SERVICES, LLC
*Service with Energy*

ATP Oil & Gas Corporation
Attention: Accounts Payable
4600 Post Oak Place
Suite 200
Houston Texas 77027

| | | |
|---|---|---|
| Invoice Number: | | 006284-M |
| Purchase Order: | | |
| AFE Number: | | |
| Invoice Date: | | |
| Job Number: | | TC0733-01 |
| Payment Terms: | | NET 60 |
| Vendor/Contract Number: | | |

**Miscellaneous Items:**

| Item Description | Vessel | Quantity | Rate | Markup | Total |
|---|---|---|---|---|---|
| MID-GULF SHIPPING INVOICE# HIH0729112NO, DATED 07/29/11 | HOS IRON HORSE | 1.000 | 1,122.00 Flat Fee | | 1,122.00 |
| MID-GULF SHIPPING INVOICE# HIH0729113NO, DATED 07/29/11 | HOS IRON HORSE | 1.000 | 2,185.63 Flat Fee | | 2,185.63 |
| FUGRO CHANCE INVOICE# 101100037, DATED 10/05/11 | HOS IRON HORSE | 1.000 | 10,330.43 Flat Fee | | 10,330.43 |

| | |
|---|---|
| Miscellaneous Total: | 13,638.06 USD |

TO INVOICE YOUR ACCOUNT FOR AGENCY FEES AND 2 SURVEY PERSONNEL AND EQUIPMENT.

PLEASE SEE THE ATTACHED FOR DETAILS.

*HT 12-22-11*

*Hold for approval from ATP*

*NAM 12/29/11*

Payment by Wire transfer to: CAPITAL ONE, N.A. - ABA No. 065-000-090
For the Account of HORNBECK OFFSHORE SERVICES, LLC - Acct 812519034-SWIFT HIBKUS44
REMITTANCE ADDRESS: P.O. Box 54863 - New Orleans, LA 70154-4863
E-mail remittance to: ar@hornbeckoffshore.com

103 Northpark Blvd., Suite 300
Covington, Louisiana 70433

Phone: (985) 727-2000
Fax:    (985) 727-3606



## HORNBECK OFFSHORE SERVICES, LLC
*Service with Energy*

ATP Oil & Gas Corporation
Attention: Accounts Payable
4600 Post Oak Place
Suite 200
Houston Texas 77027

| | |
|---|---|
| Invoice Number: | 006284-M |
| Purchase Order: | |
| AFE Number: | |
| Invoice Date: | 01/11/2012 |
| Job Number: | TC0733-01 |
| Payment Terms: | NET 60 |
| Vendor/Contract Number: | |

**Miscellaneous Items:**

| Item Description | Vessel | Quantity | Rate | Markup | Total |
|---|---|---|---|---|---|
| MID-GULF SHIPPING INVOICE# HIH0729112NO, DATED 07/29/11 | HOS IRON HORSE | 1.000 | 1,122.00 Flat Fee | | 1,122.00 |
| MID-GULF SHIPPING INVOICE# HIH0729113NO, DATED 07/29/11 | HOS IRON HORSE | 1.000 | 2,185.63 Flat Fee | | 2,185.63 |
| FUGRO CHANCE INVOICE# 101100037, DATED 10/05/11 | HOS IRON HORSE | 1.000 | 10,330.43 Flat Fee | | 10,330.43 |
| | | | **Miscellaneous Total:** | | 13,638.06 USD |

TO INVOICE YOUR ACCOUNT FOR AGENCY FEES AND 2 SURVEY PERSONNEL AND EQUIPMENT.

PLEASE SEE THE ATTACHED FOR DETAILS.

Payment by Wire transfer to: CAPITAL ONE, N.A. - ABA No. 065-000-090
For the Account of HORNBECK OFFSHORE SERVICES, LLC - Acct 812519034-SWIFT HIBKUS44
REMITTANCE ADDRESS: P.O. Box 54863 - New Orleans, LA 70154-4863
E-mail remittance to:  ar@hornbeckoffshore.com

103 Northpark Blvd., Suite 300                                    Phone: (985) 727-2000
Covington, Louisiana 70433                                       Fax:    (985) 727-3606

Exhibit A
ATP– Iron Horse Charter                                    1                                    7/22/2011

## Short Form Time Charter Agreement

THIS SHORT FORM TIME CHARTER AGREEMENT (this "Charter") is made as of this 22th day of July, 2011 between Hornbeck Offshore Services, LLC ("OWNER"), the OWNER and/or operator of the Vessels described below in Section 1.A. ("Vessel"), and ATP Oil & Gas Corporation ("CHARTERER").

Pursuant to the terms of that certain Master Time Charter Agreement dated May 1, 2007, between OWNER and CHARTERER (the "Master Agreement"), the premises and covenants of which the Parties hereto are familiar with and incorporate herein by reference, OWNER and CHARTERER agree as follows:

1.    Vessel Description, Term, and Rates: OWNER agrees and does hereby time charter, and CHARTERER agrees to and does hereby hire, the following Vessels:

    A.    Description of Vessel:

        Name: HOS Iron Horse
        Official No.: ____740888
        Stated Value of Vessel: $120,000,000.00

    B.    Term:
        Date and Time of Delivery:TBD, expected July 23, 2011 at 1800 hours
        Duration: 2 days firm; spot daily thereafter.

    C.    Rates:
        Vessel Charter Hire Rate – $75,000.00 Per Day

    D.    Port or Place of Delivery: Fourchon, LA

    E.    Port or Place of Redelivery: Fourchon, LA

    F.    Charter Hire Rates and Fees: Pursuant to Exhibit A attached hereto and incorporated herein.

2.    ROV Description Term, and Rates: In addition to the Vessel, OWNER will provide 2 Perry XLX ROVs (the "ROVs") and one 24 hour ROV crew.

3.    Personnel:

Vessel Crew – As required by Flag State Regulations and for DP-3 Operations, not to exceed:

        Master – DPO
        Chief Mate – DPO
        1st Mate – DPO
        2nd Mate – DPO
        Two (2) Apprentice Mate/RFPNW – DPO
        Chief Engineer
        Two (2) Ass't Engineer
        Three (3) Engine/Utility
        Two (2) Crane Operator
        Two (2) Electrician/ETs
        Four (4) Seamen
        Total – Nineteen (19) Total Marine Crew

Exhibit A
ATP - Iron Horse Charter                    2                              7/22/2011

ROV Crew
     Four (2) ROV Supervisors
     Four (2) ROV Pilots
     Four (2) ROV Technicians

Rigging and Rigging Services – Not provided. Can be provided at cost plus 15% if required.

Survey – Not provided. Can be provided at cost plus 15% if required.

4.    Scope of Work: The Scope of Work for the MC 754 well is to deploy and install the Aker Subsea Control Module (SCM) on the Cameron subsea tree. The SCM and tree will then be tested from the adjacent production facility in MC 711. If problems are noted during the testing it may be necessary to pull the SCM back to surface for repair, then re-install. Transportation of the subsea equipment to and from Fourchon will be on a separate work boat.

An additional scope of work is pending that will require retrieval of a subsea accumulator skid from under the Titan spar in MC 941. The decision to retrieve that equipment should be made prior to the completion of work at MC 754.

5.    Special Provisions: Special terms and provisions applicable to this Charter are set forth in this Exhibit A. Mobilization of CHARTERER's subcontractor's equipment at HOS Port in Fourchon, La. will be accomplished under the terms and conditions set forth in the Facility Use Agreement between HOS Port, LLC and ATP Oil & Gas Corporation dated 11 June 2008 and the HOS Port Standard Rate Schedule dated September 19, 2008.

6.    Billing and Payment: Billing and payment shall be pursuant to the Master Agreement, except that payment terms for any fuel re-bills will be net 15 day terms.

7.    Early Termination: Early termination of this Charter may occur as follows:

(a)    In the event of a total or constructive loss, or seizure of the Vessel, the Charter will terminate immediately;

(b)    In the event of Force Majeure (as defined in Article 14.1), CHARTERER may terminate the Charter if the event of Force Majeure causes a prolonged delay in OWNER's performance or interrupts operations and may reasonably be anticipated to continue for a prolonged period (whether a delay is prolonged will be determined by CHARTERER in the context of CHARTERER's operations, but a delay of 7 days is deemed to be prolonged); or

(c)    Subject to the three (3) day firm requirement of this Charter and subject to the term of any fixed extension of the terms of this Charter, CHARTERER may terminate a Charter during its term for convenience and in its sole discretion by giving OWNER verbal notice of its intent to do so.

In the case of termination under this section, CHARTERER will owe no further obligations to OWNER other than the obligation to pay all undisputed amounts due for services rendered as of the date of such termination; however, early termination of a Charter will not relieve either Party from their respective obligations under the other provisions of this Charter or the Master Agreement.

8.    Downtime:

(a) The Vessel shall be allowed up to 1 hour of downtime per day worked, per month.  Only that portion of the day for which the Vessel was available for service to ATP shall be Invoiced.  Unused downtime shall not be chargeable to ATP.  If there is any downtime in excess of the allotment, then the Vessel charter hire rate shall be reduced to zero during such period and ATP shall have the option during vessel downtime to contract a replacement vessel with the assistance of OWNER.

(b) The ROV will be allowed a downtime period of 2 hours upon arrival at location, as needed, and up to 2 hours for each 12 hour period of in-water operation for ROV downtime, system maintenance, or repair cumulative to a maximum of 24 hours in total per month.  If the ROV is down beyond the ROV downtime allotment in this Section 8(b) such that the scope of work cannot be accomplished, the Vessel charter hire rate shall be reduced to zero until the necessary repairs are accomplished so that the work scope can be resumed.

(c) The OWNER's liability to CHARTERER as a result of downtime of the Vessel or ROV caused by any reason shall be limited to the interruption or reduction of hire.

9.    Warranty:
In respect of the subsea operation described in Item 4 above, OWNER's sole and exclusive warranty is to provide equipment in good, operating condition and use its best efforts to accomplish the work in a workmanlike fashion in accordance with industry standards.  All other warranties, express or implied, including any stated in the Master Agreement (other than any warranty expressly provided therein with respect to the condition of the Vessels), are specifically disclaimed and waived and released by CHARTERER.

10.    Limitation of Liability:
In respect of the subsea operation described in Item 4 above, the OWNER's total cumulative liability to the CHARTERER shall be limited to $50,000 in the aggregate on the account of any or all claims that may be asserted by any member of the CHARTERER Group against the OWNER on account of any claim whatsoever; provided, however, that this limitation shall not apply to the OWNER's indemnity obligations under Article 10 of the Master Agreement.

11.    Contractors:
For the purposes of this Charter contractors of CHARTERER shall be considered sub-contractors of CHARTERER as that term is used in Article 10 of the Master Agreement and thereby contractors of CHARTERER shall be deemed a member of CHARTERER GROUP under such Article 10.

ACCEPTED AND AGREED TO THIS 22nd DAY OF JULY, 2011.


OWNER:                                              CHARTERER:
Hornbeck Offshore Services, LLC                     ATP Oil & Gas Corporation

By: _____                                By: _____
Name: Ben Todd                                      Name: Leland E. Tate
Title: VP of Ops, MPSV                              Title: President

**Day, Karen**

| | |
|---|---|
| **From:** | ATP DRILLING SHOREBASE [atp@viscom.net] |
| **Sent:** | Wednesday, January 11, 2012 10:50 AM |
| **To:** | Day, Karen |
| **Subject:** | Re: HOS Iron Horse/ATP Draft Invoice #'s 006283-M, 006284-M |

KAREN,
SEND IT TO:
ATP PRODUCTION (HOUSTON,TX)
ATT: RICHARD JACOBS
THANKS,

DAVID DAIGLE
ATP OIL & GAS
DRILLING SHOREBASE
MARTIN NORTH TERMINAL
BUILDING #5
120 17TH ST.
GOLDEN MEADOW, LA 70357
PH# 985-396-3090

**From:** Day, Karen
**Sent:** Wednesday, January 11, 2012 10:39 AM
**To:** 'ATP DRILLING SHOREBASE'
**Subject:** RE: HOS Iron Horse/ATP Draft Invoice #'s 006283-M, 006284-M

David,

Should I just send invoice 006284-M to the Houston address attention Production Division or to a particular person?

Thanks,

Karen

**From:** ATP DRILLING SHOREBASE [mailto:atp@viscom.net]
**Sent:** Tuesday, January 10, 2012 8:33 PM
**To:** Day, Karen
**Cc:** bdaugherty@atpog.com
**Subject:** Re: HOS Iron Horse/ATP Draft Invoice #'s 006283-M, 006284-M

Hi Karen,
Once again, Sorry it took me so long. We've been quite busy here at the base.
In regards to invoice 006284-M. This one is good to go, no stamp required but it needs to be forwarded to our production division. This charter was solely for an intervention job and not for drilling.
In regards to invoice 006283-M, please see attached spread sheet, where you will find that the Iron Horse charter was spilt between the GC-300 #2 ST-1 and MC-941 #4 BP-2. Please submit two invoices charging the appropriate location accordingly. If you have any questions please give me a call.
Thanks,