DAVID GUSSMAN
ATP OIL & GAS
DRILLING SHOREBASE
MARTIN NORTH TERMINAL
BUILDING #5
120 17TH ST.
GOLDEN MEADOW, LA 70357
PH# 985-396-3090

**From:** Day, Karen
**Sent:** Thursday, December 29, 2011 11:27 AM
**To:** atp@viscom.net
**Cc:** bdaugherty@atpog.com
**Subject:** HOS Iron Horse/ATP Draft Invoice #'s 006283-M, 006284-M

Attached please find draft invoice #'s 006283-M and 006284-M for charges associated with your charter of the HOS Iron Horse. Please review, stamp and approve the attached and return to me via e-mail at your first opportunity. Your help is greatly appreciated.

Regards,

*Karen Day*

**Rebill Administrator**
Hornbeck Offshore Services
**103 Northpark Blvd., Suite 300**
**Covington, LA  70433**

☎Phone: 985-727-6944
☎Fax: 985-727-3606
✉blocked::mailto:karen.day@hornbeckoffshore.com

"The information in this email is confidential and intended solely for the addressee. Access to this email by anyone else is unauthorized. Any copying or further distribution beyond the original recipient is not intended, and may be unlawful. The opinions enclosed are those of the sender, and do not necessarily reflect those of Hornbeck Offshore."

2



## HORNBECK OFFSHORE SERVICES, LLC
*Service with Energy*

ATP Oil & Gas Corporation  
Attention: Accounts Payable  
4600 Post Oak Place  
Suite 200  
Houston Texas 77027

| | |
|---|---|
| Invoice Number: | 006372-TC |
| Purchase Order: | |
| AFE Number: | |
| Invoice Date: | 01/23/2012 |
| Job Number: | TC0795-01 |
| Payment Terms: | NET 60 |
| Vendor/Contract Number: | |

**Charter Period:**

| Vessel | Start Date | End Date | Total Days | Rate | Total |
|---|---|---|---|---|---|
| HOS SILVER ARROW | 12/28/2011 06:00 | 01/01/2012 00:00 | 3.750 | 27,500.00 Per Day | 103,125.00 |
| | | | | **Charter Total:** | **103,125.00** |

**Miscellaneous Items:**

| Item Description | Vessel | Quantity | Rate | Markup | Total |
|---|---|---|---|---|---|
| EPS MEALS/BERTHING | HOS SILVER ARROW | 16.000 | 115.00 Per Day | | 1,840.00 |
| | | | **Miscellaneous Total:** | | **1,840.00** |
| | | | **Invoice Total:** | | **104,965.00 USD** |

**\*\*MEALS/BERTHING BILLED IN ACCORDANCE WITH ITEM E OF EXHIBIT "A" DATED DEC. 28, 2011.\*\***

Payment by Wire transfer to: CAPITAL ONE, N.A. - ABA No. 065-000-090  
For the Account of HORNBECK OFFSHORE SERVICES, LLC - Acct 812519034-SWIFT HIBKUS44  
REMITTANCE ADDRESS: P.O. Box 54863 - New Orleans, LA 70154-4863  
E-mail remittance to: ar@hornbeckoffshore.com  
Any questions regarding this invoice should be directed to (985) 727-6927

103 Northpark Blvd., Suite 300  
Covington, Louisiana 70433

Phone: (985) 727-2000  
Fax:     (985) 727-3606



## HORNBECK OFFSHORE SERVICES, LLC
*Service with Energy*

ATP Oil & Gas Corporation
Attention: Accounts Payable
4600 Post Oak Place
Suite 200
Houston Texas 77027

Invoice Number: 006372-TC
Purchase Order:
AFE Number:
Invoice Date:
Job Number: TC0795-01
Payment Terms: NET 60
Vendor/Contract Number:

**Charter Period:**

| Vessel | Start Date | End Date | Total Days | Rate | Total |
|---|---|---|---|---|---|
| HOS SILVER ARROW | 12/28/2011 06:00 | 01/01/2012 00:00 | 3.750 | 27,500.00 Per Day | 103,125.00 |
| | | | | Charter Total: | 103,125.00 |

**Miscellaneous Items:**

| Item Description | Vessel | Quantity | Rate | Markup | Total |
|---|---|---|---|---|---|
| EPS MEALS/BERTHING | HOS SILVER ARROW | 16,000 | 115.00 Per Day | | 1,840.00 |
| | | | Miscellaneous Total: | | 1,840.00 |
| | | | Invoice Total: | | 104,965.00 USD |

**MEALS/BERTHING BILLED IN ACCORDANCE WITH ITEM E OF EXHIBIT "A" DATED MAY 1, 2007



Payment by Wire transfer to: CAPITAL ONE, N.A. - ABA No. 065-000-090
For the Account of HORNBECK OFFSHORE SERVICES, LLC - Acct 812519034-SWIFT HIBKUS44
REMITTANCE ADDRESS: P.O. Box 54863 - New Orleans, LA 70154-4863
E-mail remittance to: ar@hornbeckoffshore.com
Any questions regarding this invoice should be directed to (985) 727-6927

103 Northpark Blvd., Suite 300
Covington, Louisiana 70433

Phone: (985) 727-2000
Fax: (985) 727-3606



## HORNBECK OFFSHORE SERVICES, LLC
*Service with Energy*

ATP Oil & Gas Corporation  
Attention: Accounts Payable  
4600 Post Oak Place  
Suite 200  
Houston, Texas 77027

Invoice Number: 006372-TC  
Purchase Order:  
AFE Number:  
Invoice Date:  
Job Number: TC0705-01  
Payment Terms: NET 60  
Vendor/Contract Number:

**Charter Period:**

| Vessel | Start Date | End Date | Total Days | Rate | Total |
|---|---|---|---|---|---|
| HOS SILVER ARROW | 12/28/2011, 06:00 | 01/01/2012, 00:00 | 3.750 | 27,500.00 Per Day | 103,125.00 |
| | | | | Charter Total: | 103,125.00 |

**Miscellaneous Items:**

| Item Description | Vessel | Quantity | Rate | Markup | Total |
|---|---|---|---|---|---|
| EPS MEALS/BERTHING | HOS SILVER ARROW | 16.000 | 115.00 Per Day | | 1,840.00 |
| | | | Miscellaneous Total: | | 1,840.00 |
| | | | Invoice Total: | | 104,965.00 USD |

**"MEALS/BERTHING BILLED IN ACCORDANCE WITH ITEM E OF EXHIBIT "A" DATED DEC. 8, 2011."**

---

ATP OIL & GAS CORP. - FIELD TICKET CODING  
RIG/PROJECT: N202  
WELL: MC-942 #2 ST-1  
LEASE: OCSG 24130   AFE: 10585  
ACCT CODE: 10 • 841 • 5804  
AMOUNT: $104,965.00   DATE 1-22-12  
SIGNATURE: Dav Gussman  
PRINTED NAME: David Gussman

---

Payment by Wire transfer to: CAPITAL ONE, N.A. - ABA No. 065-000-090  
For the Account of HORNBECK OFFSHORE SERVICES, LLC - Acct 812519034-SWIFT HIBKUS44  
REMITTANCE ADDRESS: P.O. Box 54863 - New Orleans, LA 70154-4863  
E-mail remittance to: ar@hornbeckoffshore.com  
Any questions regarding this invoice should be directed to (985) 727-6927

103 Northpark Blvd., Suite 300  
Covington, Louisiana 70433

Phone (985) 727-2000  
Fax    (985) 727-3006

# EXHIBIT "A"
# TO MASTER TIME CHARTER AGREEMENT

Short Form Time Charter Agreement

THIS SHORT FORM TIME CHARTER AGREEMENT is made as of this 28TH day of December, 2011 between Hornbeck Offshore Services ("OWNER"), the owner and/or operator of the Vessel described below ("Vessel"), and ATP OIL & GAS CORPORATION ("CHARTERER").

Pursuant to the terms of that certain Master Time Charter Agreement dated May 1, 2007, between OWNER and CHARTERER (the "Master Agreement"), the premises and covenants of which the Parties hereto are familiar with and incorporate herein by reference, OWNER agrees and does hereby time charter, and CHARTERER agrees to and does hereby hire, the Vessel subject to the following:

1. Description, Term, and Rates.

   A. Description of Vessel:
      Name: **HOS SILVER ARROW**
      Official No.: **1217911**
      Stated Value of Vessel: **$27,600,000.00**

   B. Term:
      Date and Time of Delivery: **December 28, 2011 @ 0600 hours**
      Duration: **Spot Daily**

   C. Port or Place of Delivery: **Fourchon, LA**

   D. Port or Place of Redelivery: **Fourchon, LA**

   E. Charter Hire Rates and Fees:
   Daily Charter Rate: **$27,500.00 per day**
   Meals/Berthing: **$115.00 per person / per day for all persons in addition to crew**

   F. Mobilization Fee: ---------------------

   G. Demobilization Fee: --------------------

2. The Vessel shall be allowed up to 24 hours of downtime per month. Only that portion of the day for which the Vessel was actually serviceable to ATP shall be invoiced. Downtime shall not be chargeable to ATP. This downtime allotment may not be accumulated on a month to month basis. If there is any downtime in excess of 24 hours, then ATP shall have the option during vessel downtime to contract a replacement vessel with the assistance of OWNER.

3. Early termination rights are as provided in the Master Agreement.

4. For the purposes of this Charter, contractors of CHARTERER shall be deemed to be member of the CHARTERER GROUP for purposes of Article 10 Indemnities of the Master Agreement.

ACCEPTED AND AGREED TO THIS 28TH DAY OF December, 2011.

OWNER:
Hornbeck Offshore Services, LLC
By: _____

Name: Ben Todd
Title: Vice President, HOS Commercial

CHARTERER:
ATP Oil & Gas Corporation
By: _____

Name:
Title:



# HORNBECK OFFSHORE

## On/Off Charter Sheet

| Vessel Name: | HOS Silver Arrow |
|---|---|

### 06:00 hrs Charter Information

| On/Off Charter @: Fourchon | Hours (Confirm On/Off Hours w/Office) | Date: 12-29-11 |
|---|---|---|
| Charterer: ATP | | Charterer's Rep: Ken Doyle |
| Location: | | Charterer's Tel: 985 396 3090 |

### Soundings (Note: Sound/List All Oil Tanks)

| Tank # | Feet-Inches | Gallons |
|---|---|---|
| 9 Port | 0' 1" | 761 |
| 9 Starb | 1' 1" | 2935 |
| 11 Port | 4' 11" | 12449 |
| 11 Starb | 3' 0" | 8732 |
| 13 Port | 6" | 1053 |
| 13 Starb | 6" | 1053 |
| 14 Port | 13' 6" | 7202 |
| 14 Starb | 14' 3" | 7458 |
| | | |
| PDT | 16' 3" | 2930 |
| SDT | 15' 3" | 2784 |
| | | |
| **Total Fuel Aboard:** | | 46,857 |
| | | |
| Main Engine Oil: | | 465 |
| Gear Oil: | | 315 |
| Hydraulic Oil: | | 287 |
| Drill Water: | 331,000 gals | |
| Potable Water: | 15,400 gals | |

| Deck Inventory: | | |
|---|---|---|
| **Cargo Hoses** | | |
| Oil Cargo (#/size) | | |
| Vapor Recovery (#/size) | | |
| Dry Bulk (#/size) | 1-50' / 20' x 4" | |
| Fuel (#/size) | 1-50' x 3"  1-50' x 2" | |
| Liquid Mud (#/size) | 2 - 50x4" | |
| Water (#/size) | 3 - 50x4" | |
| Other (#/size) | | |
| **Cordage** | | |
| Tie-Up lines (#/size) | 12 - 2 1/2 | |
| Other | | |
| **Lashing Gear** | | |
| Binders | 20 | |
| Chain (size/length) | 12 | |
| Other | | |

**Remarks:**

| Master (Print Name): Michael T Schamberg | Charterer Rep (Print Name): Ken Doyle |
|---|---|
| Master (Sign Name): | Charterer Rep (Sign Name): |
| Third Party if applicable (Sign Name): | |
| Third Party if applicable (Sign Name): | |

June 2003

Form HO-534
Revision 0

| TIME: | 630 | Draft Bow | 11'5" |
|---|---|---|---|
| DATE: | 28-Dec-2011 | Draft Stern | 11'5" |

### FUEL TANK SOUNDINGS

| | Ft. In. | Gallons |
|---|---|---|
| #9 PORT | 0' 1" | 261 |
| #9 STBD | 1' 1" | 2,935 |
| #11 PORT | 4' 11" | 12,449 |
| #11 STBD | 3' 0" | 8,732 |
| #13 PORT | 0' 6" | 1,053 |
| #13 STBD | 0' 6" | 1,053 |
| #14 PORT | 13' 6" | 7,202 |
| #14 STBD | 14' 3" | 7,458 |
| #18 PORT DAY TANK | 16' 3" | 2,930 |
| #18 STBD DAY TANK | 15' 3" | 2,784 |

| TOTAL CARGO TANKS | 41,143 |
|---|---|
| TOTAL DAY TANKS | 5,714 |
| **TOTAL FUEL ONBOARD** | **46,857** |

### LUBE OIL SOUNDINGS

DATE: 5-Dec-2011

| | Ft. In. | Gallons |
|---|---|---|
| #15 PORT LUBE OIL | 8' 2" | 293 |
| #16 PORT LUBE OIL | 4' 3" | 157 |
| #15 STBD GEAR OIL | 8' 9" | 315 |
| #16 STBD HYD. OIL | 8' 0" | 287 |

Log Totals

| TOTAL MAIN ENGINE OIL | 450 |
|---|---|
| TOTAL GEAR OIL | 315 |
| TOTAL HYDRAULIC OIL | 287 |

### WASTE OIL SOUNDINGS

DATE: 5-Dec-2011

| | Ft. In. | Gallons |
|---|---|---|
| #17 PORT OILY WATER TANK | 0' 11" | 281 |
| #17 STBD DIRTY OIL TANK | 1' 2" | 422 |

Chief Engineer:



# Hornbeck Offshore Services, LLC
## Meal Ticket Report

**Vessel:** HOS SILVER ARROW
**Date:** 1/16/2012

**Start Date:** 12/28/2011    **End Date:** 12/31/2011

### December 28, 2011

| Name | Parent Company | Breakfast | Lunch | Dinner | Bunk |
|---|---|---|---|---|---|
| Butler, Dennis | EPS | ☑ | ☑ | ☑ | ☑ |
| Comeaux, Peter | EPS | ☑ | ☑ | ☑ | ☑ |
| James, Jeramiah | EPS | ☑ | ☑ | ☑ | ☑ |
| Lively, Wilford | EPS | ☑ | ☑ | ☑ | ☑ |

### December 29, 2011

| Name | Parent Company | Breakfast | Lunch | Dinner | Bunk |
|---|---|---|---|---|---|
| Butler, Dennis | EPS | ☑ | ☑ | ☑ | ☑ |
| Comeaux, Peter | EPS | ☑ | ☑ | ☑ | ☑ |
| James, Jeramiah | EPS | ☑ | ☑ | ☑ | ☑ |
| Lively, Wilford | EPS | ☑ | ☑ | ☑ | ☑ |

### December 30, 2011

| Name | Parent Company | Breakfast | Lunch | Dinner | Bunk |
|---|---|---|---|---|---|
| Butler, Dennis | EPS | ☑ | ☑ | ☑ | ☑ |
| Comeaux, Peter | EPS | ☑ | ☑ | ☑ | ☑ |
| James, Jeramiah | EPS | ☑ | ☑ | ☑ | ☑ |
| Lively, Wilford | EPS | ☑ | ☑ | ☑ | ☑ |

### December 31, 2011

| Name | Parent Company | Breakfast | Lunch | Dinner | Bunk |
|---|---|---|---|---|---|
| Butler, Dennis | EPS | ☑ | ☑ | ☑ | ☑ |
| Comeaux, Peter | EPS | ☑ | ☑ | ☑ | ☑ |
| James, Jeramiah | EPS | ☑ | ☑ | ☑ | ☑ |
| Lively, Wilford | EPS | ☑ | ☑ | ☑ | ☑ |

Start Date: 12/28/2011      End Date: 12/31/2011

Totals

**Breakfast** 16  **Lunch:** 16  **Dinner:** 16  **Bunk:** 16

Master's Signature: _____   Date: _____

Client's Signature: _____   Date: _____

**Elliott, Lydia**

| | |
|---|---|
| **From:** | Marshall, Joey |
| **Sent:** | Tuesday, December 27, 2011 2:15 PM |
| **To:** | HOS Silver Arrow - Globe Wireless; HOS Silver Arrow |
| **Cc:** | MOC |
| **Subject:** | MOC Hos Silver Arrow |
| **Attachments:** | MOC HOS Silver Arrow.pdf |

Please find attached the MOC for the HOS Silver Arrow which will be going on charter with ATP at 0600 tomorrow morning, if anyone has any questions please contact Joey Marshall.

**Joey Marshall** • Sales Representative •
HORNBECK OFFSHORE SERVICES • COVINGTON, LOUISIANA, USA
☎ phone: 985.727.6993 | cell: **985.635.1794** ☎ fax: 985.727.3606 | ✉ Email: joey.marshall@hornbeckoffshore.com
103 Northpark Blvd., Suite 300 • Covington, LA 70433

| From: (985) 727-6955 | FedEx Ground G | Ship Date: 23JAN12 ActWgt: 1.0 LB CAD: 102661022/INET3250 |
|---|---|---|
| LYDIA ELLIOTT HORNBECK OFFSHORE 103 NORTHPARK BLVD STE 300 COVINGTON, LA 70433 | | Invoice # Reference # 006353-TC/006372-TC PO # Dept # Ship ID |

SHIP TO: (713) 622-3311
**ATTN: ACCOUNTS PAYABLE
ATP OIL & GAS CORP.**

**4600 POST OAK PLACE
SUITE 200
HOUSTON, TX 77027**




(9612019) 4121902 15007152

**GND**
Prepaid

019

1 of 1

---

**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning:** IMPORTANT: TRANSMIT YOUR SHIPPING DATA AND PRINT A MANIFEST:
At the end of each shipping day, you should perform the FedEx Ground End of Day Close procedure to transmit your shipping data to FedEx. To do so, click on the Ground End of Day Close Button. If required, print the pickup manifest that appears. A printed manifest is required to be tendered along with your packages if they are being picked up by FedEx Ground. If you are dropping your packages off at a FedEx drop off location, the manifest is not required.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide and applicable tariff, available upon request. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations, including limitations on our liability, can be found in the current FedEx Service Guide and applicable tariff apply. In no event shall FedEx Ground be liable for any special, incidental, or consequential damages, including, without limitation, loss of profit, loss to the intrinsic value of the package, loss of sale, interest income or attorney's fees. Recovery cannot exceed actual documented loss. Items of extraordinary value are subject to separate limitations of liability set forth in the Service Guide and tariff. Written claims must be filed within strict time limits, see current FedEx Service Guide.

https://www.fedex.com/shipping/html/en//PrintIFrame.html       1/23/2012