

# HORNBECK OFFSHORE SERVICES, LLC
*Service with Energy*

ATP Oil & Gas Corporation
Attention: Accounts Payable
4600 Post Oak Place
Suite 200
Houston Texas 77027

| | |
|---|---|
| **Invoice Number:** | 006940-TC |
| **Purchase Order:** | |
| **AFE Number:** | 10851 MC941 |
| **Invoice Date:** | 05/15/2012 |
| **Job Number:** | TC0839-01 |
| **Payment Terms:** | NET 30 |
| **Vendor/Contract Number:** | |

**Charter Period:**

| Vessel | Start Date | End Date | Total Days | Rate | Total |
|---|---|---|---|---|---|
| HOS ACHIEVER | 04/11/2012 00:00 | 04/26/2012 12:00 | 15.500 | 60,000.00 Per Day | 930,000.00 |
| | | | | **Charter Total:** | **930,000.00** |

**Miscellaneous Items:**

| Item Description | Vessel | Quantity | Rate | Markup | Total |
|---|---|---|---|---|---|
| GALLEY STAFF | HOS ACHIEVER | 15.500 | 1,750.00 Per Day | | 27,125.00 |
| RIGGERS | HOS ACHIEVER | 15.500 | 1,250.00 Per Day | | 19,375.00 |
| ATP OIL & GAS CORP. MEALS/BERTHING | HOS ACHIEVER | 13.000 | 125.00 Per Day | | 1,625.00 |
| | | | **Miscellaneous Total:** | | **48,125.00** |
| | | | **Invoice Total:** | | **978,125.00 USD** |

**\*\*MEALS/BERTHING BILLED IN ACCORDANCE WITH ITEM 1(C) OF EXHIBIT "A" DATED APRIL 9, 2012.\*\***

Sent by HLMS\ODUPLESS
on 5/15/2012 11:20:02 AM



EXHIBIT
"H"

Payment by Wire transfer to: CAPITAL ONE, N.A. - ABA No. 065-000-090
For the Account of HORNBECK OFFSHORE SERVICES, LLC - Acct 812519034-SWIFT HIBKUS44
REMITTANCE ADDRESS: P.O. Box 54863 - New Orleans, LA 70154-4863
E-mail remittance to: ar@hornbeckoffshore.com
Any questions regarding this invoice should be directed to (985) 727-6927

103 Northpark Blvd., Suite 300
Covington, Louisiana 70433

Phone: (985) 727-2000
Fax:   (985) 727-3606



## HORNBECK OFFSHORE SERVICES, LLC
### *Service with Energy*

ATP Oil & Gas Corporation
Attention: Accounts Payable
4600 Post Oak Place
Suite 200
Houston Texas 77027

| | |
|---|---|
| Invoice Number: | 006940-TC |
| Purchase Order: | |
| AFE Number: | |
| Invoice Date: | |
| Job Number: | TC0839-01 |
| Payment Terms: | NET 30 45 |
| Vendor/Contract Number: | |

**Charter Period:**

| Vessel | Start Date | End Date | Total Days | Rate | Total |
|---|---|---|---|---|---|
| HOS ACHIEVER | 04/11/2012 12:00 | 04/27/2012 12:00 | 15.500 | 60,000.00 Per Day | 930,000.00 |
| | | | | **Charter Total:** | **930,000.00** |

**Miscellaneous Items:**

| Item Description | Vessel | Quantity | Rate | Markup | Total |
|---|---|---|---|---|---|
| GALLEY STAFF | HOS ACHIEVER | 15.500 | 1,750.00 Per Day | | 27,125.00 |
| RIGGERS | HOS ACHIEVER | 15.500 | 50.00 Per Day | | 19,375.00 |
| ATP OIL & GAS CORP. MEALS/BERTHING | HOS ACHIEVER | 13.000 | 125.00 Per Day | | 1,625.00 |
| | | | | **Miscellaneous Total:** | **48,125.00** |
| | | | | **Invoice Total:** | **978,125.00 USD** |

**\*\*MEALS/BERTHING BILLED IN ACCORDANCE WITH ITEM 1(C) OF EXHIBIT "A" DATED APRIL 9, 2012.\*\***

## ATP OIL & GAS CORP. - FIELD TICKET CODING

RIG/PROJECT: _N-202   MC941_

WELL: _A-2 B sand W/O_

LEASE: OCSG - _16661_   AFE: _10851_

ACCT CODE: 10 • _841_ • _5804_

AMOUNT: $ _978,125.⁰⁰_ DATE _5/14/12_

SIGNATURE: _Ken Daigle_

PRINTED NAME: _KenDaigle_

*pd 5/14/2012*

**Payment by Wire transfer to: CAPITAL ONE, N.A. - ABA No. 065-000-090**
**For the Account of HORNBECK OFFSHORE SERVICES, LLC - Acct 812519034-SWIFT HIBKUS44**
**REMITTANCE ADDRESS: P.O. Box 54863 - New Orleans, LA 70154-4863**
**E-mail remittance to: ar@hornbeckoffshore.com**
**Any questions regarding this invoice should be directed to (985) 727-6927**

| | |
|---|---|
| 103 Northpark Blvd., Suite 300 | Phone: (985) 727-2000 |
| Covington, Louisiana 70433 | Fax   (985) 727-3606 |

Exhibit A
ATP– HOS Achiever Charter                    1                              4/10/2012

<u>Short Form Time Charter Agreement</u>

THIS SHORT FORM TIME CHARTER AGREEMENT (this "Charter") is made as of this 9th day of April, 2012 between Hornbeck Offshore Services, LLC ("OWNER"), the OWNER and/or operator of the Vessels and Platform described below in Section 1.A. ("Vessel"), and ATP Oil & Gas Corporation ("CHARTERER").

Pursuant to the terms of that certain Master Time Charter Agreement dated May 1, 2007 between OWNER and CHARTERER (the "Master Agreement"), the premises and covenants of which the Parties hereto are familiar with and incorporate herein by reference, OWNER and CHARTERER agree as follows:

1.  <u>Vessel Description, Term, and Rates</u>. OWNER agrees and does hereby time charter, and CHARTERER agrees to and does hereby hire, the following Vessels:

    A.  Description of Vessel:
        Name: <u>HOS Achiever</u>
        Official No: <u>9414163</u>
        Stated Value of Vessel: <u>$140,000,000.00</u>

    B.  Term:
        Date and Time of Delivery:, April 11, 2012 at 0001
        Duration: 60 days firm commencing upon delivery; spot daily thereafter.

    C.  Rates:
        Vessel Charter Hire Rate – $60,000.00 Per Day
        Meals/Berthing for Persons in Addition to Crew - $125.00 Per Person Per Day
        Galley Staff – 2 Cooks, 2 Galley Hands - $1,750.00 Per Day
        Riggers – 2 Riggers - $1,250.00 Per Day

    D.  Port or Place of Delivery: Fourchon, LA

    E.  Port or Place of Redelivery: Fourchon, LA

2.  <u>Scope of Work:</u> The Vessel will serve as a flotel for CHARTERER'S Titan platform.

3.  <u>Billing and Payment</u>:  Billing and payment shall be pursuant to the Master Agreement, except that payment terms for any fuel re-bills will be net 15 day terms.

4.  <u>Early Termination</u>:  Early termination of this Charter may occur as follows:

    (a)  In the event of a total or constructive loss, or seizure of the Vessel, the Charter will terminate immediately;
    (b)  In the event of Force Majeure (as defined in Article 14.1), CHARTERER may terminate the Charter if the event of Force Majeure causes a prolonged delay in OWNER's performance or interrupts operations and may reasonably be anticipated to continue for a prolonged period (whether a delay is prolonged will be determined by CHARTERER in the context of CHARTERER's operations, but a delay of 7 days is deemed to be prolonged); or
    (c)  Subject to the sixty (60) day firm requirement of this Charter and subject to the term of any fixed extension of the terms of this Charter, CHARTERER may terminate a Charter during its term for convenience and in its sole discretion by giving OWNER verbal notice of its intent to do so.

Exhibit A
ATP– HOS Achiever Charter                    2                              4/10/2012

In the case of termination under this section, CHARTERER will owe no further obligations to OWNER other than the obligation to pay all undisputed amounts due for services rendered as of the date of such termination; however, early termination of a Charter will not relieve either Party from their respective obligations under the other provisions of this Charter or the Master Agreement.

5.    Downtime:
(a) The Vessel shall be allowed up to 1 hour of downtime per day worked, per month.  Only that portion of the day for which the Vessel was available for service to ATP shall be invoiced.  Unused downtime shall not be chargeable to ATP.  If there is any downtime in excess of the allotment, then the Vessel charter hire rate shall be reduced to zero during such period and ATP shall have the option during vessel downtime to contract a replacement vessel with the assistance of OWNER.

(b) The OWNER's liability to CHARTERER as a result of downtime of the Vessel caused by any reason shall be limited to the interruption or reduction of hire.

6.    Contractors:
For the purposes of this Charter contractors of CHARTERER shall be considered sub-contractors of CHARTERER as that term is used in Article 10 of the Master Agreement and thereby contractors of CHARTERER shall be deemed a member of CHARTERER GROUP under such Article 10.

ACCEPTED AND AGREED TO THIS 9th DAY OF APRIL,  2012.


OWNER:                                         CHARTERER:
Hornbeck Offshore Services, LLC                ATP Oil & Gas Corporation

By: _____                    By:_____
Name: JOHN S COOK                              Name:_____
Title: SENIOR VICE PRESIDENT                   Title:_____



## HORNBECK OFFSHORE

(On)/Off Charter Sheet

Vessel Name: HOS ACHIEVER

### Charter Information

| On/Off Charter @: 0001 4-11-12 | Date: APRIL 11, 2012 |
|---|---|
| Charterer: ATP | Charterer's Rep: DAVE (Dispatcher) |
| Location: FOURCHON, LA | Charterer's Tel: 985-396-3090 |

Soundings (Note: Sound/List All Oil Tanks)

| Tank # | Feet-Inches | Gallons |
|---|---|---|
| 3P | 0' 0" | 794 |
| 3S | 0' 0" | 708 |
| 5P | 2' 3 1/2" | 5545 |
| 5S | 0' 10 1/2" | 2531 |
| AUX | 4' 10 1/2" | 2158 |
| PORT SERV | 10' 9 3/8" | 7471 |
| STBD SERV | 10' 7 1/8" | 7384 |
| PORT SETT | 9' 2 1/4" | 12479 |
| STBD SETT | 8' 11 3/4" | 11280 |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

| | | |
|---|---|---|
| Total Fuel Aboard: | | 50350 |
| | FUEL OWED PREVIOUS → | 71,721  FROM GLOBAL |
| | ON CHARTER FUEL | 122,071  WITH ATP |
| Main Engine Oil | | 2510 |
| Gear Oil | | 1863 |
| Hydraulic Oil | | 1970 |
| Drill Water | | N/A |
| Potable Water | | N/A 113,594 |

| Deck Inventory: | |
|---|---|
| Cargo Hoses | |
| Oil Cargo (#/size) | N/A |
| Vapor Recovery (#/size) | N/A |
| Dry Bulk (#/size) | N/A |
| Fuel (#/size) | 2  100' |
| Liquid Mud (#/size) | N/A |
| Water (#/size) | N/A |
| Other (#/size) | N/A |
| Cordage | |
| Tie-Up lines (#/size) | 8  2 1/2 inch |
| Other | |
| Lashing Gear | |
| Binders | 40 |
| Chain (size/length) | 40  3/8 40' |
| Other | |

Remarks: ON CHARTER ATP 122,071 gallons

This Sounding made prior to receipt of fuel owed by previous Charter.

| Master (Print Name): JON WEIRAUCH | Charterer Rep (Print Name): |
|---|---|
| Master (Sign Name): Jon W. | Charterer Rep (Sign Name): |
| Third Party if applicable (Sign Name): | |
| Third Party if applicable (Sign Name): | |

Form HO-534
Revision 0

June 2003



**HORNBECK OFFSHORE**

### On/Off Charter Sheet

| Vessel Name: | *Hos Achiever* |
|---|---|

| Charter Information | | |
|---|---|---|
| On/Off Charter @: *OFF*  *1200hs* Hours (Confirm On/Off Hours w/Office) | | Date: *7/26/2012* |
| Charterer: *ATP* | | Charterer's Rep: |
| Location: *Fourchon* | | Charterer's Tel: |

| | Soundings (Note: Sound/List All Oil Tanks) | |
|---|---|---|
| Tank # | Feet-Inches | Gallons |
| 3P | 4' 6¼" | 29829 |
| 3S | 4' 6¾" | 25928 |
| 5P | 12' 7½" | 40284 |
| 5S | 12' 0¾" | 41427 |
| Aux. Serv. | 4' 5" | 2057 |
| Port Serv. | 11' 2¾" | 7517 |
| Stbd Serv. | 11' 2¾" | 7517 |
| Port Sett | 5' 3¼" | 11182 |
| Stbd Sett | 8' 4¼" | 10456 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Total Fuel Aboard: | | 176,198 gls  by Sounding  176,141 gls   by Ticket |
| Main Engine Oil: | | 2216 |
| Gear Oil: | | 1948 |
| Hydraulic Oil: | | 1854 |
| Drill Water: | | |
| Potable Water: | | 129788 |
| | | |
| Deck Inventory: | | |
| Cargo Hoses | | |
|    Oil Cargo (#/size) | N/A | |
|    Vapor Recovery (#/size) | N/A | |
|    Dry Bulk (#/size) | N/A | |
|    Fuel (#/size) | 2  100' | |
|    Liquid Mud (#/size) | N/A | |
|    Water (#/size) | N/A | |
|    Other (#/size) | N/A | |
| Cordage | | |
|    Tie-Up lines (#/size) | 8  2½" | |
|    Other | | |
| Lashing Gear | | |
|    Binders | 40 | |
|    Chain (size/length) | 40  ⅜" 40 | |
|    Other | | |

| Remarks: | |
|---|---|
| | |

| Master (Print Name): *Paul Radtke* | Charterer Rep (Print Name): |
|---|---|
| Master (Sign Name): *Paul Radtke* | Charterer Rep (Sign Name): |
| Third Party if applicable (Sign Name): | |
| Third Party if applicable (Sign Name): | |

Form HO-534
Revision 0



# Hornbeck Offshore Services, LLC

### Meal Ticket Report

**Vessel:** HOS ACHIEVER
Date: 5/8/2012

**Start Date:** 4/11/2012     **End Date:** 4/26/2012

## April 12, 2012

| Name | Parent Company | Breakfast | Lunch | Dinner | Bunk |
|------|----------------|-----------|-------|--------|------|
| PERONS, 7 | ATP Oil & Gas Corporation | ☑ | ☑ | ☑ | ☑ |

## April 13, 2012

| Name | Parent Company | Breakfast | Lunch | Dinner | Bunk |
|------|----------------|-----------|-------|--------|------|
| PERONS, 7 | ATP Oil & Gas Corporation | ☑ | ☑ | ☑ | ☑ |

## April 14, 2012

| Name | Parent Company | Breakfast | Lunch | Dinner | Bunk |
|------|----------------|-----------|-------|--------|------|
| PERONS, 7 | ATP Oil & Gas Corporation | ☑ | ☑ | ☑ | ☑ |

## April 15, 2012

| Name | Parent Company | Breakfast | Lunch | Dinner | Bunk |
|------|----------------|-----------|-------|--------|------|
| PERONS, 7 | ATP Oil & Gas Corporation | ☑ | ☐ | ☑ | ☑ |

## April 16, 2012

| Name | Parent Company | Breakfast | Lunch | Dinner | Bunk |
|------|----------------|-----------|-------|--------|------|
| 9 from spar, PAC's | ATP Oil & Gas Corporation | ☑ | ☑ | ☑ | ☑ |

## April 17, 2012

| Name | Parent Company | Breakfast | Lunch | Dinner | Bunk |
|------|----------------|-----------|-------|--------|------|
| 9 from spar, PAC's | ATP Oil & Gas Corporation | ☑ | ☑ | ☑ | ☑ |

## April 18, 2012

| Name | Parent Company | Breakfast | Lunch | Dinner | Bunk |
|------|----------------|-----------|-------|--------|------|
| 9 from spar, PAC's | ATP Oil & Gas Corporation | ☑ | ☑ | ☑ | ☑ |

## April 20, 2012

| Name | Parent Company | Breakfast | Lunch | Dinner | Bunk |
|------|----------------|-----------|-------|--------|------|
| 9 from spar, PAC's | ATP Oil & Gas Corporation | ☑ | ☑ | ☑ | ☑ |

## April 21, 2012

| Name | Parent Company | Breakfast | Lunch | Dinner | Bunk |
|------|----------------|-----------|-------|--------|------|
| 9 from spar, PAC's | ATP Oil & Gas Corporation | ☑ | ☑ | ☑ | ☑ |

## April 22, 2012

| Name | Parent Company | Breakfast | Lunch | Dinner | Bunk |
|------|----------------|-----------|-------|--------|------|

**Start Date:** 4/11/2012                    **End Date:** 4/26/2012

| | | Breakfast | Lunch | Dinner | Bunk |
|---|---|:---:|:---:|:---:|:---:|
| 9 from spar, PAC's | ATP Oil & Gas Corporation | ☑ | ☑ | ☑ | ☑ |

**April 23, 2012**

| Name | Parent Company | Breakfast | Lunch | Dinner | Bunk |
|---|---|:---:|:---:|:---:|:---:|
| 9 from spar, PAC's | ATP Oil & Gas Corporation | ☑ | ☑ | ☑ | ☑ |

**April 24, 2012**

| Name | Parent Company | Breakfast | Lunch | Dinner | Bunk |
|---|---|:---:|:---:|:---:|:---:|
| 9 from spar, PAC's | ATP Oil & Gas Corporation | ☑ | ☑ | ☑ | ☑ |

**April 25, 2012**

| Name | Parent Company | Breakfast | Lunch | Dinner | Bunk |
|---|---|:---:|:---:|:---:|:---:|
| 9 from spar, PAC's | ATP Oil & Gas Corporation | ☑ | ☑ | ☑ | ☐ |

Totals

**Breakfast** 13   **Lunch:** 12   **Dinner:** 13   **Bunk:** 12   +1 = 13

**Master's Signature:** _____    Date: _____

**Client's Signature:** _____    Date: _____

# Hornbeck Offshore Services, LLC

**Charterer: ATP Oil & Gas Corporation**

Daily Master's Log

**Vessel:** HOS ACHIEVER

Log Date: 04/11/2012

## Activities

| Start | Departed | Docking Facility | Operation | Comments | AFENumber | Sounding |
|---|---|---|---|---|---|---|
| 00:00 | Fourchon | HOS Port south yard | On Charter | st by for dock space | | |
| 02:45 | Fourchon | HOS Port South | Underway | shifting to fuel dock LL 17 | | |
| 04:00 | Fourchon | L&L 17 | Loading | Loading fuel | | |
| 12:00 | Fourchon | L&L 17 | Standby | StBy for Clearance papers | | |
| 14:30 | Fourchon | | Underway | Enroute to Titan Spar | | |
| 23:00 | | MC 941 | Standby | StBy Titan Spar at 500 Meters | | |

## Fuel / Lube Oil

| Type | SOD | Rec'd | Used | Trans | Corr | EOD |
|---|---|---|---|---|---|---|
| Fuel | 50,350 | 171,721 | 1,884 | 0 | 0 | 220,187 |
| Gear Oil | 1,863 | 0 | 0 | 0 | 0 | 1,863 |
| Hydraulic Oil | 1,970 | 0 | 0 | 0 | 0 | 1,970 |
| Main Engine Oil | 2,510 | 0 | 0 | 0 | 0 | 2,510 |

## Tickets

| Product | Ticket Type | Ticket # | Amount |
|---|---|---|---|
| Fuel | Purchased | 058515 | 100,000.00 |
| Fuel | Purchased | 058517 | 71,721.00 |
| Fuel | Used | 58223 | 1,884.00 |

## Areas of Operation

| Location |
|---|
| US Gulf of Mexico |

## Drills

| Type | Location | Called | Secured |
|---|---|---|---|
| | | | |

## Weather

| Time | Weather | Visibility | Wave Height | Wind Speed / Dir | Current Speed / Dir |
|---|---|---|---|---|---|
| | | | | | |

## 3-Mile Limit

| State | Inside |
|---|---|
| Louisiana | 14.00 |
| Non-State Waters | 10.00 |

# Hornbeck Offshore Services, LLC

Daily Master's Log

Vessel: HOS ACHIEVER

Charterer: ATP Oil & Gas Corporation

Log Date: 04/11/2012

## Crew On Board

| Title | Name | Time On | Time Off | Comments |
|---|---|---|---|---|
| ETO | John Tracy | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| Master | Jon Weirauch | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| ETO | Tim Kinler | 03/14/2012 11:00 | 04/26/2012 08:30 | |
| 1st Officer | Carlos Gutierrez | 03/28/2012 11:00 | 05/01/2012 07:00 | |
| 2nd Officer | Juan Rivera | 04/11/2012 00:01 | 04/26/2012 08:30 | |
| 3rd Officer | Brian Kennedy | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| 3rd Officer | Robert Kuskis | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| 3rd Officer | Steve Asimakopoulos | 04/11/2012 00:01 | | |
| Mate | Ruthiel Sucailt | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| Chief Engineer | James Stinson | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| 1st Engineer | Erick Karl | 04/11/2012 00:01 | | |
| 2nd Engineer | Chad McDuffie | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| 3rd Engineer | Carmelo Laurea | 03/28/2012 11:00 | | |
| 3rd Engineer | Laurel Evanofski | 04/11/2012 00:01 | | |
| QMED/Oiler | Mike Roach | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| QMED/Oiler | Robert Toups | 04/10/2012 18:00 | 04/26/2012 13:00 | |
| AB 1 | Dave Roberts | 04/11/2012 00:01 | | |
| AB 1 | Jose Lopez | 03/14/2012 11:00 | 04/26/2012 08:30 | |
| AB 1 | Samuel Reyes | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| AB 2 | Dennis Loggins | 03/28/2012 11:00 | 04/26/2012 08:30 | |

## Product Tanks

| Tank | Product | Volume |
|---|---|---|
| 3 PS FUEL OIL TANK | Fuel | 794 |
| 3 SB FUEL OIL TANK | Fuel | 708 |
| 5 PS FUEL OIL TANK | Fuel | 5,545 |
| 5 SB FUEL OIL TANK | Fuel | 2,531 |
| FO LEAKAGE AUX | Fuel | 0 |
| FO SERVICE TANK | Fuel | 2,158 |
| FUEL OIL SERVICE | Fuel | 7,471 |
| FUEL OIL SERVICE | Fuel | 7,384 |
| FUEL OIL SETTLING | Fuel | 12,479 |
| FUEL OIL SETTLING | Fuel | 11,280 |

# Hornbeck Offshore Services, LLC

**Charterer:** ATP Oil & Gas Corporation

Daily Master's Log

**Vessel:** HOS ACHIEVER

**Log Date:** 04/11/2012

## Persons in Addition to Crew

| Name | Company | Time On | Time Off | Comments |
|---|---|---|---|---|
| ALFONSO RAMIREZ | SODEXO | 04/04/2012 21:00 | 04/11/2012 01:00 | Not charter related |
| CARLO Latonero | Taylors | 04/07/2012 15:30 | 04/29/2012 05:00 | Utility |
| Daniel Johnson | Taylors | 04/10/2012 12:00 | 04/26/2012 12:00 | utility |
| Darby Miller | Huisman | 03/28/2012 11:00 | 04/26/2012 11:00 | Crane Ops |
| DARYLL BUTLER | DOF | 04/10/2012 15:00 | 04/28/2012 10:00 | Not charter related |
| GORDON MCGEE | Taylors | 04/07/2012 15:30 | 04/26/2012 12:00 | Chief cook |
| JASON CARSON | DOF | 04/10/2012 15:00 | | Not charter related |
| JOEY LANDRY | EPS | 04/10/2012 23:30 | | clerk |
| JOSE RIVERA | Taylors | 04/07/2012 15:30 | 04/29/2012 05:00 | utility |
| LEONARDO LOPEZ | SODEXO | 04/04/2012 21:00 | 04/11/2012 01:00 | Not charter related |
| MIKE WILKERSON | Taylors | 04/07/2012 15:30 | 04/18/2012 22:45 | Camploss |
| NIKITA BEAUX | EPS | 04/10/2012 23:30 | 04/26/2012 08:25 | rigger |
| Rafael Molinawe | Taylors | 04/10/2012 16:00 | 04/29/2012 05:00 | utility |
| RAY PLOWDEN | EPS | 04/10/2012 23:30 | 04/26/2012 08:25 | rigger |
| RODOLFO OLIVAREZ | SODEXO | 04/04/2012 21:00 | 04/11/2012 01:00 | Not charter related |

## Captain's Remarks

ON CHARTER WITH ATP
Fuel ticket 058517 with amount
71,721 purchased by HOS and to
be REBILLED to Global/Technip
Mexico for fuel owed at end of
charter 4-10-2012.

1100 USCG provides Port State
Control inspection report with no
deficiencies.

## Captain's Signature

PRR for Opr Werneld

Submitted On: 04/26/2012 15:54

Page 3 of 50

# Hornbeck Offshore Services, LLC

**Charterer: ATP Oil & Gas Corporation**

Daily Master's Log

Vessel:   HOS ACHIEVER

Log Date: 04/12/2012

## Activities

| Start | Departed | Docking Facility | Operation | Comments | AFENumber | Sounding |
|---|---|---|---|---|---|---|
| 00:00 | | MC 941 | Standby | StBy 500 meters off Titin Spar | | |
| 05:30 | | MC 941 | Working As Directed | Transfer Personnel and equipment | | |
| 08:30 | | MC 941 | Working As Directed | STBY FOR ORDERS | | |
| 17:00 | | MC 941 | Working As Directed | PAC TRANSFER | | |
| 19:00 | | MC 941 | Working As Directed | STBY FOR ORDERS 350M OFF | | |

## Areas of Operation

| Location |
|---|
| US Gulf of Mexico |

## 3-Mile Limit

| State | Inside |
|---|---|
| Non-State Waters | 24.00 |

## Fuel / Lube Oil

| Type | SOD | Rec'd | Used | Trans | Corr | EOD |
|---|---|---|---|---|---|---|
| Fuel | 220,187 | 0 | 5,706 | 0 | 0 | 214,481 |
| Gear Oil | 1,863 | 0 | 0 | 0 | 0 | 1,863 |
| Hydraulic Oil | 1,970 | 0 | 0 | 0 | 0 | 1,970 |
| Main Engine Oil | 2,510 | 0 | 0 | 0 | 0 | 2,510 |

## Tickets

| Product | Ticket Type | Ticket # | Amount |
|---|---|---|---|
| Fuel | Used | 58224 | 5,706.00 |

## Drills

| Type | Called | Secured |
|---|---|---|
| | | |

## Weather

| Time | Weather | Visibility | Wave Height | Wind Speed / Dir | Current Speed / Dir | Location |
|---|---|---|---|---|---|---|
| 10:10 | Cloudy | 7.00 Miles | 1.00 Feet | 8.00 NW | 1.00 E | 28.00°N, 89.00°W |

# Hornbeck Offshore Services, LLC

Daily Master's Log

Vessel:   HOS ACHIEVER

Charterer: ATP Oil & Gas Corporation

Log Date: 04/12/2012

## Crew On Board

| Title | Name | Time On | Time Off | Comments |
|---|---|---|---|---|
| ETO | John Tracy | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| Master | Jon Weirauch | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| ETO | Tim Kinler | 03/14/2012 11:00 | 04/26/2012 08:30 | |
| 1st Officer | Carlos Gutierrez | 03/28/2012 11:00 | 05/01/2012 07:00 | |
| 2nd Officer | Juan Rivera | 04/11/2012 00:01 | 04/26/2012 08:30 | |
| 3rd Officer | Brian Kennedy | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| 3rd Officer | Robert Kuskis | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| 3rd Officer | Steve Asimakopoulos | 04/11/2012 00:01 | | |
| Mate | Ruthiel Sucalit | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| Chief Engineer | James Stinson | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| 1st Engineer | Erick Karl | 04/11/2012 00:01 | | |
| 2nd Engineer | Chad McDuffie | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| 3rd Engineer | Carmelo Laurea | 03/28/2012 11:00 | | |
| 3rd Engineer | Laurel Evanofski | 04/11/2012 00:01 | | |
| QMED/Oiler | Mike Roach | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| QMED/Oiler | Robert Toups | 04/10/2012 18:00 | 04/26/2012 13:00 | |
| AB 1 | Dave Roberts | 04/11/2012 00:01 | | |
| AB 1 | Jose Lopez | 03/14/2012 11:00 | 04/26/2012 08:30 | |
| AB 1 | Samuel Reyes | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| AB 2 | Dennis Loggins | 03/28/2012 11:00 | 04/26/2012 08:30 | |

## Product Tanks

| Tank | Product | Volume |
|---|---|---|
| | | |
| | | |

Submitted On 04/12/2012 22:16

Page 5 of 50

## Hornbeck Offshore Services, LLC

Charterer: ATP Oil & Gas Corporation

Daily Master's Log

Log Date: 04/12/2012

Vessel:   HOS ACHIEVER

### Persons in Addition to Crew

| Name | Company | Time On | Time Off | Comments |
|---|---|---|---|---|
| 7 PERONS | Charterer | 04/12/2012  06:00 | 04/15/2012  09:30 | ATP PACS |
| CARLO Latonero | Taylors | 04/07/2012  15:30 | 04/29/2012  05:00 | Utility |
| Daniel Johnson | Taylors | 04/10/2012  12:00 | 04/26/2012  12:00 | Utility |
| Darby Miller | Huisman | 03/28/2012  11:00 | 04/26/2012  11:00 | Crane Ops |
| DARYLL BUTLER | DOF | 04/10/2012  15:00 | 04/28/2012  10:00 | Not charter related |
| GORDON MCGEE | Taylors | 04/07/2012  15:30 | 04/26/2012  12:00 | Chief cook |
| JASON CARSON | DOF | 04/10/2012  15:00 | | Not charter related |
| JASON TROUTMAN | SMS | 04/12/2012  00:01 | | MEDIC |
| JOEY LANDRY | EPS | 04/10/2012  23:30 | | clerk |
| JOSE RIVERA | Taylors | 04/07/2012  15:30 | 04/29/2012  05:00 | utility |
| MIKE WILKERSON | Taylors | 04/07/2012  15:30 | 04/18/2012  22:45 | Campboss |
| NIKITA BEAUX | EPS | 04/10/2012  23:30 | 04/26/2012  08:25 | rigger |
| Rafael Molinawe | Taylors | 04/10/2012  16:00 | 04/29/2012  05:00 | utility |
| RAY PLOWDEN | EPS | 04/10/2012  23:30 | 04/26/2012  08:25 | rigger |

### Captain's Remarks

No accidents injuries or near misses reported

### Captain's Signature

Page 6 of 50

# Hornbeck Offshore Services, LLC

Charterer: ATP Oil & Gas Corporation

Daily Master's Log
Vessel:   HOS ACHIEVER

Log Date: 04/13/2012

## Activities

| Start | Departed | Docking Facility | Operation | Comments | AFENumber | Sounding |
|---|---|---|---|---|---|---|
| 00:00 | | MC 941 | Working As Directed | STBY FOR ORDERS 350M OFF | | |
| 06:15 | | MC 941 | Working As Directed | TRANSFER PACS, EQUIPMENT | | |
| 07:15 | | MC 941 | Working As Directed | STBY FOR ORDERS 500M OFF | | |
| 17:00 | | MC 941 | Working As Directed | TRANSFER PACS | | |
| 18:15 | | MC 941 | Working As Directed | STBY FOR ORDERS 350M OFF | | |

## Fuel / Lube Oil

| Type | SOD | Rec'd | Used | Trans | Corr | EOD |
|---|---|---|---|---|---|---|
| Fuel | 214,481 | 0 | 3,103 | 0 | 0 | 211,378 |
| Gear Oil | 1,863 | 0 | 0 | 0 | 0 | 1,863 |
| Hydraulic Oil | 1,970 | 0 | 0 | 0 | 0 | 1,970 |
| Main Engine Oil | 2,510 | 0 | 79 | 0 | 0 | 2,431 |

## Tickets

| Product | Ticket Type | Ticket # | Amount |
|---|---|---|---|
| Fuel | Used | 58225 | 3,103.00 |
| Main Engine Oil | Used | 58225 | 79.00 |

## Areas of Operation

| Location |
|---|
| US Gulf of Mexico |

## 3-Mile Limit

| State | Inside |
|---|---|
| Non-State Waters | 24.00 |

## Drills

| Type | Called | Secured |
|---|---|---|
| | | |

## Weather

| Time | Weather | Visibility | Wave Height | Wind Speed / Dir | Current Speed / Dir | Location |
|---|---|---|---|---|---|---|
| | | | | | | |

**Hornbeck Offshore Services, LLC**

Daily Master's Log

Vessel:   HOS ACHIEVER

Charterer: ATP Oil & Gas Corporation

Log Date: 04/13/2012

## Crew On Board

| Title | Name | Time On | Time Off | Comments |
|-------|------|---------|----------|----------|
| ETO | John Tracy | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| Master | Jon Weirauch | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| ETO | Tim Kinler | 03/14/2012 11:00 | 04/26/2012 08:30 | |
| 1st Officer | Carlos Gutierrez | 03/28/2012 11:00 | 05/01/2012 07:00 | |
| 2nd Officer | Juan Rivera | 04/11/2012 00:01 | 04/26/2012 08:30 | |
| 3rd Officer | Brian Kennedy | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| 3rd Officer | Robert Kustkis | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| 3rd Officer | Steve Asimakopoulos | 04/11/2012 00:01 | | |
| Mate | Ruthiel Sucalit | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| Chief Engineer | James Stinson | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| 1st Engineer | Erick Karl | 04/11/2012 00:01 | | |
| 2nd Engineer | Chad McDuffie | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| 3rd Engineer | Carmelo Laurea | 03/28/2012 11:00 | | |
| 3rd Engineer | Laurel Evanofski | 04/11/2012 00:01 | | |
| QMED/Oiler | Mike Roach | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| QMED/Oiler | Robert Toups | 04/10/2012 18:00 | 04/26/2012 13:00 | |
| AB 1 | Dave Roberts | 04/11/2012 00:01 | | |
| AB 1 | Jose Lopez | 03/14/2012 11:00 | 04/26/2012 08:30 | |
| AB 1 | Samuel Reyes | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| AB 2 | Dennis Loggins | 03/28/2012 11:00 | 04/26/2012 08:30 | |

## Product Tanks

| Tank | Product | Volume |
|------|---------|--------|
| | | |
| | | |

Submitted On: 04/13/2012 23:13

Page 8 of 50

# Hornbeck Offshore Services, LLC

**Charterer:** ATP Oil & Gas Corporation

Daily Master's Log

**Vessel:** HOS ACHIEVER

**Log Date:** 04/13/2012

## Persons in Addition to Crew

| Name | Company | Time On | Time Off | Comments |
|------|---------|---------|----------|----------|
| 7 PERONS | Charterer | 04/12/2012 06:00 | 04/15/2012 09:30 | ATP PACS |
| CARLO Latonero | Taylors | 04/07/2012 15:30 | 04/29/2012 05:00 | Utility |
| Daniel Johnson | Taylors | 04/10/2012 12:00 | 04/26/2012 12:00 | utility |
| Darby Miller | Huisman | 03/28/2012 11:00 | 04/26/2012 11:00 | Crane Ops |
| DARYLL BUTLER | DOF | 04/10/2012 15:00 | 04/28/2012 10:00 | Not charter related |
| GORDON MCGEE | Taylors | 04/07/2012 15:30 | 04/26/2012 12:00 | Chief cook |
| JASON CARSON | DOF | 04/10/2012 15:00 | | Not charter related |
| JASON TROUTMAN | SMS | 04/12/2012 00:01 | | MEDIC |
| JOEY LANDRY | EPS | 04/10/2012 23:30 | | clerk |
| JOSE RIVERA | Taylors | 04/07/2012 15:30 | 04/29/2012 05:00 | Utility |
| MIKE WILKERSON | Taylors | 04/07/2012 15:30 | 04/18/2012 22:45 | Campboss |
| NIKITA BEAUX | EPS | 04/10/2012 23:30 | 04/26/2012 08:25 | rigger |
| Rafael Molinawe | Taylors | 04/10/2012 16:00 | 04/29/2012 05:00 | utility |
| RAY PLOWDEN | EPS | 04/10/2012 23:30 | 04/26/2012 08:25 | rigger |

**Captain's Remarks**

No accidents, injuries or near misses reported today

**Captain's Signature**

Submitted On: 04/13/2012 23:13

# Hornbeck Offshore Services, LLC

**Charterer:** ATP Oil & Gas Corporation

Daily Master's Log

Vessel:   HOS ACHIEVER

Log Date: 04/14/2012

## Activities

| Start | Departed | Docking Facility | Operation | Comments | AFENumber | Sounding |
|---|---|---|---|---|---|---|
| 00:00 | | MC 941 | Working As Directed | STBY FOR ORDERS 350M OFF | | |
| 06:15 | | MC941 | Working As Directed | PAC TRANSFER | | |
| 07:15 | | MC 941 | Working As Directed | STBY W.O.O. | | |
| 17:00 | | MC 941 | Working As Directed | PAC TRANSFER | | |
| 18:00 | | MC 941 | Working As Directed | STBY W.O.O. | | |

## Tickets

| Product | Ticket Type | Ticket # | Amount |
|---|---|---|---|
| Fuel | Used | 58226 | 2,637.00 |

## Fuel / Lube Oil

| Type | SOD | Rec'd | Used | Trans | Corr | EOD |
|---|---|---|---|---|---|---|
| Fuel | 211,378 | 0 | 2,637 | 0 | 0 | 208,741 |
| Gear Oil | 1,863 | 0 | 0 | 0 | 0 | 1,863 |
| Hydraulic Oil | 1,970 | 0 | 0 | 0 | 0 | 1,970 |
| Main Engine Oil | 2,431 | 0 | 0 | 0 | 0 | 2,431 |

## Drills

| Type | Location | Called | Secured |
|---|---|---|---|
| | | | |

## Weather

| Time | Weather | Visibility | Wave Height | Wind Speed / Dir | Current Speed / Dir |
|---|---|---|---|---|---|
| | | | | | |

## Areas of Operation

| Location |
|---|
| US Gulf of Mexico |

## 3-Mile Limit

| State | Inside |
|---|---|
| Non-State Waters | 24.00 |

**Charterer: ATP Oil & Gas Corporation**

# Hornbeck Offshore Services, LLC

Daily Master's Log

Vessel:   HOS ACHIEVER

Log Date: 04/14/2012

## Crew On Board

| Title | Name | Time On | Time Off | Comments |
|---|---|---|---|---|
| ETO | John Tracy | 03/28/2012  11:00 | 04/26/2012  08:30 | |
| Master | Jon Weirauch | 03/28/2012  11:00 | 04/26/2012  08:30 | |
| ETO | Tim Kinler | 03/14/2012  11:00 | 04/26/2012  08:30 | |
| 1st Officer | Carlos Gutierrez | 03/28/2012  11:00 | 05/01/2012  07:00 | |
| 2nd Officer | Juan Rivera | 04/11/2012  00:01 | 04/26/2012  08:30 | |
| 3rd Officer | Brian Kennedy | 03/28/2012  11:00 | 04/26/2012  08:30 | |
| 3rd Officer | Robert Kuskis | 03/28/2012  11:00 | 04/26/2012  08:30 | |
| 3rd Officer | Steve Asimakopoulos | 04/11/2012  00:01 | | |
| Mate | Ruthiel Surcalit | 03/28/2012  11:00 | 04/26/2012  08:30 | |
| Chief Engineer | James Stinson | 03/28/2012  11:00 | 04/26/2012  08:30 | |
| 1st Engineer | Erick Karl | 04/11/2012  00:01 | | |
| 2nd Engineer | Chad McDuffie | 03/28/2012  11:00 | 04/26/2012  08:30 | |
| 3rd Engineer | Carmelo Laurea | 03/28/2012  11:00 | | |
| 3rd Engineer | Laurel Evanofski | 04/11/2012  00:01 | | |
| QMED/Oiler | Mike Roach | 03/28/2012  11:00 | 04/26/2012  08:30 | |
| QMED/Oiler | Robert Toups | 04/10/2012  18:00 | 04/26/2012  13:00 | |
| AB 1 | Dave Roberts | 04/11/2012  00:01 | | |
| AB 1 | Jose Lopez | 03/14/2012  11:00 | 04/26/2012  08:30 | |
| AB 1 | Samuel Reyes | 03/28/2012  11:00 | 04/26/2012  08:30 | |
| AB 2 | Dennis Loggins | 03/28/2012  11:00 | 04/26/2012  08:30 | |

## Product Tanks

| Tank | Product | Volume |
|---|---|---|
| | | |

**Charterer:** ATP Oil & Gas Corporation

# Hornbeck Offshore Services, LLC

Daily Master's Log

**Vessel:** HOS ACHIEVER

**Log Date:** 04/14/2012

### Persons in Addition to Crew

| Name | Company | Time On | Time Off | Comments |
|------|---------|---------|----------|----------|
| 7 PERONS | Charterer | 04/12/2012  06:00 | 04/15/2012  09:30 | ATP PACS |
| CARLO Latonero | Taylors | 04/07/2012  15:30 | 04/29/2012  05:00 | Utility |
| Daniel Johnson | Taylors | 04/10/2012  12:00 | 04/26/2012  12:00 | utility |
| Darby Miller | Huisman | 03/28/2012  11:00 | 04/26/2012  11:00 | Crane Ops |
| DARYLL BUTLER | DOF | 04/10/2012  15:00 | 04/28/2012  10:00 | Not charter related |
| GORDON MCGEE | Taylors | 04/07/2012  15:30 | 04/26/2012  12:00 | Chief cook |
| JASON CARSON | DOF | 04/10/2012  15:00 | | Not charter related |
| JASON TROUTMAN | SMS | 04/12/2012  00:01 | | MEDIC |
| JOEY LANDRY | EPS | 04/10/2012  23:30 | | clerk |
| JOSE RIVERA | Taylors | 04/07/2012  15:30 | 04/29/2012  05:00 | utility |
| MIKE  WILKERSON | Taylors | 04/07/2012  15:30 | 04/18/2012  22:45 | Campboss |
| NIKITA BEAUX | EPS | 04/10/2012  23:30 | 04/26/2012  08:25 | rigger |
| Rafael Molinawe | Taylors | 04/10/2012  16:00 | 04/29/2012  05:00 | utility |
| RAY PLOWDEN | EPS | 04/10/2012  23:30 | 04/26/2012  08:25 | rigger |

### Captain's Remarks

No accidents injuries or injuries reported today

### Captain's Signature

Submitted On: 04/15/2012  15:01

# Hornbeck Offshore Services, LLC

**Charterer:** ATP Oil & Gas Corporation

Daily Master's Log

**Vessel:** HOS ACHIEVER

**Log Date:** 04/15/2012

## Activities

| Start | Departed | Docking Facility | Operation | Comments | AFENumber | Sounding |
|-------|----------|------------------|-----------|----------|-----------|----------|
| 00:00 | | MC 941 | Working As Directed | STBY FOR ORDERS 350M OFF | | |
| 08:00 | | MC 941 | Working As Directed | TRANSFER PAC'S | | |
| 09:30 | | MC 941 | Working As Directed | STBY FOR ORDERS 350M OFF | | |
| 18:45 | | MC 941 | Working As Directed | TRANSFER PACS | | |
| 19:15 | | MC 941 | Working As Directed | STBY FOR ORDERS 350M OFF | | |

## Fuel / Lube Oil

| Type | SOD | Rec'd | Used | Trans | Corr | EOD |
|------|-----|-------|------|-------|------|-----|
| Fuel | 208,741 | 0 | 2,987 | 0 | 0 | 205,754 |
| Gear Oil | 1,863 | 0 | 0 | 0 | 0 | 1,863 |
| Hydraulic Oil | 1,970 | 0 | 0 | 0 | 0 | 1,970 |
| Main Engine Oil | 2,431 | 0 | 0 | 0 | 0 | 2,431 |

## Tickets

| Product | Ticket Type | Ticket # | Amount |
|---------|-------------|----------|--------|
| Fuel | Used | 58228 | 2,987.00 |

## Areas of Operation

| Location | |
|----------|--|
| US Gulf of Mexico | |

## 3-Mile Limit

| State | Inside |
|-------|--------|
| Non-State Waters | 24.00 |

## Drills

| Type | Called | Secured | Location |
|------|--------|---------|----------|
| Abandon Ship | 12:00 | 12:15 | |
| Man Down Drill | 12:15 | 12:30 | |
| Safety Meeting | 12:30 | 13:00 | |

## Weather

| Time | Weather | Visibility | Wave Height | Wind Speed / Dir | Current Speed / Dir |
|------|---------|------------|-------------|------------------|---------------------|
| | | | | | |

Submitted On: 04/15/2012 21:15

# Hornbeck Offshore Services, LLC

Daily Master's Log

Vessel:   HOS ACHIEVER

**Charterer:** ATP Oil & Gas Corporation

Log Date: 04/15/2012

## Crew On Board

| Title | Name | Time On | Time Off | Comments |
|---|---|---|---|---|
| ETO | John Tracy | 03/28/2012 11:00 | 04/26/2012 11:00 | |
| Master | Jon Weirauch | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| ETO | Tim Kinler | 03/14/2012 11:00 | 04/26/2012 08:30 | |
| 1st Officer | Carlos Gutierrez | 03/28/2012 11:00 | 05/01/2012 07:00 | |
| 2nd Officer | Juan Rivera | 04/11/2012 00:01 | 04/26/2012 08:30 | |
| 3rd Officer | Brian Kennedy | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| 3rd Officer | Robert Kuskis | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| 3rd Officer | Steve Asimakopoulos | 04/11/2012 00:01 | | |
| Mate | Ruthiel Sucalit | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| Chief Engineer | James Stinson | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| 1st Engineer | Erick Karl | 04/11/2012 00:01 | | |
| 2nd Engineer | Chad McDuffie | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| 3rd Engineer | Carmelo Laurea | 03/28/2012 11:00 | | |
| 3rd Engineer | Laurel Evanofski | 04/11/2012 00:01 | | |
| QMED/Oiler | Mike Roach | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| QMED/Oiler | Robert Toups | 04/10/2012 18:00 | 04/26/2012 13:00 | |
| AB 1 | Dave Roberts | 04/11/2012 00:01 | | |
| AB 1 | Jose Lopez | 03/14/2012 11:00 | 04/26/2012 08:30 | |
| AB 1 | Samuel Reyes | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| AB 2 | Dennis Loggins | 03/28/2012 11:00 | 04/26/2012 08:30 | |

## Product Tanks

| Tank | Product | Volume |
|---|---|---|
| | | |
| | | |

Submitted On: 04/15/2012 21:15

**Hornbeck Offshore Services, LLC**

Charterer: ATP Oil & Gas Corporation

Daily Master's Log

Vessel: HOS ACHIEVER

Log Date: 04/15/2012

## Persons in Addition to Crew

| Name | Company | Time On | Time Off | Comments |
|------|---------|---------|----------|----------|
| 7 PERONS | Charterer | 04/12/2012 06:00 | 04/15/2012 09:30 | ATP PACS |
| CARLO Latonero | Taylors | 04/07/2012 15:30 | 04/29/2012 05:00 | Utility |
| Daniel Johnson | Taylors | 04/10/2012 12:00 | 04/26/2012 12:00 | utility |
| Darby Miller | Huisman | 03/28/2012 11:00 | 04/26/2012 11:00 | Crane Ops |
| DARYLL BUTLER | DOF | 04/10/2012 15:00 | 04/28/2012 10:00 | Not charter related |
| GORDON MCGEE | Taylors | 04/07/2012 15:30 | 04/26/2012 12:00 | Chief cook |
| JASON CARSON | DOF | 04/10/2012 15:00 | | Not charter related |
| JASON TROUTMAN | SMS | 04/12/2012 00:01 | | MEDIC |
| JOEY LANDRY | EPS | 04/10/2012 23:30 | | clerk |
| JOSE RIVERA | Taylors | 04/07/2012 15:30 | 04/29/2012 05:00 | utility |
| MIKE WILKERSON | Taylors | 04/07/2012 15:30 | 04/18/2012 22:45 | Campboss |
| NIKITA BEAUX | EPS | 04/10/2012 23:30 | 04/26/2012 08:25 | rigger |
| Rafael Molinawe | Taylors | 04/10/2012 16:00 | 04/29/2012 05:00 | utility |
| RAY PLOWDEN | EPS | 04/10/2012 23:30 | 04/26/2012 08:25 | rigger |

## Captain's Remarks

Transferred all PAC's off by 0930. Received all PACS at 1845. No accidents, injuries or near misses reported today.

## Captain's Signature

Page 15 of 50

Submitted On: 04/15/2012 21:15

# Hornbeck Offshore Services, LLC

**Charterer:** ATP Oil & Gas Corporation

Daily Master's Log
**Vessel:** HOS ACHIEVER

Log Date: 04/16/2012

## Activities

| Start | Departed | Docking Facility | Operation | Comments | AFENumber | Sounding |
|-------|----------|------------------|-----------|----------|-----------|----------|
| 00:00 | | MC 941 | Working As Directed | STBY FOR ORDERS 350M OFF | | |
| 06:00 | | MC 941 | Working As Directed | TRANSFER PACS | | |
| 07:15 | | MC 941 | Working As Directed | STBY FOR ORDERS | | |
| 17:00 | | MC 941 | Working As Directed | TRANSFER PACS | | |
| 18:15 | | MC941 | Working As Directed | STBY FR ORDERS 350 M OFF | | |

## Fuel / Lube Oil

| Type | SOD | Rec'd | Used | Trans | Corr | EOD |
|------|-----|-------|------|-------|------|-----|
| Fuel | 205,754 | 0 | 2,924 | 0 | 0 | 202,830 |
| Gear Oil | 1,863 | 0 | 0 | 0 | 0 | 1,863 |
| Hydraulic Oil | 1,970 | 0 | 0 | 0 | 0 | 1,970 |
| Main Engine Oil | 2,431 | 0 | 26 | 0 | 0 | 2,405 |

## Tickets

| Product | Ticket Type | Ticket # | Amount |
|---------|-------------|----------|--------|
| Fuel | Used | 58229 | 2,924.00 |
| Main Engine Oil | Used | 58229 | 26.00 |

## Areas of Operation

| Location |
|----------|
| US Gulf of Mexico |

## Weather

| Time | Weather | Visibility | Wave Height | Wind Speed / Dir | Current Speed / Dir |
|------|---------|------------|-------------|------------------|---------------------|
| | | | | | |

## Drills

| Type | Location | Called | Secured |
|------|----------|--------|---------|
| | | | |

## 3-Mile Limit

| State | Inside |
|-------|--------|
| Non-State Waters | 24.00 |

Submitted On: 04/17/2012  09:10

**Charterer: ATP Oil & Gas Corporation**

# Hornbeck Offshore Services, LLC

Daily Master's Log
Vessel:    HOS ACHIEVER

Log Date: 04/16/2012

## Crew On Board

| Title | Name | Time On | Time Off | Comments |
|---|---|---|---|---|
| ETO | John Tracy | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| Master | Jon Weirauch | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| ETO | Tim Kinler | 03/14/2012 11:00 | 04/26/2012 08:30 | |
| 1st Officer | Carlos Gutierrez | 03/28/2012 11:00 | 05/01/2012 07:00 | |
| 2nd Officer | Juan Rivera | 04/11/2012 00:01 | 04/26/2012 08:30 | |
| 3rd Officer | Brian Kennedy | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| 3rd Officer | Robert Kuskis | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| 3rd Officer | Steve Asimakopoulos | 04/11/2012 00:01 | | |
| Mate | Ruthiel Sucalit | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| Chief Engineer | James Stinson | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| 1st Engineer | Erick Karl | 04/11/2012 00:01 | | |
| 2nd Engineer | Chad McDuffie | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| 3rd Engineer | Carmelo Laurea | 03/28/2012 11:00 | | |
| 3rd Engineer | Laurel Evanofski | 04/11/2012 00:01 | | |
| QMED/Oiler | Mike Roach | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| QMED/Oiler | Robert Toups | 04/10/2012 18:00 | 04/26/2012 13:00 | |
| AB 1 | Dave Roberts | 04/11/2012 00:01 | | |
| AB 1 | Jose Lopez | 03/14/2012 11:00 | 04/26/2012 08:30 | |
| AB 1 | Samuel Reyes | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| AB 2 | Dennis Loggins | 03/28/2012 11:00 | 04/26/2012 08:30 | |

## Product Tanks

| Tank | Product | Volume |
|---|---|---|
| | | |

Submitted On: 04/17/2012 09:10