# Hornbeck Offshore Services, LLC

Daily Master's Log

Vessel:   HOS ACHIEVER

**Charterer: ATP Oil & Gas Corporation**

Log Date: 04/16/2012

## Persons in Addition to Crew

| Name | Company | Time On | Time Off | Comments |
|------|---------|---------|----------|----------|
| CARLO Latonero | Taylors | 04/07/2012 15:30 | 04/29/2012 05:00 | Utility |
| Daniel Johnson | Taylors | 04/10/2012 12:00 | 04/26/2012 12:00 | utility |
| Darby Miller | Huisman | 03/28/2012 11:00 | 04/26/2012 11:00 | Crane Ops |
| DARYLL BUTLER | DOF | 04/10/2012 15:00 | 04/28/2012 10:00 | Not charter related |
| GORDON MCGEE | Taylors | 04/07/2012 15:30 | 04/26/2012 12:00 | Chief cook |
| JASON CARSON | DOF | 04/10/2012 15:00 | | Not charter related |
| JASON TROUTMAN | SMS | 04/12/2012 00:01 | | MEDIC |
| JOEY LANDRY | EPS | 04/10/2012 23:30 | | clerk |
| JOSE RIVERA | Taylors | 04/07/2012 15:30 | 04/29/2012 05:00 | utility |
| MIKE WILKERSON | Taylors | 04/07/2012 15:30 | 04/18/2012 22:45 | Campboss |
| NIKITA BEAUX | EPS | 04/10/2012 23:30 | 04/26/2012 08:25 | rigger |
| PAC's 9 from spar | Charterer | 04/16/2012 06:00 | 04/25/2012 17:00 | |
| Rafael Molinawe | Taylors | 04/10/2012 16:00 | 04/29/2012 05:00 | utility |
| RAY PLOWDEN | EPS | 04/10/2012 23:30 | 04/26/2012 08:25 | rigger |

## Captain's Remarks

Washdown of M/E's, Test Mater System. 0715 to 0830. No accidents injuires or near misses reported today

## Captain's Signature

# Hornbeck Offshore Services, LLC

Daily Master's Log

Vessel:   HOS ACHIEVER

Charterer: ATP Oil & Gas Corporation

Log Date: 04/17/2012

## Activities

| Start | Departed | Docking Facility | Operation | Comments | AFENumber | Sounding |
|---|---|---|---|---|---|---|
| 00:00 | | MC 941 | Working As Directed | STBY FOR ORDERS | | |
| 06:00 | | MC941 | Working As Directed | TRANSFER PACS | | |
| 07:00 | | MC 941 | Working As Directed | STBY FOR ORDERS 350 M OFF | | |
| 17:00 | | MC 941 | Working As Directed | TRANSFER PACS | | |
| 18:15 | | MC 941 | Working As Directed | STBY FOR ORDERS 350 M OFF | | |

## Fuel / Lube Oil

| Type | SOD | Rec'd | Used | Trans | Corr | EOD |
|---|---|---|---|---|---|---|
| Fuel | 202,830 | 0 | 3,003 | 0 | 0 | 199,827 |
| Gear Oil | 1,863 | 0 | 0 | 0 | 0 | 1,863 |
| Hydraulic Oil | 1,970 | 0 | 0 | 0 | 0 | 1,970 |
| Main Engine Oil | 2,405 | 0 | 26 | 0 | 0 | 2,379 |

## Tickets

| Product | Ticket Type | Ticket # | Amount |
|---|---|---|---|
| Fuel | Used | 58230 | 3,003.00 |
| Main Engine Oil | Used | 58230 | 26.00 |

## Weather

| Time | Weather | Visibility | Wave Height | Wind Speed / Dir | Current Speed / Dir |
|---|---|---|---|---|---|
| | | | | | |

## Drills

| Type | Location | Called | Secured |
|---|---|---|---|
| | | | |

## Areas of Operation

| Location |
|---|
| US Gulf of Mexico |

## 3-Mile Limit

| | Inside |
|---|---|
| State | |
| Non-State Waters | 24.00 |

Submitted On: 04/18/2012 11:35

# Hornbeck Offshore Services, LLC

Daily Master's Log

Vessel:   HOS ACHIEVER

Charterer: ATP Oil & Gas Corporation

Log Date: 04/17/2012

## Crew On Board

| Title | Name | Time On | Time Off | Comments |
|---|---|---|---|---|
| ETO | John Tracy | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| Master | Jon Weirauch | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| ETO | Tim Kinler | 03/14/2012 11:00 | 04/26/2012 08:30 | |
| 1st Officer | Carlos Gutierrez | 03/28/2012 11:00 | 05/01/2012 07:00 | |
| 2nd Officer | Juan Rivera | 04/11/2012 00:01 | 04/26/2012 08:30 | |
| 3rd Officer | Brian Kennedy | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| 3rd Officer | Robert Kuskis | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| 3rd Officer | Steve Asimakopoulos | 04/11/2012 00:01 | | |
| Mate | Ruthiel Sucalit | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| Chief Engineer | James Stinson | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| 1st Engineer | Erick Karl | 04/11/2012 00:01 | | |
| 2nd Engineer | Chad McDuffie | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| 3rd Engineer | Carmelo Laurea | 03/28/2012 11:00 | | |
| 3rd Engineer | Laurel Evanofski | 04/11/2012 00:01 | | |
| QMED/Oiler | Mike Roach | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| QMED/Oiler | Robert Toups | 04/10/2012 18:00 | 04/26/2012 13:00 | |
| AB 1 | Dave Roberts | 04/11/2012 00:01 | | |
| AB 1 | Jose Lopez | 03/14/2012 11:00 | 04/26/2012 08:30 | |
| AB 1 | Samuel Reyes | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| AB 2 | Dennis Loggins | 03/28/2012 11:00 | 04/26/2012 08:30 | |

## Product Tanks

| Tank | Product | Volume |
|---|---|---|
| | | |

Submitted On: 04/18/2012 11:35

**Hornbeck Offshore Services, LLC**

Daily Master's Log

Vessel:    HOS ACHIEVER

Charterer: ATP Oil & Gas Corporation

Log Date: 04/17/2012

## Persons in Addition to Crew

| Name | Company | Time On | Time Off | Comments |
|---|---|---|---|---|
| CARLO Latonero | Taylors | 04/07/2012 15:30 | 04/29/2012 05:00 | Utility |
| Daniel Johnson | Taylors | 04/10/2012 12:00 | 04/26/2012 12:00 | utility |
| Darby Miller | Huisman | 03/28/2012 11:00 | 04/26/2012 11:00 | Crane Ops |
| DARYLL BUTLER | DOF | 04/10/2012 15:00 | 04/28/2012 10:00 | Not charter related |
| GORDON MCGEE | Taylors | 04/07/2012 15:30 | 04/26/2012 12:00 | Chief cook |
| JASON CARSON | DOF | 04/10/2012 15:00 | | Not charter related |
| JASON TROUTMAN | SMS | 04/12/2012 00:01 | | MEDIC |
| JOEY LANDRY | EPS | 04/10/2012 23:30 | | clerk |
| JOSE RIVERA | Taylors | 04/07/2012 15:30 | 04/29/2012 05:00 | utility |
| MIKE WILKERSON | Taylors | 04/07/2012 15:30 | 04/18/2012 22:45 | Campboss |
| NIKITA BEAUX | EPS | 04/10/2012 23:30 | 04/26/2012 08:25 | rigger |
| PAC's 9 from spar | Charterer | 04/16/2012 06:00 | 04/25/2012 17:00 | |
| Rafael Molinawe | Taylors | 04/10/2012 16:00 | 04/29/2012 05:00 | utility |
| RAY PLOWDEN | EPS | 04/10/2012 23:30 | 04/26/2012 08:25 | rigger |

**Captain's Remarks**

NO accidents injuries or near misses reported

**Captain's Signature**

# Hornbeck Offshore Services, LLC

Charterer: ATP Oil & Gas Corporation

Daily Master's Log

Vessel:   HOS ACHIEVER

Log Date: 04/18/2012

## Activities

| Start | Departed | Docking Facility | Used | Rec'd | Trans | Corr | EOD | Operation | Comments | AFENumber | Sounding |
|-------|----------|------------------|------|-------|-------|------|-----|-----------|----------|-----------|----------|
| 00:00 | | MC 941 | | | | | | Working As Directed | STBY FOR ORDERS 350 M OFF | | |
| 06:00 | | MC 941 | | | | | | Working As Directed | TRANSFER PACS | | |
| 07:15 | | MC 941 | | | | | | Working As Directed | STBY 350 M OFF | | |
| 17:00 | | MC 941 | | | | | | Working As Directed | TRANSFER PACS | | |
| 18:15 | | MC 941 | | | | | | Working As Directed | STBY 350 M OFF | | |
| 20:00 | | MC941 | | | | | | Underway | Underway for Fourchon | | |
| 21:15 | | MC 805 | | | | | | Standby | STBY FOR MEDIVAC HELO | | |
| 23:15 | | MC 805 | | | | | | Underway | ENROUTE TO MC 941 | | |

## Fuel / Lube Oil

| Type | SOD | Rec'd | Used | Trans | Corr | EOD |
|------|-----|-------|------|-------|------|-----|
| Fuel | 199,827 | 0 | 2,965 | 0 | 0 | 196,862 |
| Gear Oil | 1,863 | 0 | 0 | 0 | 0 | 1,863 |
| Hydraulic Oil | 1,970 | 0 | 0 | 0 | 0 | 1,970 |
| Main Engine Oil | 2,379 | 0 | 0 | 0 | 0 | 2,379 |

## Tickets

| Product | Ticket Type | Ticket # | Amount |
|---------|-------------|----------|--------|
| Fuel | Used | 58231 | 2,965.00 |

## Weather

| Time | Weather | Visibility | Wave Height | Wind Speed / Dir | Current Speed / Dir | Location |
|------|---------|------------|-------------|------------------|---------------------|----------|
| 21:00 | Partly Cloudy | 9.00 Miles | 4.00 Feet | 12.00 NNW | 1.00 W | 28.00°N, 89.00°W |

## Drills

| Type | Called | Secured |
|------|--------|---------|
| DP Emergency Operator | 08:30 | 10:15 |
| DP Emergency Operator | 13:30 | 14:30 |

## Areas of Operation

| Location |
|----------|
| US Gulf of Mexico |

## 3-Mile Limit

| State | Inside |
|-------|--------|
| Non-State Waters | 24.00 |

Submitted On: 04/19/2012 09:46

**Hornbeck Offshore Services, LLC**

Charterer: ATP Oil & Gas Corporation

Daily Master's Log

Vessel:   HOS ACHIEVER

Log Date: 04/18/2012

## Crew On Board

| Title | Name | Time On | Time Off | Comments |
|---|---|---|---|---|
| ETO | John Tracy | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| Master | Jon Weirauch | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| ETO | Tim Kinler | 03/14/2012 11:00 | 04/26/2012 08:30 | |
| 1st Officer | Carlos Gutierrez | 03/28/2012 11:00 | 05/01/2012 07:00 | |
| 2nd Officer | Juan Rivera | 04/11/2012 00:01 | 04/26/2012 08:30 | |
| 3rd Officer | Brian Kennedy | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| 3rd Officer | Robert Kuskis | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| 3rd Officer | Steve Asimakopoulos | 04/11/2012 00:01 | | |
| Mate | Ruthiel Sucalit | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| Chief Engineer | James Slinson | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| 1st Engineer | Erick Karl | 04/11/2012 00:01 | | |
| 2nd Engineer | Chad McDuffie | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| 3rd Engineer | Carmelo Laurea | 03/28/2012 11:00 | | |
| 3rd Engineer | Laurel Evanofski | 04/11/2012 00:01 | | |
| QMED/Oiler | Mike Roach | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| QMED/Oiler | Robert Toups | 04/10/2012 18:00 | 04/26/2012 13:00 | |
| AB 1 | Dave Roberts | 04/11/2012 00:01 | | |
| AB 1 | Jose Lopez | 03/14/2012 11:00 | 04/26/2012 08:30 | |
| AB 1 | Samuel Reyes | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| AB 2 | Dennis Loggins | 03/28/2012 11:00 | 04/26/2012 08:30 | |

## Product Tanks

| Tank | Product | Volume |
|---|---|---|
| | | |

Charterer: ATP Oil & Gas Corporation

# Hornbeck Offshore Services, LLC

Daily Master's Log

Vessel:   HOS ACHIEVER

Log Date: 04/18/2012

## Persons in Addition to Crew

| Name | Company | Time On | Time Off | Comments |
|---|---|---|---|---|
| CARLO Lalonero | Taylors | 04/07/2012 15:30 | 04/29/2012 05:00 | Utility |
| Daniel Johnson | Taylors | 04/10/2012 12:00 | 04/26/2012 12:00 | utility |
| Darby Miller | Huisman | 03/28/2012 11:00 | 04/26/2012 11:00 | Crane Ops |
| DARYLL BUTLER | DOF | 04/10/2012 15:00 | 04/28/2012 10:00 | Not charter related |
| GORDON MCGEE | Taylors | 04/07/2012 15:30 | 04/26/2012 12:00 | Chief cook |
| JASON CARSON | DOF | 04/10/2012 15:00 | | Not charter related |
| JASON TROUTMAN | SMS | 04/12/2012 00:01 | | MEDIC |
| JOEY LANDRY | EPS | 04/10/2012 23:30 | | clerk |
| JOSE RIVERA | Taylors | 04/07/2012 15:30 | 04/29/2012 05:00 | utility |
| MIKE WILKERSON | Taylors | 04/07/2012 15:30 | 04/18/2012 22:45 | Campboss |
| NIKITA BEAUX | EPS | 04/10/2012 23:30 | 04/26/2012 08:25 | rigger |
| PAC's 9 from spar | Charterer | 04/16/2012 06:00 | 04/25/2012 17:00 | |
| Rafael Molinawe | Taylors | 04/10/2012 16:00 | 04/29/2012 05:00 | utility |
| RAY PLOWDEN | EPS | 04/10/2012 23:30 | 04/26/2012 08:25 | rigger |

## Captain's Remarks

No accidents inuries or near misses reported this day. One illness requiring Medi-Vac. Patient Medi-vaced off ship at 2250 hours and taken to Terrebone general in Houma

## Captain's Signature

Submitted On: 04/19/2012  09:46

# Hornbeck Offshore Services, LLC

Charterer: ATP Oil & Gas Corporation

Daily Master's Log

Vessel:   HOS ACHIEVER

Log Date: 04/19/2012

## Activities

| Start | Departed | Docking Facility | Operation | Comments | AFENumber | Sounding |
|---|---|---|---|---|---|---|
| 00:00 | | MC 941 | Working As Directed | STBY FOR ORDERS 350 M OFF | | |
| 00:45 | | MC 941 | Working As Directed | On location Titan Spar @500 meters | | |
| 06:00 | | MC 941 | Working As Directed | TRANSFER PACS | | |
| 07:15 | | MC 941 | Working As Directed | STBY FOR ORDERS 350 M OFF | | |
| 17:00 | | MC 941 | Working As Directed | TRANSFER PACS | | |
| 18:15 | | MC 941 | Working As Directed | STBY FOR ORDERS 350M OFF | | |

## Fuel / Lube Oil

| Type | SOD | Rec'd | Used | Trans | Corr | EOD |
|---|---|---|---|---|---|---|
| Fuel | 196,862 | 0 | 3,543 | 0 | 0 | 193,319 |
| Gear Oil | 1,863 | 0 | 0 | 0 | 0 | 1,863 |
| Hydraulic Oil | 1,970 | 0 | 0 | 0 | 0 | 1,970 |
| Main Engine Oil | 2,379 | 0 | 0 | 0 | 0 | 2,379 |

## Tickets

| Product | Ticket Type | Ticket # | Amount |
|---|---|---|---|
| Fuel | Used | 58227 | 3,543.00 |

## Areas of Operation

| Location |
|---|
| US Gulf of Mexico |

## Drills

| Type | Location | Called | Secured |
|---|---|---|---|
| | | | |

## 3-Mile Limit

| State | Inside |
|---|---|
| Non-State Waters | 24.00 |

## Weather

| Time | Weather | Visibility | Wave Height | Wind Speed / Dir | Current Speed / Dir |
|---|---|---|---|---|---|
| | | | | | |

Submitted On: 04/19/2012 20:12

# Hornbeck Offshore Services, LLC

Daily Master's Log

Vessel:   HOS ACHIEVER

Charterer: ATP Oil & Gas Corporation

Log Date: 04/19/2012

## Crew On Board

| Title | Name | Time On | Time Off | Comments |
|---|---|---|---|---|
| ETO | John Tracy | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| Master | Jon Weirauch | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| ETO | Tim Kinler | 03/14/2012 11:00 | 04/26/2012 08:30 | |
| 1st Officer | Carlos Gutierrez | 03/28/2012 11:00 | 05/01/2012 07:00 | |
| 2nd Officer | Juan Rivera | 04/11/2012 00:01 | 04/26/2012 08:30 | |
| 3rd Officer | Brian Kennedy | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| 3rd Officer | Robert Kuskis | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| 3rd Officer | Steve Asimakopoulos | 04/11/2012 00:01 | | |
| Mate | Ruthiel Sucalit | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| Chief Engineer | James Stinson | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| 1st Engineer | Erick Karl | 04/11/2012 00:01 | | |
| 2nd Engineer | Chad McDuffie | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| 3rd Engineer | Carmelo Laurea | 03/28/2012 11:00 | | |
| 3rd Engineer | Laurel Evarolski | 04/11/2012 00:01 | | |
| QMED/Oiler | Mike Roach | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| QMED/Oiler | Robert Toups | 04/10/2012 18:00 | 04/26/2012 13:00 | |
| AB 1 | Dave Roberts | 04/11/2012 00:01 | | |
| AB 1 | Jose Lopez | 03/14/2012 11:00 | 04/26/2012 08:30 | |
| AB 1 | Samuel Reyes | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| AB 2 | Dennis Loggins | 03/28/2012 11:00 | 04/26/2012 08:30 | |

## Product Tanks

| Tank | Product | Volume |
|---|---|---|
| | | |

# Hornbeck Offshore Services, LLC

Charterer: ATP Oil & Gas Corporation

Daily Master's Log

Vessel:    HOS ACHIEVER

Log Date: 04/19/2012

## Persons in Addition to Crew

| Name | Company | Time On | Time Off | Comments |
|------|---------|---------|----------|----------|
| CARLO Latonero | Taylors | 04/07/2012 15:30 | 04/29/2012 05:00 | Utility |
| Daniel Johnson | Taylors | 04/10/2012 12:00 | 04/26/2012 12:00 | utility |
| Darby Miller | Huisman | 03/28/2012 11:00 | 04/26/2012 11:00 | Crane Ops |
| DARYLL BUTLER | DOF | 04/10/2012 15:00 | 04/28/2012 10:00 | Not charter related |
| GORDON MCGEE | Taylors | 04/07/2012 15:30 | 04/26/2012 12:00 | Chief cook |
| JASON CARSON | DOF | 04/10/2012 15:00 | | Not charter related |
| JASON TROUTMAN | SMS | 04/12/2012 00:01 | | MEDIC |
| JOEY LANDRY | EPS | 04/10/2012 23:30 | | clerk |
| JOSE RIVERA | Taylors | 04/07/2012 15:30 | 04/29/2012 05:00 | utility |
| NIKITA BEAUX | EPS | 04/10/2012 23:30 | 04/26/2012 08:25 | rigger |
| PAC's 9 from spar | Charterer | 04/16/2012 06:00 | 04/25/2012 17:00 | |
| Rafael Molinawe | Taylors | 04/10/2012 16:00 | 04/29/2012 05:00 | utility |
| RAY PLOWDEN | EPS | 04/10/2012 23:30 | 04/26/2012 08:25 | rigger |

## Captain's Remarks

No accidents inuries or near misses reported this day. Launched ROV XLS 53 to depth today, 4000 ft.

## Captain's Signature

# Hornbeck Offshore Services, LLC

**Charterer:** ATP Oil & Gas Corporation

Daily Master's Log

**Vessel:** HOS ACHIEVER

**Log Date:** 04/20/2012

## Activities

| Start | Departed | Docking Facility | Operation | Comments | AFENumber | Sounding |
|---|---|---|---|---|---|---|
| 00:00 | | MC 941 | Working As Directed | STBY FOR ORDERS 350M OFF | | |
| 06:00 | | MC 941 | Working As Directed | TRANSFER PACS | | |
| 07:15 | | MC 941 | Working As Directed | STBY 350 M OFF | | |
| 17:00 | | MC941 | Working As Directed | TRANSFER PACS | | |
| 18:15 | | MC941 | Working As Directed | STBY 350 M OFF | | |

## Fuel / Lube Oil

| Type | SOD | Rec'd | Used | Trans | Corr | EOD |
|---|---|---|---|---|---|---|
| Fuel | 193,319 | 0 | 2,868 | 0 | 0 | 190,451 |
| Gear Oil | 1,863 | 0 | 0 | 0 | 0 | 1,863 |
| Hydraulic Oil | 1,970 | 0 | 0 | 0 | 0 | 1,970 |
| Main Engine Oil | 2,379 | 0 | 0 | 0 | 0 | 2,379 |

## Tickets

| Product | Ticket Type | Ticket # | Amount |
|---|---|---|---|
| Fuel | Used | 58232 | 2,868.00 |

## Drills

| Type | Location | Called | Secured |
|---|---|---|---|
| | | | |

## Areas of Operation

| Location |
|---|
| US Gulf of Mexico |

## 3-Mile Limit

| State | Inside |
|---|---|
| Non-State Waters | 24.00 |

## Weather

| Time | Weather | Visibility | Wave Height | Wind Speed / Dir | Current Speed / Dir |
|---|---|---|---|---|---|
| | | | | | |

Submitted On: 04/20/2012 20:21

Page 28 of 50

# Hornbeck Offshore Services, LLC

Daily Master's Log

Vessel:   HOS ACHIEVER

Charterer: ATP Oil & Gas Corporation

Log Date: 04/20/2012

## Crew On Board

| Title | Name | Time On | Time Off | Comments |
|---|---|---|---|---|
| ETO | John Tracy | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| Master | Jon Weirauch | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| ETO | Tim Kinler | 03/14/2012 11:00 | 04/26/2012 08:30 | |
| 1st Officer | Carlos Gutierrez | 03/28/2012 11:00 | 05/01/2012 07:00 | |
| 2nd Officer | Juan Rivera | 04/11/2012 00:01 | 04/26/2012 08:30 | |
| 3rd Officer | Brian Kennedy | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| 3rd Officer | Robert Kuskis | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| 3rd Officer | Steve Asimakopoulos | 04/11/2012 00:01 | | |
| Mate | Ruthiel Sucalit | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| Chief Engineer | James Stinson | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| 1st Engineer | Erick Karl | 04/11/2012 00:01 | | |
| 2nd Engineer | Chad McDuffie | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| 3rd Engineer | Carmelo Laurea | 03/28/2012 11:00 | | |
| 3rd Engineer | Laurel Evanofski | 04/11/2012 00:01 | | |
| QMED/Oiler | Mike Roach | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| QMED/Oiler | Robert Toups | 04/10/2012 18:00 | 04/26/2012 13:00 | |
| AB 1 | Dave Roberts | 04/11/2012 00:01 | | |
| AB 1 | Jose Lopez | 03/14/2012 11:00 | 04/26/2012 08:30 | |
| AB 1 | Samuel Reyes | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| AB 2 | Dennis Loggins | 03/28/2012 11:00 | 04/26/2012 08:30 | |

## Product Tanks

| Tank | Product | Volume |
|---|---|---|
| | | |

# Hornbeck Offshore Services, LLC

Daily Master's Log

Vessel:   HOS ACHIEVER

Charterer: ATP Oil & Gas Corporation

Log Date: 04/20/2012

## Persons in Addition to Crew

| Name | Company | Time On | Time Off | Comments |
|---|---|---|---|---|
| CARLO Latonero | Taylors | 04/07/2012 15:30 | 04/29/2012 05:00 | Utility |
| Daniel Johnson | Taylors | 04/10/2012 12:00 | 04/26/2012 12:00 | utility |
| Darby Miller | Huisman | 03/28/2012 11:00 | 04/26/2012 11:00 | Crane Ops |
| DARYLL BUTLER | DOF | 04/10/2012 15:00 | 04/28/2012 10:00 | Not charter related |
| GORDON MCGEE | Taylors | 04/07/2012 15:30 | 04/26/2012 12:00 | Chief cook |
| JASON CARSON | DOF | 04/10/2012 15:00 | | Not charter related |
| JASON TROUTMAN | SMS | 04/12/2012 00:01 | | MEDIC |
| JOEY LANDRY | EPS | 04/10/2012 23:30 | | clerk |
| JOSE RIVERA | Taylors | 04/07/2012 15:30 | 04/29/2012 05:00 | utility |
| NIKITA BEAUX | EPS | 04/10/2012 23:30 | 04/26/2012 08:25 | rigger |
| PAC's 9 from spar | Charterer | 04/16/2012 06:00 | 04/25/2012 17:00 | |
| Rafael Molinawe | Taylors | 04/10/2012 16:00 | 04/29/2012 05:00 | utility |
| RAY PLOWDEN | EPS | 04/10/2012 23:30 | 04/26/2012 08:25 | rigger |

**Captain's Remarks**

No accidents, injuries or near misses reported today

**Captain's Signature**

# Hornbeck Offshore Services, LLC

Daily Master's Log

Vessel:   HOS ACHIEVER

Charterer: ATP Oil & Gas Corporation

Log Date: 04/21/2012

## Activities

| Start | Departed | Docking Facility | Operation | Comments | AFENumber | Sounding |
|---|---|---|---|---|---|---|
| 00:00 | | MC941 | Working As Directed | STBY 350 M OFF | | |
| 06:00 | | MC 941 | Working As Directed | TRANSFER PACS | | |
| 07:30 | | MC 941 | Working As Directed | STBY 350 M OFF | | |
| 17:00 | | MC 941 | Working As Directed | TRANSFER PACS | | |
| 18:15 | | MC 941 | Working As Directed | STBY 350 M OFF | | |

## Fuel / Lube Oil

| Type | SOD | Rec'd | Used | Trans | Corr | EOD |
|---|---|---|---|---|---|---|
| Fuel | 190,451 | 0 | 2,927 | 0 | 0 | 187,524 |
| Gear Oil | 1,863 | 0 | 0 | 0 | 0 | 1,863 |
| Hydraulic Oil | 1,970 | 0 | 0 | 0 | 0 | 1,970 |
| Main Engine Oil | 2,379 | 0 | 26 | 0 | 0 | 2,353 |

## Tickets

| Product | Ticket Type | Ticket # | Amount |
|---|---|---|---|
| Fuel | Used | 58233 | 2,927.00 |
| Main Engine Oil | Used | 58233 | 26.00 |

## Areas of Operation

| Location | AFENumber |
|---|---|
| US Gulf of Mexico | |

## 3-Mile Limit

| State | Inside |
|---|---|
| Non-State Waters | 24.00 |

## Drills

| Type | Location |
|---|---|
| | |

## Weather

| Time | Weather | Visibility | Wave Height | Wind Speed / Dir | Current Speed / Dir |
|---|---|---|---|---|---|
| | | | | | |

**Hornbeck Offshore Services, LLC**

Daily Master's Log

Vessel:   HOS ACHIEVER

Charterer: ATP Oil & Gas Corporation

Log Date: 04/21/2012

## Crew On Board

| Title | Name | Time On | Time Off | Comments |
|---|---|---|---|---|
| ETO | John Tracy | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| Master | Jon Weirauch | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| ETO | Tim Kinler | 03/14/2012 11:00 | 04/26/2012 08:30 | |
| 1st Officer | Carlos Gutierrez | 03/28/2012 11:00 | 05/01/2012 07:00 | |
| 2nd Officer | Juan Rivera | 04/11/2012 00:01 | 04/26/2012 08:30 | |
| 3rd Officer | Brian Kennedy | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| 3rd Officer | Robert Kuskis | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| 3rd Officer | Steve Asimakopoulos | 04/11/2012 00:01 | | |
| Mate | Kenneth Almeyda | 04/21/2012 07:30 | 04/26/2012 08:30 | |
| Mate | Ruthiel Sucaitt | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| Chief Engineer | James Stinson | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| 1st Engineer | Erick Karl | 04/11/2012 00:01 | | |
| 2nd Engineer | Chad McDuffie | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| 3rd Engineer | Carmelo Laurea | 03/28/2012 11:00 | | |
| 3rd Engineer | Laurel Evanofski | 04/11/2012 00:01 | | |
| QMED/Oiler | Mike Roach | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| QMED/Oiler | Robert Toups | 04/10/2012 18:00 | 04/26/2012 13:00 | |
| AB 1 | Dave Roberts | 04/11/2012 00:01 | | |
| AB 1 | Jose Lopez | 03/14/2012 11:00 | 04/26/2012 08:30 | |
| AB 1 | Samuel Reyes | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| AB 2 | Dennis Loggins | 03/28/2012 11:00 | 04/26/2012 08:30 | |

## Product Tanks

| Tank | Product | Volume |
|---|---|---|
| | | |

Submitted On: 04/22/2012 08:17

Page 32 of 50

· Charterer: ATP Oil & Gas Corporation

# Hornbeck Offshore Services, LLC

Daily Master's Log

Vessel:   HOS ACHIEVER

Log Date: 04/21/2012

## Persons in Addition to Crew

| Name | Company | Time On | Time Off | Comments |
|---|---|---|---|---|
| CARLO Latonero | Taylors | 04/07/2012 15:30 | 04/29/2012 05:00 | Utility |
| Daniel Johnson | Taylors | 04/10/2012 12:00 | 04/26/2012 12:00 | utility |
| Darby Miller | Huisman | 03/28/2012 11:00 | 04/26/2012 11:00 | Crane Ops |
| DARYLL BUTLER | DOF | 04/10/2012 15:00 | 04/28/2012 10:00 | Not charter related |
| GORDON MCGEE | Taylors | 04/07/2012 15:30 | 04/26/2012 12:00 | Chief cook |
| JASON CARSON | DOF | 04/10/2012 15:00 | | Not charter related |
| JASON TROUTMAN | SMS | 04/12/2012 00:01 | | MEDIC |
| JOEY LANDRY | EPS | 04/10/2012 23:30 | | clerk |
| JOSE RIVERA | Taylors | 04/07/2012 15:30 | 04/29/2012 05:00 | utility |
| NIKITA BEAUX | EPS | 04/10/2012 23:30 | 04/26/2012 08:25 | rigger |
| PAC's 9 from spar | Charterer | 04/16/2012 06:00 | 04/25/2012 17:00 | |
| Rafael Molinawe | Taylors | 04/10/2012 16:00 | 04/29/2012 05:00 | utility |
| RAY PLOWDEN | EPS | 04/10/2012 23:30 | 04/26/2012 08:25 | rigger |

## Captain's Remarks

No accidents injuries or near misses reported today

## Captain's Signature

Submitted On: 04/22/2012 08:17

# Hornbeck Offshore Services, LLC

Daily Master's Log

Vessel:   HOS ACHIEVER

Charterer: ATP Oil & Gas Corporation

Log Date: 04/22/2012

## Activities

| Start | Departed | Docking Facility | Operation | Comments | AFENumber | Sounding |
|---|---|---|---|---|---|---|
| 00:00 | | MC 941 | Working As Directed | STBY 350 M OFF for weather | | |

## Fuel / Lube Oil

| Type | SOD | Rec'd | Used | Trans | Corr | EOD |
|---|---|---|---|---|---|---|
| Fuel | 187,524 | 0 | 3,099 | 0 | 0 | 184,425 |
| Gear Oil | 1,863 | 0 | 0 | 0 | 0 | 1,863 |
| Hydraulic Oil | 1,970 | 0 | 0 | 0 | 0 | 1,970 |
| Main Engine Oil | 2,353 | 0 | 0 | 0 | 0 | 2,353 |

## Tickets

| Product | Ticket Type | Ticket # | Amount |
|---|---|---|---|
| Fuel | Used | 58234 | 3,099.00 |

## Weather

| Time | Weather | Visibility | Wave Height | Wind Speed / Dir | Current Speed / Dir | Location |
|---|---|---|---|---|---|---|
| 12:00 | Partly Cloudy | 8.00 Miles | 9.00 Feet | 30.00 N | 1.00 S | 28.00°N, 89.00°W |

## Drills

| Type | Called | Secured |
|---|---|---|
| Fire Drill | 12:00 | 12:15 |
| Man Down Drill | 12:15 | 12:25 |
| Security Drill | 12:25 | 13:00 |

## Areas of Operation

| Location |
|---|
| US Gulf of Mexico |

## 3-Mile Limit

| State | Inside |
|---|---|
| Non-State Waters | 24.00 |

# Hornbeck Offshore Services, LLC

Daily Master's Log

Vessel:   HOS ACHIEVER

Charterer: ATP Oil & Gas Corporation

Log Date: 04/22/2012

## Crew On Board

| Title | Name | Time On | Time Off | Comments |
|---|---|---|---|---|
| ETO | John Tracy | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| Master | Jon Weirauch | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| ETO | Tim Kinler | 03/14/2012 11:00 | 04/26/2012 08:30 | |
| 1st Officer | Carlos Gutierrez | 03/28/2012 11:00 | 05/01/2012 07:00 | |
| 2nd Officer | Juan Rivera | 04/11/2012 00:01 | 04/26/2012 08:30 | |
| 3rd Officer | Brian Kennedy | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| 3rd Officer | Robert Kuskis | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| 3rd Officer | Steve Asimakopoulos | 04/11/2012 00:01 | | |
| Mate | Kenneth Almeyda | 04/21/2012 07:30 | 04/26/2012 08:30 | |
| Mate | Ruthiel Sucalit | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| Chief Engineer | James Stinson | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| 1st Engineer | Erick Karl | 04/11/2012 00:01 | | |
| 2nd Engineer | Chad McDuffie | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| 3rd Engineer | Carmelo Laurea | 03/28/2012 11:00 | | |
| 3rd Engineer | Laurel Evanofski | 04/11/2012 00:01 | | |
| QMED/Oiler | Mike Roach | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| QMED/Oiler | Robert Toups | 04/10/2012 18:00 | 04/26/2012 13:00 | |
| AB 1 | Dave Roberts | 04/11/2012 00:01 | | |
| AB 1 | Jose Lopez | 03/14/2012 11:00 | 04/26/2012 08:30 | |
| AB 1 | Samuel Reyes | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| AB 2 | Dennis Loggins | 03/28/2012 11:00 | 04/26/2012 08:30 | |

## Product Tanks

| Tank | Product | Volume |
|---|---|---|
| | | |

Submitted On: 04/22/2012 21:29

Page 35 of 50

# Hornbeck Offshore Services, LLC

Daily Master's Log

Vessel:   HOS ACHIEVER

Charterer: ATP Oil & Gas Corporation

Log Date: 04/22/2012

## Persons in Addition to Crew

| Name | Company | Time On | Time Off | Comments |
|------|---------|---------|----------|----------|
| CARLO Latonero | Taylors | 04/07/2012 15:30 | 04/29/2012 05:00 | Utility |
| Daniel Johnson | Taylors | 04/10/2012 12:00 | 04/26/2012 12:00 | utility |
| Darby Miller | Huisman | 03/28/2012 11:00 | 04/26/2012 11:00 | Crane Ops |
| DARYLL BUTLER | DOF | 04/10/2012 15:00 | 04/28/2012 10:00 | Not charter related |
| GORDON MCGEE | Taylors | 04/07/2012 15:30 | 04/26/2012 12:00 | Chief cook |
| JASON CARSON | DOF | 04/10/2012 15:00 | | Not charter related |
| JASON TROUTMAN | SMS | 04/12/2012 00:01 | | MEDIC |
| JOEY LANDRY | EPS | 04/10/2012 23:30 | | clerk |
| JOSE RIVERA | Taylors | 04/07/2012 15:30 | 04/29/2012 05:00 | utility |
| NIKITA BEAUX | EPS | 04/10/2012 23:30 | 04/26/2012 08:25 | rigger |
| PAC's 9 from spar | Charterer | 04/16/2012 06:00 | 04/25/2012 17:00 | |
| Rafael Molinawe | Taylors | 04/10/2012 16:00 | 04/29/2012 05:00 | utility |
| RAY PLOWDEN | EPS | 04/10/2012 23:30 | 04/26/2012 08:25 | rigger |

## Captain's Remarks

No accidents injuries or near misses reported today

## Captain's Signature

# Hornbeck Offshore Services, LLC

Daily Master's Log

Vessel:   HOS ACHIEVER

Charterer: ATP Oil & Gas Corporation

Log Date: 04/23/2012

## Activities

| Start | Departed | Docking Facility | Operation | Comments | AFENumber | Sounding |
|---|---|---|---|---|---|---|
| 00:00 | | MC 941 | Working As Directed | STBY 350 M OFF for weather | | |
| 17:00 | | MC 941 | Working As Directed | TRANSFER PACS | | |
| 18:30 | | MC 941 | Working As Directed | STBY 350 M OFF | | |

## Areas of Operation

| Location |
|---|
| US Gulf of Mexico |

## Fuel / Lube Oil

| Type | SOD | Rec'd | Used | Trans | Corr | EOD |
|---|---|---|---|---|---|---|
| Fuel | 184,425 | 0 | 2,958 | 0 | 0 | 181,467 |
| Gear Oil | 1,863 | 0 | 0 | 0 | 0 | 1,863 |
| Hydraulic Oil | 1,970 | 0 | 0 | 0 | 0 | 1,970 |
| Main Engine Oil | 2,353 | 0 | 0 | 0 | 0 | 2,353 |

## Tickets

| Product | Ticket Type | Ticket # | Amount |
|---|---|---|---|
| Fuel | Used | 58235 | 2,958.00 |

## Drills

| Type | Location |
|---|---|
| | |

## Weather

| Time | Weather | Visibility | Wave Height | Wind Speed / Dir | Current Speed / Dir |
|---|---|---|---|---|---|
| | | | | | |

## 3-Mile Limit

| State | Called | Secured | Inside |
|---|---|---|---|
| Non-State Waters | | | 24.00 |

# Hornbeck Offshore Services, LLC

Daily Master's Log

Vessel:   HOS ACHIEVER

**Charterer: ATP Oil & Gas Corporation**

Log Date: 04/23/2012

## Crew On Board

| Title | Name | Time On | Time Off | Comments |
|---|---|---|---|---|
| ETO | John Tracy | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| Master | Jon Weirauch | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| ETO | Tim Kinler | 03/14/2012 11:00 | 04/26/2012 08:30 | |
| 1st Officer | Carlos Gutierrez | 03/28/2012 11:00 | 05/01/2012 07:00 | |
| 2nd Officer | Juan Rivera | 04/11/2012 00:01 | 04/26/2012 08:30 | |
| 3rd Officer | Brian Kennedy | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| 3rd Officer | Robert Kuskis | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| 3rd Officer | Steve Asimakopoulos | 04/11/2012 00:01 | | |
| Mate | Kenneth Almeyda | 04/21/2012 07:30 | 04/26/2012 08:30 | |
| Mate | Ruthiel Sucalit | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| Chief Engineer | James Stinson | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| 1st Engineer | Erick Karl | 04/11/2012 00:01 | | |
| 2nd Engineer | Chad McDuffie | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| 3rd Engineer | Carmelo Laurea | 03/28/2012 11:00 | | |
| 3rd Engineer | Laurel Evanofski | 04/11/2012 00:01 | | |
| QMED/Oiler | Mike Roach | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| QMED/Oiler | Robert Toups | 04/10/2012 18:00 | 04/26/2012 13:00 | |
| AB 1 | Dave Roberts | 04/11/2012 00:01 | | |
| AB 1 | Jose Lopez | 03/14/2012 11:00 | 04/26/2012 08:30 | |
| AB 1 | Samuel Reyes | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| AB 2 | Dennis Loggins | 03/28/2012 11:00 | 04/26/2012 08:30 | |

## Product Tanks

| Tank | Product | Volume |
|---|---|---|
| | | |

Submitted On: 04/23/2012 22:45

Page 38 of 50

# Hornbeck Offshore Services, LLC

Charterer: ATP Oil & Gas Corporation

Daily Master's Log

Log Date: 04/23/2012

Vessel:   HOS ACHIEVER

## Persons in Addition to Crew

| Name | Company | Time On | Time Off | Comments |
|------|---------|---------|----------|----------|
| CARLO Latonero | Taylors | 04/07/2012 15:30 | 04/29/2012 05:00 | Utility |
| Daniel Johnson | Taylors | 04/10/2012 12:00 | 04/26/2012 12:00 | utility |
| Darby Miller | Huisman | 03/28/2012 11:00 | 04/26/2012 11:00 | Crane Ops |
| DARYLL BUTLER | DOF | 04/10/2012 15:00 | 04/28/2012 10:00 | Not charter related |
| GORDON MCGEE | Taylors | 04/07/2012 15:30 | 04/26/2012 12:00 | Chief cook |
| JASON CARSON | DOF | 04/10/2012 15:00 | | Not charter related |
| JASON TROUTMAN | SMS | 04/12/2012 00:01 | | MEDIC |
| JOEY LANDRY | EPS | 04/10/2012 23:30 | | clerk |
| JOSE RIVERA | Taylors | 04/07/2012 15:30 | 04/29/2012 05:00 | utility |
| NIKITA BEAUX | EPS | 04/10/2012 23:30 | 04/26/2012 08:25 | rigger |
| PAC's 9 from spar | Charterer | 04/16/2012 06:00 | 04/25/2012 17:00 | |
| Rafael Molinawe | Taylors | 04/10/2012 16:00 | 04/29/2012 05:00 | utility |
| RAY PLOWDEN | EPS | 04/10/2012 23:30 | 04/26/2012 08:25 | rigger |

## Captain's Remarks

No accidents injuries or near misses reported today

## Captain's Signature

# Hornbeck Offshore Services, LLC

Charterer: ATP Oil & Gas Corporation

Daily Master's Log

Vessel:   HOS ACHIEVER

Log Date: 04/24/2012

## Activities

| Start | Departed | Docking Facility | Operation | Comments | AFENumber | Sounding |
|---|---|---|---|---|---|---|
| 00:00 | | MC 941 | Working As Directed | STBY 350 M OFF | | |
| 06:00 | | MC 941 | Working As Directed | TRANSFER PACS | | |
| 07:00 | | MC 941 | Working As Directed | STBY 350 M OFF | | |
| 17:00 | | MC 941 | Working As Directed | TRANSFER PACS | | |
| 18:00 | | MC 941 | Working As Directed | STBY 350 M OFF | | |

## Fuel / Lube Oil

| Type | SOD | Rec'd | Used | Trans | Corr | EOD |
|---|---|---|---|---|---|---|
| Fuel | 181,467 | 0 | 2,852 | 0 | 0 | 178,615 |
| Gear Oil | 1,863 | 0 | 3 | 0 | 0 | 1,860 |
| Hydraulic Oil | 1,970 | 0 | 0 | 0 | 0 | 1,970 |
| Main Engine Oil | 2,353 | 0 | 26 | 0 | 0 | 2,327 |

## Tickets

| Product | Ticket Type | Ticket # | Amount |
|---|---|---|---|
| Fuel | Used | 58236 | 2,852.00 |
| Gear Oil | Used | 58236 | 3.00 |
| Main Engine Oil | Used | 58236 | 26.00 |

## Areas of Operation

| Location |
|---|
| US Gulf of Mexico |

## Drills

| Type | Location |
|---|---|
| | |

## Weather

| Time | Weather | Visibility | Wave Height | Wind Speed / Dir | Current Speed / Dir |
|---|---|---|---|---|---|
| | | | | | |

## 3-Mile Limit

| | Called | Secured |
|---|---|---|
| State | | |
| Non-State Waters | | |

| | Inside |
|---|---|
| | 24.00 |

# Hornbeck Offshore Services, LLC

Daily Master's Log

Vessel:   HOS ACHIEVER

Charterer: ATP Oil & Gas Corporation

Log Date: 04/24/2012

## Crew On Board

| Title | Name | Time On | Time Off | Comments |
|---|---|---|---|---|
| ETO | John Tracy | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| Master | Jon Weirauch | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| ETO | Tim Kinler | 03/14/2012 11:00 | 04/26/2012 08:30 | |
| 1st Officer | Carlos Gutierrez | 03/28/2012 11:00 | 05/01/2012 07:00 | |
| 2nd Officer | Juan Rivera | 04/11/2012 00:01 | 04/26/2012 08:30 | |
| 3rd Officer | Brian Kennedy | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| 3rd Officer | Robert Kuskis | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| 3rd Officer | Steve Asimakopoulos | 04/11/2012 00:01 | | |
| Mate | Kenneth Almeyda | 04/21/2012 07:30 | 04/26/2012 08:30 | |
| Mate | Ruthiel Sucalit | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| Chief Engineer | James Stinson | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| 1st Engineer | Erick Karl | 04/11/2012 00:01 | | |
| 2nd Engineer | Chad McDuffie | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| 3rd Engineer | Carmelo Laurea | 03/28/2012 11:00 | | |
| 3rd Engineer | Laurel Evanofski | 04/11/2012 00:01 | | |
| QMED/Oiler | Mike Roach | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| QMED/Oiler | Robert Toups | 04/10/2012 18:00 | 04/26/2012 13:00 | |
| AB 1 | Dave Roberts | 04/11/2012 00:01 | | |
| AB 1 | Jose Lopez | 03/14/2012 11:00 | 04/26/2012 08:30 | |
| AB 1 | Samuel Reyes | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| AB 2 | Dennis Loggins | 03/28/2012 11:00 | 04/26/2012 08:30 | |

## Product Tanks

| Tank | Product | Volume |
|---|---|---|
| | | |

Submitted On: 04/24/2012 20:10

Page 41 of 50

# Hornbeck Offshore Services, LLC

Charterer: ATP Oil & Gas Corporation

Daily Master's Log

Vessel:    HOS ACHIEVER

Log Date: 04/24/2012

## Persons in Addition to Crew

| Name | Company | Time On | Time Off | Comments |
|------|---------|---------|----------|----------|
| CARLO Latonero | Taylors | 04/07/2012 15:30 | 04/29/2012 05:00 | Utility |
| Daniel Johnson | Taylors | 04/10/2012 12:00 | 04/26/2012 12:00 | utility |
| Darby Miller | Huisman | 03/28/2012 11:00 | 04/26/2012 11:00 | Crane Ops |
| DARYLL BUTLER | DOF | 04/10/2012 15:00 | 04/28/2012 10:00 | Not charter related |
| GORDON MCGEE | Taylors | 04/07/2012 15:30 | 04/26/2012 12:00 | Chief cook |
| JASON CARSON | DOF | 04/10/2012 15:00 | | Not charter related |
| JASON TROUTMAN | SMS | 04/12/2012 00:01 | | MEDIC |
| JOEY LANDRY | EPS | 04/10/2012 23:30 | | clerk |
| JOSE RIVERA | Taylors | 04/07/2012 15:30 | 04/29/2012 05:00 | utility |
| NIKITA BEAUX | EPS | 04/10/2012 23:30 | 04/26/2012 08:25 | rigger |
| PAC's 9 from spar | Charterer | 04/16/2012 06:00 | 04/25/2012 17:00 | |
| Rafael Molinawe | Taylors | 04/10/2012 16:00 | 04/29/2012 05:00 | utility |
| RAY PLOWDEN | EPS | 04/10/2012 23:30 | 04/26/2012 08:25 | rigger |

## Captain's Remarks

No accidents,injuries or near misses reported today

## Captain's Signature