# Hornbeck Offshore Services, LLC

**Charterer:** ATP Oil & Gas Corporation

Daily Master's Log

**Vessel:** HOS ACHIEVER

**Log Date:** 04/14/2012

## Persons in Addition to Crew

| Name | Company | Time On | Time Off | Comments |
|------|---------|---------|----------|----------|
| 7 PERONS | Charterer | 04/12/2012 06:00 | 04/15/2012 09:30 | ATP PAC'S |
| CARLO Latonero | Taylors | 04/07/2012 15:30 | 04/29/2012 05:00 | Utility |
| Daniel Johnson | Taylors | 04/10/2012 12:00 | 04/26/2012 12:00 | utility |
| Darby Miller | Huisman | 03/28/2012 11:00 | 04/26/2012 11:00 | Crane Ops |
| DARYLL BUTLER | DOF | 04/10/2012 15:00 | 04/28/2012 10:00 | Not charter related |
| GORDON MCGEE | Taylors | 04/07/2012 15:30 | 04/26/2012 12:00 | Chief cook |
| JASON CARSON | DOF | 04/10/2012 15:00 | | Not charter related |
| JASON TROUTMAN | SMS | 04/12/2012 00:01 | | MEDIC |
| JOEY LANDRY | EPS | 04/10/2012 23:30 | | clerk |
| JOSE RIVERA | Taylors | 04/07/2012 15:30 | 04/29/2012 05:00 | utility |
| MIKE WILKERSON | Taylors | 04/07/2012 15:30 | 04/18/2012 22:45 | Campboss |
| NIKITA BEAUX | EPS | 04/10/2012 23:30 | 04/26/2012 08:25 | rigger |
| Rafael Molinawe | Taylors | 04/10/2012 16:00 | 04/29/2012 05:00 | utility |
| RAY PLOWDEN | EPS | 04/10/2012 23:30 | 04/26/2012 08:25 | rigger |

## Captain's Remarks

No accidents injuries or injuries reported today

## Captain's Signature

Submitted On: 04/15/2012 15:01



# Hornbeck Offshore Services, LLC

Daily Master's Log

Vessel:  HOS ACHIEVER

**Charterer:** ATP Oil & Gas Corporation

Log Date: 04/15/2012

## Activities

| Start | Departed | Docking Facility | Operation | Comments | AFENumber | Sounding |
|-------|----------|------------------|-----------|----------|-----------|----------|
| 00:00 | | MC 941 | Working As Directed | STBY FOR ORDERS 350M OFF | | |
| 08:00 | | MC 941 | Working As Directed | TRANSFER PAC'S | | |
| 09:30 | | MC 941 | Working As Directed | STBY FOR ORDERS 350M OFF | | |
| 18:45 | | MC 941 | Working As Directed | TRANSFER PACS | | |
| 19:15 | | MC 941 | Working As Directed | STBY FOR ORDERS 350M OFF | | |

## Areas of Operation

| Location |
|----------|
| US Gulf of Mexico |

## Fuel / Lube Oil

| Type | SOD | Rec'd | Used | Trans | Corr | EOD |
|------|-----|-------|------|-------|------|-----|
| Fuel | 208,741 | 0 | 2,987 | 0 | 0 | 205,754 |
| Gear Oil | 1,863 | 0 | 0 | 0 | 0 | 1,863 |
| Hydraulic Oil | 1,970 | 0 | 0 | 0 | 0 | 1,970 |
| Main Engine Oil | 2,431 | 0 | 0 | 0 | 0 | 2,431 |

## Tickets

| Product | Ticket Type | Ticket # | Amount |
|---------|-------------|----------|--------|
| Fuel | Used | 58228 | 2,987.00 |

## Drills

| Type | Called | Secured |
|------|--------|---------|
| Abandon Ship | 12:00 | 12:15 |
| Man Down Drill | 12:15 | 12:30 |
| Safety Meeting | 12:30 | 13:00 |

## 3-Mile Limit

| State | Inside |
|-------|--------|
| Non-State Waters | 24.00 |

## Weather

| Time | Weather | Visibility | Wave Height | Wind Speed / Dir | Current Speed / Dir | Location |
|------|---------|------------|-------------|------------------|---------------------|----------|
| | | | | | | |

Submitted On: 04/15/2012 21:15

# Hornbeck Offshore Services, LLC

Daily Master's Log

Vessel:   HOS ACHIEVER

**Charterer:** ATP Oil & Gas Corporation

Log Date: 04/15/2012

## Crew On Board

| Title | Name | Time On | Time Off | Comments |
|---|---|---|---|---|
| ETO | John Tracy | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| Master | Jon Weirauch | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| ETO | Tim Kinler | 03/14/2012 11:00 | 04/26/2012 08:30 | |
| 1st Officer | Carlos Gutierrez | 03/28/2012 11:00 | 05/01/2012 07:00 | |
| 2nd Officer | Juan Rivera | 04/11/2012 00:01 | 04/26/2012 08:30 | |
| 3rd Officer | Brian Kennedy | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| 3rd Officer | Robert Kuskis | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| 3rd Officer | Steve Asimakopoulos | 04/11/2012 00:01 | | |
| Mate | Ruthiel Sucalit | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| Chief Engineer | James Stinson | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| 1st Engineer | Erick Karl | 04/11/2012 00:01 | | |
| 2nd Engineer | Chad McDuffie | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| 3rd Engineer | Carmelo Laurea | 03/28/2012 11:00 | | |
| 3rd Engineer | Laurel Evanofski | 04/11/2012 00:01 | | |
| QMED/Oiler | Mike Roach | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| QMED/Oiler | Robert Toups | 04/10/2012 18:00 | 04/26/2012 13:00 | |
| AB 1 | Dave Roberts | 04/11/2012 00:01 | | |
| AB 1 | Jose Lopez | 03/14/2012 11:00 | 04/26/2012 08:30 | |
| AB 1 | Samuel Reyes | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| AB 2 | Dennis Loggins | 03/28/2012 11:00 | 04/26/2012 08:30 | |

## Product Tanks

| Tank | Product | Volume |
|---|---|---|
| | | |

Submitted On: 04/15/2012 21:15

Page 14 of 50

# Hornbeck Offshore Services, LLC

Charterer: ATP Oil & Gas Corporation

Daily Master's Log

Vessel:   HOS ACHIEVER

Log Date: 04/15/2012

## Persons in Addition to Crew

| Name | Company | Time On | Time Off | Comments |
|---|---|---|---|---|
| 7 PERONS | Charterer | 04/12/2012 06:00 | 04/15/2012 09:30 | ATP PAC'S |
| CARLO Latonero | Taylors | 04/07/2012 15:30 | 04/29/2012 05:00 | Utility |
| Daniel Johnson | Taylors | 04/10/2012 12:00 | 04/26/2012 12:00 | utility |
| Darby Miller | Huisman | 03/28/2012 11:00 | 04/26/2012 11:00 | Crane Ops |
| DARYLL BUTLER | DOF | 04/10/2012 15:00 | 04/28/2012 10:00 | Not charter related |
| GORDON MCGEE | Taylors | 04/07/2012 15:30 | 04/26/2012 12:00 | Chief cook |
| JASON CARSON | DOF | 04/10/2012 15:00 | | Not charter related |
| JASON TROUTMAN | SMS | 04/12/2012 00:01 | | MEDIC |
| JOEY LANDRY | EPS | 04/10/2012 23:30 | | clerk |
| JOSE RIVERA | Taylors | 04/07/2012 15:30 | 04/29/2012 05:00 | utility |
| MIKE  WILKERSON | Taylors | 04/07/2012 15:30 | 04/18/2012 22:45 | Campboss |
| NIKITA BEAUX | EPS | 04/10/2012 23:30 | 04/26/2012 08:25 | rigger |
| Rafael Molinawe | Taylors | 04/10/2012 16:00 | 04/29/2012 05:00 | utility |
| RAY PLOWDEN | EPS | 04/10/2012 23:30 | 04/26/2012 08:25 | rigger |

## Captain's Remarks

Transferred all PAC's off by 0930. Received all PACS at 1845.  No accidents, injuries or near misses reported today.

## Captain's Signature

# Hornbeck Offshore Services, LLC

Charterer: ATP Oil & Gas Corporation

Daily Master's Log

Vessel:   HOS ACHIEVER

Log Date: 04/16/2012

## Activities

| Start | Departed | Docking Facility | Operation | Comments | AFENumber | Sounding |
|-------|----------|------------------|-----------|----------|-----------|----------|
| 00:00 | | MC 941 | Working As Directed | STBY FOR ORDERS 350M OFF | | |
| 06:00 | | MC 941 | Working As Directed | TRANSFER PACS | | |
| 07:15 | | MC 941 | Working As Directed | STBY FOR ORDERS | | |
| 17:00 | | MC 941 | Working As Directed | TRANSFER PACS | | |
| 18:15 | | MC941 | Working As Directed | STBY FR ORDERS 350 M OFF | | |

## Fuel / Lube Oil

| Type | SOD | Rec'd | Used | Trans | Corr | EOD |
|------|-----|-------|------|-------|------|-----|
| Fuel | 205,754 | 0 | 2,924 | 0 | 0 | 202,830 |
| Gear Oil | 1,863 | 0 | 0 | 0 | 0 | 1,863 |
| Hydraulic Oil | 1,970 | 0 | 0 | 0 | 0 | 1,970 |
| Main Engine Oil | 2,431 | 0 | 26 | 0 | 0 | 2,405 |

## Tickets

| Product | Ticket Type | Ticket # | Amount |
|---------|-------------|----------|--------|
| Fuel | Used | 58229 | 2,924.00 |
| Main Engine Oil | Used | 58229 | 26.00 |

## Areas of Operation

| Location | AFENumber |
|----------|-----------|
| US Gulf of Mexico | |

## 3-Mile Limit

| State | Inside | Called | Secured |
|-------|--------|--------|---------|
| Non-State Waters | 24.00 | | |

## Weather

| Time | Weather | Visibility | Wave Height | Wind Speed / Dir | Current Speed / Dir | Location |
|------|---------|------------|-------------|------------------|---------------------|----------|
| | | | | | | |

## Drills

| Type | Location |
|------|----------|
| | |

**Hornbeck Offshore Services, LLC**

Daily Master's Log

Vessel:   HOS ACHIEVER

Charterer: ATP Oil & Gas Corporation

Log Date: 04/16/2012

## Crew On Board

| Title | Name | Time On | Time Off | Comments |
|---|---|---|---|---|
| ETO | John Tracy | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| Master | Jon Weirauch | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| ETO | Tim Kinler | 03/14/2012 11:00 | 04/26/2012 08:30 | |
| 1st Officer | Carlos Gutierrez | 03/28/2012 11:00 | 05/01/2012 07:00 | |
| 2nd Officer | Juan Rivera | 04/11/2012 00:01 | 04/26/2012 08:30 | |
| 3rd Officer | Brian Kennedy | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| 3rd Officer | Robert Kuskis | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| 3rd Officer | Steve Asimakopoulos | 04/11/2012 00:01 | | |
| Mate | Ruthiel Sucalit | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| Chief Engineer | James Stinson | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| 1st Engineer | Erick Karl | 04/11/2012 00:01 | | |
| 2nd Engineer | Chad McDuffie | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| 3rd Engineer | Carmelo Laurea | 03/28/2012 11:00 | | |
| 3rd Engineer | Laurel Evanofski | 04/11/2012 00:01 | | |
| QMED/Oiler | Mike Roach | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| QMED/Oiler | Robert Toups | 04/10/2012 18:00 | 04/26/2012 13:00 | |
| AB 1 | Dave Roberts | 04/11/2012 00:01 | | |
| AB 1 | Jose Lopez | 03/14/2012 11:00 | 04/26/2012 08:30 | |
| AB 1 | Samuel Reyes | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| AB 2 | Dennis Loggins | 03/28/2012 11:00 | 04/26/2012 08:30 | |

## Product Tanks

| Tank | Product | Volume |
|---|---|---|
| | | |

Submitted On: 04/17/2012 09:10

Page 17 of 50

**Hornbeck Offshore Services, LLC**

Charterer: ATP Oil & Gas Corporation

Daily Master's Log

Vessel:   HOS ACHIEVER

Log Date: 04/16/2012

### Persons in Addition to Crew

| Name | Company | Time On | Time Off | Comments |
|------|---------|---------|----------|----------|
| CARLO Latonero | Taylors | 04/07/2012 15:30 | 04/29/2012 05:00 | Utility |
| Daniel Johnson | Taylors | 04/10/2012 12:00 | 04/26/2012 12:00 | utility |
| Darby Miller | Huisman | 03/28/2012 11:00 | 04/26/2012 11:00 | Crane Ops |
| DARYLL BUTLER | DOF | 04/10/2012 15:00 | 04/28/2012 10:00 | Not charter related |
| GORDON MCGEE | Taylors | 04/07/2012 15:30 | 04/26/2012 12:00 | Chief cook |
| JASON CARSON | DOF | 04/10/2012 15:00 | | Not charter related |
| JASON TROUTMAN | SMS | 04/12/2012 00:01 | | MEDIC |
| JOEY LANDRY | EPS | 04/10/2012 23:30 | | clerk |
| JOSE RIVERA | Taylors | 04/07/2012 15:30 | 04/29/2012 05:00 | utility |
| MIKE  WILKERSON | Taylors | 04/07/2012 15:30 | 04/18/2012 22:45 | Campboss |
| NIKITA BEAUX | EPS | 04/10/2012 23:30 | 04/26/2012 08:25 | rigger |
| PAC's 9 from spar | Charterer | 04/16/2012 06:00 | 04/25/2012 17:00 | |
| Rafael Molinawe | Taylors | 04/10/2012 16:00 | 04/29/2012 05:00 | utility |
| RAY PLOWDEN | EPS | 04/10/2012 23:30 | 04/26/2012 08:25 | rigger |

### Captain's Remarks

Washdown of M/E's, Test Mater
System. 0715 to 0830.  No
accidents injuires or near misses
reported today

### Captain's Signature

*[signature]*

Submitted On: 04/17/2012 09:10

Page 18 of 50

# Hornbeck Offshore Services, LLC

**Charterer:** ATP Oil & Gas Corporation

Daily Master's Log

**Vessel:** HOS ACHIEVER

**Log Date:** 04/17/2012

## Activities

| Start | Departed | Docking Facility | Operation | Comments | AFENumber | Sounding |
|-------|----------|------------------|-----------|----------|-----------|----------|
| 00:00 | | MC 941 | Working As Directed | STBY FOR ORDERS | | |
| 06:00 | | MC941 | Working As Directed | TRANSFER PACS | | |
| 07:00 | | MC 941 | Working As Directed | STBY FOR ORDERS 350 M OFF | | |
| 17:00 | | MC 941 | Working As Directed | TRANSFER PACS | | |
| 18:15 | | MC 941 | Working As Directed | STBY FOR ORDERS 350 M OFF | | |

## Areas of Operation

| Location |
|----------|
| US Gulf of Mexico |

## 3-Mile Limit

| State | Inside |
|-------|--------|
| Non-State Waters | 24.00 |

## Fuel / Lube Oil

| Type | SOD | Rec'd | Used | Trans | Corr | EOD |
|------|-----|-------|------|-------|------|-----|
| Fuel | 202,830 | 0 | 3,003 | 0 | 0 | 199,827 |
| Gear Oil | 1,863 | 0 | 0 | 0 | 0 | 1,863 |
| Hydraulic Oil | 1,970 | 0 | 0 | 0 | 0 | 1,970 |
| Main Engine Oil | 2,405 | 0 | 26 | 0 | 0 | 2,379 |

## Tickets

| Product | Ticket Type | Ticket # | Amount |
|---------|-------------|----------|--------|
| Fuel | Used | 58230 | 3,003.00 |
| Main Engine Oil | Used | 58230 | 26.00 |

## Drills

| Type | Location | Called | Secured |
|------|----------|--------|---------|
| | | | |

## Weather

| Time | Weather | Visibility | Wave Height | Wind Speed / Dir | Current Speed / Dir |
|------|---------|------------|-------------|------------------|---------------------|
| | | | | | |

Submitted On: 04/18/2012 11:35

Page 19 of 50

# Hornbeck Offshore Services, LLC

**Charterer: ATP Oil & Gas Corporation**

Daily Master's Log

Vessel:   HOS ACHIEVER

Log Date: 04/17/2012

## Crew On Board

| Title | Name | Time On | Time Off | Comments |
|---|---|---|---|---|
| ETO | John Tracy | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| Master | Jon Weirauch | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| ETO | Tim Kinler | 03/14/2012 11:00 | 04/26/2012 08:30 | |
| 1st Officer | Carlos Gutierrez | 03/28/2012 11:00 | 05/01/2012 07:00 | |
| 2nd Officer | Juan Rivera | 04/11/2012 00:01 | 04/26/2012 08:30 | |
| 3rd Officer | Brian Kennedy | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| 3rd Officer | Robert Kuskis | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| 3rd Officer | Steve Asimakopoulos | 04/11/2012 00:01 | | |
| Mate | Ruthiel Sucalit | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| Chief Engineer | James Stinson | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| 1st Engineer | Erick Karl | 04/11/2012 00:01 | | |
| 2nd Engineer | Chad McDuffie | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| 3rd Engineer | Carmelo Laurea | 03/28/2012 11:00 | | |
| 3rd Engineer | Laurel Evanofski | 04/11/2012 00:01 | | |
| QMED/Oiler | Mike Roach | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| QMED/Oiler | Robert Toups | 04/10/2012 18:00 | 04/26/2012 13:00 | |
| AB 1 | Dave Roberts | 04/11/2012 00:01 | | |
| AB 1 | Jose Lopez | 03/14/2012 11:00 | 04/26/2012 08:30 | |
| AB 1 | Samuel Reyes | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| AB 2 | Dennis Loggins | 03/28/2012 11:00 | 04/26/2012 08:30 | |

## Product Tanks

| Tank | Product | Volume |
|---|---|---|
| | | |

Submitted On: 04/18/2012  11:35

Page 20 of 50

# Hornbeck Offshore Services, LLC

Daily Master's Log

Vessel:   HOS ACHIEVER

Charterer: ATP Oil & Gas Corporation

Log Date: 04/17/2012

## Persons in Addition to Crew

| Name | Company | Time On | Time Off | Comments |
|------|---------|---------|----------|----------|
| CARLO Latonero | Taylors | 04/07/2012 15:30 | 04/29/2012 05:00 | Utility |
| Daniel Johnson | Taylors | 04/10/2012 12:00 | 04/26/2012 12:00 | utility |
| Darby Miller | Huisman | 03/28/2012 11:00 | 04/26/2012 11:00 | Crane Ops |
| DARYLL BUTLER | DOF | 04/10/2012 15:00 | 04/28/2012 10:00 | Not charter related |
| GORDON MCGEE | Taylors | 04/07/2012 15:30 | 04/26/2012 12:00 | Chief cook |
| JASON CARSON | DOF | 04/10/2012 15:00 | | Not charter related |
| JASON TROUTMAN | SMS | 04/12/2012 00:01 | | MEDIC |
| JOEY LANDRY | EPS | 04/10/2012 23:30 | | clerk |
| JOSE RIVERA | Taylors | 04/07/2012 15:30 | 04/29/2012 05:00 | utility |
| MIKE WILKERSON | Taylors | 04/07/2012 15:30 | 04/18/2012 22:45 | Campboss |
| NIKITA BEAUX | EPS | 04/10/2012 23:30 | 04/26/2012 08:25 | rigger |
| PAC's 9 from spar | Charterer | 04/16/2012 06:00 | 04/25/2012 17:00 | |
| Rafael Molinawe | Taylors | 04/10/2012 16:00 | 04/29/2012 05:00 | utility |
| RAY PLOWDEN | EPS | 04/10/2012 23:30 | 04/26/2012 08:25 | rigger |

| Captain's Remarks | Captain's Signature |
|-------------------|---------------------|
| NO accidents injuries or near misses reported | *(signature)* |

# Hornbeck Offshore Services, LLC

**Charterer:** ATP Oil & Gas Corporation

Daily Master's Log

**Vessel:** HOS ACHIEVER

**Log Date:** 04/18/2012

## Activities

| Start | Departed | Docking Facility | Operation | Comments | AFENumber | Sounding |
|-------|----------|------------------|-----------|----------|-----------|----------|
| 00:00 | | MC 941 | Working As Directed | STBY FOR ORDERS 350 M OFF | | |
| 06:00 | | MC 941 | Working As Directed | TRANSFER PACS | | |
| 07:15 | | MC 941 | Working As Directed | STBY 350 M OFF | | |
| 17:00 | | MC 941 | Working As Directed | TRANSFER PACS | | |
| 18:15 | | MC 941 | Working As Directed | STBY 350 M OFF | | |
| 20:00 | | MC941 | Underway | Underway for Fourchon | | |
| 21:15 | | MC 805 | Standby | STBY FOR MEDIVAC HELO | | |
| 23:15 | | MC 805 | Underway | ENROUTE TO MC 941 | | |

## Fuel / Lube Oil

| Type | SOD | Rec'd | Used | Trans | Corr | EOD |
|------|-----|-------|------|-------|------|-----|
| Fuel | 199,827 | 0 | 2,965 | 0 | 0 | 196,862 |
| Gear Oil | 1,863 | 0 | 0 | 0 | 0 | 1,863 |
| Hydraulic Oil | 1,970 | 0 | 0 | 0 | 0 | 1,970 |
| Main Engine Oil | 2,379 | 0 | 0 | 0 | 0 | 2,379 |

## Tickets

| Product | Ticket Type | Ticket # | Amount |
|---------|-------------|----------|--------|
| Fuel | Used | 58231 | 2,965.00 |

## Areas of Operation

| Location |
|----------|
| US Gulf of Mexico |

## Drills

| Type | Location | Called | Secured |
|------|----------|--------|---------|
| DP Emergency Operator | 08:30 | 10:15 | |
| DP Emergency Operator | 13:30 | 14:30 | |

## 3-Mile Limit

| State | Inside |
|-------|--------|
| Non-State Waters | 24.00 |

## Weather

| Time | Weather | Visibility | Wave Height | Wind Speed / Dir | Current Speed / Dir | Location |
|------|---------|-----------|-------------|------------------|---------------------|----------|
| 21:00 | Partly Cloudy | 9.00 Miles | 4.00 Feet | 12.00 NNW | 1.00 W | 28.00°N, 89.00°W |

# Hornbeck Offshore Services, LLC

Daily Master's Log

Vessel:   HOS ACHIEVER

**Charterer: ATP Oil & Gas Corporation**

Log Date: 04/18/2012

## Crew On Board

| Title | Name | Time On | Time Off | Comments |
|---|---|---|---|---|
| ETO | John Tracy | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| ETO | Jon Weirauch | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| Master | Tim Kinler | 03/14/2012 11:00 | 04/26/2012 08:30 | |
| ETO | Carlos Gutierrez | 03/28/2012 11:00 | 05/01/2012 07:00 | |
| 1st Officer | Juan Rivera | 04/11/2012 00:01 | 04/26/2012 08:30 | |
| 2nd Officer | Brian Kennedy | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| 3rd Officer | Robert Kuskis | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| 3rd Officer | Steve Asimakopoulos | 04/11/2012 00:01 | | |
| 3rd Officer | Ruthiel Sucalit | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| Mate | James Slinson | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| Chief Engineer | Erick Karl | 04/11/2012 00:01 | | |
| 1st Engineer | Chad McDuffie | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| 2nd Engineer | Carmelo Laurea | 03/28/2012 11:00 | | |
| 3rd Engineer | Laurel Evanofski | 04/11/2012 00:01 | | |
| 3rd Engineer | Mike Roach | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| QMED/Oiler | Robert Toups | 04/10/2012 18:00 | 04/26/2012 13:00 | |
| QMED/Oiler | Dave Roberts | 04/11/2012 00:01 | | |
| AB 1 | Jose Lopez | 03/14/2012 11:00 | 04/26/2012 08:30 | |
| AB 1 | Samuel Reyes | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| AB 2 | Dennis Loggins | 03/28/2012 11:00 | 04/26/2012 08:30 | |

## Product Tanks

| Tank | Product | Volume |
|---|---|---|
| | | |

# Hornbeck Offshore Services, LLC

**Charterer: ATP Oil & Gas Corporation**

Daily Master's Log

Vessel:   HOS ACHIEVER

Log Date: 04/18/2012

## Persons in Addition to Crew

| Name | Company | Time On | Time Off | Comments |
|------|---------|---------|----------|----------|
| CARLO Latonero | Taylors | 04/07/2012 15:30 | 04/29/2012 05:00 | Utility |
| Daniel Johnson | Taylors | 04/10/2012 12:00 | 04/26/2012 12:00 | utility |
| Darby Miller | Huisman | 03/28/2012 11:00 | 04/26/2012 11:00 | Crane Ops |
| DARYLL BUTLER | DOF | 04/10/2012 15:00 | 04/28/2012 10:00 | Not charter related |
| GORDON MCGEE | Taylors | 04/07/2012 15:30 | 04/26/2012 12:00 | Chief cook |
| JASON CARSON | DOF | 04/10/2012 15:00 | | Not charter related |
| JASON TROUTMAN | SMS | 04/12/2012 00:01 | | MEDIC |
| JOEY LANDRY | EPS | 04/10/2012 23:30 | | clerk |
| JOSE RIVERA | Taylors | 04/07/2012 15:30 | 04/29/2012 05:00 | utility |
| MIKE WILKERSON | Taylors | 04/07/2012 15:30 | 04/18/2012 22:45 | Campboss |
| NIKITA BEAUX | EPS | 04/10/2012 23:30 | 04/26/2012 08:25 | rigger |
| PAC's 9 from spar | Charterer | 04/16/2012 06:00 | 04/25/2012 17:00 | |
| Rafael Molinawe | Taylors | 04/10/2012 16:00 | 04/29/2012 05:00 | utility |
| RAY PLOWDEN | EPS | 04/10/2012 23:30 | 04/26/2012 08:25 | rigger |

## Captain's Remarks

No accidents inuries or near misses reported this day. One illness requiring Medi-Vac. Patient Medi-vaced off ship at 2250 hours and taken to Terrebone general in Houma

## Captain's Signature

# Hornbeck Offshore Services, LLC

Charterer: ATP Oil & Gas Corporation

Daily Master's Log

Log Date: 04/19/2012

Vessel:   HOS ACHIEVER

## Activities

| Start | Departed | Docking Facility | Operation | Comments | AFENumber | Sounding |
|-------|----------|------------------|-----------|----------|-----------|----------|
| 00:00 | | MC 941 | Working As Directed | STBY FOR ORDERS 350 M OFF | | |
| 00:45 | | MC 941 | Working As Directed | On location Titan Spar @500 meters | | |
| 06:00 | | MC 941 | Working As Directed | TRANSFER PACS | | |
| 07:15 | | MC 941 | Working As Directed | STBY FOR ORDERS 350 M OFF | | |
| 17:00 | | MC 941 | Working As Directed | TRANSFER PACS | | |
| 18:15 | | MC 941 | Working As Directed | STBY FOR ORDERS 350M OFF | | |

## Fuel / Lube Oil

| Type | SOD | Rec'd | Used | Trans | Corr | EOD |
|------|-----|-------|------|-------|------|-----|
| Fuel | 196,862 | 0 | 3,543 | 0 | 0 | 193,319 |
| Gear Oil | 1,863 | 0 | 0 | 0 | 0 | 1,863 |
| Hydraulic Oil | 1,970 | 0 | 0 | 0 | 0 | 1,970 |
| Main Engine Oil | 2,379 | 0 | 0 | 0 | 0 | 2,379 |

## Tickets

| Product | Ticket Type | Ticket # | Amount |
|---------|-------------|----------|--------|
| Fuel | Used | 58227 | 3,543.00 |

## Areas of Operation

| Location |
|----------|
| US Gulf of Mexico |

## Drills

| Type | Location | Called | Secured |
|------|----------|--------|---------|
| | | | |

## 3-Mile Limit

| State | Inside |
|-------|--------|
| Non-State Waters | 24.00 |

## Weather

| Time | Weather | Visibility | Wave Height | Wind Speed / Dir | Current Speed / Dir |
|------|---------|------------|-------------|------------------|---------------------|
| | | | | | |

# Hornbeck Offshore Services, LLC

**Charterer:** ATP Oil & Gas Corporation

Daily Master's Log

**Vessel:** HOS ACHIEVER

Log Date: 04/19/2012

## Crew On Board

| Title | Name | Time On | Time Off | Comments |
|---|---|---|---|---|
| ETO | John Tracy | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| Master | Jon Weirauch | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| ETO | Tim Kinler | 03/14/2012 11:00 | 04/26/2012 08:30 | |
| 1st Officer | Carlos Gutierrez | 03/28/2012 11:00 | 05/01/2012 07:00 | |
| 2nd Officer | Juan Rivera | 04/11/2012 00:01 | 04/26/2012 08:30 | |
| 3rd Officer | Brian Kennedy | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| 3rd Officer | Robert Kuskis | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| 3rd Officer | Steve Asimakopoulos | 04/11/2012 00:01 | | |
| Mate | Ruthiel Sucalit | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| Chief Engineer | James Stinson | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| 1st Engineer | Erick Karl | 04/11/2012 00:01 | | |
| 2nd Engineer | Chad McDuffie | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| 3rd Engineer | Carmelo Laurea | 03/28/2012 11:00 | | |
| 3rd Engineer | Laurel Evanofski | 04/11/2012 00:01 | | |
| QMED/Oiler | Mike Roach | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| QMED/Oiler | Robert Toups | 04/10/2012 18:00 | 04/26/2012 13:00 | |
| AB 1 | Dave Roberts | 04/11/2012 00:01 | | |
| AB 1 | Jose Lopez | 03/14/2012 11:00 | 04/26/2012 08:30 | |
| AB 1 | Samuel Reyes | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| AB 2 | Dennis Loggins | 03/28/2012 11:00 | 04/26/2012 08:30 | |

## Product Tanks

| Tank | Product | Volume |
|---|---|---|
| | | |
| | | |

Submitted On: 04/19/2012 20:12

# Hornbeck Offshore Services, LLC

Charterer: ATP Oil & Gas Corporation

Daily Master's Log

Vessel:   HOS ACHIEVER

Log Date: 04/19/2012

## Persons in Addition to Crew

| Name | Company | Time On | Time Off | Comments |
|------|---------|---------|----------|----------|
| CARLO Latonero | Taylors | 04/07/2012 15:30 | 04/29/2012 05:00 | Utility |
| Daniel Johnson | Taylors | 04/10/2012 12:00 | 04/26/2012 12:00 | utility |
| Darby Miller | Huisman | 03/28/2012 11:00 | 04/26/2012 11:00 | Crane Ops |
| DARYLL BUTLER | DOF | 04/10/2012 15:00 | 04/28/2012 10:00 | Not charter related |
| GORDON MCGEE | Taylors | 04/07/2012 15:30 | 04/26/2012 12:00 | Chief cook |
| JASON CARSON | DOF | 04/10/2012 15:00 | | Not charter related |
| JASON TROUTMAN | SMS | 04/12/2012 00:01 | | MEDIC |
| JOEY LANDRY | EPS | 04/10/2012 23:30 | | clerk |
| JOSE RIVERA | Taylors | 04/07/2012 15:30 | 04/29/2012 05:00 | utility |
| NIKITA BEAUX | EPS | 04/10/2012 23:30 | 04/26/2012 08:25 | rigger |
| PAC's 9 from spar | Charterer | 04/16/2012 06:00 | 04/25/2012 17:00 | |
| Rafael Molinawe | Taylors | 04/10/2012 16:00 | 04/29/2012 05:00 | utility |
| RAY PLOWDEN | EPS | 04/10/2012 23:30 | 04/26/2012 08:25 | rigger |

## Captain's Remarks

No accidents inuries or near misses reported this day.
Launched ROV XLS 53 to depth today, 4000 ft.

## Captain's Signature

# Hornbeck Offshore Services, LLC

Daily Master's Log

Vessel: HOS ACHIEVER

Charterer: ATP Oil & Gas Corporation

Log Date: 04/20/2012

## Activities

| Start | Departed | Docking Facility | Operation | Comments | AFENumber | Sounding |
|-------|----------|------------------|-----------|----------|-----------|----------|
| 00:00 | | MC 941 | Working As Directed | STBY FOR ORDERS 350M OFF | | |
| 06:00 | | MC 941 | Working As Directed | TRANSFER PACS | | |
| 07:15 | | MC 941 | Working As Directed | STBY 350 M OFF | | |
| 17:00 | | MC941 | Working As Directed | TRANSFER PACS | | |
| 18:15 | | MC941 | Working As Directed | STBY 350 M OFF | | |

## Fuel / Lube Oil

| Type | SOD | Rec'd | Used | Trans | Corr | EOD |
|------|-----|-------|------|-------|------|-----|
| Fuel | 193,319 | 0 | 2,868 | 0 | 0 | 190,451 |
| Gear Oil | 1,863 | 0 | 0 | 0 | 0 | 1,863 |
| Hydraulic Oil | 1,970 | 0 | 0 | 0 | 0 | 1,970 |
| Main Engine Oil | 2,379 | 0 | 0 | 0 | 0 | 2,379 |

## Tickets

| Product | Ticket Type | Ticket # | Amount |
|---------|-------------|----------|--------|
| Fuel | Used | 58232 | 2,868.00 |

## Weather

| Time | Weather | Visibility | Wave Height | Wind Speed / Dir | Current Speed / Dir |
|------|---------|------------|-------------|------------------|---------------------|

## Drills

| Type | Location | Called | Secured |
|------|----------|--------|---------|

## Areas of Operation

| Location | |
|----------|--|
| US Gulf of Mexico | |

## 3-Mile Limit

| State | Inside |
|-------|--------|
| Non-State Waters | 24.00 |

Submitted On: 04/20/2012 20:21

# Hornbeck Offshore Services, LLC

**Charterer: ATP Oil & Gas Corporation**

Daily Master's Log

**Vessel:**   HOS ACHIEVER

Log Date: 04/20/2012

## Crew On Board

| Title | Name | Time On | Time Off | Comments |
|---|---|---|---|---|
| ETO | John Tracy | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| Master | Jon Weirauch | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| ETO | Tim Kinler | 03/14/2012 11:00 | 04/26/2012 08:30 | |
| 1st Officer | Carlos Gutierrez | 03/28/2012 11:00 | 05/01/2012 07:00 | |
| 2nd Officer | Juan Rivera | 04/11/2012 00:01 | 04/26/2012 08:30 | |
| 3rd Officer | Brian Kennedy | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| 3rd Officer | Robert Kuskis | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| 3rd Officer | Steve Asimakopoulos | 04/11/2012 00:01 | | |
| Mate | Ruthiel Sucalit | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| Chief Engineer | James Slinson | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| 1st Engineer | Erick Karl | 04/11/2012 00:01 | | |
| 2nd Engineer | Chad McDuffie | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| 3rd Engineer | Carmelo Laurea | 03/28/2012 11:00 | | |
| 3rd Engineer | Laurel Evanofski | 04/11/2012 00:01 | | |
| QMED/Oiler | Mike Roach | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| QMED/Oiler | Robert Toups | 04/10/2012 18:00 | 04/26/2012 13:00 | |
| AB 1 | Dave Roberts | 04/11/2012 00:01 | | |
| AB 1 | Jose Lopez | 03/14/2012 11:00 | 04/26/2012 08:30 | |
| AB 1 | Samuel Reyes | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| AB 2 | Dennis Loggins | 03/28/2012 11:00 | 04/26/2012 08:30 | |

## Product Tanks

| Tank | Product | Volume |
|---|---|---|
| | | |
| | | |

Submitted On: 04/20/2012 20:21

# Hornbeck Offshore Services, LLC

Daily Master's Log

Charterer: ATP Oil & Gas Corporation

Vessel:   HOS ACHIEVER

Log Date: 04/20/2012

## Persons in Addition to Crew

| Name | Company | Time On | Time Off | Comments |
|------|---------|---------|----------|----------|
| CARLO Latonero | Taylors | 04/07/2012 15:30 | 04/29/2012 05:00 | Utility |
| Daniel Johnson | Taylors | 04/10/2012 12:00 | 04/26/2012 12:00 | utility |
| Darby Miller | Huisman | 03/28/2012 11:00 | 04/26/2012 11:00 | Crane Ops |
| DARYLL BUTLER | DOF | 04/10/2012 15:00 | 04/28/2012 10:00 | Not charter related |
| GORDON MCGEE | Taylors | 04/07/2012 15:30 | 04/26/2012 12:00 | Chief cook |
| JASON CARSON | DOF | 04/10/2012 15:00 | | Not charter related |
| JASON TROUTMAN | SMS | 04/12/2012 00:01 | | MEDIC |
| JOEY LANDRY | EPS | 04/10/2012 23:30 | | clerk |
| JOSE RIVERA | Taylors | 04/07/2012 15:30 | 04/29/2012 05:00 | utility |
| NIKITA BEAUX | EPS | 04/10/2012 23:30 | 04/26/2012 08:25 | rigger |
| PAC's 9 from spar | Charterer | 04/16/2012 06:00 | 04/25/2012 17:00 | |
| Rafael Molinawe | Taylors | 04/10/2012 16:00 | 04/29/2012 05:00 | utility |
| RAY PLOWDEN | EPS | 04/10/2012 23:30 | 04/26/2012 08:25 | rigger |

## Captain's Remarks

No accidents, injuries or near misses reported today

## Captain's Signature

# Hornbeck Offshore Services, LLC

Daily Master's Log

Vessel: HOS ACHIEVER

Charterer: ATP Oil & Gas Corporation

Log Date: 04/21/2012

## Activities

| Start | Departed | Docking Facility | Operation | Comments | AFENumber | Sounding |
|-------|----------|------------------|-----------|----------|-----------|----------|
| 00:00 | | MC941 | Working As Directed | STBY 350 M OFF | | |
| 06:00 | | MC 941 | Working As Directed | TRANSFER PACS | | |
| 07:30 | | MC 941 | Working As Directed | STBY 350 M OFF | | |
| 17:00 | | MC 941 | Working As Directed | TRANSFER PACS | | |
| 18:15 | | MC 941 | Working As Directed | STBY 350 M OFF | | |

## Fuel / Lube Oil

| Type | SOD | Rec'd | Used | Trans | Corr | EOD |
|------|-----|-------|------|-------|------|-----|
| Fuel | 190,451 | 0 | 2,927 | 0 | 0 | 187,524 |
| Gear Oil | 1,863 | 0 | 0 | 0 | 0 | 1,863 |
| Hydraulic Oil | 1,970 | 0 | 0 | 0 | 0 | 1,970 |
| Main Engine Oil | 2,379 | 0 | 26 | 0 | 0 | 2,353 |

## Tickets

| Product | Ticket Type | Ticket # | Amount |
|---------|-------------|----------|--------|
| Fuel | Used | 58233 | 2,927.00 |
| Main Engine Oil | Used | 58233 | 26.00 |

## Areas of Operation

| Location | |
|----------|--|
| US Gulf of Mexico | |

## Drills

| Type | Location | Called | Secured |
|------|----------|--------|---------|
| | | | |

## 3-Mile Limit

| State | Inside | |
|-------|--------|--|
| Non-State Waters | | 24.00 |

## Weather

| Time | Weather | Visibility | Wave Height | Wind Speed / Dir | Current Speed / Dir |
|------|---------|------------|-------------|------------------|---------------------|
| | | | | | |

# Hornbeck Offshore Services, LLC

Daily Master's Log

Vessel: HOS ACHIEVER

Charterer: ATP Oil & Gas Corporation

Log Date: 04/21/2012

## Crew On Board

| Title | Name | Time On | Time Off | Comments |
|-------|------|---------|----------|----------|
| ETO | John Tracy | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| Master | Jon Weirauch | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| ETO | Tim Kinler | 03/14/2012 11:00 | 04/26/2012 08:30 | |
| 1st Officer | Carlos Gutierrez | 03/28/2012 11:00 | 05/01/2012 07:00 | |
| 2nd Officer | Juan Rivera | 04/11/2012 00:01 | 04/26/2012 08:30 | |
| 3rd Officer | Brian Kennedy | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| 3rd Officer | Robert Kuskis | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| 3rd Officer | Steve Asimakopoulos | 04/11/2012 00:01 | | |
| Mate | Kenneth Almeyda | 04/21/2012 07:30 | 04/26/2012 08:30 | |
| Mate | Ruthiel Sucalit | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| Chief Engineer | James Stinson | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| 1st Engineer | Erick Karl | 04/11/2012 00:01 | | |
| 2nd Engineer | Chad McDuffie | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| 3rd Engineer | Carmelo Laurea | 03/28/2012 11:00 | | |
| 3rd Engineer | Laurel Evanofski | 04/11/2012 00:01 | | |
| QMED/Oiler | Mike Roach | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| QMED/Oiler | Robert Toups | 04/10/2012 18:00 | 04/26/2012 13:00 | |
| AB 1 | Dave Roberts | 04/11/2012 00:01 | | |
| AB 1 | Jose Lopez | 03/14/2012 11:00 | 04/26/2012 08:30 | |
| AB 1 | Samuel Reyes | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| AB 2 | Dennis Loggins | 03/28/2012 11:00 | 04/26/2012 08:30 | |

## Product Tanks

| Tank | Product | Volume |
|------|---------|--------|
| | | |

Submitted On: 04/22/2012 08:17

**Hornbeck Offshore Services, LLC**

Daily Master's Log

Vessel:   HOS ACHIEVER

Charterer: ATP Oil & Gas Corporation

Log Date: 04/21/2012

### Persons in Addition to Crew

| Name | Company | Time On | Time Off | Comments |
|------|---------|---------|----------|----------|
| CARLO Latonero | Taylors | 04/07/2012 15:30 | 04/29/2012 05:00 | Utility |
| Daniel Johnson | Taylors | 04/10/2012 12:00 | 04/26/2012 12:00 | utility |
| Darby Miller | Huisman | 03/28/2012 11:00 | 04/26/2012 11:00 | Crane Ops |
| DARYLL BUTLER | DOF | 04/10/2012 15:00 | 04/28/2012 10:00 | Not charter related |
| GORDON MCGEE | Taylors | 04/07/2012 15:30 | 04/26/2012 12:00 | Chief cook |
| JASON CARSON | DOF | 04/10/2012 15:00 | | Not charter related |
| JASON TROUTMAN | SMS | 04/12/2012 00:01 | | MEDIC |
| JOEY LANDRY | EPS | 04/10/2012 23:30 | | clerk |
| JOSE RIVERA | Taylors | 04/07/2012 15:30 | 04/29/2012 05:00 | utility |
| NIKITA BEAUX | EPS | 04/10/2012 23:30 | 04/26/2012 08:25 | rigger |
| PAC's 9 from spar | Charterer | 04/16/2012 06:00 | 04/25/2012 17:00 | |
| Rafael Molinawe | Taylors | 04/10/2012 16:00 | 04/29/2012 05:00 | utility |
| RAY PLOWDEN | EPS | 04/10/2012 23:30 | 04/26/2012 08:25 | rigger |

### Captain's Remarks

No accidents injuries or near misses reported today

### Captain's Signature

Submitted On: 04/22/2012  08:17

# Hornbeck Offshore Services, LLC

Charterer: ATP Oil & Gas Corporation

Daily Master's Log

Vessel:    HOS ACHIEVER

Log Date: 04/22/2012

## Activities

| Start | Departed | Docking Facility | Operation | Comments | AFENumber | Sounding |
|-------|----------|------------------|-----------|----------|-----------|----------|
| 00:00 | | MC 941 | Working As Directed | STBY 350 M OFF for weather | | |

## Fuel / Lube Oil

| Type | SOD | Rec'd | Used | Trans | Corr | EOD |
|------|-----|-------|------|-------|------|-----|
| Fuel | 187,524 | 0 | 3,099 | 0 | 0 | 184,425 |
| Gear Oil | 1,863 | 0 | 0 | 0 | 0 | 1,863 |
| Hydraulic Oil | 1,970 | 0 | 0 | 0 | 0 | 1,970 |
| Main Engine Oil | 2,353 | 0 | 0 | 0 | 0 | 2,353 |

## Tickets

| Product | Ticket Type | Ticket # | Amount |
|---------|-------------|----------|--------|
| Fuel | Used | 58234 | 3,099.00 |

## Weather

| Time | Weather | Visibility | Wave Height | Wind Speed / Dir | Current Speed / Dir | Location |
|------|---------|------------|-------------|------------------|---------------------|----------|
| 12:00 | Partly Cloudy | 8.00 Miles | 9.00 Feet | 30.00 N | 1.00 S | 28.00°N, 89.00°W |

## Drills

| Type | Called | Secured |
|------|--------|---------|
| Fire Drill | 12:00 | 12:15 |
| Man Down Drill | 12:15 | 12:25 |
| Security Drill | 12:25 | 13:00 |

## Areas of Operation

| Location |
|----------|
| US Gulf of Mexico |

## 3-Mile Limit

| State | Inside |
|-------|--------|
| Non-State Waters | 24.00 |

# Hornbeck Offshore Services, LLC

**Charterer:** ATP Oil & Gas Corporation

Daily Master's Log

**Vessel:** HOS ACHIEVER

Log Date: 04/22/2012

## Crew On Board

| Title | Name | Time On | Time Off | Comments |
|-------|------|---------|----------|----------|
| ETO | John Tracy | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| ETO | Jon Weirauch | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| Master | Tim Kinler | 03/14/2012 11:00 | 04/26/2012 08:30 | |
| ETO | Carlos Gutierrez | 03/28/2012 11:00 | 05/01/2012 07:00 | |
| 1st Officer | Juan Rivera | 04/11/2012 00:01 | 04/26/2012 08:30 | |
| 2nd Officer | Brian Kennedy | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| 3rd Officer | Robert Kuskis | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| 3rd Officer | Steve Asimakopoulos | 04/11/2012 00:01 | | |
| Mate | Kenneth Almeyda | 04/21/2012 07:30 | 04/26/2012 08:30 | |
| Mate | Ruthiel Sucalit | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| Chief Engineer | James Stinson | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| 1st Engineer | Erick Karl | 04/11/2012 00:01 | | |
| 2nd Engineer | Chad McDuffie | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| 3rd Engineer | Carmelo Laurea | 03/28/2012 11:00 | | |
| 3rd Engineer | Laurel Evanofski | 04/11/2012 00:01 | | |
| QMED/Oiler | Mike Roach | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| QMED/Oiler | Robert Toups | 04/10/2012 18:00 | 04/26/2012 13:00 | |
| AB 1 | Dave Roberts | 04/11/2012 00:01 | | |
| AB 1 | Jose Lopez | 03/14/2012 11:00 | 04/26/2012 08:30 | |
| AB 1 | Samuel Reyes | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| AB 2 | Dennis Loggins | 03/28/2012 11:00 | 04/26/2012 08:30 | |

## Product Tanks

| Tank | Product | Volume |
|------|---------|--------|
| | | |

# Hornbeck Offshore Services, LLC

Charterer: ATP Oil & Gas Corporation

Daily Master's Log

Vessel:   HOS ACHIEVER

Log Date: 04/22/2012

## Persons in Addition to Crew

| Name | Company | Time On | Time Off | Comments |
|------|---------|---------|----------|----------|
| CARLO Latonero | Taylors | 04/07/2012 15:30 | 04/29/2012 05:00 | Utility |
| Daniel Johnson | Taylors | 04/10/2012 12:00 | 04/26/2012 12:00 | utility |
| Darby Miller | Huisman | 03/28/2012 11:00 | 04/26/2012 11:00 | Crane Ops |
| DARYLL BUTLER | DOF | 04/10/2012 15:00 | 04/28/2012 10:00 | Not charter related |
| GORDON MCGEE | Taylors | 04/07/2012 15:30 | 04/26/2012 12:00 | Chief cook |
| JASON CARSON | DOF | 04/10/2012 15:00 | | Not charter related |
| JASON TROUTMAN | SMS | 04/12/2012 00:01 | | MEDIC |
| JOEY LANDRY | EPS | 04/10/2012 23:30 | | clerk |
| JOSE RIVERA | Taylors | 04/07/2012 15:30 | 04/29/2012 05:00 | utility |
| NIKITA BEAUX | EPS | 04/10/2012 23:30 | 04/26/2012 08:25 | rigger |
| PAC's 9 from spar | Charterer | 04/16/2012 06:00 | 04/25/2012 17:00 | |
| Rafael Molinawe | Taylors | 04/10/2012 16:00 | 04/29/2012 05:00 | utility |
| RAY PLOWDEN | EPS | 04/10/2012 23:30 | 04/26/2012 08:25 | rigger |

## Captain's Remarks

No accidents injuries or near misses reported today

## Captain's Signature