# Hornbeck Offshore Services, LLC

**Charterer: ATP Oil & Gas Corporation**

Daily Master's Log

**Vessel:** HOS ACHIEVER

Log Date: 04/23/2012

## Activities

| Start | Departed | Docking Facility | Operation | Comments | AFENumber | Sounding |
|---|---|---|---|---|---|---|
| 00:00 | | MC 941 | Working As Directed | STBY 350 M OFF for weather | | |
| 17:00 | | MC 941 | Working As Directed | TRANSFER PACS | | |
| 18:30 | | MC 941 | Working As Directed | STBY 350 M OFF | | |

## Fuel / Lube Oil

| Type | SOD | Rec'd | Used | Trans | Corr | EOD |
|---|---|---|---|---|---|---|
| Fuel | 184,425 | 0 | 2,958 | 0 | 0 | 181,467 |
| Gear Oil | 1,863 | 0 | 0 | 0 | 0 | 1,863 |
| Hydraulic Oil | 1,970 | 0 | 0 | 0 | 0 | 1,970 |
| Main Engine Oil | 2,353 | 0 | 0 | 0 | 0 | 2,353 |

## Tickets

| Product | Ticket Type | Ticket # | Amount |
|---|---|---|---|
| Fuel | Used | 58235 | 2,958.00 |

## Areas of Operation

| Location |
|---|
| US Gulf of Mexico |

## Drills

| Type | Location | Called | Secured |
|---|---|---|---|
| | | | |

## 3-Mile Limit

| State | Inside |
|---|---|
| Non-State Waters | 24.00 |

## Weather

| Time | Weather | Visibility | Wave Height | Wind Speed / Dir | Current Speed / Dir |
|---|---|---|---|---|---|
| | | | | | |

Submitted On: 04/23/2012 22:45

# Hornbeck Offshore Services, LLC

Daily Master's Log

Vessel: HOS ACHIEVER

Charterer: ATP Oil & Gas Corporation

Log Date: 04/23/2012

## Crew On Board

| Title | Name | Time On | Time Off | Comments |
|---|---|---|---|---|
| ETO | John Tracy | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| Master | Jon Weirauch | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| ETO | Tim Kinler | 03/14/2012 11:00 | 04/26/2012 08:30 | |
| 1st Officer | Carlos Gutierrez | 03/28/2012 11:00 | 05/01/2012 07:00 | |
| 2nd Officer | Juan Rivera | 04/11/2012 00:01 | 04/26/2012 08:30 | |
| 3rd Officer | Brian Kennedy | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| 3rd Officer | Robert Kuskis | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| 3rd Officer | Steve Asimakopoulos | 04/11/2012 00:01 | | |
| Mate | Kenneth Almeyda | 04/21/2012 07:30 | 04/26/2012 08:30 | |
| Mate | Ruthiel Sucalit | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| Chief Engineer | James Stinson | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| 1st Engineer | Erick Karl | 04/11/2012 00:01 | | |
| 2nd Engineer | Chad McDuffie | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| 3rd Engineer | Carmelo Laurea | 03/28/2012 11:00 | | |
| 3rd Engineer | Laurel Evanofski | 04/11/2012 00:01 | | |
| QMED/Oiler | Mike Roach | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| QMED/Oiler | Robert Toups | 04/10/2012 18:00 | 04/26/2012 13:00 | |
| AB 1 | Dave Roberts | 04/11/2012 00:01 | | |
| AB 1 | Jose Lopez | 03/14/2012 11:00 | 04/26/2012 08:30 | |
| AB 1 | Samuel Reyes | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| AB 2 | Dennis Loggins | 03/28/2012 11:00 | 04/26/2012 08:30 | |

## Product Tanks

| Tank | Product | Volume |
|---|---|---|
| | | |
| | | |



# Hornbeck Offshore Services, LLC

Daily Master's Log

Vessel:   HOS ACHIEVER

Charterer: ATP Oil & Gas Corporation

Log Date: 04/23/2012

## Persons in Addition to Crew

| Name | Company | Time On | Time Off | Comments |
|------|---------|---------|----------|----------|
| CARLO Latonero | Taylors | 04/07/2012 15:30 | 04/29/2012 05:00 | Utility |
| Daniel Johnson | Taylors | 04/10/2012 12:00 | 04/26/2012 12:00 | utility |
| Darby Miller | Huisman | 03/28/2012 11:00 | 04/26/2012 11:00 | Crane Ops |
| DARYLL BUTLER | DOF | 04/10/2012 15:00 | 04/28/2012 10:00 | Not charter related |
| GORDON MCGEE | Taylors | 04/07/2012 15:30 | 04/26/2012 12:00 | Chief cook |
| JASON CARSON | DOF | 04/10/2012 15:00 | | Not charter related |
| JASON TROUTMAN | SMS | 04/12/2012 00:01 | | MEDIC |
| JOEY LANDRY | EPS | 04/10/2012 23:30 | | clerk |
| JOSE RIVERA | Taylors | 04/07/2012 15:30 | 04/29/2012 05:00 | utility |
| NIKITA BEAUX | EPS | 04/10/2012 23:30 | 04/26/2012 08:25 | rigger |
| PAC's 9 from spar | Charterer | 04/16/2012 06:00 | 04/25/2012 17:00 | |
| Rafael Molinawe | Taylors | 04/10/2012 16:00 | 04/29/2012 05:00 | utility |
| RAY PLOWDEN | EPS | 04/10/2012 23:30 | 04/26/2012 08:25 | rigger |

## Captain's Remarks

No accidents injuries or near misses reported today

## Captain's Signature

*[signature]*

# Hornbeck Offshore Services, LLC

Charterer: ATP Oil & Gas Corporation

Daily Master's Log

Log Date: 04/24/2012

Vessel:   HOS ACHIEVER

## Activities

| Start | Departed | Docking Facility | Operation | Comments | AFENumber | Sounding |
|-------|----------|------------------|-----------|----------|-----------|----------|
| 00:00 | | MC 941 | Working As Directed | STBY 350 M OFF | | |
| 06:00 | | MC 941 | Working As Directed | TRANSFER PACS | | |
| 07:00 | | MC 941 | Working As Directed | STBY 350 M OFF | | |
| 17:00 | | MC 941 | Working As Directed | TRANSFER PACS | | |
| 18:00 | | MC 941 | Working As Directed | STBY 350 M OFF | | |

## Fuel / Lube Oil

| Type | SOD | Rec'd | Used | Trans | Corr | EOD |
|------|-----|-------|------|-------|------|-----|
| Fuel | 181,467 | 0 | 2,852 | 0 | 0 | 178,615 |
| Gear Oil | 1,863 | 0 | 3 | 0 | 0 | 1,860 |
| Hydraulic Oil | 1,970 | 0 | 0 | 0 | 0 | 1,970 |
| Main Engine Oil | 2,353 | 0 | 26 | 0 | 0 | 2,327 |

## Tickets

| Product | Ticket Type | Ticket # | Amount |
|---------|-------------|----------|--------|
| Fuel | Used | 58236 | 2,852.00 |
| Gear Oil | Used | 58236 | 3.00 |
| Main Engine Oil | Used | 58236 | 26.00 |

## Areas of Operation

| Location |
|----------|
| US Gulf of Mexico |

## Drills

| Type | Location | Called | Secured |
|------|----------|--------|---------|
| | | | |

## 3-Mile Limit

| State | Inside |
|-------|--------|
| Non-State Waters | 24.00 |

## Weather

| Time | Weather | Visibility | Wave Height | Wind Speed / Dir | Current Speed / Dir |
|------|---------|------------|-------------|------------------|---------------------|
| | | | | | |

Submitted On: 04/24/2012  20:10

Page 40 of 50

# Hornbeck Offshore Services, LLC

Daily Master's Log

Vessel:   HOS ACHIEVER

Charterer: ATP Oil & Gas Corporation

Log Date: 04/24/2012

## Crew On Board

| Title | Name | Time On | Time Off | Comments |
|---|---|---|---|---|
| ETO | John Tracy | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| Master | Jon Weirauch | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| ETO | Tim Kinler | 03/14/2012 11:00 | 04/26/2012 08:30 | |
| 1st Officer | Carlos Gutierrez | 03/28/2012 11:00 | 05/01/2012 07:00 | |
| 2nd Officer | Juan Rivera | 04/11/2012 00:01 | 04/26/2012 08:30 | |
| 3rd Officer | Brian Kennedy | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| 3rd Officer | Robert Kuskis | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| 3rd Officer | Steve Asimakopoulos | 04/11/2012 00:01 | | |
| Mate | Kenneth Almeyda | 04/21/2012 07:30 | 04/26/2012 08:30 | |
| Mate | Ruthiel Sucalit | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| Chief Engineer | James Stinson | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| 1st Engineer | Erick Karl | 04/11/2012 00:01 | | |
| 2nd Engineer | Chad McDuffie | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| 3rd Engineer | Carmelo Laurea | 03/28/2012 11:00 | | |
| 3rd Engineer | Laurel Evanofski | 04/11/2012 00:01 | | |
| QMED/Oiler | Mike Roach | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| QMED/Oiler | Robert Toups | 04/10/2012 18:00 | 04/26/2012 13:00 | |
| AB 1 | Dave Roberts | 04/11/2012 00:01 | | |
| AB 1 | Jose Lopez | 03/14/2012 11:00 | 04/26/2012 08:30 | |
| AB 1 | Samuel Reyes | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| AB 2 | Dennis Loggins | 03/28/2012 11:00 | 04/26/2012 08:30 | |

## Product Tanks

| Tank | | Product | | Volume |
|---|---|---|---|---|
| | | | | |
| | | | | |

Submitted On: 04/24/2012 20:10

## Hornbeck Offshore Services, LLC

Daily Master's Log

Vessel:   HOS ACHIEVER

Charterer: ATP Oil & Gas Corporation

Log Date: 04/24/2012

### Persons in Addition to Crew

| Name | Company | Time On | Time Off | Comments |
|------|---------|---------|----------|----------|
| CARLO Latonero | Taylors | 04/07/2012 15:30 | 04/29/2012 05:00 | Utility |
| Daniel Johnson | Taylors | 04/10/2012 12:00 | 04/26/2012 12:00 | utility |
| Darby Miller | Huisman | 03/28/2012 11:00 | 04/26/2012 11:00 | Crane Ops |
| DARYLL BUTLER | DOF | 04/10/2012 15:00 | 04/28/2012 10:00 | Not charter related |
| GORDON MCGEE | Taylors | 04/07/2012 15:30 | 04/26/2012 12:00 | Chief cook |
| JASON CARSON | DOF | 04/10/2012 15:00 | | Not charter related |
| JASON TROUTMAN | SMS | 04/12/2012 00:01 | | MEDIC |
| JOEY LANDRY | EPS | 04/10/2012 23:30 | | clerk |
| JOSE RIVERA | Taylors | 04/07/2012 15:30 | 04/29/2012 05:00 | utility |
| NIKITA BEAUX | EPS | 04/10/2012 23:30 | 04/26/2012 08:25 | rigger |
| PAC's 9 from spar | Charterer | 04/16/2012 06:00 | 04/25/2012 17:00 | |
| Rafael Molinawe | Taylors | 04/10/2012 16:00 | 04/29/2012 05:00 | utility |
| RAY PLOWDEN | EPS | 04/10/2012 23:30 | 04/26/2012 08:25 | rigger |

| Captain's Remarks | Captain's Signature |
|-------------------|---------------------|
| No accidents,injuires or near missesreported today | *[signature]* |

# Hornbeck Offshore Services, LLC

**Charterer:** ATP Oil & Gas Corporation

Daily Master's Log

**Vessel:** HOS ACHIEVER

**Log Date:** 04/25/2012

## Activities

| Start | Departed | Docking Facility | Operation | Comments | AFENumber | Sounding |
|-------|----------|------------------|-----------|----------|-----------|----------|
| 00:00 | | MC 941 | Working As Directed | STBY 350 M OFF | | |
| 05:00 | | MC 941 | Working As Directed | Transfer PACS and Equipment | | |
| 07:00 | | MC 941 | Working As Directed | STBY 350 M OFF | | |
| 17:00 | | MC 941 | Working As Directed | TRANSFER PACS | | |
| 17:45 | | MC 941 | Underway | Making way for Fourchon | | |

## Fuel / Lube Oil

| Type | SOD | Rec'd | Used | Trans | Corr | EOD |
|------|-----|-------|------|-------|------|-----|
| Fuel | 178,615 | 0 | 2,775 | 0 | 0 | 175,840 |
| Gear Oil | 1,860 | 0 | 0 | 0 | 0 | 1,860 |
| Hydraulic Oil | 1,970 | 0 | 0 | 0 | 0 | 1,970 |
| Main Engine Oil | 2,327 | 0 | 40 | 0 | 0 | 2,287 |

## Tickets

| Product | Ticket Type | Ticket # | Amount |
|---------|-------------|----------|--------|
| Fuel | Used | 58237 | 2,775.00 |
| Main Engine Oil | Used | 58237 | 40.00 |

## Areas of Operation

| Location |
|----------|
| US Gulf of Mexico |

## Drills

| Type | Location | Called | Secured |
|------|----------|--------|---------|
| | 28.00°N, 89.00°W | | |

## 3-Mile Limit

| State | Inside |
|-------|--------|
| Non-State Waters | 24.00 |

## Weather

| Time | Weather | Visibility | Wave Height | Wind Speed / Dir | Current Speed / Dir |
|------|---------|------------|-------------|------------------|---------------------|
| 18:57 | Clear | 9.00 Miles | 1.00 Feet | 10.00 ESE | 1.00 W |

Submitted On: 04/25/2012 18:58

# Hornbeck Offshore Services, LLC

**Charterer: ATP Oil & Gas Corporation**

Daily Master's Log

Vessel:    HOS ACHIEVER

Log Date: 04/25/2012

## Crew On Board

| Title | Name | Time On | Time Off | Comments |
|-------|------|---------|----------|----------|
| ETO | John Tracy | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| Master | Jon Weirauch | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| ETO | Tim Kinler | 03/14/2012 11:00 | 04/26/2012 08:30 | |
| 1st Officer | Carlos Gutierrez | 03/28/2012 11:00 | 05/01/2012 07:00 | |
| 2nd Officer | Juan Rivera | 04/11/2012 00:01 | 04/26/2012 08:30 | |
| 3rd Officer | Brian Kennedy | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| 3rd Officer | Robert Kuskis | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| 3rd Officer | Steve Asimakopoulos | 04/11/2012 00:01 | | |
| Mate | Kenneth Almeyda | 04/21/2012 07:30 | 04/26/2012 08:30 | |
| Mate | Ruthiel Sucalit | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| Chief Engineer | James Stinson | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| 1st Engineer | Erick Karl | 04/11/2012 00:01 | | |
| 2nd Engineer | Chad McDuffie | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| 3rd Engineer | Carmelo Laurea | 03/28/2012 11:00 | | |
| 3rd Engineer | Laurel Evanofski | 04/11/2012 00:01 | | |
| QMED/Oiler | Mike Roach | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| QMED/Oiler | Robert Toups | 04/10/2012 18:00 | 04/26/2012 13:00 | |
| AB 1 | Dave Roberts | 04/11/2012 00:01 | | |
| AB 1 | Jose Lopez | 03/14/2012 11:00 | 04/26/2012 08:30 | |
| AB 1 | Samuel Reyes | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| AB 2 | Dennis Loggins | 03/28/2012 11:00 | 04/26/2012 08:30 | |

## Product Tanks

| Tank | Product | Volume |
|------|---------|--------|
| | | |
| | | |

Submitted On: 04/25/2012  18:58

Page 44 of 50

# Hornbeck Offshore Services, LLC

· Charterer: ATP Oil & Gas Corporation

Daily Master's Log

Vessel:   HOS ACHIEVER

Log Date: 04/25/2012

## Persons in Addition to Crew

| Name | Company | Time On | Time Off | Comments |
|---|---|---|---|---|
| CARLO Latonero | Taylors | 04/07/2012 15:30 | 04/29/2012 05:25 | Utility |
| Daniel Johnson | Taylors | 04/10/2012 12:00 | 04/26/2012 12:00 | utility |
| Darby Miller | Huisman | 03/28/2012 11:00 | 04/26/2012 11:00 | Crane Ops |
| DARYLL BUTLER | DOF | 04/10/2012 15:00 | 04/28/2012 10:00 | Not charter related |
| GORDON MCGEE | Taylors | 04/07/2012 15:30 | 04/26/2012 12:00 | Chief cook |
| JASON CARSON | DOF | 04/10/2012 15:00 | | Not charter related |
| JASON TROUTMAN | SMS | 04/12/2012 00:01 | | MEDIC |
| JOEY LANDRY | EPS | 04/10/2012 23:30 | | clerk |
| JOSE RIVERA | Taylors | 04/07/2012 15:30 | 04/29/2012 05:00 | utility |
| NIKITA BEAUX | EPS | 04/10/2012 23:30 | 04/26/2012 08:25 | rigger |
| PAC's 9 from spar | Charterer | 04/16/2012 06:00 | 04/25/2012 17:00 | |
| Rafael Molinawe | Taylors | 04/10/2012 16:00 | 04/29/2012 05:00 | utility |
| RAY PLOWDEN | EPS | 04/10/2012 23:30 | 04/26/2012 08:25 | rigger |

| Captain's Remarks | Captain's Signature |
|---|---|
| No accidents, injuries or near misses reported today. 1 Illness requesting medical attention. | *[signature]* |

# Hornbeck Offshore Services, LLC

Charterer: ATP Oil & Gas Corporation

Daily Master's Log

Vessel:   HOS ACHIEVER

Log Date: 04/26/2012

## Activities

| Start | Departed | Docking Facility | Operation | Comments | AFENumber | Sounding |
|-------|----------|------------------|-----------|----------|-----------|----------|
| 00:00 | | | Underway | Making way for Fourchon | | |
| 07:45 | Fourchon | HOS Port Sout dock | Working As Directed | Prepping for Off charter | | |
| 12:00 | Fourchon | HOS Port South | Off Charter | Off Charter with ATP | | ● |

## Fuel / Lube Oil

| Type | SOD | Rec'd | Used | Trans | Corr | EOD |
|------|-----|-------|------|-------|------|-----|
| Fuel | 175,840 | 0 | 2,784 | 0 | 3,142 | 176,198 |
| Gear Oil | 1,860 | 0 | 0 | 0 | 88 | 1,948 |
| Hydraulic Oil | 1,970 | 0 | 0 | 0 | -116 | 1,854 |
| Main Engine Oil | 2,287 | 0 | 53 | 0 | -18 | 2,216 |

## Tickets

| Product | Ticket Type | Ticket # | Amount |
|---------|-------------|----------|--------|
| Fuel | Used | 58238 | 2,784.00 |
| Main Engine Oil | Used | 58238 | 53.00 |

## Drills

| Type | Location | Called | Secured |
|------|----------|--------|---------|
| | 29.10°N, 90.20°W | | |

## Weather

| Time | Weather | Visibility | Wave Height | Wind Speed / Dir | Current Speed / Dir |
|------|---------|------------|-------------|------------------|---------------------|
| 18:51 | Clear | 8.00 Miles | 0.00 Feet | 12.00 SW | 0.00 N |

## Areas of Operation

| Location |
|----------|
| US Gulf of Mexico |

## 3-Mile Limit

| State | Inside |
|-------|--------|
| Louisiana | 18.00 |
| Non-State Waters | 6.00 |

Submitted On: 04/26/2012  18:54

# Hornbeck Offshore Services, LLC



Daily Master's Log

Vessel:   HOS ACHIEVER

Charterer: ATP Oil & Gas Corporation

Log Date: 04/26/2012

## Product Tanks

| Tank | Product | Volume |
|---|---|---|
| 3 PS FUEL OIL TANK | Fuel | 29,829 |
| 3 SB FUEL OIL TANK | Fuel | 25,929 |
| 5 PS FUEL OIL TANK | Fuel | 40,284 |
| 5 SB FUEL OIL TANK | Fuel | 41,427 |
| FO LEAKAGE AUX | Fuel | 0 |
| FO SERVICE TANK | Fuel | 2,057 |
| FUEL OIL SERVICE | Fuel | 7,517 |
| FUEL OIL SERVICE | Fuel | 7,517 |
| FUEL OIL SETTLING | Fuel | 11,182 |
| FUEL OIL SETTLING | Fuel | 10,456 |

## Crew On Board

| Title | Name | Time On | Time Off | Comments |
|---|---|---|---|---|
| ETO | Charles Huffman | 04/26/2012 07:00 | | |
| ETO | Clayton Story | 04/26/2012 07:00 | | |
| ETO | John Tracy | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| Master | Jon Weirauch | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| ETO | Ken McMillan | 04/26/2012 07:00 | | |
| Master | Paul Radtke | 04/26/2012 07:00 | | |
| ETO | Tim Kinler | 03/14/2012 11:00 | 04/26/2012 08:30 | |
| 1st Officer | Carlos Gutierrez | 03/28/2012 11:00 | 05/01/2012 07:00 | |
| 2nd Officer | Jessica Crowley | 04/26/2012 07:00 | | |
| 2nd Officer | Juan Rivera | 04/11/2012 00:01 | 04/26/2012 08:30 | |
| 3rd Officer | Brian Kennedy | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| 3rd Officer | David Pearce | 04/26/2012 07:00 | | |
| 3rd Officer | Mark Keller | 04/26/2012 07:00 | | |
| 3rd Officer | Robert Kuskis | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| 3rd Officer | Steve Asimakopoulos | 04/11/2012 00:01 | | |
| Mate | Bruce Schimmel | 04/26/2012 07:00 | 05/01/2012 16:00 | |
| Mate | Kenneth Almeyda | 04/21/2012 07:30 | 04/26/2012 08:30 | |
| Mate | Ruthiel Sucalit | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| Chief Engineer | James Stinson | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| Chief Engineer | Joe DelTorto | 04/26/2012 07:00 | | |
| 1st Engineer | Erick Karl | 04/11/2012 00:01 | | |
| 2nd Engineer | Chad McDuffie | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| 2nd Engineer | Jeff Angleberger | 04/26/2012 07:00 | | |
| 3rd Engineer | Carmelo Laurea | 03/28/2012 11:00 | | |
| 3rd Engineer | Laurel Evanofski | 04/11/2012 00:01 | | |
| QMED/Oiler | Kenneth Vincent | 04/26/2012 07:00 | | |
| QMED/Oiler | Mike Roach | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| QMED/Oiler | Robert Toups | 04/10/2012 18:00 | 04/26/2012 13:00 | |
| AB 1 | Dave Roberts | 04/11/2012 00:01 | | |
| AB 1 | John Skrycki | 04/26/2012 07:00 | | |
| AB 1 | Jose Lopez | 03/14/2012 11:00 | 04/26/2012 08:30 | |
| AB 1 | Samuel Reyes | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| AB 2 | Dennis Loggins | 03/28/2012 11:00 | 04/26/2012 08:30 | |
| AB 2 | Larry Lawrence | 04/26/2012 07:00 | | |



# Hornbeck Offshore Services, LLC

Daily Master's Log

Vessel:   HOS ACHIEVER

**Charterer:** ATP Oil & Gas Corporation

Log Date: 04/26/2012

## Persons in Addition to Crew

| Name | Company | Time On | Time Off | Comments |
|---|---|---|---|---|
| Alex Lincoln | Huisman | 04/26/2012 11:00 | | |
| Alton Forman | Taylors | 04/26/2012 10:00 | | |
| CARLO Latonero | Taylors | 04/07/2012 15:30 | 04/29/2012 05:00 | Utility |
| Daniel Johnson | Taylors | 04/10/2012 12:00 | 04/26/2012 12:00 | utility |
| Darby Miller | Huisman | 03/28/2012 11:00 | 04/26/2012 11:00 | Crane Ops |
| DARYLL BUTLER | DOF | 04/10/2012 15:00 | 04/28/2012 10:00 | Not charter related |
| GORDON MCGEE | Taylors | 04/07/2012 15:30 | 04/26/2012 12:00 | Chief cook |
| JASON CARSON | DOF | 04/10/2012 15:00 | | Not charter related |
| JASON TROUTMAN | SMS | 04/12/2012 00:01 | | MEDIC |
| JOEY LANDRY | EPS | 04/10/2012 23:30 | | clerk |
| JOSE RIVERA | Taylors | 04/07/2012 15:30 | 04/29/2012 05:00 | utility |
| Leonardo Esteban | Taylors | 04/26/2012 10:00 | 04/29/2012 05:00 | |
| NIKITA BEAUX | EPS | 04/10/2012 23:30 | 04/26/2012 08:25 | rigger |
| Rafael Molinawe | Taylors | 04/10/2012 16:00 | 04/29/2012 05:00 | utility |
| RAY PLOWDEN | EPS | 04/10/2012 23:30 | 04/26/2012 08:25 | rigger |
| Thomas Palardy | Taylors | 04/26/2012 10:00 | 04/29/2012 05:00 | |

## Captain's Remarks

Off Charter with ATP at 1200

## Captain's Signature

ATP



| | GALLONS | | TENTHS |
|---|---|---|---|
| START OF DELIVERY | | | |
| | GALLONS | | END OF DELIVERY |
| | | | |
| | TENTHS | | START OF DELIVERY |

CASH ☐     CHARGE ☐     Date **4/11/12**

Sold To: _**Day Tanks**_

Address: **H6S ACHIEVER**

| TANK TRUCK SALESMAN | TIME | A.M. P.M. |
|---|---|---|

| YOUR SALE NUMBER | GALLON READING FINISH | 10ths |
|---|---|---|
| | | |
| PREVIOUS SALE NUMBER | READING START OF DELIVERY | |

Gallons Delivered ⟶

| PRODUCT | GALLONS | PRICE | AMOUNT |
|---|---|---|---|
| Fuel | 1884 | | |
| Lube | 0 | | |

X _James Estis_
CUSTOMER SIGN HERE AFTER DELIVERY ONLY - Above gallons delivered

58223

BOWSER - Insert Face Down Bottom First     MASTER - Insert Face Down Bottom First
BRODIE - Insert face out Bottom First     NEPTUNE - See instruction Plate on Meter

## Kelley Completion Services 800-366-6703

MARTIN ENERGY SERVICES LLC
THREE RIVERWAY, SUITE 400
HOUSTON, TEXAS 77056
(800) 962-8307

**058517**

**METER TICKET**

BRANCH _F 517_

☐ CASH
☐ CREDIT

Customer No.: _MES893_  Date: _04-11-2010_

Sold To: _BRNBECK Offline_

Address: _____

P.O. #/Authorization: _PO 00985_

Delivered To: _Mollos McHann_
(Location/Vessel)

| MV Owner | | Off. # | |
| AFE # | | Well # | - |
| Loc # | | Rig # | |
| OCSG # | | Other _TECNIP 300_ | |

APPROVED BY:

| GALLONS | PRODUCT DESCRIPTION & NUMBER | PRICE | AMOUNT |
|---|---|---|---|
| 71721 | DIESEL FUEL #2 NR DYED 15 ppm | | |
| | | | |
| | MARINE FUEL OIL/MGO #3, NA 1993, PG III | | |

| BARGE / SHORE TANK INSPECTED FOR WATER | ☑ YES ☐ NO | POTABLE WATER | ☐ YES ☐ NO | | |
| EXCISE TAX EXEMPT | ☐ YES ☐ NO | SALES TAX EXEMPT | ☐ YES ☐ NO | **TOTAL** | |

| 3 4 4 | 2 1 4 4 3 0 |
| AA 3 4 3 | 2 0 1 2 0 1 5 |

| Gallons Delivered | 7 1 7 2 1 |
| METER # _4_ | SERVED BY _JY_ |

PURCHASE MADE SUBJECT TO CONDITIONS ON REVERSE OF COPIES

Received by X _____

Rebill PO 0093

# MARTIN ENERGY SERVICES LLC

THREE RIVERWAY, SUITE 400
HOUSTON, TEXAS 77056
(800) 962-8307

## 058515
### METER TICKET

BRANCH _____

☐ CASH
☑ CREDIT

Customer No.: _M 94717_   Date: _4/11/ 2_

Sold To: _ATP_

Address: _____

P.O. #/Authorization: _____
Delivered To:
(Location/Vessel) _HOS Achiever_

| MV Owner | | Off. # | |
|---|---|---|---|
| AFE # _10551_ | | Well # _A 2_ | |
| Loc # _MC 941_ | | Rig # _Nabors 202_ | |
| OCSG # _1661_ | | Other | |

APPROVED BY: _Troy_
_396-3996_

| GALLONS | PRODUCT DESCRIPTION & NUMBER | PRICE | AMOUNT |
|---|---|---|---|
| _100,000_ | DIESEL FUEL #2 - NR DYED 15 ppm | | |
| | MARINE FUEL OIL/MGO #3, NA 1993, PG III | | |

| BARGE / SHORE TANK INSPECTED FOR WATER | ☐ YES ☐ NO | POTABLE WATER | ☐ YES ☐ NO | |
|---|---|---|---|---|
| EXCISE TAX EXEMPT | ☐ YES ☐ NO | SALES TAX EXEMPT | ☐ YES ☐ NO | TOTAL |

| Meter's Sale No. | Meter's Reading, Finish |
|---|---|
| AA 3 4 3 | 2 0 7 2 0 1 5 |
| AA 3 4 2 | 1 9 7 2 0 1 5 |

| Previous Sale No. | Gallons Reading, Start |
|---|---|

Gallons Delivered _100,000_

METER # _4_   SERVED BY _JY_

PURCHASE MADE SUBJECT TO CONDITIONS ON REVERSE OF COPIES.

Received by: _____

ATP



|  | GALLONS |  | TENTHS |
|---|---|---|---|
| START OF DELIVERY |  |  | END OF DELIVERY |
| GALLONS |  |  |  |
|  |  | TENTHS | START OF DELIVERY |

CASH ☐    CHARGE ☐    Date __4/12/12__

Sold To: __Day Tank__

Address: __HOS Achiever__

| TANK TRUCK SALESMAN |  | TIME |  | A.M. P.M. |
|---|---|---|---|---|
| YOUR SALE NUMBER | GALLON READING-FINISH |  |  | 10ths |
| | | | | |
| PREVIOUS SALE NUMBER | READING-START OF DELIVERY |  |  | |

Gallons Delivered ⟶

| PRODUCT | GALLONS | PRICE | AMOUNT |
|---|---|---|---|
| Fuel | 5106 | | |
| Lube | 8 | | |

X _____
CUSTOMER SIGN HERE AFTER DELIVERY AND RECEIVE ABOVE gallons described

58224

▶ BOWSER - Insert Face Down Bottom First      MASTER - Insert Face Down Bottom First ◀
BRODIE - Insert face out Bottom First      NEPTUNE - See instruction Plate on Meter

**Kelley Completion Services 800-366-6703**

ATP



**KCS**

|  | GALLONS | | TENTHS |
|---|---|---|---|
| START OF DELIVERY | | | END OF DELIVERY |
| GALLONS | | | |
| | TENTHS | | START OF DELIVERY |

CASH ☐   CHARGE ☐   Date _4/13/12_

Sold To: _Day Tanks_

Address: _HOS Achiever_

| TANK TRUCK SALESMAN | | TIME | A.M. P.M. |
|---|---|---|---|
| YOUR SALE NUMBER | GALLON READING-FINISH | | 10ths |
| | | | |
| PREVIOUS SALE NUMBER | READING-START OF DELIVERY | | |

Gallons Delivered ➝

| PRODUCT | GALLONS | PRICE | AMOUNT |
|---|---|---|---|
| Fuel | 3103 | | |
| Lube | 79 | | |

X _____
CUSTOMER SIGN HERE AFTER DELIVERY ONLY - SIGN DELIVERED #10

58225

▶ BOWSER - Insert Face Down Bottom First
BRODIE - Insert face out Bottom First

MASTER - Insert Face Down Bottom First
NEPTUNE - See Instruction Plate on Meter ◀

**Kelley Completion Services 800-366-6703**

ATP



|  | GALLONS | | TENTHS |
|---|---|---|---|
| START OF DELIVERY | | | |
| GALLONS | | | END OF DELIVERY |
| | | TENTHS | |
| | | | START OF DELIVERY |

CASH ☐    CHARGE ☐    Date: 4/14/12

Sold To: Day Tanks

Address: HOS ACHIEVER

| TANK TRUCK SALESMAN | | TIME | A.M. P.M. |
|---|---|---|---|
| YOUR SALE NUMBER ▼ | GALLON READING-FINISH ▼ | | 10ths |
| | | | |
| PREVIOUS SALE NUMBER | READING-START OF DELIVERY | | |

**Gallons Delivered** ⟶

| PRODUCT | GALLONS | PRICE | AMOUNT |
|---|---|---|---|
| Fuel | 2637 | | |
| Lube | O | | |

X _____
CUSTOMER SIGN HERE AFTER DELIVERY ONLY - Above gallons delivered

58226

◀ BOWSER - Insert Face Down Bottom First    MASTER - Insert Face Down Bottom First ▶
BRODIE - Insert face out Bottom First    NEPTUNE - See instruction Plate on Meter

**Kelley Completion Services 800-366-6703**

ATP



**KCS**

| | GALLONS | | TENTHS |
|---|---|---|---|
| START OF DELIVERY | | | |
| | GALLONS | | END OF DELIVERY |
| | | TENTHS | START OF DELIVERY |

CASH ☐     CHARGE ☐     Date 4/15/12

Sold To: Day Tanks

Address: HOS Achiever

| TANK TRUCK SALESMAN | | TIME | A.M. P.M. |
|---|---|---|---|
| YOUR SALE NUMBER ▼ | GALLON READING-FINISH ▼ | | 10ths |
| | | | |
| PREVIOUS SALE NUMBER ▲ | READING-START OF DELIVERY | | |

Gallons Delivered ──▶

| PRODUCT | GALLONS | PRICE | AMOUNT |
|---|---|---|---|
| Fuel | 2987 | | |
| Lube | 0 | | |

X _____
CUSTOMER SIGN HERE AFTER DELIVERY of above gallons delivered

56229

BOWSER - Insert Face Down Bottom First     MASTER - Insert Face Down Bottom First
BRODIE - Insert face out Bottom First     NEPTUNE - See Instruction Plate on Meter

**Kelley Completion Services 800-366-6703**

ATP O.l & Gas



| | GALLONS | | TENTHS |
|---|---|---|---|
| START OF DELIVERY | | | |
| | GALLONS | | END OF DELIVERY |
| | | TENThS | START OF DELIVERY |

CASH ⌐   CHARGE ⌐   Date 4/16/12

Sold To: Day Tanks

Address: HOS Achiever

| TANK TRUCK SALESMAN | | TIME | A.M. P.M. |
|---|---|---|---|
| YOUR SALE NUMBER | GALLON READING-FINISH | | 10ths |
| | | | |
| PREVIOUS SALE NUMBER | READING-START OF DELIVERY | | |

Gallons Delivered ⟶

| PRODUCT | GALLONS | PRICE | AMOUNT |
|---|---|---|---|
| Fuel | 2924 | | |
| Lube | 26 | | |

X _____
CUSTOMER SAMPLE AFTER DELIVERY

9229

▼ BOWSER - Insert Face Down Bottom First   MASTER - Insert Face Down Bottom First
RHODIE - Insert Back out Bottom First   NEPTUNE - See Instruction Plate on Meter ▶

**Kelley Completion Services 800-366-6703**

ATP Oil & Gas



|  | GALLONS | | TENTHS |
|---|---|---|---|
| START OF DELIVERY | | | |
| GALLONS | | | END OF DELIVERY |
| | | TENTHS | START OF DELIVERY |

CASH ☐    CHARGE ☐    Date _____ 7/12 _____

Sold To: _Day Tank_

Address: _Hos Achiever_

| TANK TRUCK SALESMAN | | TIME | A.M. P.M. |
|---|---|---|---|
| YOUR SALE NUMBER ▼ | GALLON READING-FINISH ▼ | | 10ths |
| | | | |
| | | | |
| PREVIOUS SALE NUMBER ▲ | READING-START OF DELIVERY ▲ | | |

Gallons Delivered ➝

| PRODUCT | GALLONS | PRICE | AMOUNT |
|---|---|---|---|
| Fuel | 3003 | | |
| Lube | 2C | | |

X _____
CUSTOMER SIGN HERE AFTER DELIVERY ONLY    RECEIVED BY DRIVER

59230

◄ BOWSER - Insert Face Down Bottom First    MASTER - Insert Face Down Bottom First ►
BRODIE - Insert face out Bottom First    NEPTUNE - See instruction Plate on Meter

**Kelley Completion Services 800-366-6703**

ATP Oil & Gas.



| | GALLONS | | TENTHS |
|---|---|---|---|
| START OF DELIVERY | | | |
| | GALLONS | | END OF DELIVERY |
| | | | |
| | | TENTHS | START OF DELIVERY |

CASH ☐   CHARGE ☐   Date **4/18/2012**

Sold To: **Day Tanks**

Address: **HOS Achreuer.**

| TANK TRUCK SALESMAN | | TIME | A.M. P.M. |
|---|---|---|---|
| YOUR SALE NUMBER ▼ | GALLON READING-FINISH ▼ | | 10ths |
| | | | |
| | | | |
| | | | |
| PREVIOUS SALE NUMBER ▲ | READING-START OF DELIVERY ▲ | | |

Gallons Delivered ➡

| PRODUCT | GALLONS | PRICE | AMOUNT |
|---|---|---|---|
| Fuel | 2965 | | |
| | | | |

X _____
CUSTOMER SIGN HERE AFTER DELIVERY COUNT CHECK GALLONS DELIVERED

231

BOWSER - Insert Face Down Bottom First     MASTER - Insert Face Down Bottom First
BRODIE - Insert Face Out Bottom First     NEPTUNE - See Instruction Plate on Meter

**Kelley Completion Services 800-366-6703**

ATP O.l & Gas



|   | GALLONS | | TENTHS |
|---|---|---|---|
| START OF DELIVERY | | | |
| | GALLONS | | END OF DELIVERY |
| | | TENTHS | START OF DELIVERY |

CASH ☐    CHARGE ☐    Date  4/19/2012

Sold To:  Day Tanks

Address:  HOS Achiever

| TANK TRUCK SALESMAN | | TIME | A.M. P.M. |
|---|---|---|---|
| YOUR SALE NUMBER | GALLON READING-FINISH | | 10ths |
| | | | |
| PREVIOUS SALE NUMBER | READING-START OF DELIVERY | | |

Gallons Delivered ——→

| PRODUCT | GALLONS | PRICE | AMOUNT |
|---|---|---|---|
| Fuel | 3543 | | |
| Lube | | | |

X  James Z Jenner
CUSTOMER SIGN HERE AFTER DELIVERY ONLY  Above quantity received

56227

BOWSER - Insert Face Down Bottom First      MASTER - Insert Face Down Bottom First
BRODIE - Insert face out Bottom First        NEPTUNE - See Instruction Plate on Meter

## Kelley Completion Services 800-366-6703

ATP


# KCS

START
OF
DELIVERY

GALLONS

TENTHS

GALLONS

END OF
DELIVERY

TENTHS

START OF
DELIVERY

CASH ☐     CHARGE ☐          Date 4/20/12

Sold To: *Rig Tanks*

Address: *HOS Achiever.*

| TANK TRUCK SALESMAN | | TIME | A.M. P.M. |

| YOUR SALE NUMBER | | GALLON READING-FINISH | 10ths |
|---|---|---|---|

| PREVIOUS SALE NUMBER | | READING-START OF DELIVERY | |

Gallons Delivered ➔

| PRODUCT | GALLONS | PRICE | AMOUNT |
|---|---|---|---|
| *Fuel* | *2868* | | |
| *Lube* | *O* | | |

X
CUSTOMER SIGN HERE AFTER DELIVERY

232

**BOWSER** - Insert Face Down Bottom First
**BRODIE** - Insert face out Bottom First
**MASTER** - Insert Face Down Bottom First
**NEPTUNE** - See Instruction Plate on Meter

## Kelley Completion Services 800-366-6703

ATP Oil & Gas



**KCS**



GALLONS                    TENTHS

START
OF
DELIVERY

GALLONS                    END OF
DELIVERY

TENTHS                    START OF
DELIVERY

CASH ☐     CHARGE ☐        Date 4/21/12

Sold To: _Ven Tank_

Address: _HOS Achiever_

| TANK TRUCK SALESMAN | | TIME | A.M. P.M. |
|---|---|---|---|
| YOUR SALE NUMBER ▼ | GALLON READING-FINISH ▼ | | 10ths |
| | | | |
| PREVIOUS SALE NUMBER | READING-START OF DELIVERY | | |

**Gallons Delivered ➝**

| PRODUCT | GALLONS | PRICE | AMOUNT |
|---|---|---|---|
| Fuel | 292.7 | | |
| Lube | 26 | | |

X
CUSTOMER SIGN HERE AFTER DELIVERY ONLY - Above gallons delivered

56233

BOWSER - Insert Face Down Bottom First       MASTER - Insert Face Down Bottom First
BRODIE - Insert face out Bottom First        NEPTUNE - See instruction Plate on Meter

**Kelley Completion Services 800-366-6703**