ATP Oil & Gas



|  | GALLONS |  | TENTHS |
|---|---|---|---|
| START OF DELIVERY |  |  |  |
| GALLONS |  |  | END OF DELIVERY |
|  | TENTHS |  | START OF DELIVERY |

CASH ☐   CHARGE ☐   Date 4/22/12

Sold To: Day TKS

Address: HOS ACHIEVER

| TANK TRUCK SALESMAN | | TIME | A.M. P.M. |
|---|---|---|---|
| YOUR SALE NUMBER | GALLON READING-FINISH | | 10ths |
| | | | |
| PREVIOUS SALE NUMBER | READING-START OF DELIVERY | | |

Gallons Delivered →

| PRODUCT | GALLONS | PRICE | AMOUNT |
|---|---|---|---|
| Fuel | 3099 | | |
| Lube | 0 | | |

X _____
CUSTOMER SIGN

54234

**BOWSER** - Insert Face Down Bottom First
**BRODIE** - Insert face out Bottom First
**MASTER** - Insert Face Down Bottom First
**NEPTUNE** - See instruction Plate on Meter

**Kelley Completion Services 800-366-6703**

ATP oil & Gw



|  | GALLONS |  | TENTHS |
|---|---|---|---|
| START OF DELIVERY |  |  |  |
| GALLONS |  |  | END OF DELIVERY |
|  | TENTHS |  | START OF DELIVERY |

CASH ☐  CHARGE ☐  Date 4/23/12

Sold To: Ray TANK

Address: 406 Achiever

| TANK TRUCK SALESMAN |  | TIME | A.M. P.M. |
|---|---|---|---|
| YOUR SALE NUMBER |  | GALLON READING-FINISH | 10ths |
|  |  |  |  |
| PREVIOUS SALE NUMBER |  | READING-START OF DELIVERY |  |

Gallons Delivered →

| PRODUCT | GALLONS | PRICE | AMOUNT |
|---|---|---|---|
| Fuel | 298 |  |  |
| Lube | 2 |  |  |

X
CUSTOMER SIGN HERE AFTER DELIVERY

56235

BOWSER - Insert Face Down Bottom First
BRODIE - Insert face out Bottom First
MASTER - Insert Face Down Bottom First
NEPTUNE - See instruction Plate on Meter

**Kelley Completion Services 800-366-6703**

ATP Oil & Gas



|  | GALLONS |  | TENTHS |
|---|---|---|---|
| START OF DELIVERY |  |  |  |
| GALLONS |  |  | END OF DELIVERY |
|  | TENTHS |  | START OF DELIVERY |

CASH ☐   CHARGE ☐   Date 4/24/12

Sold To: Day Tanks

Address: HOS Achiever

| TANK TRUCK SALESMAN | | TIME | A.M. P.M. |
|---|---|---|---|
| YOUR SALE NUMBER | GALLON READING-FINISH | | 10ths |
| | | | |
| PREVIOUS SALE NUMBER | READING-START OF DELIVERY | | |

Gallons Delivered ⟶

| PRODUCT | GALLONS | PRICE | AMOUNT |
|---|---|---|---|
| Fuel | 2852 | | |
| Lube/Gear | 26/3 | | |

X _____
CUSTOMER SIGN HERE AFTER DELIVERY ONLY

56236

BOWSER - Insert Face Down Bottom First
BROOIE - Insert face out Bottom First
MASTER - Insert Face Down Bottom First
NEPTUNE - See instruction Plate on Meter

**Kelley Completion Services 800-366-6703**

ATP Oil & Gas



| | GALLONS | | TENTHS |
|---|---|---|---|
| START OF DELIVERY | | | |
| | GALLONS | | END OF DELIVERY |
| | | TENTHS | START OF DELIVERY |

CASH ☐   CHARGE ☐   Date 4/25/12

Sold To: Day TK

Address: HOS Achiever

| TANK TRUCK SALESMAN | | TIME | A.M. P.M. |
|---|---|---|---|
| YOUR SALE NUMBER | GALLON READING-FINISH | | 10ths |
| | | | |
| PREVIOUS SALE NUMBER | READING-START OF DELIVERY | | |

Gallons Delivered ➤

| PRODUCT | GALLONS | PRICE | AMOUNT |
|---|---|---|---|
| Fuel | 2775 | | |
| Lube | 40 | | |

X [signature]
CUSTOMER SIGN HERE AFTER DELIVERY ONLY

58237

BOWSER - Insert Face Down Bottom First
BRODIE - Insert face out Bottom First
MASTER - Insert Face Down Bottom First
NEPTUNE - See Instruction Plate on Meter

**Kelley Completion Services 800-366-6703**

